IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R. et al.,

        Plaintiffs,

v.                                        CIVIL ACTION NO.   3:19-00710

JIM JUSTICE,
in his official capacity as
Governor of West Virginia, et al.,

        Defendants.

## ORDER

For reasons appearing to the Court, this case is **ORDERED** transferred to Rory L. Perry II, Clerk of Court, for reassignment to another judge within this district.

The Court **DIRECTS** the Clerk to send a copy of this order to counsel of record and any unrepresented parties.

        ENTER:       October 2, 2019

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE