IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

JONATHAN R.,
Minor, by Next Friend, et al.,

    Plaintiffs,

v.                        CIVIL ACTION NO. 3:19-cv-00710

JIM JUSTICE, in his official capacity
as the Governor of West Virginia, et al.,

    Defendants.

## ORDER

For reasons appearing to the court, this action is hereby REASSIGNED from the docket of the Honorable Robert C. Chambers, United States District Judge, to the Honorable Thomas E. Johnston, United States District Judge.

Copies of this Order shall be forwarded by the Clerk to Judge Chambers, Judge Johnston, counsel of record, and any unrepresented party.

                DATED: October 2, 2019

                _____
                RORY L. PERRY II, Clerk of Court