L R Civ P 83.6 Form (06/08/2018)
L R Cr P 44.6 Form (06/08/2018)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

Jonathan R. et al.,

STATEMENT OF VISITING ATTORNEY
AND DESIGNATION OF LOCAL COUNSEL

V.

Jim Justice, in his official capacity as Governor of West Virginia

CIVIL ACTION NUMBER 19-cv-00710

---

Rebecca E. Smith | 166610
---|---
*Name of Visiting Attorney and firm name* | *State Bar ID number*

Jim Justice, Bill Crouch, Jeremiah Samples, Linda Watts, West Virginia Department of Health & Human Resource
*Name of party represented*

District of Columbia
901 4th Street, NW
Washington, D.C. 20001
*Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing*

Brown & Peisch PLLC
1233 20th Street, NW, Suite 505
Washington, D.C. 20036
*Visiting Attorney's office address*

202-449-4361 | | resmith@brownandpeisch.com
---|---|---
*Visiting Attorney's office telephone number* | *Office fax number* | *Email address*

Steven R. Compton, Deputy Attorney General
West Virginia Attorney General's Office | WV 6562
---|---
*Name of Sponsoring Attorney and firm name* | *WV Bar ID number*

812 Quarrier Street, 2nd Floor
Charleston, WV 25301
*Sponsoring Attorney's office address*

304-558-2131 | 304-558-0430 | Steven.R.Compton@wvago.gov
---|---|---
*Sponsoring Attorney's office telephone number* | *Office fax number* | *Email address*

PAGE 1 of 2 PAGES

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case, and complied with the West Virginia State Bar's requirements for attorneys admitted pro hac vice.

10/17/2019
Date

*Rebecca Smith* (signature)
Signature of Visiting Attorney

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign all papers that require the signature of an attorney.

10/17/2019
Date

(signature)
Signature of Sponsoring Attorney

** ELECTRONIC FILING REQUIREMENT **

Electronic filing is required in the United States District Court for the Southern District of West Virginia. Please refer to the Court's website at www.wvsd.uscourts.gov under **CM/ECF Information > Electronic Filing > Administrative Procedures for Electronic Case Filing in the SDWV** for guidance. Specific requirements regarding logins and passwords and the registration process may be found at **Section 6. E-File Registration**.