IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

        Plaintiffs,

v.                            CIVIL ACTION NO. 3:19-cv-00710

JIM JUSTICE, et al.,

        Defendants.

**ORDER**

Before the Court is the parties' Stipulation extending the time for Defendants to file their response to the complaint (ECF No. 11.) The Court acknowledges the stipulation and **EXTENDS** the deadline for Defendants to file their response to the complaint to no later than **December 2, 2019.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:      November 12, 2019

_____
THOMAS E. JOHNSTON, CHIEF JUDGE