UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JONATHAN R., *et al.*, </br></br>*Plaintiffs*, </br></br>v. </br></br>JIM JUSTICE, in his official capacity as Governor of West Virginia, *et al.*, </br></br>*Defendants*. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No. 3:19-cv-00710 </br> ) </br> ) </br> ) </br> ) </br> ) </br> ) |

**MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

Defendants by and through their undersigned counsel, hereby move this Honorable Court to dismiss Plaintiffs' Complaint under Federal Rule of Civil Procedure 12(b) for lack of jurisdiction or, alternatively, for failure to state a claim upon which relief can be granted. The bases for this Motion are set forth in the Defendants' accompanying Memorandum of Law, which is incorporated by reference.

Respectfully submitted,

November 26, 2019

*/s/* Philip J. Peisch
Philip J. Peisch, DC Bar # 1005423 (pro hac vice)
Caroline M. Brown, DC Bar # 438342 (pro hac vice)
Rebecca E. Smith, DC Bar # 166610 (pro hac vice)
Brown & Peisch PLLC
1233 20th Street NW
Washington, DC 20036
Telephone: 202-499-4258
E-mail: ppeisch@brownandpeisch.com

*/s/* Steven R. Compton
Steven R. Compton, WV St. Bar # 6562

1

West Virginia Attorney General's Office
812 Quarrier Street
Charleston, WV 25301
Telephone: 304-558-2131
Fax: 304-558-0430
Email: Steven.R.Compton@wvago.gov

*/s/* Doug P. Buffington, II
Doug P. Buffington, II, WV St. Bar # 8157
West Virginia Attorney General's Office
State Capitol Complex, Bldg. 1
Charleston, WV 25305
Telephone: 304-558-2021
Fax: 304-558-0140
Email: Doug.P.Buffington@wvago.gov

*Attorneys for Defendants Jim Justice, et al.*

CERTIFICATE OF SERVICE

      I, Philip J. Peisch, hereby certify that I caused a true and correct copy of Defendants' Motion to Dismiss to be delivered to counsel for Plaintiffs via ECF notification.

November 26, 2019

                                                            */s/* Philip J. Peisch
Philip J. Peisch, DC Bar # 1005423 (pro hac vice)
Caroline M. Brown, DC Bar # 438342 (pro hac vice)
Rebecca E. Smith, DC Bar # 166610 (pro hac vice)
Attorneys for Defendants Jim Justice, et al.
Brown & Peisch PLLC
1233 20th Street NW
Washington, DC 20036
Telephone: 202-499-4258
E-mail: ppeisch@brownandpeisch.com

*/s/* Steven R. Compton
Steven R. Compton, WV St. Bar # 6562
Attorney for Defendants Jim Justice, et al.
West Virginia Attorney General's Office
812 Quarrier Street
Charleston, WV 25301
Telephone: 304-558-2131
Fax: 304-558-0430
Email: Steven.R.Compton@wvago.gov

*/s/* Doug P. Buffington, II
Doug P. Buffington, II, WV St. Bar # 8157
Attorney for Defendants Jim Justice, et al.
West Virginia Attorney General's Office
State Capitol Complex, Bldg. 1
Charleston, WV 25305
Telephone: 304-558-2021
Fax: 304-558-0140
Email: Doug.P.Buffington@wvago.gov