UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JONATHAN R., *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JIM JUSTICE, in his official capacity as Governor of West Virginia, *et al.*, <br><br> *Defendants*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **Case No.** 3:19-cv-00710 <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER**

AND NOW this _____ day of _____ 2019, upon consideration of the Defendants' Motion to Dismiss, it is hereby **ORDERED** that the Defendants' Motion to Dismiss is **GRANTED**.  Plaintiffs' Complaint is hereby dismissed with prejudice.

**SO ORDERED**.

_____

J.