UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JONATHAN R., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:19-cv-00710 |
| JIM JUSTICE, in his official capacity as ) | |
| Governor of West Virginia, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

**APPENDIX TO DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

**TABLE OF CONTENTS**

| | Tab No. |
|---|---|
| 2020 West Virginia Child and Family Services Plan | 1 |
| West Virginia Judicial Benchbook for Child Abuse and Neglect Proceedings, dated August 2019 | 2 |
| Findings of the U.S. Department of Justice's Investigation of West Virginia's Children's Mental Health System Pursuant to the Americans with Disabilities Act, dated June 1, 2015 | 3 |
| Memorandum of Understanding ("MOU") between U.S. Department of Justice and the State of West Virginia, dated March 14, 2019 | 4 |