UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JONATHAN R., *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br> ) <br> v. ) <br> ) <br> JIM JUSTICE, in his official capacity as ) <br> Governor of West Virginia, *et al.*, ) <br> ) <br> *Defendants*. ) <br> ) | Case No. 3:19-cv-00710 |

**DEFENDANTS' MOTION TO STAY DISCOVERY PENDING A DECISION ON THE DEFENDANTS' MOTION TO DISMISS**

Defendants by and through their undersigned counsel, hereby move to stay discovery in this action until such time as the Court rules on the Defendants' pending Motion to Dismiss. As explained in the accompanying Memorandum in Support, all of the factors applicable to a motion to stay discovery weigh in favor staying discovery in this matter until such time as the Court rules on the Defendants' pending Motion to Dismiss.

Respectfully submitted,

December 9, 2019

/s/ Philip J. Peisch
Philip J. Peisch, DC Bar # 1005423 (pro hac vice)
Caroline M. Brown, DC Bar # 438342 (pro hac vice)
Rebecca E. Smith, DC Bar # 166610 (pro hac vice)
Brown & Peisch PLLC
1233 20th Street NW
Washington, DC 20036
Telephone: 202-499-4258
E-mail: ppeisch@brownandpeisch.com

1

/s/ Steven R. Compton
Steven R. Compton, WV St. Bar # 6562
West Virginia Attorney General's Office
812 Quarrier Street
Charleston, WV 25301
Telephone: 304-558-2131
Fax: 304-558-0430
Email: Steven.R.Compton@wvago.gov

*Attorneys for Defendants Jim Justice, et al.*

## CERTIFICATE OF SERVICE

I, Philip J. Peisch, hereby certify that I caused a true and correct copy of Defendants' Motion to Stay Discovery Pending a Decision on the Defendants' Motion to Dismiss to be delivered to counsel for Plaintiffs via ECF notification.

December 9, 2019

/s/ Philip J. Peisch
Philip J. Peisch, DC Bar # 1005423 (pro hac vice)
Caroline M. Brown, DC Bar # 438342 (pro hac vice)
Rebecca E. Smith, DC Bar # 166610 (pro hac vice)
Attorneys for Defendants Jim Justice, et al.
Brown & Peisch PLLC
1233 20th Street NW
Washington, DC 20036
Telephone: 202-499-4258
E-mail: ppeisch@brownandpeisch.com

/s/ Steven R. Compton
Steven R. Compton, WV St. Bar # 6562
Attorney for Defendants Jim Justice, et al.
West Virginia Attorney General's Office
812 Quarrier Street
Charleston, WV 25301
Telephone: 304-558-2131
Fax: 304-558-0430
Email: Steven.R.Compton@wvago.gov