IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

        Plaintiffs,

v.                              CIVIL ACTION NO.  3:19-cv-00710

JIM JUSTICE, et al.,

        Defendants.

**ORDER**

In order to allow Plaintiffs time to respond to the pending motion to stay, the Court **CONTINUES** the scheduling conference to **December 30, 2019, at 3:00 p.m.**

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:       December 12, 2019

THOMAS E. JOHNSTON, CHIEF JUDGE