# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

JONATHAN R., et al.,

        Plaintiffs,

v.                                                          CIVIL ACTION NO.   3:19-cv-00710

JIM JUSTICE, et al.,

        Defendants.

### AMENDED ORDER

On December 12, 2019, the Court ordered a telephonic scheduling conference to be held on **December 30, 2019, at 3:00 p.m.**  (ECF No. 28.)   The call-in information for the call is as follows: 703-724-3100, then dial 4002661# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:       December 30, 2019

THOMAS E. JOHNSTON, CHIEF JUDGE