# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 12/30/2019                                             Case Number 3:19-cv-00710
Case Style: R. vs. Justice
Type of hearing Telephonic Scheduling Conference
Before the honorable: 2515-Johnston
Court Reporter Ayme Cochran                                  Courtroom Deputy Staci Wilson
Attorney(s) for the Plaintiff or Government Marcia Lowry,Allison Mahoney,Erin Snyder,Jeremiah Underhill,Lori Waller,Richard Walters

Attorney(s) for the Defendant(s) Steven Compton,Philip Peisch


Law Clerk Jaden Rhea                                         Probation Officer N/A

Trial Time

Non-Trial Time

Pretrial conference (including settlement and telephone conferences).

Court Time

3:00      to 3:17
Total Court Time: 0 Hours 17 Minutes Non-Trial Time/Uncontested Time

Courtroom Notes

Scheduled Start:  3:00 p.m.
Actual Start:  3:00 p.m.

Parties present telephonically.  Court addresses motion to stay.  Court DENIES motion.  Court addresses Rule 26(f) report.  Court continues conference for two weeks and will enter order.

Court recessed:  3:17 p.m.