IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

          Plaintiffs,

v.                                 CIVIL ACTION NO.   3:19-cv-00710

JIM JUSTICE, et al.,

          Defendants.

**ORDER**

On December 30, 2019, this Court held a telephonic scheduling conference in the above-styled case. For reasons more fully stated on the record at that hearing, the Court **DENIES** Defendants' motion to stay [ECF No. 26]. Further, the Court **CONTINUES** the telephonic scheduling conference to **January 16, 2020, at 10:00 a.m**. The call-in information for the call is as follows: 703-724-3100, then dial 4002661# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                            ENTER:      December 30, 2019

THOMAS E. JOHNSTON, CHIEF JUDGE

Case 3:19-cv-00710   Document 34   Filed 12/30/19   Page 2 of 2 PageID #: 721