UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| **Jonathan R., minor, by Next Friend, Sarah DIXON,** *et al.*, | )<br>)<br>)<br>) |
| Plaintiffs, | )<br>)   Class Action<br>)   3:19-cv-00710 |
| v. | )<br>) |
| **Jim JUSTICE, in his official capacity as the Governor of West Virginia,** *et al.*, | )<br>)<br>)<br>) |
| Defendants. | ) |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO DEFENDANTS' REPLY IN SUPPORT OF THE MOTION TO DISMISS**

Plaintiffs respectfully submit this memorandum of law in support of their request that the Court enter an order granting Plaintiffs leave to file a sur-reply in response to Defendants' Reply in Support of the Motion to Dismiss.

Named Plaintiff children, foster children in the custody of West Virginia's Department of Health and Human Resources ("DHHR"), filed a Class Action Complaint seeking injunctive and declaratory relief on September 30, 2019. (ECF No. 1.) On November 26, 2019, Defendants filed a Motion to Dismiss Plaintiffs' Complaint and Memorandum of Law in Support of the Motion. (ECF Nos. 17, 18.) Plaintiffs filed their Opposition to Defendants' Motion to Dismiss on December 23, 2019. (ECF No. 17.) On January 13, 2020, Defendants filed a Reply in Support of the Motion to Dismiss. ("Reply", ECF No. 35.) In their Reply, Defendants made new legal arguments and novel claims that were not included in Defendants' opening Motion to Dismiss. These assertions are beyond the scope of an appropriate reply.

1

Therefore, Named Plaintiff Children respectfully seek leave of the Court to submit a sur-reply of not more than 14 pages to respond to Defendants' Reply that, if left unaddressed, could mislead the Court.

## ARGUMENT

A court may grant a party's motion to file a sur-reply where a party has shown that "the moving party raised new arguments that were not included in the original motion." *Standford v. Potomac Elec. Power Co.*, 394 F. Supp. 2d 81, 86 (D.D.C. 2005) (denying motion to strike sur-reply); *see also Faddis Concrete, Inc. v. Brawner Builders, Inc.*, No. ELH-15-3975, 2017 U. S. Dist. LEXIS 150054, at *6 (D.C. Md. Sept. 15, 2017) (granting motion for sur-reply and considering attached sur-reply, which responded to new arguments); *Potts v. Potts*, No. WDQ-13-1986, 2014 U.S. Dist. LEXIS 112275, at *14 (D.C. Md. Aug. 13, 2014) (granting motion for leave to file sur-reply and considering the sur-reply where, *inter alia*, the sur-reply addresses new arguments in defendants' reply).

Defendants raise several new arguments and legal theories in their Reply: (1) Defendants assert the unique role of circuit courts in neglect and abuse cases distinguishes West Virginia from virtually every other state, (2) Defendants now suggest Plaintiffs lack standing to pursue systematic claims, (3) Defendants argue state court child welfare decisions fit within the "civil enforcement" category appropriate for *Younger* abstention, (4) Defendants argue West Virginia state courts regularly issue orders aimed at effectuating system-wide child welfare reform, (5) Defendants attempt to hold Plaintiffs' to a higher burden than is required under Fed. R. Civ. P. 12(b)(6), and (6) Defendants misconstrue Plaintiffs' claims as establishing new rights.

Here, granting Plaintiff Children leave to file their Proposed Sur-Reply in Opposition to Defendants' Motion to Dismiss, attached as Exhibit A to Plaintiffs' Motion Seeking Leave to File

Sur-Reply to Defendants' Motion to Dismiss, is appropriate as it affords Plaintiffs the opportunity to contest matters Defendants presented for the first time in their Reply. *See*, *e.g.*, *Alexander v. FBI*, 186 F.R.D. 71, 74 (D.D.C. 1998) (granting motion for leave to file sur-reply where denying such leave would render plaintiffs unable to contest matters presented to the court for the first time).

## CONCLUSION

Accordingly, Plaintiffs respectfully ask the Court to grant Plaintiffs' Motion For Leave to File a Sur-Reply in Response to Defendants' Reply in Support of the Motion to Dismiss and to consider Plaintiffs' Proposed Sur-Reply in Opposition to Defendants' Motion to Dismiss.

Respectfully submitted,

/s/ *Marcia Lowry*_____
Marcia Lowry, *admitted pro hac vice*
Allison Mahoney, *admitted pro hac vice*
Dawn Post, *admitted pro hac vice*
Valerie McLaughlin
A Better Childhood
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415
mlowry@abetterchildhood.org
amahoney@abetterchildhood.org
dpost@abetterchildhood.org
vmclaughlin@abetterchildhood.org

                                        */s/ Richard Walters*_____
                                        Shaffer & Shaffer, PLLC
Richard W. Walters, WVSB #6809
rwalters@shafferlaw.net
J. Alexander Meade, WVSB #13021
ameade@shafferlaw.net
Brian L. Ooten, WVSB #9358
booten@shafferlaw.net
SHAFFER & SHAFFER, PLLC
2116 Kanawha Boulevard, East
P.O. Box 3973
Charleston, West Virginia  25339
Telephone:  (304) 344-8716

/s/ *Jeremiah Underhill*_____
Disability Rights of West Virginia
Jeremiah Underhill, WVSB #13094
junderhill@drofwv.org
Erin Snyder, WVSB #13094
esnyder@drofwv.org
Lori Waller, WVSB #11303
lwaller@drofwv.org
1207 Quarrier Street, Suite 400
Charleston, WV 25301
Tel: (304) 346-0847
Fax: (304) 346-0687

4