IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

    **Plaintiffs,**

v.                                                  Case No.: 3:19-cv-00710

JIM JUSTICE, et al.,

    **Defendants.**

## ORDER

    Pending before the Court is Defendants' Motion to Compel. (ECF No. 85). A telephonic hearing on the motion shall take place on **Thursday, July 16, 2020** at **10:00 a.m. EDT,** before the undersigned United States Magistrate Judge. The number required to connect to the telephonic motion hearing has previously been provided to counsel by the Court.

    The Clerk is instructed to provide a copy of this Order to all counsel of record and any unrepresented party.

                                                    **ENTERED:** July 2, 2020

                                                    Cheryl A. Eifert
                                                    United States Magistrate Judge