UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | | |
|---|---|---|
| **Jonathan R., minor, by Next Friend, Sarah DIXON, *et al.*,** | ) ) ) ) | |
| Plaintiffs, | ) ) | Class Action 3:19-cv-00710 |
| v. | ) ) | |
| **Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et al.*,** | ) ) ) ) | |
| Defendants. | ) | |

## MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS COUNSEL

Plaintiffs hereby move the Court to certify this case as a class action pursuant to Federal Rule of Civil Procedure 23(b)(2). Plaintiffs ask the Court to certify a class of all West Virginia foster children (the "General Class") as well as three subclasses: (1) children who have physical, intellectual, cognitive, or mental health disabilities (the "ADA Subclass"); (2) children who are or will be in kinship placements, or who were in kinship placements that unnecessarily disrupted, for whom DHHR is required to provide initial home safety assessments, case management and other services, and permanency planning (the "Kinship Subclass"); and (3) children who are or will be fourteen years old and older, who are eligible to receive age-appropriate transition planning but are not provided the necessary case management and services and are therefore at risk of aging out of foster care without a proper plan to transition successfully to adulthood (the "Aging Out Subclass"). Plaintiffs also ask the Court to appoint the undersigned attorneys as class counsel.

1

Respectfully submitted,

*/s/ Marcia Robinson Lowry*
Marcia Lowry, *admitted pro hac vice*
mlowry@abetterchildhood.org
Allison Mahoney, *admitted pro hac vice*
amahoney@abetterchildhood.org
Dawn Post, *admitted pro hac vice*
dpost@abetterchildhood.org
Tavi Unger, *admitted pro hac vice*
tunger@abetterchildhood.org
A Better Childhood
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415

*/s/ Richard W. Walters*
Shaffer & Shaffer, PLLC
Richard W. Walters, WVSB #6809
rwalters@shafferlaw.net
J. Alexander Meade, WVSB #13021
ameade@shafferlaw.net
Brian L. Ooten, WVSB #9358
booten@shafferlaw.net
2116 Kanawha Boulevard, East
P.O. Box 3973
Charleston, WV 25339
Tel: (304) 344-8716
Fax: (304) 344-1481

*/s/ Lori Waller*
Disability Rights of West Virginia
Lori Waller, WVSB #11303
lwaller@drofwv.org
1207 Quarrier Street, Suite 400
Charleston, WV 25301
Tel: (304) 346-0847
Fax: (304) 346-0687

**Attorneys for Plaintiffs**