

# Child and Family Services Reviews

# West Virginia

# Final Report

# 2017



U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES
ADMINISTRATION FOR
## CHILDREN & FAMILIES
Administration on Children, Youth and Families
Children's Bureau

D003776

This page is intentionally blank.

D003777

# Final Report: West Virginia Child and Family Services Review

## INTRODUCTION

This document presents the findings of the Child and Family Services Review (CFSR) for the state of West Virginia. The CFSRs enable the Children's Bureau to: (1) ensure conformity with certain federal child welfare requirements; (2) determine what is actually happening to children and families as they are engaged in child welfare services; and (3) assist states in enhancing their capacity to help children and families achieve positive outcomes. Federal law and regulations authorize the Children's Bureau, within the U.S. Department of Health and Human Services' Administration for Children and Families, to administer the review of child and family services programs under titles IV-B and IV-E of the Social Security Act. The CFSRs are structured to help states identify strengths and areas needing improvement in their child welfare practices and programs as well as institute systemic changes that will improve child and family outcomes.

The findings for West Virginia are based on:

- The statewide assessment prepared by the West Virginia Department of Health and Human Resources (DHHR), Bureau for Children and Families (BCF), and submitted to the Children's Bureau on January 31, 2017. The statewide assessment is the state's analysis of its performance on outcomes and the functioning of systemic factors in relation to title IV-B and IV-E requirements and the title IV-B Child and Family Services Plan

- The results of case reviews of 65 cases (40 foster care and 25 in-home) conducted via a State Conducted Case Review process in the McDowell, Mingo, Ohio/Brooke/Hancock, Randolph/Tucker, and Doddridge/Ritchie/Pleasants districts in West Virginia between April 1, 2017, and September 15, 2017

- Interviews and focus groups with state stakeholders and partners, which included:
  - Attorneys for the agency, children and youth, and parents
  - Court Appointed Special Advocates (CASA) and Review Panel members
  - Child welfare agency deputy commissioner, director, and senior managers
  - Child welfare agency supervisors and caseworkers
  - Contracted supervisors
  - Courts and Court Improvement Program (CIP)
  - Foster and adoptive parent licensing staff
  - Foster and adoptive parents
  - Information system staff
  - Judges
  - Juvenile justice staff

D003778

**West Virginia 2017 CFSR Final Report**

- – Law enforcement
- – Parents
- – Providers
- – Representatives from other public agencies
- – Training staff
- – Youth served by the agency

In Round 3, the Children's Bureau suspended the use of the state's performance on the national standards for the 7 statewide data indicators in conformity decisions. For contextual information, Appendix A of this report shows the state's performance on the 7 data indicators. Moving forward, the Children's Bureau will refer to the national standards as "national performance." This national performance represents the performance of the nation on the statewide data indicators for an earlier point in time. For the time periods used to calculate the national performance for each indicator, see 80 Fed. Reg. 27263 (May 13, 2015).

## Background Information

The Round 3 CFSR assesses state performance with regard to substantial conformity with 7 child and family outcomes and 7 systemic factors. Each outcome incorporates 1 or more of the 18 items included in the case review, and each item is rated as a Strength or Area Needing Improvement based on an evaluation of certain child welfare practices and processes in the cases reviewed in the state. With two exceptions, an item is assigned an overall rating of Strength if 90% or more of the applicable cases reviewed were rated as a Strength. Because Item 1 is the only item for Safety Outcome 1 and Item 16 is the only item for Well-Being Outcome 2, the requirement of a 95% Strength rating applies to those items. For a state to be in substantial conformity with a particular outcome, 95% or more of the cases reviewed must be rated as having substantially achieved the outcome.

Eighteen items are considered in assessing the state's substantial conformity with the 7 systemic factors. Each item reflects a key federal program requirement relevant to the Child and Family Services Plan (CFSP) for that systemic factor. An item is rated as a Strength or an Area Needing Improvement based on how well the item-specific requirement is functioning. A determination of the rating is based on information provided by the state to demonstrate the functioning of the systemic factor in the statewide assessment and, as needed, from interviews with stakeholders and partners. For a state to be in substantial conformity with the systemic factors, no more than 1 of the items associated with the systemic factor can be rated as an Area Needing Improvement. For systemic factors that have only 1 item associated with them, that item must be rated as a Strength for a determination of substantial conformity.

The Children's Bureau made several changes to the CFSR process and items and indicators relevant for performance based on lessons learned during the second round of reviews and in response to feedback from the child welfare field. As such, a state's performance in the third round of the CFSRs is not directly comparable to its performance in the second round. Appendix A provides tables presenting West Virginia's overall performance in Round 3. Appendix B provides information about West Virginia's performance in Round 2.

D003779

**West Virginia 2017 CFSR Final Report**

# I. SUMMARY OF PERFORMANCE

## West Virginia 2017 CFSR Assessment of Substantial Conformity for Outcomes and Systemic Factors

None of the 7 outcomes was found to be in substantial conformity.

The following 3 of the 7 systemic factors were found to be in substantial conformity:

- Quality Assurance System
- Staff and Provider Training
- Agency Responsiveness to the Community

## Children's Bureau Comments on West Virginia Performance

The following are the Children's Bureau's observations about cross-cutting issues and West Virginia's overall performance:

The West Virginia Department of Health and Human Resources (DHHR), Bureau for Children and Families (BCF), has dedicated time and resources to continuous quality improvement (CQI) efforts with the goal of ensuring the safety, permanency, and well-being for all children in the state. Leadership teams, with an emphasis on transparency, collaborate with key partners to focus efforts on evaluating agency performance and consider interventions to improve outcomes. With CQI as a framework, the BCF Division of Planning and Quality Improvement (DPQI) conducts district-level reviews modeled on the federal CFSR process in all jurisdictions in the state. Expectations and strategies for district improvement are developed with the jurisdiction through local improvement plans and monitored by DPQI, which assesses agency performance and effectively guides efforts to improve outcomes for children and families. The overall focus on quality improvement efforts and other program initiatives align with statewide goals for safety, permanency, and well-being and DHHR's well-defined outcome measures. These efforts are regularly monitored by DHHR, outcomes are used in strategic planning through the Child and Family Services Plan (CFSP), and progress shared with partners in the annual progress and services report (APSR). DHHR has continued to expand the efforts that began with the 2008 CFSR to be an effective, data-driven agency. Most recently, the state engaged the Capacity Building Center for States to implement a data visualization project to make information more accessible to its partners.

In recent years, DHHR increased efforts to enhance the agency's collaboration with key partners to improve outcomes for children and families. This enhanced collaboration was described in the statewide assessment and consistently supported during stakeholder interviews. The state closely collaborates with the courts through regularly scheduled meetings and information sharing. This partnership helps to assure that court hearings are routinely conducted to move children in foster care to permanency, while increasing federal resources available to the state to serve families through title IV-E reimbursement. The agency also collaborates with the Department of Education to explore ways data may be shared to improve well-being outcomes for children. Further, stakeholder interviews and the statewide assessment described improved collaboration with other key child-serving agencies,

3

D003780

## West Virginia 2017 CFSR Final Report

including behavioral health, domestic violence, the Department of Juvenile Services, the court improvement program (CIP), and direct care providers. Stakeholders and the statewide assessment both report significant improvement in recent years in inter-agency communication, collaboration, and data sharing. A continuously evolving positive partnership was reported between DHHR and its partners in meeting the challenges and needs of children and families in the state.

West Virginia is enhancing its efforts to serve children in their communities and meet their needs for permanency and well-being in family settings through the title IV-E waiver demonstration project, *Safe at Home*. The *Safe at Home* project focuses on children age 12–17 and uses a wraparound approach, providing intensive in-home services with the goal of maintaining children in their home, or in communities in family-like settings if placement is necessary. This demonstration project has proven instrumental in positively affecting the permanency and well-being of youth participating in the program, as evidenced through the case record reviews and stakeholder interviews.

Continued achievement of these positive outcomes is expected as the state implements *Safe at Home* strategies statewide. However, not all children served by the agency will receive these services. There are concerns in those cases where children are not receiving *Safe at Home* services regarding the establishment of appropriate and timely permanency goals, and the achievement of those goals. The review found that permanency goals were not established timely for children in foster care in a significant number of cases. The agency struggled to make concerted efforts for the goals of timely reunification, discharge to guardianship, and timely adoption. Additionally, the agency did not make concerted efforts to place youth with a goal of another planned permanent living arrangement in a permanent arrangement in applicable cases. Some of the challenges of goal achievement may be related to the service array, particularly the lack of substance abuse treatment, a lack of quality resource homes, and workforce retention issues. Despite these challenges, West Virginia is encouraged to consider the successful strategies positively affecting permanency for youth served through *Safe at Home* and how those services may be implemented or adapted to achieve similar positive results for other children in foster care.

The national substance abuse epidemic has significantly affected families in West Virginia. As a result, DHHR is experiencing higher caseloads and greater demand on limited resources. Stakeholders reported that the opioid epidemic and a rise in the use of other substances affect most families served by the agency. This was a primary reason for the agency's involvement with families in most of the cases reviewed during the CFSR. Key partners reported a lack of quality substance abuse treatment providers across the state and long waitlists for existing treatment services. A lack of community services to address the resulting issues has contributed to the increased number of families served by DHHR. The impact on children can be so severe that placement in foster care, absent the availability of effective treatment resources, is often the only option to ensure the safety of a child. Stakeholders reported that this has resulted in a significant increase in the number of children being placed in foster care and that efforts for timely reunification are frequently unsuccessful due to the duration of treatment even when such services are available.

The state has experienced limited success in its efforts to recruit and retain DHHR staff. This continues to adversely affect outcomes for children and families served by the agency and the delivery of services. The agency has consulted with the Capacity Building Center for States to establish an internal recruitment and retention team to develop effective strategies to address this issue.

D003781

## West Virginia 2017 CFSR Final Report

The number of quality foster and adoptive homes was consistently noted to be insufficient to meet the placement needs of children coming into foster care. An effective recruitment plan has not been developed and implemented to meet the increased need for quality homes in the state. The lack of an adequate number of foster homes was evidenced by the use of shelter care for multiple cases involved in the case review. Cases reviewed identified inconsistencies in ensuring that children's current foster care placements are stable.

Cases reviewed for the CFSR highlighted concerns related to the safety of children, including a lack of timeliness in initiating investigations of child abuse and/or neglect and having face-to-face contact with children involved in reports, multiple reports involving the same or similar circumstances, the development and monitoring of quality safety plans, and the provision of adequate safety services. Additionally, caseworkers are not adequately assessing and addressing safety and risk initially or on an ongoing basis. While this was a concern in both foster care and in-home cases, the latter was noted as having more challenges in the completion of adequate and ongoing safety and risk assessments and the provision of safety services. Contributing to these and other findings in the CFSR was a consistent lack of or only limited contact with children and families. An additional concern was that the agency did not consistently address all the children in a family but instead focused on a single child with respect to safety and other case activities. In some of the cases reviewed, there was not consistent and ongoing communication with the service providers working closely with families.

In most of the cases reviewed, children were placed with their sibling(s) in foster care when it was in their best interests. Also, although improvements are needed, children visited regularly with their parents while in placement, and the agency made concerted efforts to maintain the connections with which a child entered foster care. In many cases children were placed with relatives, although progress is needed in agency performance. The agency did not consistently provide sufficient opportunities for children in foster care to visit with their siblings. With respect to the importance of maintaining sibling relationships, the agency should develop strategies to ensure frequent visits. Most stakeholders interviewed considered the agency's performance in these practice areas to be the result of dedicated staff doing their best with limited resources. While not fully achieving the desired results, the state's functioning in these areas can provide a foundation for continuing improvement in case practice.

The agency is not consistently completing quality comprehensive assessments of the needs of children and parents. Although improvement is needed for both initial and ongoing assessments, the completion of quality ongoing assessments is most challenging. While this was found to be a concern in both in-home and foster care cases, comprehensive assessments are less likely to be completed for the children and parents served in their own homes. Additionally, appropriate services are not consistently provided to address the identified needs. The needs of foster parents are not consistently assessed and services provided as appropriate, potentially adversely affecting a child's placement stability.

Quality caseworker visits with children and parents are necessary for the completion of comprehensive assessments. In many of the cases reviewed, there was not sufficient contact with a family to achieve case goals. Visits often occurred during a court hearing or multi-disciplinary team meeting, which may not facilitate quality engagement with parents. It was also found that children and parents are not consistently involved in the case planning process. In a number of cases reviewed, a case plan had not been developed. Caseworker visits with parents, essential for the case planning process, was frequently in a public forum rather than in the home or

D003782

**West Virginia 2017 CFSR Final Report**

other setting more conducive to positive engagement. Stakeholders attributed many of the challenges in this practice area to high caseloads and frequent staff turnover.

West Virginia's commitment to improving outcomes for children and families in the state is evident in many of the cases reviewed and highlighted during stakeholder interviews. However, as noted in the cases reviewed, during interviews, and in the statewide assessment, the substance abuse issues prevalent in the state and challenges in the recruitment and retention of quality staff and resource homes affect the ability of DHHR to achieve these outcomes. West Virginia is committed to effectively addressing these challenges through its continuous quality improvement processes.

# II. KEY FINDINGS RELATED TO OUTCOMES

For each outcome, we provide performance summaries from the case review findings. The CFSR relies upon a case review of an approved sample of foster care cases and in-home services cases. Where relevant, we provide performance summaries that are differentiated between foster care and in-home services cases.

This report provides an overview. Results have been rounded to the nearest whole number. Details on each case rating are available to DHHS. The state is encouraged to conduct additional item-specific analysis of the case review findings to better understand areas of practice that are associated with positive outcomes and those that need improvement.

## Safety Outcome 1: Children are, first and foremost, protected from abuse and neglect.

The Children's Bureau calculates the state's performance on Safety Outcome 1 using the state's performance on Item 1.

### State Outcome Performance
West Virginia is not in substantial conformity with Safety Outcome 1.

The outcome was substantially achieved in 56% of the 34 applicable cases reviewed.

*Safety Outcome 1 Item Performance*

### Item 1. Timeliness of Initiating Investigations of Reports of Child Maltreatment
**Purpose of Assessment:** To determine whether responses to all accepted child maltreatment reports received during the period under review were initiated, and face-to-face contact with the child(ren) made, within the time frames established by agency policies or state statutes.

State policy requires accepted reports to be assigned one of three priority levels. A report assigned for an Immediate response requires face-to-face contact with the alleged child victim as soon as the report of abuse or neglect is received, unless there is a protective caregiver. If there is a protective caregiver clearly documented in the report, contact must be made within the same day while the child is still under the care of that protective caregiver. Reports assigned for a 72-hour response require face-to-face contact

D003783

**West Virginia 2017 CFSR Final Report**

with the alleged child victim within 72 hours. Reports assigned for a 14-day response require face-to-face contact with the alleged child victim within 14 days.

West Virginia received an overall rating of Area Needing Improvement for Item 1 because 56% of the 34 applicable cases were rated as a Strength.

For performance on the Safety statewide data indicators, see Appendix A.

## Safety Outcome 2: Children are safely maintained in their homes whenever possible and appropriate.

The Children's Bureau calculates the state's performance on Safety Outcome 2 using the state's performance on Items 2 and 3.

### State Outcome Performance
West Virginia is not in substantial conformity with Safety Outcome 2.

The outcome was substantially achieved in 42% of the 65 cases reviewed.

The outcome was substantially achieved in 53% of the 40 foster care cases and 24% of the 25 in-home services cases.

*Safety Outcome 2 Item Performance*

**Item 2. Services to Family to Protect Child(ren) in the Home and Prevent Removal or Re-Entry Into Foster Care**
**Purpose of Assessment:** To determine whether, during the period under review, the agency made concerted efforts to provide services to the family to prevent children's entry into foster care or re-entry after a reunification.

- West Virginia received an overall rating of Area Needing Improvement for Item 2 because 73% of the 30 applicable cases were rated as a Strength.

- Item 2 was rated as a Strength in 93% of the 14 applicable foster care cases and 56% of the 16 applicable in-home services cases.

**Item 3. Risk and Safety Assessment and Management**
**Purpose of Assessment:** To determine whether, during the period under review, the agency made concerted efforts to assess and address the risk and safety concerns relating to the child(ren) in their own homes or while in foster care.

- West Virginia received an overall rating of Area Needing Improvement for Item 3 because 42% of the 65 applicable cases were rated as a Strength.

- Item 3 was rated as a Strength in 53% of the 40 applicable foster care cases and 24% of the 25 applicable in-home services cases.

D003784

**West Virginia 2017 CFSR Final Report**

## Permanency Outcome 1: Children have permanency and stability in their living situations.

The Children's Bureau calculates the state's performance on Permanency Outcome 1 using the state's performance on Items 4, 5, and 6

**State Outcome Performance**

West Virginia is not in substantial conformity with Permanency Outcome 1.

The outcome was substantially achieved in 20% of the 40 applicable cases reviewed.

***Permanency Outcome 1 Item Performance***

### Item 4. Stability of Foster Care Placement

**Purpose of Assessment:** To determine whether the child in foster care is in a stable placement at the time of the onsite review and that any changes in placement that occurred during the period under review were in the best interests of the child and consistent with achieving the child's permanency goal(s).

- West Virginia received an overall rating of Area Needing Improvement for Item 4 because 55% of the 40 applicable cases were rated as a Strength.

### Item 5. Permanency Goal for Child

**Purpose of Assessment:** To determine whether appropriate permanency goals were established for the child in a timely manner.

- West Virginia received an overall rating of Area Needing Improvement for Item 5 because 50% of the 40 applicable cases were rated as a Strength.

### Item 6. Achieving Reunification, Guardianship, Adoption, or Other Planned Permanent Living Arrangement

**Purpose of Assessment:** To determine whether concerted efforts were made, or are being made, during the period under review to achieve reunification, guardianship, adoption, or other planned permanent living arrangement.

- West Virginia received an overall rating of Area Needing Improvement for Item 6 because 58% of the 40 applicable cases were rated as a Strength.

For performance on the Permanency statewide data indicators, see Appendix A.

## Permanency Outcome 2: The continuity of family relationships and connections is preserved for children.

The Children's Bureau calculates the state's performance on Permanency Outcome 2 using the state's performance on Items 7, 8, 9, 10, and 11.

D003785

## West Virginia 2017 CFSR Final Report

## State Outcome Performance

West Virginia is not in substantial conformity with Permanency Outcome 2.

The outcome was substantially achieved in 65% of the 40 applicable cases reviewed.

***Permanency Outcome 2 Item Performance***

### Item 7. Placement With Siblings

**Purpose of Assessment:** To determine whether, during the period under review, concerted efforts were made to ensure that siblings in foster care are placed together unless a separation was necessary to meet the needs of one of the siblings.

- West Virginia received an overall rating of Area Needing Improvement for Item 7 because 86% of the 22 applicable cases were rated as a Strength.

### Item 8. Visiting With Parents and Siblings in Foster Care

**Purpose of Assessment:** To determine whether, during the period under review, concerted efforts were made to ensure that visitation between a child in foster care and his or her mother, father,[1] and siblings is of sufficient frequency and quality to promote continuity in the child's relationship with these close family members.

- West Virginia received an overall rating of Area Needing Improvement for Item 8 because 68% of the 31 applicable cases were rated as a Strength.

- In 38% of the 8 applicable cases, the agency made concerted efforts to ensure that both the frequency and quality of visitation with a sibling(s) in foster care who is/was in a different placement setting was sufficient to maintain and promote the continuity of the relationship.

- In 75% of the 28 applicable cases, the agency made concerted efforts to ensure that both the frequency and quality of visitation between the child in foster care and his or her mother was sufficient to maintain and promote the continuity of the relationship.

- In 76% of the 17 applicable cases, the agency made concerted efforts to ensure that both the frequency and quality of visitation between the child in foster care and his or her father was sufficient to maintain and promote the continuity of the relationship.

---

[1] For Item 8, "Mother" and "Father" are typically defined as the parents/caregivers from whom the child was removed and with whom the agency is working toward reunification. The persons identified in these roles for the purposes of the review may include individuals who do not meet the legal definitions or conventional meanings of a mother and father.

D003786

**West Virginia 2017 CFSR Final Report**

### Item 9. Preserving Connections

**Purpose of Assessment:** To determine whether, during the period under review, concerted efforts were made to maintain the child's connections to his or her neighborhood, community, faith, extended family, Tribe, school, and friends.

- West Virginia received an overall rating of Area Needing Improvement for Item 9 because 73% of the 40 applicable cases were rated as a Strength.

### Item 10. Relative Placement

**Purpose of Assessment:** To determine whether, during the period under review, concerted efforts were made to place the child with relatives when appropriate.

- West Virginia received an overall rating of Area Needing Improvement for Item 10 because 68% of the 38 applicable cases were rated as a Strength.

### Item 11. Relationship of Child in Care With Parents

**Purpose of Assessment:** To determine whether, during the period under review, concerted efforts were made to promote, support, and/or maintain positive relationships between the child in foster care and his or her mother and father[2] or other primary caregiver(s) from whom the child had been removed through activities other than just arranging for visitation.

- West Virginia received an overall rating of Area Needing Improvement for Item 11 because 52% of the 29 applicable cases were rated as a Strength.

- In 54% of the 28 applicable cases, the agency made concerted efforts to promote, support, and otherwise maintain a positive and nurturing relationship between the child in foster care and his or her mother.

- In 47% of the 17 applicable cases, the agency made concerted efforts to promote, support, and otherwise maintain a positive and nurturing relationship between the child in foster care and his or her father.

## Well-Being Outcome 1: Families have enhanced capacity to provide  for their children's needs.

The Children's Bureau calculates the state's performance on Well-Being Outcome 1 using the state's performance on Items 12, 13, 14, and 15.

### State Outcome Performance

West Virginia is not in substantial conformity with Well-Being Outcome 1.

---

[2] For Item 11, "Mother" and "Father" are typically defined as the parents/caregivers from whom the child was removed and with whom the agency is working toward reunification.

D003787

## West Virginia 2017 CFSR Final Report

The outcome was substantially achieved in 26% of the 65 cases reviewed.

The outcome was substantially achieved in 33% of the 40 foster care cases and 16% of the 25 in-home services cases.

***Well-Being Outcome 1 Item Performance***

### Item 12. Needs and Services of Child, Parents, and Foster Parents

**Purpose of Assessment:** To determine whether, during the period under review, the agency (1) made concerted efforts to assess the needs of children, parents,[3] and foster parents (both initially, if the child entered foster care or the case was opened during the period under review, and on an ongoing basis) to identify the services necessary to achieve case goals and adequately address the issues relevant to the agency's involvement with the family, and (2) provided the appropriate services.

- West Virginia received an overall rating of Area Needing Improvement for Item 12 because 35% of the 65 cases were rated as a Strength.

- Item 12 was rated as Strength in 40% of the 40 foster care cases and 28% of the 25 in-home services cases.

Item 12 is divided into three sub-items:

### Sub-Item 12A. Needs Assessment and Services to Children

- West Virginia received an overall rating of Area Needing Improvement for Item 12A because 72% of the 65 cases were rated as a Strength.

- Item 12A was rated as a Strength in 83% of the 40 foster care cases and 56% of the 25 in-home services cases.

### Sub-Item 12B. Needs Assessment and Services to Parents

- West Virginia received an overall rating of Area Needing Improvement for Item 12B because 30% of the 57 applicable cases were rated as a Strength.

- Item 12B was rated as a Strength in 31% of the 32 applicable foster care cases and 28% of the 25 applicable in-home services cases.

- In 39% of the 56 applicable cases, the agency made concerted efforts both to assess and address the needs of mothers.

---

[3] For Sub-Item 12B, in the in-home cases, "Mother" and "Father" are typically defined as the parents/caregivers with whom the children were living when the agency became involved with the family and with whom the children will remain (for example, biological parents, relatives, guardians, adoptive parents). In the foster care cases, "Mother" and "Father" are typically defined as the parents/caregivers from whom the child was removed and with whom the agency is working toward reunification; however, biological parents who were not the parents from whom the child was removed may also be included, as may adoptive parents if the adoption was finalized during the period under review. A rating could consider the agency's work with multiple applicable "mothers" and "fathers" for the period under review in the case.

D003788

## West Virginia 2017 CFSR Final Report

- In 32% of the 44 applicable cases, the agency made concerted efforts both to assess and address the needs of fathers.

### Sub-Item 12C. Needs Assessment and Services to Foster Parents
- West Virginia received an overall rating of Area Needing Improvement for Item 12C because 76% of the 29 applicable foster care cases were rated as a Strength.

### Item 13. Child and Family Involvement in Case Planning
**Purpose of Assessment:** To determine whether, during the period under review, concerted efforts were made (or are being made) to involve parents[4] and children (if developmentally appropriate) in the case planning process on an ongoing basis.

- West Virginia received an overall rating of Area Needing Improvement for Item 13 because 40% of the 63 applicable cases were rated as a Strength.

- Item 13 was rated as a Strength in 47% of the 38 applicable foster care cases and 28% of the 25 applicable in-home services cases.

- In 45% of the 49 applicable cases, the agency made concerted efforts to involve child(ren) in case planning.

- In 43% of the 56 applicable cases, the agency made concerted efforts to involve mothers in case planning.

- In 36% of the 45 applicable cases, the agency made concerted efforts to involve fathers in case planning.

### Item 14. Caseworker Visits With Child
**Purpose of Assessment:** To determine whether the frequency and quality of visits between caseworkers and the child(ren) in the case are sufficient to ensure the safety, permanency, and well-being of the child(ren) and promote achievement of case goals.

- West Virginia received an overall rating of Area Needing Improvement for Item 14 because 42% of the 65 cases were rated as a Strength.

- Item 14 was rated as a Strength in 58% of the 40 foster care cases and 16% of the 25 in-home services cases.

---

[4] For Item 13, in the in-home cases, "Mother" and "Father" are typically defined as the parents/caregivers with whom the children were living when the agency became involved with the family and with whom the children will remain (for example, biological parents, relatives, guardians, adoptive parents). In the foster care cases, "mother" and "father" are typically defined as the parents/caregivers from whom the child was removed and with whom the agency is working toward reunification; however, biological parents who were not the parents from whom the child was removed may also be included, as may adoptive parents if the adoption was finalized during the period under review. A rating could consider the agency's work with multiple applicable "mothers" and "fathers" for the period under review in the case.

D003789

**West Virginia 2017 CFSR Final Report**

### Item 15. Caseworker Visits With Parents
**Purpose of Assessment:** To determine whether, during the period under review, the frequency and quality of visits between caseworkers and the mothers and fathers[5] of the child(ren) are sufficient to ensure the safety, permanency, and well-being of the child(ren) and promote achievement of case goals.

- West Virginia received an overall rating of Area Needing Improvement for Item 15 because 19% of the 57 applicable cases were rated as a Strength.

- Item 15 was rated as a Strength in 19% of the 32 applicable foster care cases and 20% of the 25 applicable in-home services cases.

- In 23% of the 56 applicable cases, the agency made concerted efforts to ensure that both the frequency and quality of caseworker visitation with mothers were sufficient.

- In 16% of the 45 applicable cases, the agency made concerted efforts to ensure that both the frequency and quality of caseworker visitation with fathers were sufficient.

## Well-Being Outcome 2: Children receive appropriate services to meet their educational needs.

The Children's Bureau calculates the state's performance on Well-Being Outcome 2 using the state's performance on Item 16.

### State Outcome Performance
West Virginia is not in substantial conformity with Well-Being Outcome 2.

The outcome was substantially achieved in 73% of the 44 applicable cases reviewed.

*Well-Being Outcome 2 Item Performance*

### Item 16. Educational Needs of the Child
**Purpose of Assessment:** To assess whether, during the period under review, the agency made concerted efforts to assess children's educational needs at the initial contact with the child (if the case was opened during the period under review) or on an ongoing basis (if

---

[5] For Item 15, in the in-home cases, "Mother" and "Father" are typically defined as the parents/caregivers with whom the children were living when the agency became involved with the family and with whom the children will remain (for example, biological parents, relatives, guardians, adoptive parents). In the foster care cases, "Mother" and "Father" is typically defined as the parents/caregivers from whom the child was removed and with whom the agency is working toward reunification; however, biological parents who were not the parents from whom the child was removed may also be included, as may adoptive parents if the adoption was finalized during the period under review. A rating could consider the agency's work with multiple applicable mother and fathers for the period under review in the case.

D003790

**West Virginia 2017 CFSR Final Report**

the case was opened before the period under review), and whether identified needs were appropriately addressed in case planning and case management activities.

- West Virginia received an overall rating of Area Needing Improvement for Item 16 because 73% of the 44 applicable cases were rated as a Strength.

- Item 16 was rated as a Strength in 77% of the 35 applicable foster care cases and 56% of the 9 applicable in-home services cases.

## Well-Being Outcome 3: Children receive adequate services to meet their physical and mental health needs.

The Children's Bureau calculates the state's performance on Well-Being Outcome 3 using the state's performance on Items 17 and 18.

### State Outcome Performance

West Virginia is not in substantial conformity with Well-Being Outcome 3.

The outcome was substantially achieved in 59% of the 54 applicable cases reviewed.

The outcome was substantially achieved in 68% of the 40 applicable foster care cases and 36% of the applicable 14 in-home services cases.

*Well-Being Outcome 3 Item Performance*

### Item 17. Physical Health of the Child

**Purpose of Assessment:** To determine whether, during the period under review, the agency addressed the physical health needs of the children, including dental health needs.

- West Virginia received an overall rating of Area Needing Improvement for Item 17 because 75% of the 44 applicable cases were rated as a Strength.

- Item 17 was rated as a Strength in 78% of the 40 foster care cases and 50% of the 4 applicable in-home services cases.

### Item 18. Mental/Behavioral Health of the Child

**Purpose of Assessment:** To determine whether, during the period under review, the agency addressed the mental/behavioral health needs of the children.

- West Virginia received an overall rating of Area Needing Improvement for Item 18 because 59% of the 41 applicable cases were rated as a Strength.

D003791

**West Virginia 2017 CFSR Final Report**

- Item 18 was rated as a Strength in 71% of the 28 applicable foster care cases and 31% of the 13 applicable in-home services cases.

# III. KEY FINDINGS RELATED TO SYSTEMIC FACTORS

For each systemic factor below, we provide performance summaries and a determination of whether the state is in substantial conformity with that systemic factor. In addition, we provide ratings for each item and a description of how the rating was determined. The CFSR relies upon a review of information contained in the statewide assessment to assess each item. If an item rating cannot be determined from the information contained in the statewide assessment, the Children's Bureau conducts stakeholder interviews and considers information gathered through the interviews in determining ratings for each item.

## Statewide Information System

The Children's Bureau assesses the state's performance on this systemic factor using the state's performance on Item 19.

### State Systemic Factor Performance
West Virginia is not in substantial conformity with the systemic factor of Statewide Information System. The one item in this systemic factor was rated as an Area Needing Improvement.

***Statewide Information System Item Performance***

### Item 19. Statewide Information System
**Description of Systemic Factor Item:** The statewide information system is functioning statewide to ensure that, at a minimum, the state can readily  identify the status, demographic characteristics, location, and goals for the placement of every child who is (or, within the immediately preceding 12 months, has been) in foster care.

- West Virginia received an overall rating of Area Needing Improvement for Item 19 based on information from the statewide assessment and stakeholder interviews.

- Information in the statewide assessment and collected during interviews with stakeholders showed that although West Virginia's statewide information system has the capacity to contain information related to demographic characteristics, location, and goals for placement of every child, the information may not be current or accurate. Generally, information concerning the child's location tends to be more accurate as it drives foster care payments. However, stakeholders reported that permanency goals are not always updated and accurate. Stakeholders also reported that the system's design can sometimes result in duplicate cases.

D003792

**West Virginia 2017 CFSR Final Report**

# Case Review System

The Children's Bureau assesses the state's performance on this systemic factor using the state's performance on Items 20, 21, 22, 23, and 24.

## State Systemic Factor Performance

West Virginia is not in substantial conformity with the systemic factor of Case Review System. Three of the 5 items in this systemic factor were rated as a Strength.

### *Case Review System Item Performance*

### Item 20. Written Case Plan

**Description of Systemic Factor Item:** The case review system is functioning statewide to ensure that each child has a written case plan that is developed jointly with the child's parent(s) and includes the required provisions.

- West Virginia received an overall rating of Area Needing Improvement for Item 20 based on information from the statewide assessment and stakeholder interviews.

- Information in the statewide assessment and collected during interviews with stakeholders showed that case plans are generally not developed jointly with parents. Some stakeholders believed that parents and children were seldom involved in the case planning process and that parents were minimally engaged in Multi-Disciplinary Teams. Other stakeholders said that they believed quality case plans are developed with families but acknowledged that this was not occurring statewide. Some stakeholders felt that although the intent is to involve parents in case planning in large counties, large backlogs interfere with this.

### Item 21. Periodic Reviews

**Description of Systemic Factor Item:** The case review system is functioning statewide to ensure that a periodic review for each child occurs no less  frequently than once every 6 months, either by a court or by administrative review.

- West Virginia received an overall rating of Strength for Item 21 based on information from the statewide assessment and stakeholder interviews.

- Data and information in the statewide assessment and collected during interviews with stakeholders showed that typically periodic reviews are conducted by the courts every 3 months, and rarely does the time between reviews exceed 6 months. The court hearings address the required elements of a periodic review, including the appropriateness of the permanency goal, case progress, and other issues related to permanency at each hearing. The state has the capacity to run reports demonstrating the timeliness of reviews.

D003793

## West Virginia 2017 CFSR Final Report

### Item 22. Permanency Hearings
**Description of Systemic Factor Item:** The case review system is functioning statewide to ensure that each child has a permanency hearing in a qualified court or administrative body that occurs no later than 12 months from the date the child entered foster care and no less frequently than every 12 months thereafter.

- West Virginia received an overall rating of Strength for Item 22 based on information from the statewide assessment and stakeholder interviews.

- Data and information in the statewide assessment and information collected during interviews with stakeholders showed that permanency hearings are typically conducted by the courts every 3 months, and rarely does the time between hearings exceed 6 months. These court hearings address the required elements of a permanency hearing, including the appropriateness of the permanency goal and case progress. The state has the capacity to run reports related to the timeliness of permanency hearings.

### Item 23. Termination of Parental Rights
**Description of Systemic Factor Item:** The case review system is functioning statewide to ensure that the filing of termination of parental rights proceedings occurs in  accordance with required provisions.

- West Virginia received an overall rating of Strength for Item 23 based on information from the statewide assessment and stakeholder interviews.

- Information in the statewide assessment and collected during interviews with stakeholders showed that in most cases, termination of parental rights (TPR) petitions are filed timely. Stakeholders reported that in those cases where TPRs were not filed, the agency documented compelling reasons in the case record, and the reasons were also noted in court orders. Although some exceptions were noted, primarily in youth service cases, stakeholders consistently said this systemic factor was functioning on a statewide basis.

### Item 24. Notice of Hearings and Reviews to Caregivers
**Description of Systemic Factor Item:** The case review system is functioning to ensure that foster parents, pre-adoptive parents, and relative caregivers of children in foster care are notified of, and have a right to be heard in, any review or hearing held with respect to the child.

- West Virginia received an overall rating of Area Needing Improvement for Item 24 based on information from the statewide assessment and stakeholder interviews.

- Information in the statewide assessment and collected through interviews with stakeholders showed that resource parents (foster parents, pre-adoptive parents, and relative caretakers) are not consistently notified about reviews or hearings with respect to a child in their care and their right to be heard. There is no established and consistent statewide process to notify resource parents of court hearings and their right to be heard. Some stakeholders were concerned that resource parents often do not know about hearings or the status of cases, and several stakeholders reported that notification to caregivers is

D003794

**West Virginia 2017 CFSR Final Report**

not happening in every county. Stakeholders also reported that foster parents' involvement in court hearings varied from court to court.

# Quality Assurance System

The Children's Bureau assesses the state's performance on this systemic factor using the state's performance on Item 25.

## State Systemic Factor Performance

West Virginia is in substantial conformity with the systemic factor of Quality Assurance System. The one item in this systemic factor was rated as a Strength.

### *Quality Assurance System Item Performance*

### Item 25. Quality Assurance System

**Description of Systemic Factor Item:** The quality assurance system is functioning statewide to ensure that it (1) operating in the jurisdictions where the services included in the Child and Family Services Plan (CFSP) are provided, (2) has standards to evaluate the quality of services (including standards to ensure that children in foster care are provided quality services that protect their health and safety), (3) identifies strengths and needs of the service delivery system, (4) provides relevant reports, and (5) evaluates implemented program improvement measures.

- West Virginia received an overall rating of Strength for Item 25 based on information from the statewide assessment.

- Information in the statewide assessment showed that the West Virginia centrally administered quality assurance process occurs statewide, has dedicated staff, and is modeled after the CFSR. The system evaluates Child Protective Services cases from initial contact to case closure, Youth Services cases with and without judicial oversight, and conducts targeted reviews. The state's Quality Councils include a review of DPQI case review results, which identifies each district's strengths and areas for improvement, and development of district corrective action plans with submission of those plans to agency leadership. Agency staff has access to an internal data dashboard that captures outcome data.

# Staff and Provider Training

The Children's Bureau assesses the state's performance on this systemic factor using the state's performance on Items 26, 27, and 28.

## State Systemic Factor Performance

West Virginia is in substantial conformity with the systemic factor of Staff and Provider Training. Two of the items in this systemic factor were rated as a Strength.

D003795

## West Virginia 2017 CFSR Final Report

***Staff and Provider Training Item Performance***

### Item 26. Initial Staff Training

**Description of Systemic Factor Item:** The staff and provider training system is functioning statewide to ensure that initial training is provided to all staff who deliver services pursuant to the CFSP that includes the basic skills and knowledge required for their positions.

- West Virginia received an overall rating of Strength for Item 26 based on information from the statewide assessment and stakeholder interviews.

- Information in the statewide assessment described the training requirements for both agency and contractor staff. Agency and contractor staff are required to complete initial training and pass a competency evaluation before assuming case management responsibilities. The agency tracks completion of the initial staff training through a central database. Surveys of new staff completing the training show that the training is effective in helping staff meet the requirements of their job. Stakeholders consistently reported that initial trainings prepare new staff for their positions.

### Item 27. Ongoing Staff Training

**Description of Systemic Factor Item:** The staff and provider training system is functioning statewide to ensure that ongoing training is provided for staff[6] that addresses the skills and knowledge base needed to carry out their duties with regard to the services included in the CFSP.

- West Virginia received an overall rating of Area Needing Improvement for Item 27 based on information from the statewide assessment and stakeholder interviews.

- Information in the statewide assessment and collected during interviews with stakeholders showed that ongoing training is not providing staff with the skills and knowledge necessary to carry out their duties. Although training is available, stakeholders said that staff are not always able to attend because of workload demands. While there is a prescribed amount of ongoing training required to maintain licensure or for new initiatives, there is no process to identify ongoing training topics to support staff's professional development and provide the skills/knowledge needed to enhance their job performance.

### Item 28. Foster and Adoptive Parent Training

**Description of Systemic Factor Item:** The staff and provider training system is functioning statewide to ensure that training is occurring statewide for current or prospective foster parents, adoptive parents, and staff of state licensed or approved facilities (that

---

[6] "Staff," for purposes of assessing this item, includes all contracted and non-contracted staff who have case management responsibilities in the areas of child protection services, family preservation and support services, foster care services, adoption services, and independent living services pursuant to the state's CFSP. "Staff" also includes direct supervisors of all contracted and non-contracted staff who have case management responsibilities in the areas of child protection services, family preservation and support services, foster care services, adoption services, and independent living services pursuant to the state's CFSP.

D003796

**West Virginia 2017 CFSR Final Report**

care for children receiving foster care or adoption assistance under title IV-E) that addresses the skills and knowledge base needed to carry out their duties with regard to foster and adopted children.

- West Virginia received an overall rating of Strength for Item 28 based on information from the statewide assessment and stakeholder interviews.

- Information in the statewide assessment and collected during interviews with stakeholders showed that current or prospective foster and adoptive parents receive the training that addresses the skills and knowledge base needed to carry out their duties. Stakeholders reported that both the public and private agencies use the PRIDE curriculum for initial foster and adoptive parent training, unless the private agency is granted a waiver, and that the training provides participants with the skills and knowledge needed to serve effectively as foster and adoptive parents. Stakeholders reported no concerns with accessing trainings. The state uses input from foster parents and foster parent associations to identify topics for ongoing training. Foster parents serve as co-trainers for PRIDE training, and informal training is also provided through foster parent support groups. Private providers and residential facilities are required to complete a minimum number of hours of training to maintain their licenses. Completion of training is tracked by the agency's licensing division.

# Service Array and Resource Development

The Children's Bureau assesses the state's performance on this systemic factor using the state's performance on Items 29 and 30.

## State Systemic Factor Performance
West Virginia is not in substantial conformity with the systemic factor of Service Array and Resource Development. None of the items in this systemic factor was rated as a Strength.

### Service Array and Resource Development Item Performance

#### Item 29. Array of Services
**Description of Systemic Factor Item:** The service array and resource development system is functioning to ensure that the following array of services is accessible in all political jurisdictions covered by the CFSP: (1) services that assess the strengths and needs of children and families and determine other service needs, (2) services that address the needs of families in addition to individual children in order to create a safe home environment, (3) services that enable children to remain safely with their parents when reasonable, and (4) services that help children in foster and adoptive placements achieve permanency.

- West Virginia received an overall rating of Area Needing Improvement for Item 29 based on information from the statewide assessment and stakeholder interviews.

- Information in the statewide assessment and collected during interviews with stakeholders showed that West Virginia's service array does not adequately meet the needs of children and families served in the state. Stakeholders consistently reported that the two areas of greatest need for which services and resources are lacking are substance abuse treatment and

D003797

## West Virginia 2017 CFSR Final Report

the availability of foster homes. Other necessary services for children and families that were also noted as lacking included mental health services for children, sex offender treatment, batterer offender treatment, autism support services, post-adoption services, kinship family support services, and housing.

### Item 30. Individualizing Services

**Description of Systemic Factor Item:** The service array and resource development system is functioning statewide to ensure that the services in Item 29 can be individualized to meet the unique needs of children and families served by the agency.

- West Virginia received an overall rating of Area Needing Improvement for Item 30 based on information from the statewide assessment and stakeholder interviews.

- Information in the statewide assessment and collected during interviews with stakeholders showed that although the agency has made efforts to better individualize services, the lack of available and accessible quality services statewide precludes the individualization of services. Multidisciplinary team meetings and court hearings are venues where individual service needs are often identified, and at times families' needs can be met through flexible funding. However, access to this funding is not consistent statewide.

# Agency Responsiveness to the Community

The Children's Bureau assesses the state's performance on this systemic factor using the state's performance on Items 31 and 32.

## State Systemic Factor Performance

West Virginia is in substantial conformity with the systemic factor of Agency Responsiveness to the Community. Both of the items in this systemic factor were rated as a Strength.

*Agency Responsiveness to the Community Item Performance*

### Item 31. State Engagement and Consultation With Stakeholders Pursuant to CFSP and APSR

**Description of Systemic Factor Item:** The agency responsiveness to the community system is functioning statewide to ensure that, in implementing the provisions of the CFSP and developing related APSRs, the state engages in ongoing consultation with Tribal representatives, consumers, service providers, foster care providers, the juvenile court, and other public and private child- and family-serving agencies and includes the major concerns of these representatives in the goals, objectives, and annual updates of the CFSP.

- West Virginia received an overall rating of Strength for Item 31 based on information from the statewide assessment and stakeholder interviews.

- Information collected during interviews with stakeholders showed that the agency engages in ongoing consultation with stakeholders in implementing the provisions of the CFSP and developing related APSRs. Although stakeholders reported that there are no formal stakeholder meetings, most stakeholders said that their input is listened to and reflected in CFSP and

D003798

**West Virginia 2017 CFSR Final Report**

APSR goals. Stakeholders overall said that community relationships with the DHHR central office were positive and that good collaboration happens in many areas across the state. Foster parents and youth, however, expressed concern that their voices were not heard by the agency.

### Item 32. Coordination of CFSP Services With Other Federal Programs

**Description of Systemic Factor Item:** The agency responsiveness to the community system is functioning statewide to ensure that the state's services under the CFSP are coordinated with services or benefits of other federal or federally assisted programs serving the same population.

- West Virginia received an overall rating of Strength for Item 32 based on information from the statewide assessment and stakeholder interviews.

- Information in the statewide assessment and collected during interviews with stakeholders showed that there is good coordination with the services and benefits of other federal programs serving the same population. The agency collaborates effectively with the entities administering Temporary Assistance for Needy Families (TANF), the Supplement Nutritional Assistance Program (SNAP), Child Care, and Medicaid. Stakeholders said that the Bureau for Children and Families is collaborating with the Bureau for Behavioral Health and Health Facilities and the Bureau for Public Health. BCF also works with TANF (West Virginia WORKS) to develop programs for children aging out of foster care. DHHR works with the Child Support Bureau to resolve paternity issues. Agencies administering these programs are often co-located in offices or nearby to support coordination efforts.

## Foster and Adoptive Parent Licensing, Recruitment, and Retention

The Children's Bureau assesses the state's performance on this systemic factor using the state's performance on Items 33, 34, 35, and 36.

### State Systemic Factor Performance

West Virginia is not in substantial conformity with the systemic factor of Foster and Adoptive Parent Licensing, Recruitment, and Retention. Two of the four items in this systemic factor were rated as a Strength.

*Foster and Adoptive Parent Licensing, Recruitment, and Retention Item Performance*

### Item 33. Standards Applied Equally

**Description of Systemic Factor Item:** The foster and adoptive parent licensing, recruitment, and retention system is functioning statewide to ensure that state standards are applied to all licensed or approved foster family homes or child care institutions receiving title IV-B or IV-E funds.

- West Virginia received an overall rating of Strength for Item 33 based on information from the statewide assessment and stakeholder interviews.

D003799

## West Virginia 2017 CFSR Final Report

- In the statewide assessment, West Virginia documented, and stakeholders confirmed, that a single set of state standards is consistently applied equally to families, provider agencies, and child care institutions. DHHR conducts reviews of kinship relative homes and can utilize waivers for non-safety requirements. All background checks must be completed before homes are approved. The state has a process for reviewing facility files to ensure compliance with licensing requirements.

### Item 34. Requirements for Criminal Background Checks

**Description of Systemic Factor Item:** The foster and adoptive parent licensing, recruitment, and retention system is functioning statewide to ensure that the state complies with federal requirements for criminal background clearances as related to licensing or approving foster care and adoptive placements and has in place a case planning process that includes provisions for addressing the safety of foster care and adoptive placements for children.

- West Virginia received an overall rating of Strength for Item 34 based on information from the statewide assessment and stakeholder interviews.

- Information in the statewide assessment and collected during interviews with stakeholders showed that criminal background checks are routinely occurring statewide for prospective foster and adoptive parents and facility staff. The state has in place case planning processes that include provisions for addressing the safety of foster care and adoptive placements for children. The state trains workers on what to look for to ensure the protection of children in out-of-home placements and to meet with children alone. An Internal Investigation Unit report is made when there is a report of suspected abuse and neglect, and when there are allegations of sexual abuse or serious physical abuse, all children are removed from the home until an investigation is completed. Stakeholders reported that law enforcement works closely with the agency to jointly investigate allegations of maltreatment in care.

### Item 35. Diligent Recruitment of Foster and Adoptive Homes

**Description of Systemic Factor Item:** The foster and adoptive parent licensing, recruitment, and retention system is functioning to ensure that the process for ensuring the diligent recruitment of potential foster and adoptive families who reflect the ethnic and racial diversity of children in the state for whom foster and adoptive homes are needed is occurring statewide.

- West Virginia received an overall rating of Area Needing Improvement for Item 35 based on information from the statewide assessment and stakeholder interviews.

- Information in the statewide assessment and collected during interviews with stakeholders showed that West Virginia does not have a statewide coordinated effort to recruit foster and adoptive homes for the children needing placement. DHHR is not recruiting or approving new foster homes but rather is focused on kinship homes and re-evaluations. The recruitment plan and primary focus of Mission West Virginia is on processing referrals and not necessarily recruiting new homes, and specialized agencies are no longer involved in the recruitment of foster homes for special-needs children. It was reported that the number of children entering foster care has risen while the number of homes has not matched the increase in need, and that the shortage of homes has resulted in children sometimes sleeping in offices and being placed in shelter care.

D003800

**West Virginia 2017 CFSR Final Report**

## Item 36. State Use of Cross-Jurisdictional Resources for Permanent Placements

**Description of Systemic Factor Item:** The foster and adoptive parent licensing, recruitment, and retention system is functioning to ensure that the process for ensuring the effective use of cross-jurisdictional resources to facilitate timely adoptive or permanent placements for waiting children is occurring statewide.

- West Virginia received an overall rating of Area Needing Improvement for Item 36 based on information from the statewide assessment and stakeholder interviews.

- Information in the statewide assessment and collected during interviews with stakeholders showed that the state's use of cross-jurisdictional resources to facilitate timely adoptive or permanent placements for waiting children is not occurring timely or effectively. Stakeholders reported that although the Interstate Compact on the Placement of Children is generally followed, it is neither effective nor timely—less than a quarter of the cases are responded to timely. Stakeholders said that completing criminal background checks in other states was a challenge because there are often cost and payment issues. There was consensus among stakeholders that the adoption exchange is used frequently when a home cannot be identified within the state.

D003801

# Appendix A
## Summary of West Virginia 2017 Child and Family Services Review Performance

## I. Ratings for Safety, Permanency, and Well-Being Outcomes and Items

**Outcome Achievement:** Outcomes may be rated as in substantial conformity or not in substantial conformity. 95% of the applicable cases reviewed must be rated as having substantially achieved the outcome for the state to be in substantial conformity with the outcome.

**Item Achievement:** Items may be rated as a Strength or as an Area Needing Improvement. For an overall rating of Strength, 90% of the cases reviewed for the item (with the exception of Item 1 and Item 16) must be rated as a Strength. Because Item 1 is the only item for Safety Outcome 1 and Item 16 is the only item for Well-Being Outcome 2, the requirement of a 95% Strength rating applies.

**SAFETY OUTCOME 1: CHILDREN ARE, FIRST AND FOREMOST, PROTECTED FROM ABUSE AND NEGLECT.**

| Data Element | Overall Determination | State Performance |
|---|---|---|
| **Safety Outcome 1** Children are, first and foremost, protected from abuse and neglect | Not in Substantial Conformity | 56% Substantially Achieved |
| **Item 1** Timeliness of investigations | Area Needing Improvement | 56% Strength |

**SAFETY OUTCOME 2: CHILDREN ARE SAFELY MAINTAINED IN THEIR HOMES WHENEVER POSSIBLE AND APPROPRIATE.**

| Data Element | Overall Determination | State Performance |
|---|---|---|
| **Safety Outcome 2** Children are safely maintained in their homes whenever possible and appropriate | Not in Substantial Conformity | 42% Substantially Achieved |
| **Item 2** Services to protect child(ren) in home and prevent removal or re-entry into foster care | Area Needing Improvement | 73% Strength |
| **Item 3** Risk and safety assessment and management | Area Needing Improvement | 42% Strength |

A-1

D003802

**Appendix A: Summary of West Virginia 2017 CFSR Performance**

## PERMANENCY OUTCOME 1: CHILDREN HAVE PERMANENCY AND STABILITY IN THEIR LIVING SITUATIONS.

| Data Element | Overall Determination | State Performance |
| --- | --- | --- |
| **Permanency Outcome 1**<br>Children have permanency and stability in their living situations | Not in Substantial Conformity | 20% Substantially Achieved |
| **Item 4**<br>Stability of foster care placement | Area Needing Improvement | 55% Strength |
| **Item 5**<br>Permanency goal for child | Area Needing Improvement | 50% Strength |
| **Item 6**<br>Achieving reunification, guardianship, adoption, or other planned permanent living arrangement | Area Needing Improvement | 58% Strength |

## PERMANENCY OUTCOME 2: THE CONTINUITY OF FAMILY RELATIONSHIPS AND CONNECTIONS IS PRESERVED FOR CHILDREN.

| Data Element | Overall Determination | State Performance |
| --- | --- | --- |
| **Permanency Outcome 2**<br>The continuity of family relationships and connections is preserved for children | Not in Substantial Conformity | 65% Substantially Achieved |
| **Item 7**<br>Placement with siblings | Area Needing Improvement | 86% Strength |
| **Item 8**<br>Visiting with parents and siblings in foster care | Area Needing Improvement | 68% Strength |
| **Item 9**<br>Preserving connections | Area Needing Improvement | 73% Strength |
| **Item 10**<br>Relative placement | Area Needing Improvement | 68% Strength |
| **Item 11**<br>Relationship of child in care with parents | Area Needing Improvement | 52% Strength |

D003803

## Appendix A: Summary of West Virginia 2017 CFSR Performance

**WELL-BEING OUTCOME 1: FAMILIES HAVE ENHANCED CAPACITY TO PROVIDE FOR THEIR CHILDREN'S NEEDS.**

| Data Element | Overall Determination | State Performance |
|---|---|---|
| **Well-Being Outcome 1**<br>Families have enhanced capacity to provide for their children's needs | Not in Substantial Conformity | 26% Substantially Achieved |
| **Item 12**<br>Needs and services of child, parents, and foster parents | Area Needing Improvement | 35% Strength |
| **Sub-Item 12A**<br>Needs assessment and services to children | Area Needing Improvement | 72% Strength |
| **Sub-Item 12B**<br>Needs assessment and services to parents | Area Needing Improvement | 30% Strength |
| **Sub-Item 12C**<br>Needs assessment and services to foster parents | Area Needing Improvement | 76% Strength |
| **Item 13**<br>Child and family involvement in case planning | Area Needing Improvement | 40% Strength |
| **Item 14**<br>Caseworker visits with child | Area Needing Improvement | 42% Strength |
| **Item 15**<br>Caseworker visits with parents | Area Needing Improvement | 19% Strength |

**WELL-BEING OUTCOME 2: CHILDREN RECEIVE APPROPRIATE SERVICES TO MEET THEIR EDUCATIONAL NEEDS.**

| Data Element | Overall Determination | State Performance |
|---|---|---|
| **Well-Being Outcome 2**<br>Children receive appropriate services to meet their educational needs | Not in Substantial Conformity | 73% Substantially Achieved |
| **Item 16**<br>Educational needs of the child | Area Needing Improvement | 73% Strength |

A-3

D003804

## Appendix A: Summary of West Virginia 2017 CFSR Performance

**WELL-BEING OUTCOME 3: CHILDREN RECEIVE ADEQUATE SERVICES TO MEET THEIR PHYSICAL AND MENTAL HEALTH NEEDS.**

| Data Element | Overall Determination | State Performance |
|---|---|---|
| **Well-Being Outcome 3**<br>Children receive adequate services to meet their physical and mental health needs | Not in Substantial Conformity | 59% Substantially Achieved |
| **Item 17**<br>Physical health of the child | Area Needing Improvement | 75% Strength |
| **Item 18**<br>Mental/behavioral health of the child | Area Needing Improvement | 59% Strength |

## II. Ratings for Systemic Factors

The Children's Bureau determines whether a state is in substantial conformity with federal requirements for the 7 systemic factors based on the level of functioning of each systemic factor across the state. The Children's Bureau determines substantial conformity with the systemic factors based on ratings for the item or items within each factor. Performance on 5 of the 7 systemic factors is determined on the basis of ratings for multiple items or plan requirements. For a state to be found in substantial conformity with these systemic factors, the Children's Bureau must find that no more than 1 of the required items for that systemic factor fails to function as required. For a state to be found in substantial conformity with the 2 systemic factors that are determined based on the rating of a single item, the Children's Bureau must find that the item is functioning as required.

**STATEWIDE INFORMATION SYSTEM**

| Data Element | Source of Data and Information | State Performance |
|---|---|---|
| **Statewide Information System** | Statewide Assessment and Stakeholder Interviews | Not in Substantial Conformity |
| **Item 19**<br>Statewide Information System | Statewide Assessment and Stakeholder Interviews | Area Needing Improvement |

A-4

D003805

## Appendix A: Summary of West Virginia 2017 CFSR Performance

**CASE REVIEW SYSTEM**

| Data Element | Source of Data and Information | State Performance |
|---|---|---|
| **Case Review System** | Statewide Assessment and Stakeholder Interviews | Not in Substantial Conformity |
| **Item 20**<br>Written Case Plan | Statewide Assessment and Stakeholder Interviews | Area Needing Improvement |
| **Item 21**<br>Periodic Reviews | Statewide Assessment and Stakeholder Interviews | Strength |
| **Item 22**<br>Permanency Hearings | Statewide Assessment and Stakeholder Interviews | Strength |
| **Item 23**<br>Termination of Parental Rights | Statewide Assessment and Stakeholder Interviews | Strength |
| **Item 24**<br>Notice of Hearings and Reviews to Caregivers | Statewide Assessment and Stakeholder Interviews | Area Needing Improvement |

**QUALITY ASSURANCE SYSTEM**

| Data Element | Source of Data and Information | State Performance |
|---|---|---|
| **Quality Assurance System** | Statewide Assessment | Substantial Conformity |
| **Item 25**<br>Quality Assurance System | Statewide Assessment | Strength |

**STAFF AND PROVIDER TRAINING**

| Data Element | Source of Data and Information | State Performance |
|---|---|---|
| **Staff and Provider Training** | Statewide Assessment and Stakeholder Interviews | Substantial Conformity |
| **Item 26**<br>Initial Staff Training | Statewide Assessment and Stakeholder Interviews | Strength |
| **Item 27**<br>Ongoing Staff Training | Statewide Assessment and Stakeholder Interviews | Area Needing Improvement |
| **Item 28**<br>Foster and Adoptive Parent Training | Statewide Assessment and Stakeholder Interviews | Strength |

D003806

## Appendix A: Summary of West Virginia 2017 CFSR Performance

**SERVICE ARRAY AND RESOURCE DEVELOPMENT**

| Data Element | Source of Data and Information | State Performance |
|---|---|---|
| **Service Array and Resource Development** | Statewide Assessment and Stakeholder Interviews | Not in Substantial Conformity |
| **Item 29** <br> Array of Services | Statewide Assessment and Stakeholder Interviews | Area Needing Improvement |
| **Item 30** <br> Individualizing Services | Statewide Assessment and Stakeholder Interviews | Area Needing Improvement |

**AGENCY RESPONSIVENESS TO THE COMMUNITY**

| Data Element | Source of Data and Information | State Performance |
|---|---|---|
| **Agency Responsiveness to the Community** | Statewide Assessment and Stakeholder Interviews | Substantial Conformity |
| **Item 31** <br> State Engagement and Consultation With Stakeholders Pursuant to CFSP and APSR | Statewide Assessment and Stakeholder Interviews | Strength |
| **Item 32** <br> Coordination of CFSP Services With Other Federal Programs | Statewide Assessment and Stakeholder Interviews | Strength |

D003807

## Appendix A: Summary of West Virginia 2017 CFSR Performance

**FOSTER AND ADOPTIVE PARENT LICENSING, RECRUITMENT, AND RETENTION**

| Data Element | Source of Data and Information | State Performance |
|---|---|---|
| **Foster and Adoptive Parent Licensing, Recruitment, and Retention** | Statewide Assessment and Stakeholder Interviews | Not in Substantial Conformity |
| **Item 33**<br>Standards Applied Equally | Statewide Assessment and Stakeholder Interviews | Strength |
| **Item 34**<br>Requirements for Criminal Background Checks | Statewide Assessment and Stakeholder Interviews | Strength |
| **Item 35**<br>Diligent Recruitment of Foster and Adoptive Homes | Statewide Assessment and Stakeholder Interviews | Area Needing Improvement |
| **Item 36**<br>State Use of Cross-Jurisdictional Resources for Permanent Placements | Statewide Assessment and Stakeholder Interviews | Area Needing Improvement |

## III. Performance on Statewide Data Indicators[7]

The state's performance is considered against the national performance for each statewide data indicator and provides contextual information for considering the findings. This information is not used in conformity decisions. State performance may be statistically above, below, or no different than the national performance. If a state did not provide the required data or did not meet the applicable item data quality limits, the Children's Bureau did not calculate the state's performance for the statewide data indicator.

| Statewide Data Indicator | National Performance | Direction of Desired Performance | RSP* | 95% Confidence Interval** | Data Period(s) Used for State Performance*** |
|---|---|---|---|---|---|
| Recurrence of maltreatment | 9.1% | Lower | 3.5% | 3%–4.2% | FY14–FY15 |
| Maltreatment in foster care (victimizations per 100,000 days in care) | 8.50 | Lower | 1.96 | 1.33-2.9 | 15A–15B, FY15 |

---

[7] In October 2016, the Children's Bureau issued Technical Bulletin #9 (http://www.acf.hhs.gov/cb/resource/cfsr-technical-bulletin-9), which alerted states to the fact that there were technical errors in the syntax used to calculate the national and state performance for the statewide data indicators. The syntax revision is still underway, so performance shown in this table is based on the 2015 Federal Register syntax.

D003808

## Appendix A: Summary of West Virginia 2017 CFSR Performance

| Statewide Data Indicator | National Performance | Direction of Desired Performance | RSP* | 95% Confidence Interval** | Data Period(s) Used for State Performance*** |
|---|---|---|---|---|---|
| Permanency in 12 months for children entering foster care | 40.5% | Higher | 37.2% | 35.8%–38.5% | 13B–16A |
| Permanency in 12 months for children in foster care 12-23 months | 43.6% | Higher | 55% | 52.3%–57.7% | 15B–16A |
| Permanency in 12 months for children in foster care 24 months or more | 30.3% | Higher | 35.2% | 31.9%–38.6% | 15B–16A |
| Re-entry to foster care in 12 months | 8.3% | Lower | 6.8% | 5.9%–7.9% | 13B–16A |
| Placement stability (moves per 1,000 days in care) | 4.12 | Lower | 3.18 | 3.04–3.32 | 15B–6A |

* Risk-Standardized Performance (RSP) is derived from a multi-level statistical model and reflects the state's performance relative to states with similar children and takes into account the number of children the state served, the age distribution of these children and, for some indicators, the state's entry rate. It uses risk-adjustment to minimize differences in outcomes due to factors over which the state has little control and provides a more fair comparison of state performance against national performance.

** 95% Confidence Interval is the 95% confidence interval estimate for the state's RSP. The values shown are the lower RSP and upper RSP of the interval estimate. The interval accounts for the amount of uncertainty associated with the RSP. For example, the CB is 95% confident that the true value of the RSP is between the lower and upper limit of the interval.

*** Data Period(s) Used for State Performance: Refers to the initial 12-month period and the period(s) of data needed to follow the children to observe their outcomes. The FY or federal fiscal year refers to NCANDS data, which spans the 12-month period October 1 – September 30. All other periods refer to AFCARS data. "A" refers to the 6-month period October 1 – March 31. "B" refers to the 6-month period April 1 – September 30. The 2-digit year refers to the calendar year in which the period ends.

D003809

**Appendix B**
**Summary of CFSR Round 2 West Virginia 2008 Key Findings**

The Children's Bureau conducted a CFSR in West Virginia in 2008. Key findings from that review are presented below. Because the Children's Bureau made several changes to the CFSR process and items and indicators relevant for performance based on lessons learned during the second round and in response to feedback from the child welfare field, a state's performance in the third round of the CFSR is not directly comparable to its performance in the second round.

## Identifying Information and Review Dates

| General Information |
| --- |
| **Children's Bureau Region:** 3 |
| **Date of Onsite Review:** September 15–19, 2008 |
| **Period Under Review:** April 1, 2007, through September 19, 2008 |
| **Date Courtesy Copy of Final Report Issued:** August 15, 2009 |
| **Date Program Improvement Plan Due:** July 14, 2009 |
| **Date Program Improvement Plan Approved:** July 1, 2010 |

## Highlights of Findings

| Performance Measurements |
| --- |
| A.  The state met the national standards for **none** of the **six** standards. |
| B.  The state achieved substantial conformity with **none** of the **seven** outcomes. |
| C.  The state achieved substantial conformity with **four** of the **seven** systemic factors. |

D003810

**Appendix B: West Virginia 2008 CFSR Key Findings**

# State's Conformance With the National Standards

| Data Indicator or Composite | National Standard | State's Score | Meets or Does Not Meet Standard |
|---|---|---|---|
| Absence of maltreatment recurrence (data indicator) | 94.6 or higher | 87.6 | Does Not Meet Standard |
| Absence of child abuse and/or neglect in foster care (data indicator) | 99.68 or higher | 99.32 | Does Not Meet Standard |
| Timeliness and permanency of reunifications (Permanency Composite 1) | 122.6 or higher | 106.6 | Does Not Meet Standard |
| Timeliness of adoptions (Permanency Composite 2) | 106.4 or higher | 97.8 | Does Not Meet Standard |
| Permanency for children and youth in foster care for long periods of time (Permanency Composite 3) | 121.7 or higher | 120.2 | Does Not Meet Standard |
| Placement stability (Permanency Composite 4) | 101.5 or higher | 97.1 | Does Not Meet Standard |

# State's Conformance With the Outcomes

| Outcome | Achieved or Did Not Achieve Substantial Conformity |
|---|---|
| Safety Outcome 1: Children are, first and foremost, protected from abuse and neglect. | Did Not Achieve Substantial Conformity |
| Safety Outcome 2: Children are safely maintained in their homes whenever possible and appropriate. | Did Not Achieve Substantial Conformity |
| Permanency Outcome 1: Children have permanency and stability in their living situations. | Did Not Achieve Substantial Conformity |

D003811

**Appendix B: West Virginia 2008 CFSR Key Findings**

| Outcome | Achieved or Did Not Achieve Substantial Conformity |
|---|---|
| Permanency Outcome 2:<br>The continuity of family relationships and connections is preserved for children. | Did Not Achieve Substantial Conformity |
| Child and Family Well-Being Outcome 1:<br>Families have enhanced capacity to provide for their children's needs. | Did Not Achieve Substantial Conformity |
| Child and Family Well-Being Outcome 2:<br>Children receive appropriate services to meet their educational needs. | Did Not Achieve Substantial Conformity |
| Child and Family Well-Being Outcome 3:<br>Children receive adequate services to meet their physical and mental health needs. | Did Not Achieve Substantial Conformity |

## State's Conformance With the Systemic Factors

| Systemic Factor | Achieved or Did Not Achieve Substantial Conformity |
|---|---|
| Statewide Information System | Achieved Substantial Conformity |
| Case Review System | Did Not Achieve Substantial Conformity |
| Quality Assurance System | Achieved Substantial Conformity |
| Staff and Provider Training | Achieved Substantial Conformity |
| Service Array and Resource Development | Did Not Achieve Substantial Conformity |
| Agency Responsiveness to the Community | Achieved Substantial Conformity |
| Foster and Adoptive Parent Licensing, Recruitment, and Retention | Did Not Achieve Substantial Conformity |

D003812

**Appendix B: West Virginia 2008 CFSR Key Findings**

## Key Findings by Item

**Outcomes**

| Item | Strength or Area Needing Improvement |
|------|--------------------------------------|
| Item 1. Timeliness of Initiating Investigations of Reports of Child Maltreatment | Area Needing Improvement |
| Item 2. Repeat Maltreatment | Area Needing Improvement |
| Item 3. Services to Family to Protect Child(ren) in the Home and Prevent Removal or Re-entry Into Foster Care | Area Needing Improvement |
| Item 4. Risk Assessment and Safety Management | Area Needing Improvement |
| Item 5. Foster Care Re-entries | Strength |
| Item 6. Stability of Foster Care Placement | Area Needing Improvement |
| Item 7. Permanency Goal for Child | Area Needing Improvement |
| Item 8. Reunification, Guardianship, or Permanent Placement With Relatives | Area Needing Improvement |
| Item 9. Adoption | Area Needing Improvement |
| Item 10. Other Planned Permanent Living Arrangement | Area Needing Improvement |
| Item 11. Proximity of Foster Care Placement | Strength |
| Item 12. Placement With Siblings | Strength |
| Item 13. Visiting With Parents and Siblings in Foster Care | Area Needing Improvement |
| Item 14. Preserving Connections | Area Needing Improvement |
| Item 15. Relative Placement | Area Needing Improvement |
| Item 16. Relationship of Child in Care With Parents | Area Needing Improvement |
| Item 17. Needs and Services of Child, Parents, and Foster | Area Needing Improvement |
| Item 18. Child and Family Involvement in Case Planning | Area Needing Improvement |
| Item 19. Caseworker Visits With Child | Area Needing Improvement |
| Item 20. Caseworker Visits With Parents | Area Needing Improvement |

D003813

## Appendix B: West Virginia 2008 CFSR Key Findings

| Item | Strength or Area Needing Improvement |
|---|---|
| Item 21. Educational Needs of the Child | Area Needing Improvement |
| Item 22. Physical Health of the Child | Area Needing Improvement |
| Item 23. Mental/Behavioral Health of the Child | Area Needing Improvement |

**Systemic Factors**

| Item | Strength or Area Needing Improvement |
|---|---|
| Item 24. Statewide Information System | Strength |
| Item 25. Written Case Plan | Area Needing Improvement |
| Item 26. Periodic Reviews | Strength |
| Item 27. Permanency Hearings | Strength |
| Item 28. Termination of Parental Rights | Strength |
| Item 29. Notice of Hearings and Reviews to Caregivers | Area Needing Improvement |
| Item 30. Standards Ensuring Quality Services | Strength |
| Item 31. Quality Assurance System | Strength |
| Item 32. Initial Staff Training | Strength |
| Item 33. Ongoing Staff Training | Strength |
| Item 34. Foster and Adoptive Parent Training | Strength |
| Item 35. Array of Services | Strength |
| Item 36. Service Accessibility | Area Needing Improvement |
| Item 37. Individualizing Services | Area Needing Improvement |
| Item 38. Engagement in Consultation With Stakeholders | Strength |
| Item 39. Agency Annual Reports Pursuant to CFSP | Strength |
| Item 40. Coordination of CFSP Services With Other Federal Programs | Strength |
| Item 41. Standards for Foster Homes and Institutions | Strength |

D003814

## Appendix B: West Virginia 2008 CFSR Key Findings

| Item | Strength or Area Needing Improvement |
|---|---|
| Item 42. Standards Applied Equally | Strength |
| Item 43. Requirements for Criminal Background Checks | Area Needing Improvement |
| Item 44. Diligent Recruitment of Foster and Adoptive Homes | Strength |
| Item 45. State Use of Cross-Jurisdictional Resources for Permanent Placements | Area Needing Improvement |

D003815