**Sent:**      8/3/2016 7:51:41 PM -0400
**To:**        "Exline, Nancy N" <Nancy.N.Exline@wv.gov>
**CC:**        "Mitchell, Tina A" <Tina.A.Mitchell@wv.gov>
**Subject:**   RE: RE: Legislative Foster Care Report April 2016

Hi there – I see you are on email. I thought you were taking a break????    But since you're not -  I totally agree with your comments to Harold. Frankly- I'm at a loss. I have never seen things here this bad & it's certainly not for our lack of trying – at any level within BCF.

We have more formal & organized approaches now than we ever had in place ( I know it often doesn't seem that way but well – we just see more now than we saw before).

I have been thinking a lot as I drive around we are at a total crisis of epic proportions – and it's the drugs. We need to declare this as a crisis & send up a white flag to the feds & others. We have never had as a state the # of infant deaths due to drugs – this is just from my observation.  I truly no longer know how we can do CPS as we are required. Just to handle the increased cases – 50 more staff – not counting additional FFA's.

Anymore every time I get review results from Patty or a RPM or CWC I get mad – because I think those are the people who should be out working with these families – not just telling us all that's missing, not done etc.  I feel like we need to shut down DPQI & send them along with some of our CWC's & RPM back out to carry cases and maybe a few trainers too. I am just sick of the attitude that comes from those factions about how the field is not doing something – well when you're a drowning man you're not really paying any attention to make sure your technique meets requirements.

Just letting you know my thoughts here – knowing we can't really do any of this.        sorry about this rant – I did sit on it for a little while but better I rant to the two of you …..

**From:** Exline, Nancy N
**Sent:** Thursday, March 31, 2016 9:45 AM
**To:** Scarberry, Laura J
**Cc:** Watts, Linda; Mitchell, Tina A; O'Connell, Tanny W; Kelly, Rebecca J; Henson, Kevin M; Vincent, Patricia A; Bailey, Beatrice P
**Subject:** Re: Legislative Foster Care Report April 2016

And now we have reached 5,000 in care.   ☺

Sent from my iPad

Nancy N Exline

Bureau for Children and Families

Commissioner

"Change is inevitable--except from a vending machine." *-Robert C. Gallagher*

On Mar 31, 2016, at 9:40 AM, Scarberry, Laura J <Laura.J.Scarberry@wv.gov> wrote:

Good morning,

Here is the Legislative Foster Care Report for April 2016.


Laura Scarberry, M.A.

Office of Planning, Research and Evaluation

350 Capitol St, Room 730

Charleston, WV 25301

PH: (304) 356-4563

FX: (304) 558-4194


<Legislative Joint Committee Coversheet.pdf>

<Legislative Oversight Committee Coversheet.pdf>

<2016 April Legislative Foster Care Report.pdf>

<FC Placement Terminology.pdf>

D062427