

*Safe at Home West Virginia*

have been referred to the program. For the analysis of outcomes, youth are divided into six-month cohorts based on the dates of referral to the program (Table 4). The analysis currently includes youth from four cohorts. All youth from Cohorts I, II and III have been in the program for at least six months which means sufficient time has passed to measure outcomes for them. The data presented for youth in Cohort IV are limited to descriptive information.

Using data from FACTS, the matched comparison groups were selected using Propensity Score Matching (PSM). The comparison pools are drawn from youth who meet the Safe at Home referral criteria (age 12-17 with a mental health diagnosis in out-of-state or in-state congregate care or at risk of entering this type of placement) during SFYs 2010 through 2015. Propensity scores were calculated using age at referral, gender, race, ethnicity, initial placement setting, count of years since the case opened, report allegation, number of prior placements, evidence of an axis one diagnosis and if the youth was ever in a jail, psychiatric hospital or group home. These scores were matched using a nearest neighbor algorithm to select a comparison group that is statistically similar to the treatment group (see Appendix D).

| Table 4. Outcome Analysis Cohorts | | | |
|---|---|---|---|
| **Cohort** | **Group** | **Referral Period** | **Number of Youth** |
| I | Treatment | October 1, 2015 – March 31, 2016 | 124 |
| | Comparison | SFY 2010 – 2015 | 124 |
| II | Treatment | April 1, 2016 – September 30, 2016 | 226 |
| | Comparison | SFY 2010 – 2015 | 226 |
| III | Treatment | October 1, 2016 – March 31, 2017 | 299 |
| | Comparison | SFY 2010 – 2015 | 299 |
| IV | Treatment | April 1, 2017 – September 30, 2017 | 409 |
| | Comparison | SFY 2010 – 2015 | 409 |
| **Total** | Treatment | October 1, 2015 – September 30, 2017 | **1,058** |
| | Comparison | SFY 2010 – 2015 | **1,058** |

Unless otherwise specified, outcome measures are examined at or within six and twelve months post-referral to Safe at Home. For this report, six and twelve month

51

Semi-Annual Progress Report – October 31, 2017

D057524



Safe at Home West Virginia

outcomes are analyzed for youth in Cohorts I and II; given the amount of time which has elapsed for youth in Cohort III, the analysis is limited to six month outcomes.

### Youth Placement Changes

Table 5 examines the placement of Safe at Home youth from Cohorts I through III when they were referred to the program and six months later.

| Table 5. Safe at Home Youth Placements at Referral and Six Months | | | | | | |
|---|---|---|---|---|---|---|
| **Cohort I** | | | | | | |
| | **Placement after Six Months** | | | | | |
| **Placement at Referral** | Out-of-State Congregate Care | In-State Congregate Care | Emergency Shelter | Family Foster Care | Home | **Total at Referral** |
| Out-of-State Congregate Care | 10 | 4 | 1 | 2 | 13 | **30** |
| In-State Congregate Care | 1 | 11 | 3 | 2 | 20 | **39** |
| Emergency Shelter | 0 | 2 | 0 | 0 | 1 | **5** |
| Family Foster Care | 0 | 2 | 0 | 0 | 0 | **2** |
| Home | 6 | 6 | 3 | 0 | 32 | **48** |
| **Total at Six Months[6]** | **17** | **25** | **7** | **4** | **66** | **124** |
| **Cohort II** | | | | | | |
| **Placement at Referral** | **Placement at Six Months** | | | | | |
| | Out-of-State | In-State Congregate | Emergency Shelter | Family Foster | Home | **Total at Referral** |

---

[6] At six months there were three youth in detention and two youth with a status of "runaway" from Cohort I.

D057525



Safe at Home West Virginia

| Table 5. Safe at Home Youth Placements at Referral and Six Months | | | | | |
|---|---|---|---|---|---|
| | Congregate Care | Care | | Care | | |
| Out-of-State Congregate Care | 3 | 2 | 1 | 0 | 12 | **18** |
| In-State Congregate Care | 3 | 26 | 4 | 2 | 38 | **74** |
| Emergency Shelter | 0 | 6 | 4 | 3 | 4 | **18** |
| Family Foster Care | 0 | 2 | 2 | 4 | 3 | **11** |
| Home | 0 | 10 | 3 | 2 | 87 | **105** |
| **Total at Six Months[7]** | **6** | **46** | **14** | **11** | **144** | **226** |
| **Cohort III** | | | | | | |
| | **Placement at Six Months** | | | | | |
| **Placement at Referral** | Out-of-State Congregate Care | In-State Congregate Care | Emergency Shelter | Family Foster Care | Home | **Total at Referral** |
| Out-of-State Congregate Care | 3 | 0 | 0 | 1 | 7 | **11** |
| In-State Congregate Care | 0 | 9 | 2 | 6 | 44 | **62** |
| Emergency Shelter | 0 | 0 | 1 | 0 | 5 | **6** |
| Family Foster Care | 1 | 1 | 2 | 8 | 1 | **13** |

[7] At six months there was one youth in detention and four youth with a status of "runaway" from Cohort II.

D057526



*Safe at Home West Virginia*

| Table 5. Safe at Home Youth Placements at Referral and Six Months | | | | | | |
|---|---|---|---|---|---|---|
| Home | 4 | 30 | 6 | 6 | 159 | **207** |
| **Total at Six Months[8]** | **8** | **40** | **11** | **21** | **216** | **299** |

When looking at the placement changes of Safe at Home youth, fewer were in congregate care and more were living at home six months post-referral in all three cohorts. For Safe at Home youth in Cohorts I and II who began in congregate care, only one-third were living in congregate care six months after referral and this proportion was further reduced for youth in Cohort III (16%).

Conversely, one in four of the treatment youth from Cohort I who were living at home at the time of referral were in congregate care six months later, as were both of the youth referred while in a foster home. The results show some improvement for Safe at Home youth from Cohorts II and III with only one in six youth on average who started in their home or in a foster home placement living in a congregate setting six months later.

Table 6 examines the placement changes one year following referral to Safe at Home for youth in Cohorts I and II.

| Table 6. Safe at Home Youth Placements at Referral and Twelve Months | | | | | | |
|---|---|---|---|---|---|---|
| **Cohort I** | | | | | | |
| | **Placement at Twelve Months** | | | | | |
| **Placement at Referral** | Out-of-State Congregate Care | In-State Congregate Care | Emergency Shelter | Family Foster Care | Home | **Total at Referral** |
| Out-of-State Congregate Care | 5 | 4 | 3 | 2 | 15 | **30** |
| In-State Congregate Care | 3 | 8 | 3 | 2 | 21 | **39** |
| Emergency Shelter | 0 | 2 | 0 | 0 | 2 | **5** |
| Family Foster Care | 0 | 0 | 1 | 0 | 1 | **2** |

---

[8] At six months there were two youth in detention and one youth with a status of "runaway" from Cohort III.

D057527



*Safe at Home West Virginia*

| Table 6. Safe at Home Youth Placements at Referral and Twelve Months | | | | | | |
|---|---|---|---|---|---|---|
| Home | 6 | 8 | 2 | 1 | 31 | **48** |
| **Total at Twelve Months[9]** | **14** | **22** | **9** | **5** | **70** | **124** |
| **Cohort II** | | | | | | |
| | **Placement at Twelve Months** | | | | | |
| **Placement at Referral** | Out-of-State Congregate Care | In-State Congregate Care | Emergency Shelter | Family Foster Care | Home | **Total at Referral** |
| Out-of-State Congregate Care | 4 | 1 | 0 | 1 | 12 | **18** |
| In-State Congregate Care | 6 | 18 | 4 | 6 | 37 | **74** |
| Emergency Shelter | 1 | 5 | 2 | 6 | 3 | **18** |
| Family Foster Care | 1 | 2 | 0 | 4 | 4 | **11** |
| Home | 7 | 23 | 0 | 2 | 71 | **105** |
| **Total at Twelve Months[10]** | **19** | **49** | **6** | **19** | **127** | **226** |

As might be expected, the trends in both directions continued at the 12-month point, but the changes were not large. Most of the effects in both directions appear to occur within the first six months.

Contrasting the placement changes of youth in the comparison groups to those in the treatment groups offers an additional opportunity to assess the impact of Safe at Home. Figure 9 compares the placements of Safe at Home youth with the corresponding comparison youth for Cohort I at referral and at six and twelve months following referral.

---

[9] At twelve months, there was one youth in detention and three youth with a status of "runaway" from Cohort I.
[10] At twelve months, there were two youth in detention, one youth in transitional living and three youth with a status of "runaway" from Cohort II.

D057528





Figure 9. Percentage of Youth by Placement Type at Referral and Six and 12 Months Post Referral - Cohort I

Both the treatment and comparison groups experienced reductions in congregate care placements (in-state [IS] and out-of-state [OOS]) between referral and six and twelve months. The reductions in congregate care placement were more dramatic for Safe at Home youth at six months than for comparison youth, but this trend reversed at twelve months. In regard to youth living at home, both treatment and comparison groups experienced increases at six and twelve months, with a more substantial increase witnessed for Safe at Home youth at six months. At twelve months the percentage increase of youth living at home was more prominent for youth in the comparison group (44% increase for Safe at Home youth and 82% increase for comparison youth).

Similar to Figure 9, Figure 10 compares the placements of Safe at Home youth with the corresponding comparison youth at referral and at six and twelve months following referral for youth in Cohort II.

D057529



*Safe at Home West Virginia*



Figure 10. Percentage of Youth by Placement Type at Referral and Six and 12 Months Post Referral - Cohort II

Even with a small percentage of Cohort II's treatment and comparison youth being in an out-of-state congregate care placement at referral, the comparison group experienced no reduction at six months but Safe at Home youth had a 63 percent decrease in youth living in out-of-state congregate care. However, the same percentage of Safe at Home youth were living in out-of-state congregate at twelve months as they were at the time of referral while a smaller percentage of comparison youth were living in out-of-state congregate care twelve months later. Both treatment and comparison groups had reduced percentages of youth living in in-state congregate care at six and twelve months. At six months, the percentage decrease was more substantial for Safe at Home youth, but the opposite was true at twelve months.

Figure 11 compares the treatment and comparison group placements for Cohort III at referral and six months after referral.

Semi-Annual Progress Report – October 31, 2017

D057530



*Safe at Home West Virginia*



Overall, Safe at Home youth from Cohort III displayed more positive placement changes at six months than did youth in the comparison group. There was a smaller proportion of Safe at Home youth in out-of-state congregate care at six months, whereas the comparison population actually experienced a slight increase. Safe at Home youth had a 38 percent reduction in in-state congregate care placements at six months and the comparison group only had an eight percent decrease. Both treatment and comparison groups had a higher percentage of youth living at home at six months, although the degree of change was small for both groups. Placement change results for Cohort III are similar to the first two cohorts, with Safe at Home youth showing greater improvements at six months.

In looking at the overall statistical significance of youth placement changes at six and twelve months for all three cohorts' treatment and comparison groups, *Safe at Home* youth performed better on all but one measure. Cohort II's treatment group had fewer youth in out-of-state congregate care at a statistically significant rate (p<.01) and the same was true for in-state congregate care at six months for Cohort II (p<.05) and Cohort III (p<.01). However, at twelve months Cohort I's comparison group had more youth at home at a statistically significant rate (p<.05).

58

Semi-Annual Progress Report – October 31, 2017

D057531



*Safe at Home West Virginia*

**Congregate Care**

Another way to evaluate the impact of preventing placement into congregate care is to simply compare the results for youth in the treatment cohorts with those in the comparison cohorts who were in a lower level of care at the time of referral. The placement settings of youth placed in lower levels of care, i.e., their own homes, family foster care or an emergency shelter, were examined at six and twelve months following referral (Table 7). At six months, a higher percentage of youth in the treatment group from Cohorts I and III were placed in congregate care as compared to youth in the comparison groups. However, at six months a smaller percentage of Safe at Home youth in Cohort II had experienced an initial congregate care placement at a statistically significant rate (p<.05) compared to youth in the comparison group. At twelve months, a higher proportion of Safe at Home youth from Cohorts I and II had moved to congregate care than did youth in the comparison group, though the margin was smaller between the treatment and comparison groups for youth in Cohort II (but not at a statistically significant rate).

| Table 7. Percentages of Youth from Lower Levels of Care to Congregate Care | | | | |
|---|---|---|---|---|
| **Cohort** | **Group** | **Number Referred at a Lower Level** | **Percent in Congregate Care at 6 Months** | **Percent in Congregate Care at 12 Months** |
| I | Treatment | 55 | 29% | 29% |
| | Comparison | 55 | 25% | 16% |
| II | Treatment | 134 | 13% | 29% |
| | Comparison | 119 | 24% | 20% |
| III | Treatment | 226 | 16% | - |
| | Comparison | 212 | 13% | - |

Table 8 displays the results for youth in which sufficient time had passed since having exited to a lower level of care from a congregate care setting to measure re-entry into congregate care. A smaller proportion of youth from Cohort I's treatment group were in congregate care six months following discharge to a lower level of care than there was in the comparison group, but the opposite was true at twelve months (statistically significant at twelve months at p<.01). For Cohort II, more Safe at Home youth had re-entered congregate

59

D057532



*Safe at Home West Virginia*

care at six months than did youth in the comparison group. None of the six month results were statistically significant.

| | | Table 8. Rate of Congregate Care Re-Entry | | | |
|---|---|---|---|---|---|
| Cohort | Group | Number of Youth Moved to Lower Level of Care From Congregate Care at 6 Months | Percent of Re-Entry at 6 Months | Number of Youth Moved to Lower Level of Care From Congregate Care at 12 Months | Percent of Re-Entry at 12 Months |
| I | Treatment | 35 | **29%** | 28 | 43% |
| | Comparison | 38 | 39% | 38 | **13%** |
| II | Treatment | 38 | 39% | - | - |
| | Comparison | 79 | **30%** | - | - |

While Safe at Home youth seem more likely to enter congregate care than their historical comparisons, they spend much less time in those settings. Table 9 identifies the average number of days youth spent in congregate care. Safe at Home youth from all three cohorts spent fewer days in congregate care within six months of referral than youth from the corresponding comparison groups. The same was true at twelve months for Safe at Home youth in Cohorts I and II. All results were statistically significant (all at p<.01).

| | Table 9. Average Length of Stay in Congregate Care Within 6 and 12 Months | | |
|---|---|---|---|
| Cohort | Group | Average Days in Congregate Care Within 6 Months | Average Days in Congregate Care Within 12 Months |
| I | Treatment | **100** | **168** |
| | Comparison | 156 | 229 |
| II | Treatment | **85** | **145** |
| | Comparison | 125 | 224 |
| III | Treatment | **61** | - |
| | Comparison | 128 | - |

**Home Counties**

60

Semi-Annual Progress Report – October 31, 2017

D057533



Safe at Home West Virginia

Another goal of Safe at Home is to increase the number of youth living in their home communities. To measure the extent to which this goal has been achieved, movements of youth leaving their home counties and returning to them are examined at six and twelve months post-referral; these results[11] are provided in Table 10. The overall percentages of county movement in both directions, positive and negative, were higher for the treatment group, which may indicate that closer attention is being paid to youth in Safe at Home.

| Table 10. Youth County Movements | | | |
|---|---|---|---|
| Cohort | Group | Percent at 6 Months | Percent at 12 Months |
| From Home-County to Out-of-County | | | |
| I | Treatment | 31% | 30% |
| | Comparison | **20%** | **15%** |
| II | Treatment | **18%** | 26% |
| | Comparison | 21% | **16%** |
| III | Treatment | 17% | - |
| | Comparison | **14%** | - |
| From Out-of-County to Home-County | | | |
| I | Treatment | **61%** | **66%** |
| | Comparison | 30% | 63% |
| II | Treatment | **61%** | **59%** |
| | Comparison | 37% | 56% |
| III | Treatment | **81%** | - |
| | Comparison | 42% | - |

At six months, a higher proportion of Safe at Home youth from Cohorts I and III had moved out of their home counties than did youth from their corresponding comparison groups. The opposite was true at six months for Safe at Home youth in Cohort II, with a smaller proportion of Safe at Home youth moving out-of-county than their comparison counterparts. At twelve months, a higher percentage of Safe at Home youth from Cohorts I

---

[11] Instances where youth move out-of-county because of placement with a parent or relative foster placement are not included in the analysis, as these are more ideal settings for youth to achieve permanency than merely living within the home-county.

D057534



*Safe at Home West Virginia*

and II had moved out-of-county. However, none of these results was statistically significant.

On the other hand, at both six and twelve months and for all three cohorts, Safe at Home youth returned to their home-counties more often than did comparison youth. These results were statistically significant for all three cohorts at six months (all at p<.01).

**Foster Care**

Safe at Home has two goals related to foster care (understood as any out-of-home placement). The first is to reduce the percentage of youth who need placement outside the home, and the second is to reduce the percentage of youth who re-enter following discharge to their homes. Table 11 examines the initial entry into foster care following referral for youth who were referred while in their own homes. The percentage of youth with initial foster care entries at six months was higher for Safe at Home youth in Cohorts I and III. A smaller percentage of Safe at Home youth from Cohort II had initial foster care entries at six months than did their comparison counterparts. At twelve months post-referral, a higher proportion of Safe at Home youth from Cohorts I and II had experienced an initial entry into foster care than did youth in the comparison groups. Again, however, none of these results was statistically significant.

| Table 11. Initial Foster Care Entries | | | | |
|---|---|---|---|---|
| Cohort | Group | Number of Youth Home at Referral | Percent With Initial Foster Care Entry at 6 Months | Percent With Initial Foster Care Entry at 12 Months |
| I | Treatment | 48 | 33% | 35% |
| | Comparison | 47 | **23%** | **13%** |
| II | Treatment | 105 | **15%** | 31% |
| | Comparison | 93 | 26% | **16%** |
| III | Treatment | 207 | 23% | - |
| | Comparison | 192 | **15%** | - |

The rate at which youth re-entered foster care at six and twelve months following discharge to their home was also calculated (Table 12). For all three cohorts, the percentage

Semi-Annual Progress Report – October 31, 2017

D057535



*Safe at Home West Virginia*

of Safe at Home youth re-entering foster care at six months post-discharge was greater than that of comparison youth. These results were statistically significant for Cohort II at p<.01. At twelve months, a higher proportion of Safe at Home youth from Cohorts I and II had re-entered foster care following discharge.

| Table 12. Rate of Re-Entry into Foster Care | | | |
|---|---|---|---|
| Cohort | Group | Rate of Foster Care Re-Entry (%) at 6 Months | Rate of Foster Care Re-Entry (%) at 12 Months |
| I | Treatment | 14% | 18% |
| | Comparison | **8%** | **11%** |
| II | Treatment | 28% | 21% |
| | Comparison | **11%** | **14%** |
| III | Treatment | 18% | - |
| | Comparison | **13%** | - |

**Maltreatment**

The initiative aims to increase youth safety by demonstrating decreased rates of maltreatment/repeat maltreatment. Table 13 displays the number of youth with a maltreatment referral subsequent to referral to Safe at Home and the number for which that referral led to a result of substantiated maltreatment. Within six (Cohorts I, II and III) and twelve months (Cohorts I and II) Safe at Home youth had fewer maltreatment referrals. These results were statistically significant for Cohort I at six and twelve months (p<.05 and p<.01, respectively), for Cohort III at six months (p<.01) and for Cohort II at twelve months (p<.05). There were no cases of substantiated maltreatment within six or twelve months for any youth in either the treatment or comparison groups.

| Table 13. Number of Youth with a New Referral or Substantiation | | | | | |
|---|---|---|---|---|---|
| Cohort | Group | Referral Within 6 Months | Substantiation Within 6 Months | Referral Within 12 Months | Substantiation Within 12 Months |
| I | Treatment | **2** | 0 | **2** | 0 |
| | Comparison | 9 | 0 | 14 | 0 |

63

Semi-Annual Progress Report – October 31, 2017

**D057536**



*Safe at Home West Virginia*

| Table 13. Number of Youth with a New Referral or Substantiation | | | | | |
|---|---|---|---|---|---|
| Cohort | Group | Referral Within 6 Months | Substantiation Within 6 Months | Referral Within 12 Months | Substantiation Within 12 Months |
| II | Treatment | 16 | 0 | 19 | 0 |
| | Comparison | 23 | 0 | 35 | 0 |
| III | Treatment | 11 | 0 | - | - |
| | Comparison | 35 | 0 | - | - |

### Youth Well-Being

The CANS tool provides an assessment of youth's strengths and needs which is used to support decision making, facilitate service referrals and monitor the outcomes of services received. By utilizing a four-level rating system (with scores ranging from 0 to 3) on a series of items used to assess specific domains, such as Child Risk Behaviors or Life Domain Functioning, the CANS helps LCA wraparound facilitators and DHHR caseworkers to identify needs/actionable items (i.e., those with a score of 2 or 3), indicating where attention should be focused in planning with the youth and family.

Wraparound facilitators from the LCAs are responsible for administering the CANS assessments to youth in the program. Once the assessments are completed, they are to be entered into the online WV CANS. As noted earlier, youth in the program are supposed to receive an initial CANS assessment within 30 days of referral[12] and subsequent CANS are to be performed every 90 days thereafter.

A total of 367 Safe at Home youth had at least two CANS assessments completed, i.e., an initial CANS and at least one subsequent CANS. There are no CANS available to compare to youth in the comparison groups, thus limiting the analysis to only youth in Safe at Home. For the purpose of this report, the results of the initial CANS assessments for youth from Cohorts I and II are compared to those at six and twelve months post-initial CANS to measure progress while in the program, with the results limited to six months for youth in Cohort III.

---

[12] The standard for completing the initial CANS assessment was originally within 14 days of referral, however this timeframe has been extended to 30 days as of a June 2017 policy change.

D057537



Safe at Home West Virginia

Progress is measured by the extent to which scores have improved, meaning needs/actionable items have been reduced over time. As shown in Table 14, CANS assessments available for analysis become more limited with the passage of time. This is due to a variety of factors, including: inappropriate referral (for example, youth may not meet the age requirement for Safe at Home), youth placements into a detention center, or cases which close prior to six months because families decline participation or there is an inability to secure placements for youth.

| Table 14. Number of Youth With CANS Assessments Available for Analysis | | | |
|---|---|---|---|
| | **Cohort I** | **Cohort II** | **Cohort III** |
| Number of Youth with an Initial CANS Assessment | 86 | 167 | 209 |
| Number of Youth with a Six Month Follow-Up CANS | 51 | 89 | 42 |
| Number of Youth Discharged Before a Six Month Follow-Up CANS can be Performed | 25 | 25 | 17 |
| Number of Youth Where Enough Time Has Passed & No Six Month CANS Was Performed | 8 | 0 | 0 |
| Number of Youth with a 12 Month Follow-Up CANS | 22 | 19 | - |
| Number of Youth Discharged Before a 12 Month Follow-Up CANS can be Performed | 50 | 29 | - |
| Number of Youth Where Enough Time Has Passed & No 12 Month CANS Was Performed | 0 | 0 | - |

Table 15 provides an overview of the percentage of youth with at least one need item selected by the various domains at entry into the program. For a closer look at the needs on specific items within each domain, please see Appendix E.

65

Semi-Annual Progress Report – October 31, 2017

D057538



*Safe at Home West Virginia*

| Table 15. Percentage of Youth with an Actionable Item/Need on the Initial CANS Assessment | | | |
|---|---|---|---|
| **CANS Domain** | **Cohort I (N=86)** | **Cohort II (N=167)** | **Cohort III (N=209)** |
| Child Behavioral/Emotional Needs | 81% | 77% | 69% |
| Child Risk Behaviors | 48% | 43% | 38% |
| Life Domain Functioning | 91% | 90% | 90% |
| Trauma Stress Symptoms | 48% | 44% | 28% |

Across all three Cohorts, 90 percent of the youth had at least one actionable item in the Life Domain Functioning domain followed by 76 percent of the youth in the Behavioral/Emotional Needs domain.

Table 16 shows the percentage of youth who had a six or twelve month follow up CANS and who also reduced at least one need in the domain (i.e., at least one item in the domain had gone from actionable to non-actionable or was no longer considered a need).

| Table 16. Percentage of Youth with a Need on the Initial CANS Who Improved Scores on a 6 or 12 Month Subsequent CANS | | |
|---|---|---|
| **CANS Domain** | **Youth with Improved Scores 6 Months Post-Initial CANS** | **Youth with Improved Scores 12 Months Post-Initial CANS** |
| **Cohort I** | | |
| Child Behavioral/Emotional Needs | 51% | 89% |
| Child Risk Behaviors | 46% | 71% |
| Life Domain Functioning | 60% | 90% |
| Trauma Stress Symptoms | 40% | 79% |
| **Cohort II** | | |
| Child Behavioral/Emotional Needs | 59% | 71% |
| Child Risk Behaviors | 63% | 100% |
| Life Domain Functioning | 68% | 81% |

Semi-Annual Progress Report – October 31, 2017

D057539



Safe at Home West Virginia

| Table 16. Percentage of Youth with a Need on the Initial CANS Who Improved Scores on a 6 or 12 Month Subsequent CANS | | |
|---|---|---|
| **CANS Domain** | **Youth with Improved Scores 6 Months Post-Initial CANS** | **Youth with Improved Scores 12 Months Post-Initial CANS** |
| Trauma Stress Symptoms | 60% | 55% |
| **Cohort III** | | |
| Child Behavioral/Emotional Needs | 63% | - |
| Child Risk Behaviors | 63% | - |
| Life Domain Functioning | 74% | - |
| Trauma Stress Symptoms | 58% | - |

Looking at the domain which showed the most need upon initial assessment, i.e., Life Domain Functioning, 60 percent of the youth from Cohort I showed a reduction in at least one item at six months; the same was true for 68 percent of youth in Cohort II and 74 percent of youth in Cohort III. At twelve months, the reduction in need in the Life Domain Functioning domain showed a marked improvement with 90 percent of Cohort I and 81 percent of Cohort II youth having improved their scores within the domain. Overall, the greatest need reduction was evident in Life Domain Functioning (with the exception of Cohort II at twelve months, where the greatest reduction was in Child Risk Behaviors), suggesting that while these are the most common needs identified, they are also the ones in which the program has been able to address most effectively.

### Family Functioning

Progress in family functioning was analyzed by looking at the Family Functioning domain of the CANS which is also broken into specific items within the domain (Table 17).

| Table 17. Number of Youth With Improved Scores in the Family Functioning Domain at 6 & 12 Months |
|---|

D057540



Safe at Home West Virginia

| CANS Items | Number of Youth With Need on Initial CANS | Number of Youth With a 6 Month CANS & Need on Initial CANS | Number of Youth With Improved Scores 6 Months After Initial CANS | Number of Youth With a 12 Month CANS & Need on Initial CANS | Number of Youth With Improved Scores 12 Months After Initial CANS |
|---|---|---|---|---|---|
| **Cohort I** | | | | | |
| Physical Health | 5 | 1 | 1 | 1 | 1 |
| Mental Health | 2 | 2 | 0 | 1 | 1 |
| Substance Use | 1 | 1 | 1 | 1 | 1 |
| Family Stress | 23 | 17 | 10 | 7 | 6 |
| Residential Stability | 7 | 4 | 3 | 3 | 2 |
| **Total** | **28** | **18** | **11** | **8** | **7** |
| **Cohort II** | | | | | |
| Physical Health | 15 | 8 | 2 | 2 | 2 |
| Mental Health | 5 | 2 | 2 | 1 | 1 |
| Substance Use | 5 | 3 | 2 | 2 | 1 |
| Family Stress | 28 | 15 | 6 | 3 | 1 |
| Residential Stability | 10 | 5 | 2 | 2 | 2 |
| **Total** | **44** | **23** | **9** | **5** | **3** |
| **Cohort III** | | | | | |
| Physical Health | 7 | 1 | 1 | - | - |

68

Semi-Annual Progress Report – October 31, 2017

**D057541**



Safe at Home West Virginia

| CANS Items | Number of Youth With Need on Initial CANS | Number of Youth With a 6 Month CANS & Need on Initial CANS | Number of Youth With Improved Scores 6 Months After Initial CANS | Number of Youth With a 12 Month CANS & Need on Initial CANS | Number of Youth With Improved Scores 12 Months After Initial CANS |
|---|---|---|---|---|---|
| Mental Health | 9 | 2 | 2 | - | - |
| Substance Use | 3 | 2 | 0 | - | - |
| Family Stress | 31 | 11 | 7 | - | - |
| Residential Stability | 16 | 4 | 2 | - | - |
| **Total** | **41** | **11** | **7** | **-** | **-** |

Table 17. Number of Youth With Improved Scores in the Family Functioning Domain at 6 & 12 Months

Family Stress was identified as the most common need item for youth in all three cohorts on the initial CANS, followed by Residential Stability for Cohorts I and III and Physical Health for Cohort II. By six months, 59 percent of the youth in Cohort I saw a reduction in Family Stress; the same was true for 40 percent of youth in Cohort II and 64 percent in Cohort III.

The numbers of youth with assessments available for analysis at twelve months are limited. However, of the seven Cohort I youth who had identified Family Stress as a need on the initial CANS and had a twelve month follow-up, six no longer had Family Stress identified as a need at twelve months; this was the case for one of three Cohort II youth at twelve months.

### Youth Educational Functioning

Interviews with youth, parents, wraparound facilitators and caseworkers from the 40 selected fidelity cases were used to explore improved educational functioning. A total of 79

69

Semi-Annual Progress Report – October 31, 2017



*Safe at Home West Virginia*

stakeholders were interviewed and all provided information on youth progress and challenges related to education. This section of the report provides a summation of their responses.

Youth from all but two cases were enrolled in school for the fall 2018 semester. For the two youth who were not enrolled, one had run away and the other was planning to sign up for the GED. In a third case the youth, the parent and facilitator reported that the youth was advocating to drop out and his/her status was currently undecided. Youth from approximately half the cases were attending (or set to attend in the fall) school in some form of an alternative learning environment. Some examples of alternative learning included at home/online education, vocational/technical schooling and military based academies.

Youth from all but a few cases were in the appropriate grade level for their age. A few youth had individual education plans (IEPs) to address academic challenges and learning deficiencies. For youth that were not able to keep up with their grade level, parents provided reasons as to why this is the case, including a lack of effort by the youth, lack of placement stability, behavioral issues, drugs, poor peer associations and the parent not being strict enough. Stakeholders held mixed views as to how well youth were currently doing academically, leaning toward a little over half rating the youth's academic performance as good.

Most youth were in different schools or different school settings than they were prior to Safe at Home involvement. Wraparound facilitators and caseworkers shared that changes in school settings were most often the result of youth placement changes or youth needs which necessitated moves to new schools (or at least new school settings) as a way to address those concerns.

A few parents, facilitators and caseworkers reported that the Safe at Home team's decision to change the youth's learning environment had resulted in improved grades. This sentiment was echoed by a few wraparound facilitators with one providing the following example, "[The youth] despised science, but went to vo-tech and got very involved with it. [S/he] does better in smaller class settings where they are more hands on with the work. Now [s/he] actually enjoys learning and went from being in danger of failing in [the public school setting] to a 3.0 at vo-tech." In cases where youth were not doing well in academic achievement, wraparound facilitators from nearly all of those cases reported that this was

D057543



Safe at Home West Virginia

due to youth refusal to participate and complete the work. In a couple of cases behavior issues at school and skipping school were identified as the causes of poor grades. In only one or two cases were challenges with learning the material identified as the cause of poor grades.

Interviewees were asked how well youth were doing in regard to their peer relationships and responses across stakeholders were evenly split, with half reporting positive and the other half reporting negative peer relationships. One parent shared his/her frustration stating, "[S/he] can form bonds with teachers, but doesn't form bonds with age appropriate peers. [S/he] makes friends, but [s/he] steals and is clingy. In three days, the friendship is over." When youth struggled with peer relationships, the most common reason identified was inappropriate relationships with peers via hanging around bad influences or not understanding appropriate boundaries. In a few cases stakeholders reported that poor peer relationships were attributed to the youths' general challenge with social skills.

Most youth were not involved in extra-curricular school activities. Wraparound facilitators indicated this was primarily due to youth refusing to participate or having no interest in any of these activities and/or youth having gotten in trouble in school or having grades too low to permit participation. Those youth who did participate in school activities were most often involved in sports followed by band/choir, volunteer groups and military oriented groups such as the Junior Reserve Officer Training Corps (JROTC).

Prior to Safe at Home, most youth had a history of school suspensions and in a couple cases, expulsions. Parents reported some examples of what caused these disciplinary actions, including skipping school, fighting with peers and vandalizing. Wraparound facilitators and youth from nearly all cases reported marked improvement in youth involvement with disciplinary actions at school, yet caseworkers and parents were almost evenly split as to whether positive change had been evidenced. One facilitator witnessed the change in a youth, stating, "When it clicked for [him/her] that [his/her] peers were the source of negativity in [his/her] life, [s/he] stopped getting in trouble in and out of school because [s/he] stopped hanging around them. In the beginning, I got called over three times due to police being involved because of fighting... this doesn't happen at all anymore."

**Summary of Outcome Evaluation Results**

D057544



*Safe at Home West Virginia*

Overall, Safe at Home outcomes generally followed an interesting pattern, where Safe at Home youth do better than comparison groups for the first six months, but these successes have dissipated by twelve months. As the evaluation continues it will be important to understand what is happening with Safe at Home cases between six and twelve months that is potentially causing this change. This trend is especially apparent in Cohort II, indicating a need for further exploration as to what makes this group different in comparison to the others. As noted in the process section, the overall Safe at Home population appears to be changing drastically with each cohort. Most notably, the population has become increasingly prevention based/focused as time goes on. This is one area where exploration will begin.

Safe at Home youth from all three cohorts spent fewer days in congregate care within six and twelve months of referral and all congregate care length of stay results were statistically significant. These results indicate that while Safe at Home youth may have more instances of "relapse" which lead to congregate care entry and re-entry, more work is being done to ensure that Safe at Home youth do not spend an excessive amount of time in these placement settings and are stepped down to lower levels of care as soon as feasibly possible.

At six and twelve months a greater proportion of Safe at Home youth from all three cohorts had returned to their home-counties than did comparison youth (results were statistically significant for all three cohorts at six months). Safe at Home youth also had higher percentages of overall movement in both directions than did comparison youth, indicating that more active work is being done on Safe at Home cases and placement options are more readily explored.

Within six and twelve months Safe at Home youth had fewer maltreatment referrals. These results were statistically significant for Cohort I at six and twelve months, Cohort III at six months and Cohort II at twelve months. There were no cases of substantiated maltreatment within six or twelve months for any youth in any of the treatment or comparison groups. It is possible that the Safe at Home model's emphasis on youth and family strengths has shifted caseworker and service provider decision-making, where they may be more prone to identify protective factors in families which mitigate risk and thus eliminate the need to file reports.

***Cost Evaluation Results:***

Semi-Annual Progress Report – October 31, 2017

D057545



*Safe at Home West Virginia*

The cost evaluation is used to determine whether *Safe at Home West Virginia* is more effective and more efficient from a cost perspective than traditional methods used in West Virginia's casework.

Four research questions guide the evaluation of costs.

- Are the costs of providing the Waiver services to a youth and family less than those provided before the Waiver demonstration?
- How does Safe at Home alter the use of federal funding sources as well as state and local funds?
- What is the cost effectiveness of the program?
- Is the project cost neutral?

The cost analysis for this reporting period focuses on the costs of out-of-home care and fee-for-services costs, comparing costs incurred for youth in the treatment groups to those in the comparison groups for Cohorts I and II. It also provides a glimpse of the contracted costs for services provided by the wraparound providers.

When costs were first examined, a daily rate for room and board expenditures were developed using costs incurred by youth in Cohort I's comparison group. The cost of providing out-of-home care to the youth in the comparison cohort was calculated, limiting the cost to the first 365 days of substitute care for those who remained out of the home longer than one year following the date they qualified for inclusion in the comparison group. This limitation was applied to ensure that the same amount of time eligible for review of costs for the treatment group was applied equally to the comparison group. Those costs were then used to compute an average daily rate which will continue to be used for the cost evaluation going forward. With rates subject to change year to year, it is important that a standard rate be developed and applied to eliminate the impact of rate increases and thus avoid the inappropriate appearance of waiver costs being higher just because of rate increases.

Using the data from the comparison cohort of youth matched to youth in the first treatment group, the following daily rates were determined.

D057546



Safe at Home West Virginia

| | |
|---|---|
| Out of State Residential Care | $242.24 |
| In State Residential Care | $147.77 |
| Shelter Care | $164.26 |
| Therapeutic/Specialized Care | $54.49 |
| Preventive Care | $20.51 |

Those rates were first applied to the number of days youth in the first treatment cohort were in substitute care, again limiting the analysis to the first year following enrollment in Safe at Home. The rates were also applied to the number of days youth in the second treatment and comparison cohorts were in out-of-home placement. As illustrated in Table 18, the Safe at Home West Virginia initiative generated a cost savings of over $720,000 in costs for room and board for youth in the first treatment cohort and over $1.2 million for youth in the second treatment cohort. Overall, West Virginia has realized a cost savings of slightly more than $2 million in room and board expenditures. The largest savings is the result of reducing the time youth spend in out of state residential care, followed by a reduction in in-state residential care.

| Table 18. Cost of Room and Board Payments | | |
|---|---|---|
| | **Comparison Group** | **Treatment Group** |
| **Cohort I** | | |
| Out of State Residential Care | $1,520,061 | $859,712 |
| In State Residential Care | 1,218,795 | 1,028,322 |
| Shelter Care | 257,073 | 342,819 |
| Therapeutic/Specialized Care | 14,712 | 73,942 |
| Preventive Care | 26,832 | 9,683 |
| **Totals** | **$3,037,473** | **$2,314,478** |
| **Cohort II** | | |
| Out of State Residential Care | $1,178,013 | $331,384 |
| In State Residential Care | 2,823,589 | 2,124,194 |
| Shelter Care | 470,441 | 788,941 |
| Therapeutic/Specialized Care | 133,936 | 82,934 |
| Preventive Care | 54,741 | 52,280 |
| **Totals** | **$4,660,720** | **$3,379,733** |

Costs for fee-for-services (e.g., case management, maintenance, services) were also

74

D057547



Safe at Home West Virginia

examined to determine if Safe at Home was having a positive impact in reducing expenditures incurred by West Virginia to meet the needs of youth. With room and board costs lower for youth in the treatment groups, it is not surprising that other maintenance costs incurred to care for children removed from the home (e.g., transportation, clothing, school) are also lower than those incurred by youth in the comparison groups. Expenditures for "Other Approved Payments" were the primary reason the "Other" costs were higher for treatment youth in Cohort II in comparison to those in the comparison group.

| Table 19. Cost of Fee-for-Service Payments | | |
|---|---|---|
| | **Comparison Group** | **Treatment Group** |
| **Cohort I** | | |
| Case Management | $6,053 | $1,218 |
| Assessments | 5,028 | 6,390 |
| Services | 45,544 | 1,184 |
| Maintenance Costs | 133,821 | 85,712 |
| Independent Living | 11,256 | 1,776 |
| Supervised Visitation | 1,720 | 1,864 |
| Other | 4,872 | 5,952 |
| **Totals** | **$208,294** | **$104,096** |
| **Cohort II** | | |
| Case Management | $8,856 | $2,193 |
| Assessments | 17,520 | 5,056 |
| Services | 38,831 | 7,525 |
| Maintenance Costs | 58,200 | 62,959 |
| Independent Living | 24,485 | 6,572 |
| Supervised Visitation | 2,390 | 560 |
| Other | 8,841 | 21,115 |
| **Totals** | **$159,123** | **$105,980** |

Contracted costs to provide wraparound services were also examined. A cost of $136 per day is paid to wraparound providers to provide assessments, case management and supervision. Using the number of days youth were enrolled in Safe at Home West Virginia, a total of just under $13.8 million has been incurred to provide services to enrolled youth. The costs equate to an average cost of $39,367 per youth to date.

D057548



_Safe at Home West Virginia_

| Table 20. Cost for Wraparound Services | | | |
|---|---|---|---|
| | **Days in Wraparound Care (First 12 Months)** | **Cost Per Day** | **Total Wraparound Costs** |
| Cohort I | 30,750 | | $4,182,000 |
| Cohort II | 70,564 | $136 | 9,596,704 |
| **Total** | **101,314** | | **$13,778,704** |

**Summary of Cost Evaluation Results**

The program has generated a cost savings of $2 million in room and board costs and a savings of over $157,000 for fee-for-services for treatment youth in Cohorts I and II. The most significant portion of these savings can be attributed to the reduced time youth spend in out-of-state congregate care. As noted above, costs to contract with wraparound service providers averages $39,367 per youth. Additionally, a total cost of $13.8 million has been incurred to provide wraparound services for youth in Cohorts I and II. However, some of the costs of wraparound services may be offset if caseworkers are spending less time on Safe at Home cases since wraparound facilitators are providing such intensive services for youth/families.  At this point there does not appear to be a reliable way to determine whether that is the case.

D057549



Safe at Home West Virginia

## V. Recommendations & Activities Planned for Next Reporting Period

*West Virginia's Evaluator's Recommendations:*

**Recommendation 1: Increase DHHR staff survey response rate.** The DHHR survey response rate of only seven was alarmingly low. This was in spite of contacting all the appropriate community service managers to take the survey and forward it to their casework and supervisory staff. There was also follow up messaging from HZA and a deadline extension to try to increase the response rate.

**Recommendation 2: Further explore how to help youth/families build their natural support systems.** Most youth/families either did not want to involve natural supports in the wraparound process or they did not believe they had any natural supports to involve. It would be beneficial for LCAs to emphasize to youth/families why natural supports are important to help them to build up supports, especially for post-wraparound involvement.

**Recommendation 3: Work with LCAs unable to meet the required timeframes for assessments and plans.** One LCA fell largely short of meeting all required timeframes for assessments and plans, and as a whole, multiple LCAs struggled in meeting the required timeframe for initial wraparound plans. HZA is currently in the midst of completing fidelity reviews for each agency which the state plans to use to work directly with each LCA to come up with plans for improvement where necessary. The agency reviews followed by the collaborative work between the State and the LCAs will hopefully lead to better results on initial timeframes for next year's fidelity assessment.

D057550



*Safe at Home West Virginia*

***West Virginia Activities Planned for Next Reporting Period:***

West Virginia will work with our evaluator and partners to plan for implementing recommendations as well as monitoring for any program or process improvements.

All provider agreements will be updated on March 31, 2018 bringing all Local Coordinating Agencies for all 3 implementation phases into a uniform schedule for provider agreements.

West Virginia will proceed with facilitation of the Applied Wraparound Training to all existing Wraparound Facilitators.

West Virginia has developed a strategic work plan for further training and development of BCF and Partner staff regarding the administration and use of the WV CANS and the further development of WV CANS Advance CANS Experts (ACES) for technical assistance. We are seeing that WV CANS are being administered but many do not yet understand how to use the results in the treatment or case planning process for youth and families. We have identified the continuing need to develop experts that can provide technical assistance on an ongoing basis. Our goal is for WV CANS to be completed on all children with an open child welfare case and that the WV CANS will be used to determine the appropriateness of a referral to Safe at Home West Virginia and assist in guiding the intensity of services. Please refer to the attached Logic Model which is a fluid with changes being made as needed.

As mentioned previously, West Virginia is working with our partners in Positive Behavioral Support Program. They are assisting us with engagement and ongoing trainings in using the MAPs process. "MAPs" refers to Making Action Plans. The training helps facilitators understand the MAPs process and details and how to conduct a MAP and integrate it into a Wraparound Plan. We are hopeful that these training will occur during the next reporting period.

West Virginia will continue with the combined meetings with Judges as well as community partners.

D057551



*Safe at Home West Virginia*

West Virginia will continue work on our sustainability plan as we prepare for transition out of the IVE Demonstration Waiver in 2019.  At present West Virginia has a functioning workgroup that is focused on financial sustainability.  This workgroup will continue with Technical Assistance through Casey Family Programs to determine and gather the necessary financial information to inform program decisions.  During the first months of 2018 West Virginia will form other workgroups that can take the information from the Finance group as well as our evaluators and begin work on program decisions regarding sustainability.  While the financial workgroup continues focus on different avenues of funding.

### NEXT STEPS:

#### *WEST VIRGINIA'S EVALUATOR:*

HZA will return to West Virginia for a week during November 2017 to conduct the third round of process interviews to examine the strategic and practice changes that have occurred since the Phase III statewide roll out, learn about ongoing training in Phase I and II counties and new training in Phase III counties, and identify any successes or challenges with Safe at Home.

Interviews will be conducted in a distribution of counties which rolled out during all three phases so that any differences in implementation and practice can be identified. The following stakeholders will be interviewed: central and regional office staff, county staff (i.e., caseworkers and/or supervisors), LCA staff (i.e., facilitators, supervisors and/or program managers) and judges.

Additionally, in future reports HZA intends to further examine why outcomes appear to change between six and twelve months for youth in Safe at Home. There seems to be a trend where six month outcomes are more positive than those at twelve months (this is especially true for Cohort II). It will be important to establish what is changing with Safe at Home cases in that second six month period, and also particularly, what some of the factors are that may have made positive contributions to Cohort II's six month outcomes.

D057552



*Safe at Home West Virginia*

## VI.  Program Improvement Policies

- **Title IV-E Guardianship Assistance Program (previously implemented): An amendment to the title IV-E plan that exercises the option to implement a kinship guardianship assistance program.**

West Virginia amended its Adoption and Legal Guardianship Policies as well as its IV-E State Plan to accommodate claiming for Guardianship Assistance.  This included kinship guardianship assistance.  DHHR Office of Administration as well and the Office of Information Technology worked on the requirements for this expanded claiming.  Although West Virginia is currently in the proposal process for the building of the new required CCWIS system the Office of Information Technology agreed to work with their current contractor to build a basic system within the existing SACWIS system to assist with this claiming.  The build had a very tight timeframe and was completed and released on February 23, 2017.  In conjunction to this activity was the preparation of the BCF IV-E eligibility staff for the necessary review and determinations and as well as work in the field offices with the pulling and identification of specific kinship guardianship cases.  This work occurred concurrently with the build within the SACWIS system.

- **Preparing Youth in Transition (new): The establishment of procedures designed to assist youth as they prepare to transition out of foster care, such as arranging for participation in age-appropriate extra-curricular activities; providing appropriate access to cell phones, computers and opportunities to obtain a driver's license; providing notification of all sibling placements if siblings are in care and sibling location if siblings are out of care; and providing counseling and financial support for post-secondary education.**

West Virginia has made a conscious effort to "normalize" activities for all foster children.  We have made a concerted effort to increase staff and stakeholder knowledge of youth transitioning by creating a Youth Transitioning Policy that outlines all activities and requirements for youth aging out of foster care.  Several webinars and presentations have been presented across the state to increase awareness of services available to older youth.  These presentation and webinars include information about allowing our youth to participate in everyday activities, completing transition plans that include giving them information about advance directives, Chafee funding, completing record checks and developing reasonable plans.

D057553



*Safe at Home West Virginia*

West Virginia provides every youth who graduate or obtains a GED wile in foster care a computer and any needed software or accessories. We continue to work on advising them of their sibling's location. However, due to West Virginia's focus on relative/kinship placements, most of our foster youth are placed with siblings.

West Virginia continues to struggle with the issue of youth in care obtaining drivers licenses and continues to work on resolving this.

All necessary policies have been drafted and released to the field staff on September 17, 2015 with an effective date of September 28, 2015. The policy is also posted on the Bureau for Children and Families Website. A memo was sent releasing the policy to the field as well as explaining the policy update. A power point was also created for the use of Home Finding staff with foster parents. At present a webinar is in developed for all tenured staff and the new policy is being embedded into new worker training. West Virginia will continue to require all of our provider partners to assure that their staff are aware and trained in this area and that they provide information to their foster families.

This program improvement policy is complete. The policy may be accessed on the BCF website. http://www.dhhr.wv.gov/bcf

Attachments:

Appendix A – WV CANS Logic Model

Appendix B – Fidelity Assessment On-Site Case Record Review Instrument

Appendix C – Fidelity Assessment On-Site Interview Protocols

Appendix D – Statistical Similarity of Treatment and Comparison Groups

Appendix E – Number of Youth with an Actionable Item/Need on the Initial CANS

Semi-Annual Progress Report – October 31, 2017

D057554



*Safe at Home West Virginia*

Appendix A

CHILDREN AND ADOLESCENTS NEEDS AND STRENGHS (CANS)
Logic Model
*Working Draft 10-24-2017*

| **Goal 1:** West Virginia will develop policy and protocols that support CANS implementation | | | | |
|---|---|---|---|---|
| | **Inputs**: What will we do to implement the objective? | **Outputs**: What will be the results of what we implement? | **Project Lead** | **Other** |
| **Objective 1:** Develop and Implement Youth Services (YS) Policy to include CANS | *\* CANS will replace the YBE immediately*<br>*\* YS Policy regarding CANS completed*<br><br>**June 1, 2016**<br>**COMPLETED** | ▪ Professional staff that can identify a child's needs and develop or recommend appropriate treatment<br>▪ Reduce unnecessary requirements/tools | Michelle Dean<br>BCF<br>Leadership | |
| **Objective 2:** Develop and Implement Child Protective Services (CPS) Policy to include CANS | 1. Determine if the CANS and/or FAST will be used for CPS cases and what other tools will be needed.<br>2. Map the FFA and PCFA to the CANS using FAST<br>**DUE:** January 2018<br><br>2. Develop CPS policy regarding CANs<br>**DUE:** January 2018 | ▪ Professional staff that can identify a child's needs and develop or recommend appropriate treatment<br>▪ Reduce unnecessary requirements/tools<br><br>▪ Provides clear expectations | Streamline Committee<br>Michelle Dean<br>BCF<br>Leadership<br>Linda Dalyai<br>Tammy Pearson | *\* The FAST was selected to be used by both CPS and YS.*<br>*\*FAST is the family version of the CANS.*<br>*\*WVFAST includes safety, risk, human trafficking*<br>*\*All staff will be trained in the WV FAST* |

Semi-Annual Progress Report – October 31, 2017

82



*Safe at Home West Virginia*

| **Goal 2:** West Virginia will have 100% of DHHR Staff trained and certified in the CANS. | | | | |
|---|---|---|---|---|
| | **Inputs**: What will we do to implement the objective? | **Outputs**: What will be the results of what we implement? | **Project Lead** | **Other** |
| **Objective 1:** All Youth Services (YS) staff will be trained and certified at .70 in the CANS. | 1. Identify and track YS staff that need trained, certified and/or recertified. **DUE: Ongoing** | ▪ YS supervisors will identify staff that have not been trained, those that have trained and need certification and those that require TA. | Linda Dalyai Tammy Pearson Gary Keen YS Supervisors | *\*YS staff was trained through Safe at Home rollout \* CANS* |
| | 2. Identify Training and Type Needed (New Worker or Ongoing) and provide training notices to Supervisors and Regional Managers. **DUE: November 2017** 3. YS staff will receive CANS training and certification through new worker training. **DUE:** Ongoing | ▪ Training will be delivered by: 1. DHHR CANS Trainers (Experts); 2. CANS-ACES; 3. DHHR Regional/State CANS Expert ▪ Training will be delivered by: DHHR, Division of Training CANS Trainers (Experts) | Linda Dalyai Tammy Pearson Elva Strickland | *Youth Services tenure staff will be given training preference.* ***\* Training and Technical Assistance is planned for staff that did not receive training during rollout.*** *.* |
| **Objective 2:** All Child Protection Services (CPS) staff will be trained and certified in the CANS. | 1. Identify and track CPS staff that need trained, certified and/or recertified. | ▪ CPS supervisors will identify staff that have not been trained, those that have trained and need certification and those that require TA. | Linda Dalyai Tammy Pearson | *\* CPS staff was trained when Safe at Home was rolled out. \*CPS staff* |
| | 2. Identify Training and Type Needed (New Worker or Ongoing) and | ▪ Training will be delivered by: 1. DHHR CANS Trainers (Experts); | Linda Dalyai Tammy Pearson Elva Strickland | *will receive CANS training and* |

83

**D057556**



*Safe at Home West Virginia*

| | provide training notices to Supervisors and Regional Managers | 2. CANS-ACES; 3. DHHR Regional/State CANS Expert | | *certificatio n through new worker training after decisions are made regarding recommend ations from the Streamline Committee (Goal1-Objective 2)* |
|---|---|---|---|---|
| **Objective 3:** Ensure all YS and CPS staff are certified & Recertified | 1. Determine who will monitor certification and recertification<br>**DUE: 05/2017** | ■ State Office will monitor certification and recertification until all staff have had an opportunity to certify or recertify | BCF Leadership | *\* The Praed Foundation sends those that have certified in CANS a* |
| | 2. Monitor certification and recertification<br>**DUE:** | ■ Identify 1 Regional Coordinator per each DHHR Region to continue to monitor staff certification | | *notification 1 month prior to their* |
| | 3. Determine the consequences for failure to meet .75 certification standards. | ■ After multiple attempts, staff may need re-assigned | BCF Leadership | *certificatio n expiration date.* |

D057557


Safe at Home West Virginia

| **Goal 3:** West Virginia will build BCF Internal Capacity Statewide. | | | | |
|---|---|---|---|---|
| | **Inputs**: What will we do to implement the objective? | **Outputs**: What will be the results of what we implement? | **Project Lead** | **Other** |
| **Objective 1:** Provide ongoing technical assistance Regionally and statewide. | 1. Identify and train/certify internal CANS Experts. DUE: **Completed/Ongoing** | ▪ Ongoing technical assistance offered by Regional CANS Experts will allow Supervisors and staff to feel supported. | Linda Dalyai Tammy Pearson Michelle Dean | *Criteria for CANS Experts has been developed.* |
| | 2. Develop short-term and long-term Technical Assistance goals and protocol (expectation, cost, dates, locations, etc.) ▪ Identify those that will provide TA ▪ Identify and support DHHR staff that meet the criteria as CANS Experts | ▪ This will support sustainability and allow staff to be supported within their own Regions | Linda Dalyai Tammy Pearson BCF Management | *CANS Experts must certify at .80 * Only CANS Experts can provide TA* |
| | 3. TA will include supporting staff by reviewing completed CANS and provide ongoing quality assurance. DUE: **Completed/Ongoing** | ▪ Reliable and valid CANS | Linda Dalyai Tammy Pearson | |
| **Objective 2** Explore Higher Education Support of CANS in Curriculum and Certification | 1. Discuss with Universities the need for students to be trained and certified in the CANS prior to employment | ▪ A workforce that is competent in using the CANS ▪ Priority given to those with current certification in the hiring process | Linda Dalyai Tammy Pearson Elva Strickland BCF Management Div. of | |

D057558



*Safe at Home West Virginia*

| Process | | | Training | |
|---|---|---|---|---|

| Goal 4: | | | | |
|---|---|---|---|---|
| **West Virginia will have a fully automated CANS system.** | | | | |
| | **Inputs**: What will we do to implement the objective? | **Outputs**: What will be the results of what we implement? | **Project Lead** | **Other** |
| **Objective 1:** Utilize or develop software to capture the CANS information across participating agencies and DHHR staff | 1. Determine if: <br> a) Software is designed only for Safe at Home cases; <br> b) Can software be expanded to include all cases | ▪ Promotes the full use of the CANS | Hornsby/Zeller FACTS BCF Management Linda Dalyai Tammy Pearson Elva Strickland | *A mechanism that allow the CANS scores (initial and ongoing) to be documente d, tracked and data to be obtained and distributed.* |
| | 1. Determine if software belongs to the DHHR, BCF, and if so, contract with a University to: <br> a) Maintain CANS information across participating agencies <br> b) Evaluation and Reports | ▪ The DHHR will have available information on a child or family so the diagnostic process can be minimized | | |
| | 1. FACTS Redesign will include slight modification of the YBE screens that mirror CANS items and additional screens added for CANS that are needed. <br> 2. FACTS to interface with external partners | ▪ Documentation for workers will match policy | | |



Safe at Home West Virginia

| Goal 5: West Virginia will establish threshold (algorithms)/Total Communication Outcome Management (TCOM) | | | | |
|---|---|---|---|---|
| | **Inputs**: What will we do to implement the objective? | **Outputs**: What will be the results of what we implement? | **Project Lead** | **Other** |
| **Objective 1:** Algorithms and automated feedback are specified for each key decision-point in service / support process | 1. Determine when algorithms will be used and who will use them. | ▪ At a practice level, algorithms guide decisions toward the level of care or intensity of service needed. | BCF Management Linda Dalyai Tammy Pearson | *\* Dr. Lyons identified Algorithms based on a WV case record study* |
| | 2. Determine what tool can be used to guide decision making | ▪ This will allow consistent results | | *\* Algorithms are indicators that guide decisions at multiple levels.* *\* Algorithms are to be considered along with other information when making service decisions for a child and family.* |

D057560



Safe at Home West Virginia

**OUTCOMES:**

**Benefit to children, youth and families from the utilization of CANS**
1. Safety, Permanency and Well-being outcomes are met when needs and strengths are identified.
2. Identified strengths in the area of talents/interests and spiritual/religious are strong predictors for placement stability and positive outcomes.
3. The CANS is completed as a shared visioning activity rather than the opinion of one person.
4. The CANS is used to support placement, level of care, or intensity of intervention decisions that it is also used for other work as well (i.e. creating the permanency plan).
5. Engaging youth and families in actively collaborating on the assessment process is helpful to staring personal change. The appropriate use of the CANS is an engagement strategy.

**Benefit to Professional DHHR Staff**
1. Youth Services and Child Protective Services staff will expand their competence in intervention techniques and approaches.  These enhanced professional skills will help them to work with families to overcome life's most difficult challenges.
2. With ongoing support, staff will value the performance of their work and view their documentation as part of their work rather than as a paperwork activity.  *Key to creating that support is the use in supervision.*
3. The CANS is replacing other documentation not simply adding documentation burden.
4. Creates a model that informs effective case planning and linking children and family needs to specific strategies and placements.
5. Having an organized way of communication about children and families facilitates (professionalizes) case worker communications with other partners, in particular, the courts and mental health professionals.

D057561


*Safe at Home West Virginia*

**Benefits at Program Level**
1. At the program level, provides supervisors with a way for their case workers to organize themselves so that supervision is more targeted and efficient.
2. Reveals training needs and opportunities for practice development
3. Allows the monitoring of effectiveness of interventions

**Benefits at the System Level**
1. Significant savings for re-investment from better management of expensive interventions
2. Improved resource mapping for system right-sizing.
3. Re-structuring payment and rate setting systems to better match children and families and encourage improvement.

Excerpts from, John S. Lyons, Ph.D.  Chapin Hall at the University of Chicago Praed Foundation. *Use of the Child and Adolescent Needs and Strengths (CANS) in Child Welfare in the United States.*  Report prepared for the Ohio Association of Child Caring Agencies, Inc. (March 23, 2014)

D057562



Safe at Home West Virginia

Appendix B

**Fidelity Assessment On-Site Case Record Review Instrument**

| Case Number: | Family Name: | |
|---|---|---|
| Client Number: | County: | Region: |
| Local Coordinating Agency: | Wraparound Facilitator: | |
| Reviewer: | Review Date: | |
| Referral Placement: | Current Placement: | |

**FAMILY INFORMATION**

1. Please describe the household members involved in the case, beginning with the youth in the program.

| Name | Role in Family | Date of Birth (of Target Youth Only) | Race/Ethnicity | Gender |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Role Codes:    1 = Parent    2 = Child    3 = Other Relative   4 = Non-relative

Race Codes:    1 = Asian    2 = Black    3 = Hispanic    4 = White
                       5 = Mixed/Other

Gender Codes:  1 = Female   2 = Male

**WRAPAROUND CHRONOLOGY**

Please provide the dates of relevant activities; if the activity has not occurred indicate 05/05/1955.

2. DHHR case opening date:                    _ _ / _ _ / _ _ _ _

Semi-Annual Progress Report – October 31, 2017

D057563

*Safe at Home West Virginia*

3.  Removal date (most recent):                                  __ / __ / ____
4.  Date of referral to wraparound services/*Safe at Home*:      __ / __ / ____
5.  Date of return home (most recent):                           __ / __ / ____
6.  Date of initial CANS:                                        __ / __ / ____
7.  Date(s) of subsequent CANS (earliest to latest):            __ / __ / ____
                                                                __ / __ / ____
                                                                __ / __ / ____
                                                                __ / __ / ____
                                                                __ / __ / ____
                                                                __ / __ / ____
                                                                __ / __ / ____
8.  Date of initial wraparound plan:                            __ / __ / ____
9.  Date(s) of subsequent wraparound plans (earliest to latest): __ / __ / ____
                                                                __ / __ / ____
                                                                __ / __ / ____
                                                                __ / __ / ____
                                                                __ / __ / ____
                                                                __ / __ / ____
                                                                __ / __ / ____
                                                                __ / __ / ____
10. Date of initial crisis safety plan:                         __ / __ / ____
11. Date(s) of subsequent crisis safety plans (earliest to latest): __ / __ / ____
                                                                __ / __ / ____
                                                                __ / __ / ____
                                                                __ / __ / ____
12. Date of wraparound/*Safe at Home* closure:                  __ / __ / ____
13. If wraparound/*Safe at Home* has closed, what is the reason?
    ○ Successful completion of the program/graduation
    ○ Unable to complete/discharged (specify reason): _____
    ○ Other (specify reason): _____
14. DHHR case closing date:                                     __ / __ / ____

## ENGAGEMENT AND TEAM PREPARATION PHASE

### PREPARATION

15. Please note any information in the case record about preparation for wraparound
    (e.g., wraparound facilitator met with family to discuss process, listen to family
    concerns or identify hopes, dreams and strengths; family identified people to attend
    wraparound meetings; etc.).

Semi-Annual Progress Report – October 31, 2017

D057564



*Safe at Home West Virginia*

## INITIAL PLAN DEVELOPMENT PHASE

### WRAPAROUND PLAN CONTENT

16. Based on the information in the case record, please indicate the extent to which the
*initial* wraparound plan contained the following. Responses are:

| 5 = Thoroughly | 4 = Mostly | 3 = Somewhat | 2 = Not Very Much | 1 = Not at All |
|---|---|---|---|---|

|  | 5 | 4 | 3 | 2 | 1 | N/A |
|---|---|---|---|---|---|---|
| Youth's Long Term Vision |  |  |  |  |  |  |
| Mission Statement for the Team |  |  |  |  |  |  |
| Outcomes Clearly Connected to the Vision |  |  |  |  |  |  |
| Measurable Outcomes/Objectives |  |  |  |  |  |  |
| Multiple Strategies |  |  |  |  |  |  |
| Clear Relationship between Outcomes and Strategies |  |  |  |  |  |  |
| Plan for Maintenance in or Transition to Least Restrictive Environment |  |  |  |  |  |  |

Semi-Annual Progress Report – October 31, 2017

D057565



*Safe at Home West Virginia*

|  | 5 | 4 | 3 | 2 | 1 | N/A |
|---|---|---|---|---|---|---|
| Opportunities for Youth to Engage in Community Activities |  |  |  |  |  |  |
| Services/Supports Consistent with Youth's/Family's Culture |  |  |  |  |  |  |
| Services/Supports Consistent with Youth's/Family's Primary Needs |  |  |  |  |  |  |
| Services/Supports Take Account of and Use Youth's/Family's Strengths |  |  |  |  |  |  |

17. Based on the information in the case record, please indicate the extent to which the **most recent** wraparound plan contained the following. Responses are:

5 = Thoroughly          4 = Mostly          3 = Somewhat          2 = Not Very Much          1 = Not at All

|  | 5 | 4 | 3 | 2 | 1 | N/A |
|---|---|---|---|---|---|---|
| Youth's Long Term Vision |  |  |  |  |  |  |
| Mission Statement for the Team |  |  |  |  |  |  |
| Outcomes Clearly Connected to the Vision |  |  |  |  |  |  |
| Measurable Outcomes/Objectives |  |  |  |  |  |  |
| Multiple Strategies |  |  |  |  |  |  |
| Clear Relationship between Outcomes and Strategies |  |  |  |  |  |  |
| Plan for Maintenance in or Transition to Least Restrictive Environment |  |  |  |  |  |  |
| Opportunities for Youth to Engage in Community Activities |  |  |  |  |  |  |
| Services/Supports Consistent with Youth's/Family's Culture |  |  |  |  |  |  |
| Services/Supports Consistent with Youth's/Family's Primary Needs |  |  |  |  |  |  |
| Services/Supports Take Account of and Use Youth's/Family's Strengths |  |  |  |  |  |  |

CRISIS SAFETY PLAN

18. Based on the information in the case record, please indicate the extent to which the **initial** crisis safety plan contained the following. Responses are:

5 = Thoroughly          4 = Mostly          3 = Somewhat          2 = Not Very Much          1 = Not at All

Semi-Annual Progress Report – October 31, 2017

D057566



*Safe at Home West Virginia*

*If there is no indication in the record regarding an item, score it as "1."*

|  | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| Strategy for Crisis Prevention |  |  |  |  |  |
| Identification of Behaviors Signaling Coming Crisis |  |  |  |  |  |
| Methods for De-escalating Crises |  |  |  |  |  |
| Steps to Be Taken during Crisis |  |  |  |  |  |
| Assignment of Roles during Crisis |  |  |  |  |  |

19. Based on the information in the case record, please indicate the extent to which the **most recent** crisis safety plan contained the following. Responses are:

**5 = Thoroughly        4 = Mostly   3 = Somewhat            2 = Not Very Much
     1 = Not at All**

*If there is no indication in the record regarding an item, score it as "1."*

|  | 5 | 4 | 3 | 2 | 1 |
|---|---|---|---|---|---|
| Strategy for Crisis Prevention |  |  |  |  |  |
| Identification of Behaviors Signaling Coming Crisis |  |  |  |  |  |
| Methods for De-escalating Crises |  |  |  |  |  |
| Steps to Be Taken during Crisis |  |  |  |  |  |
| Assignment of Roles during Crisis |  |  |  |  |  |

20. Please add any pertinent information about the case/program fidelity that you were unable to capture in the review tool.

D057567



*Safe at Home West Virginia*

\*\*\*Please use the back if additional space is needed.

D057568



Safe at Home West Virginia

Appendix C

**Fidelity Assessment On-Site Interview Protocols**

# SAFE AT HOME WEST VIRGINIA
## YOUTH INTERVIEW PROTOCOL

| Youth Name: | Interviewer Name: |
|---|---|
| Date of Interview: | County: |
| Local Coordinating Agency (LCA): | |

### PLACEMENT AND EDUCATION STATUS

1. Where are you living now?
   a. Has that changed since *Safe at Home* began?
   b. If yes, where were you living prior to *Safe at Home*?

2. Are you currently attending school?
   a. If yes, are you in the same school you were in prior to *Safe at Home*?
   b. If yes, since *Safe at Home* began have you remained at the same school? If not, why?
   c. If no, is this because you have graduated?
   d. If no, do you have plans to return to school? (Skip to Q4)

3. Generally speaking, how would you say you are doing in school?
   a. Academic achievement?
   b. Peer relationships?
   c. Involvement in school activities?
   d. Staying out of trouble?

4. Were you ever suspended or expelled from school prior to *Safe at Home*?
   a. If yes, how often was this occurring?
   b. If yes, has this changed since you began *Safe at Home*?

5. Have you been able to keep up with your grade level?
   a. What grade will you be entering in the fall?
   b. If you have not been able to keep up, how far behind are you? What are some of the challenges you have faced that have caused you to fall behind?

### ENGAGEMENT AND TEAM PREPARATION PHASE

6. How did you learn about *Safe at Home*?

96

D057569



*Safe at Home West Virginia*

    a.  Who explained *Safe at Home* to you?
b.  What kind of information did they share with you?
c.  Can you describe what services through *Safe at Home* are supposed to look like? Has it actually gone this way?

7.  During your first meeting with the wraparound facilitator, were you encouraged to discuss you concerns, hopes, dreams, and strengths?
    a.  How did the wraparound facilitator respond to your views?
    b.  Was anyone else involved in this process in the very beginning?
    c.  Did you struggle with opening up? If so, how did you overcome this?

8.  Did you tell the wraparound facilitator about people you wanted to be involved with you through the *Safe at Home* program?
    a.  If yes, who were the people you wanted involved *(relational responses, e.g., aunt, grandma, therapist, etc.)*?
    b.  If yes, how did he/she respond to your suggestions?
    c.  If yes, are those people actually participating?

**INITIAL PLAN DEVELOPMENT PHASE**

9.  How much do you personally contribute in creating wraparound plans?
    a.  Do you believe that your thoughts and opinions have been used in the plans?
    b.  If yes, how has your input been used in the plans?

10. What are the main goals you have with *Safe at Home*?
    a.  To what extent have the goals been achieved?
    b.  If you are struggling to achieve the goals, what can be done to overcome the obstacles you face?

11. Were you involved in creating a crisis safety plan?
    a.  If yes, did the wraparound facilitator explain why it was needed and how it works?
    b.  How do members of your team assist you in case of a crisis?
    c.  How helpful has the crisis safety plan been in meeting your needs?

**PLAN IMPLEMENTATION PHASE**

12. How often do you meet with the wraparound facilitator?
    a.  Is this amount of contact enough? Too much?

13. What services have you received so far through *Safe at Home*?
    a.  This includes "formal services," for example, therapy or medication management among many others, and:

97

Semi-Annual Progress Report – October 31, 2017

D057570



Safe at Home West Virginia

    b. "Informal services" which can be many different things, for example, help in school, going out to eat, getting back to school supplies, etc.:

14. Does the wraparound facilitator help you to identify the successes you have achieved since you have been working with *Safe at Home*?
    a. What are the successes?
    b. Does the wraparound facilitator do anything in particular to recognize or reward success?
    c. What are the challenges you face and what is being done to overcome them?

15. Do relatives, friends, and/or others provide support to you and your family?
    a. If yes, what type of support do they provide?
    b. If not, why do you think that is?

16. Are you actively helping to make decisions about the services you are receiving through *Safe at Home*?
    a. If yes, has your input been heard and used?
    b. If no, why do you think that is?

**TRANSITION PHASE**

17. Are you done with *Safe at Home*?
    a. If yes, what was the reason for *Safe at Home* ending?
    b. If positive, how did you and your team know you were ready to finish the program?
    c. If negative, was there anything that could have been done to change the outcome of your case? If so, what?

*Questions 18-20 only apply if the case is closed or no longer active.*

18. Was there a final meeting and/or a celebration/graduation service to recognize your completion of *Safe at Home*?
    a. If yes, what happened?
    b. If yes, what kind of information was shared?

19. Did you receive a record of the work you have completed and the accomplishments you have made?
    a. If yes, what did the record contain?
    b. If no, do you think it would have been beneficial to have something like this?

20. Did you and your family receive information about where you could go for help in the future should you need any?

Semi-Annual Progress Report – October 31, 2017

D057571



*Safe at Home West Virginia*

  a. If yes, what information was given to you?
  b. If no, did you receive any kind of information about what to do when
     services are finished?

## CONCLUSION

21. Overall, how helpful has the *Safe at Home* program been to you?

22. What have you liked best about the program?

23. What could be done to make the program better?

D057572



Safe at Home West Virginia

## SAFE AT HOME WEST VIRGINIA
## PARENT/CAREGIVER INTERVIEW PROTOCOL

| Parent/Caregiver Name: | Interviewer Name: |
|---|---|
| Youth Name: | LCA: |
| Date of Interview: | County: |

### PLACEMENT AND EDUCATION STATUS

1. Where is your youth currently living?
   a. Has that changed since *Safe at Home* began?
   b. If yes, where was your youth living prior to *Safe at Home*?

2. Is your youth currently attending school?
   a. If yes, is he/she in the same school he/she was in prior to *Safe at Home*?
   b. If yes, since *Safe at Home* began has he/she remained at the same school?
   c. If no, is this because he/she has graduated?
   d. If no, does your youth have plans to return to school? (Skip to Q4)

3. Generally speaking, how would you say your youth is doing in school?
   a. Academic achievement?
   b. Peer relationships?
   c. Involvement in school activities?
   d. Staying out of trouble?

4. Was your youth ever suspended or expelled from school prior to *Safe at Home*?
   a. If yes, how often was this occurring?
   b. If yes, has this changed since your youth began *Safe at Home*?

5. Has your youth been able to keep up with his/her grade level?
   a. What grade will he/she be entering in the fall?
   b. If he/she has not been able to keep up, how far behind is he/she? What are some of the challenges your youth has faced that have caused him/her to fall behind?

### ENGAGEMENT AND TEAM PREPARATION PHASE

6. How did you learn about *Safe at Home*?
   a. Who explained *Safe at Home* to you?
   b. What kind of information did they share with you?
   c. Can you describe what services through *Safe at Home* are supposed to look like? Has it actually gone that way?

100

Semi-Annual Progress Report – October 31, 2017

D057573



*Safe at Home West Virginia*

7. During your first meeting with the wraparound facilitator, to what extent were you and your youth encouraged to discuss your concerns, hopes, dreams, and strengths?
   a. How did the wraparound facilitator respond to your views?
   b. Was anyone else a part of this process in the very beginning?
   c. Did you or your youth struggle with opening up? If so, how did you or your youth overcome this?

8. Did you tell the wraparound facilitator about people you wanted to be involved with your family through the *Safe at Home* process?
   a. If yes, who are the people you wanted involved *(relational responses, e.g., aunt, grandma, therapist, etc.)*?
   b. If yes, how did he/she respond to your suggestions?
   c. If yes, are these people actually participating?

**INITIAL PLAN DEVELOPMENT PHASE**

9. How do you personally contribute in creating wraparound plans?
   a. Do you believe that your thoughts and opinions have been used in the plans? If yes, how so?
   b. How much does your youth contribute to creating the wraparound plans? Is his/her voice heard? How has his/her input been used in plans?

10. What are the main goals you have with *Safe at Home*?
    a. To what extent have the goals been achieved?
    b. If you and your youth are struggling to achieve the goals, what can be done to overcome the obstacles you face?

11. Were you and your youth involved in creating a crisis safety plan?
    a. If yes, did the wraparound facilitator explain why it was needed and how it works?
    b. How do members of the team assist your youth and family in case of a crisis?
    c. How helpful has the crisis safety plan been in meeting your youth/family's needs?

**PLAN IMPLEMENTATION PHASE**

12. How often do you meet with the wraparound facilitator?
    a. Is this amount of contact enough? Too much?

13. What services has your youth received so far through *Safe at Home*?

D057574



*Safe at Home West Virginia*

    a. This includes "formal services," for example, counseling or medication
       management among many others, and:
    b. "Informal services" which can be many different things, for example, help
       with advocating in school, taking the youth out to eat, getting back to
       school supplies, etc.:

14. Does the wraparound facilitator help you to identify the successes your youth and
    has achieved since you have been working with *Safe at Home*?
    a. What are the successes?
    b. Does the wraparound facilitator do anything in particular to recognize or
       reward success?
    c. What are the challenges you and your youth face? What is being done to
       overcome those challenges?

15. Do relatives, friends, and/or others provide support to you and your youth?
    a. If yes, what type of support do they provide your family?
    b. If no, why do you think that is? Do you have thoughts about how to
       engage them in providing support?

16. Have you and your youth actively made decisions about services through *Safe at
    Home*?
    a. If yes, has this input been heard and used?
    b. If no, why do you think that is?

**TRANSITION PHASE**

17. Are you/your youth finished with *Safe at Home*?
    a. If yes, what was the reason for *Safe at Home* ending?
    b. If positive, how did everyone know that your youth/family was ready to end
       services?
    c. If negative, was there anything that could have been done to change the
       outcome of your youth's case? If so, what?

*Questions 18-20 only apply if the case is closed or no longer active.*

18. Was there a final meeting and/or a celebration/graduation service to recognize
    your youth's completion of *Safe at Home*?
    a. If yes, what happened?
    b. If yes, what kind of information was shared?

19. Did you/your youth receive a record of work completed and accomplishments
    made?
    a. If yes, what did the record contain?

Semi-Annual Progress Report – October 31, 2017

D057575



b. If no, do you think this would have been beneficial to have something like this?

20. Did you and you and your youth receive information on where to go for help in the future should you need any?
   a. If yes, what information was given to you?
   b. If no, did you receive any kind of information about what to do when services are finished?

### CONCLUSION

21. What has been your overall impression of *Safe at Home*?
   a. What were some of the best parts?
   b. What could be improved?
   c. Other comments?

D057576



*Safe at Home West Virginia*

## WEST VIRGINIA TITLE IV-E WAIVER
## TEAM MEMBER INTERVIEW PROTOCOL

| Caseworker Name: | Interviewer Name: |
|---|---|
| Date of Interview: | County: |
| Case 1 Youth Name: | Case 1 LCA: |
| Case 2 Youth Name: | Case 2 LCA: |
| Case 3 Youth Name: | Case 3 LCA: |
| Case 4 Youth Name: | Case 4 LCA: |
| Case 5 Youth Name: | Case 5 LCA: |
| Case 6 Youth Name: | Case 6 LCA: |

We understand that some caseworkers may have multiple *Safe at Home* cases within our review sample. To simplify the process I am going to interview you once about all of your cases identified in our random sample. I will ask you to answer each question for each youth as we go along.

### PLACEMENT AND EDUCATION STATUS

1. Where is the youth living now?
   a. Has that changed since *Safe at Home* began?
   b. If yes, where was he/she living prior to *Safe at Home*?

2. Is the youth currently attending school?
   a. If yes, is the youth in the same school he/she was in prior to *Safe at Home*?
   b. If yes, since *Safe at Home* began has the youth remained at the same school?
   c. If no, is this because the youth has graduated?
   d. If no, does the youth have plans to return to school? (Skip to Q4)

3. Generally speaking, how would you say the youth is doing in school?
   a. Academic achievement?
   b. Peer relationships?
   c. Involvement in school activities?
   d. Staying out of trouble?

4. Was the youth ever suspended or expelled from school prior to *Safe at Home*?
   a. If yes, how often was this occurring?
   b. If yes, has this changed since he/she began *Safe at Home*?

5. Has the youth been able to keep up with his/her grade level?
   a. What grade will the youth be entering in the fall?

104

Semi-Annual Progress Report – October 31, 2017

**D057577**



Safe at Home West Virginia

b. If the youth has not been able to keep up, how far behind is he/she? What are some of the challenges the youth has faced that has caused him/her to fall behind?

## RELATIONSHIP TO YOUTH

6. What is your role in providing support to the youth/family through *Safe at Home*?

## ENGAGEMENT AND TEAM PREPARATION PHASE

7. How was wraparound initially explained to the youth and his/her family?
a. Who was responsible for doing that?
   b. What information was shared with them?
c. Did they seem to have a good understanding of how services would be coordinated? If no, why?
d. Were they encouraged during this beginning phase to share their concerns, hopes, dreams, and strengths?
e. Did other team members play a role in the engagement phase?

8. Did the youth and his/her family identify people they wanted to be involved in the wraparound process?
   a. If yes, who did they identify *(e.g., relational responses, such as aunt, uncle, coach, teacher, therapist, etc.)*?
   b. If yes, how supportive was the wraparound facilitator in including these supports?
   c. If yes, to what extent have those people actually participated?
   d. If those people have not participated, what efforts were made to involve them?

## INITIAL PLAN DEVELOPMENT PHASE

9. How do you assist in creating wraparound plans?
   a. How are the youth and family involved in creating plans?
   b. How are family supports involved in creating plans?
   c. How is the CANS used in developing plans?

10. What are the essential features of plans and/or goals for the youth and family through *Safe at Home*?

11. What is your level of involvement with crisis safety planning through *Safe at Home*?
   a. How helpful has the plan been in meeting the needs of the youth and his/her family?

D057578



*Safe at Home West Virginia*

12. To what extent has the youth and family engaged with the program?
    a. What strategies do you use to keep the youth and family engaged?
    b. In what ways could youth and family engagement be improved?

## PLAN IMPLEMENTATION PHASE

13. How often does the wraparound facilitator meet with the youth and their family?
    a. Is that amount of contact adequate? Too much? Too little?

14. What services have the youth actually received so far through *Safe at Home*?
    a. Formal services?
    b. Informal services/supports?

15. Have there been any barriers in trying to obtain services for the youth?
    a. If so, for which services has this been a struggle?
    b. If so, how did the team work to overcome this challenge?

16. How does the wraparound facilitator reward or recognize the successes the youth and his/her family have achieved?
    a. What are the successes so far?
    b. What are the challenges and what steps are being taken to overcome them?

17. How do you help to ensure that relatives, friends, and others are remaining involved and providing support to the youth and his/her family?

18. How is the wraparound facilitator ensuring that the youth is actively participating in making decisions about services?
    a. What are some examples of instances where his/her input has been used in the plan?
    b. If the youth is not actively participating, why do you think that is?
    c. What is your level of participation with wraparound planning?

19. How does the wraparound facilitator monitor the progress being made toward reaching the youth's and family's goals?
    a. How does the wraparound facilitator help to ensure that progress is actually being made if the youth/family is struggling?
    b. How do you help to ensure that progress is actually being made if the youth/family is struggling?

## TRANSITION PHASE

20. Is this case closed for *Safe at Home*?
    a. If so, what was the reason for case closure?

D057579



*Safe at Home West Virginia*

    b.  If the reason for closure was positive, how did the wraparound facilitator/team know that the youth was ready for transition?

    c.  If the reason for closure was negative, was there anything that could have been done to change the outcome of this case? If so, what?

*Questions 21 and 22 only apply to closed or inactive cases.*

21. Did the wraparound facilitator hold a final meeting and/or a celebration/graduation service to recognize completion of *Safe at Home*?
    a.  If yes, what happened?
    b.  If yes, what kind of information was shared?
    c.  Did the youth receive a record of work completed and accomplishments made?

22. Did the wraparound facilitator present information on where the youth and his/her family could go for help in the future?
    a.  If yes, what information was given to them?
    b.  If no, was any transition information given to them?

### CONCLUSION

23. What has contributed to the success of this case so far?

24. What barriers to success have you seen?
    a.  What could be done to mitigate those barriers to improve the outcome?

## SAFE AT HOME WEST VIRGINIA
## WRAPAROUND FACILITATOR INTERVIEW PROTOCOL

| Facilitator Name: | Interviewer Name: |
|---|---|
| Date of Interview: | County: |
| LCA Name: | |
| Case 1 Youth Name: | Case 2 Youth Name: |
| Case 3 Youth Name: | Case 4 Youth Name: |
| Case 5 Youth Name: | Case 6 Youth Name: |

We understand that some caseworkers may have multiple *Safe at Home* cases within our review sample. To simplify the process I am going to interview you once about all of your cases identified in our random sample. I will ask you to answer each question for each youth as we go along.

### PLACEMENT AND EDUCATION STATUS



*Safe at Home West Virginia*

1. Where is the youth living now?
   a. Has that changed since *Safe at Home* began?
   b. If yes, where was he/she living prior to *Safe at Home*?

2. Is the youth currently attending school?
   a. If yes, is the youth in the same school he/she was in prior to *Safe at Home*?
   b. If yes, since *Safe at Home* began has the youth remained at the same school?
   c. If no, is this because the youth has graduated?
   d. If no, does the youth have plans to return to school? (Skip to Q4)

3. Generally speaking, how would you say the youth is doing in school?
   a. Academic achievement?
   b. Peer relationships?
   c. Involvement in school activities?
   d. Staying out of trouble?

4. Was the youth ever suspended or expelled from school prior to *Safe at Home*?
   a. If yes, how often was this occurring?
   b. If yes, has this changed since he/she began *Safe at Home*?

5. Has the youth been able to keep up with his/her grade level?
   a. What grade will the youth be entering in the fall?
   b. If the youth has not been able to keep up, how far behind is he/she? What are some of the challenges the youth has faced that has caused him/her to fall behind?

**ENGAGEMENT AND TEAM PREPARATION PHASE**

6. How was wraparound/*Safe at Home* first explained to the youth and his/her family?
   a. Who was responsible for doing that?
   b. What information was shared with them?
   c. Did they seem to have a good understanding of how services will be coordinated? If no, why?

7. To what extent were the youth and his/her family encouraged to discuss their concerns, hopes, dreams, and strengths?
   a. How did you get the youth/family to share with you?
   b. Did the youth/family struggle when opening up to you? If yes, how did you work to engage them?
   c. How did other team members play a role in this initial engagement phase?

Semi-Annual Progress Report – October 31, 2017

D057581



*Safe at Home West Virginia*

8. Did the youth and his/her family identify people they wanted to be involved in the wraparound process?
    a. If yes, who were those people *(e.g., relational responses such as, brother, teacher, friend, therapist, etc.)*?
    b. If yes, to what extent have they actually participated?
    c. What efforts did you make to ensure that they would participate?

**INITIAL PLAN DEVELOPMENT PHASE**

9. When you create wraparound plans, how do you involve the youth and his/her family?
    a. How are family supports involved in creating the plan?
    b. If it is difficult to get the youth/family to participate in this process, what strategies do you use to engage them?

10. How do you use the CANS in developing wraparound plans?
    a. Do you face any challenges in completing the CANS? If yes, what are the challenges and how do you address them?

11. What are the essential features of plans and/or goals for the youth and family through *Safe at Home*?

12. What was the youth and family's level of involvement in crisis safety planning?
    a. What is your role in developing the crisis safety plan?
    b. How do others provide support in case of a crisis?
    c. How helpful has the crisis safety plan been in meeting the needs of the youth and family?

13. How do you get the youth to be an active participant in decisions about services throughout the wraparound process?

14. To what extent has the youth and family engaged with the program?
    a. What strategies do you use to keep the youth and family engaged?
    b. In what ways could youth and family engagement be improved?

**PLAN IMPLEMENTATION PHASE**

15. How often do you meet with the youth and their family?
    a. Is this amount of contact adequate? Too much? Too little?

16. What services have the youth actually received so far through *Safe at Home*?
    a. Formal services?
    b. Informal services/supports?

D057582


*Safe at Home West Virginia*

17. Have there been any barriers in trying to obtain services for the youth?
    a. If so, for which services have this been a struggle?
    b. If so, how did you work to overcome this challenge?

18. How do you help the youth/family identify success and/or progress?
    a. What are the successes so far?
    b. Do you do anything in particular to recognize and/or reward success?
    c. What are the challenges and what steps are being taken to overcome them?

19. How do you help to ensure that relatives, friends, and others are remaining involved and providing support to the youth and his/her family?

20. How are you monitoring the progress being made toward reaching the youth's and family's goals?
    a. How do you ensure that progress is actually being made if the youth and family are struggling?

**TRANSITION PHASE**

21. Is this case closed for *Safe at Home*?
    a. If so, what was the reason for case closure?
    b. If the reason for closure was positive, how did you know that the youth and family were ready for transition?
    c. If the reason for closure was negative, was there anything that could have been done to change the outcome of this case? If so, what?

*Questions 22 through 24 only apply to closed or inactive cases.*

22. Did you hold a final meeting and/or a celebration/graduation service to recognize completion of *Safe at Home*?
    a. If yes, what happened?
    b. If yes, what kind of information was shared?

23. Did you present a record of work completed with the accomplishments that the youth has made?
    a. If yes, what did the record contain?
    b. If no, do you feel this would have been beneficial for the youth to receive?

24. Did you provide information on where the youth and his/her family can go for help in the future?
    a. If yes, what information was given to them?
    b. If no, was any transition information given to them?

Semi-Annual Progress Report – October 31, 2017

D057583



## CONCLUSION

25. Overall, what has worked well with this case and contributed to its success?

26. What have been the barriers to success? What do you think could have been done differently to overcome those barriers?

27. Would you recommend any changes for future *Safe at Home* cases?

D057584



Safe at Home West Virginia

Appendix D

## Statistical Similarity of Treatment and Comparison Groups

| Measure | Significance Cohort I | Significance Cohort II | Significance Cohort III | Test |
|---|---|---|---|---|
| Gender | 0.593 | 0.780 | 0.436 | Chi-Squared |
| Hispanic | 0.186 | 0.650 | 0.689 | Chi-Squared |
| Black | 0.583 | 0.708 | 0.630 | Chi-Squared |
| UTD | 1.000 | 1.000 | 1.000 | Chi-Squared |
| White | 0.883 | 0.765 | 0.763 | Chi-Squared |
| NHOPI | 0.969 | 0.156 | 0.317 | Chi-Squared |
| Asian | 0.956 | 1.000 | 0.317 | Chi-Squared |
| AIAN | 1.000 | 1.000 | 1.000 | Chi-Squared |
| AsianPI | 1.000 | 1.000 | 1.000 | Chi-Squared |
| Unknown Race | 0.530 | 1.000 | 0.476 | Chi-Squared |
| Declined | 1.000 | 1.000 | 1.000 | Chi-Squared |
| Placement Type | 0.999 | 0.814 | 0.326 | Chi-Squared |
| Parent Jail | 0.530 | 0.067 | 0.563 | Chi-Squared |
| Abandonment | 1.000 | 1.000 | 0.082 | Chi-Squared |
| Child Alcohol | 1.000 | 1.000 | 0.317 | Chi-Squared |
| Parent Alcohol | 0.594 | 0.703 | 1.000 | Chi-Squared |
| Caretaker Unable to Cope | 0.303 | 1.000 | 0.316 | Chi-Squared |
| Child Behavior | 0.454 | 0.926 | 0.739 | Chi-Squared |
| Child Disability | 0.340 | 1.000 | 1.000 | Chi-Squared |
| Parent Death | 1.000 | 1.000 | 0.563 | Chi-Squared |
| Child Drugs | 0.522 | 1.000 | 0.325 | Chi-Squared |
| Parent Drugs | 0.405 | 0.382 | 0.649 | Chi-Squared |
| Housing | 0.340 | 0.703 | 0.737 | Chi-Squared |
| Neglect | 0.524 | 0.563 | 0.862 | Chi-Squared |
| Physical Abuse | 0.854 | 0.413 | 1.000 | Chi-Squared |
| Relinquishment | 0.969 | 1.000 | 1.000 | Chi-Squared |
| Sexual Abuse | 0.608 | 0.587 | 1.000 | Chi-Squared |
| Voluntary | 0.340 | 0.154 | 1.000 | Chi-Squared |
| Other | 1.000 | 1.000 | 1.000 | Chi-Squared |
| Number of Placements | 0.219 | 0.335 | 0.605 | Chi-Squared |
| Axis I Diagnosis | 0.804 | 0.847 | 0.677 | Chi-Squared |
| Juvenile Justice Involved | 0.839 | 0.860 | 0.253 | Chi-Squared |
| GAF | 0.389 | 0.449 | 0.304 | Chi-Squared |
| Removal | 0.844 | 0.114 | 0.318 | Chi-Squared |
| Jail | 0.847 | 0.843 | 0.530 | Chi-Squared |
| Psychiatric Hospital | 0.408 | 0.568 | 0.157 | Chi-Squared |

112

D057585


_Safe at Home West Virginia_

| Measure | Significance Cohort I | Significance Cohort II | Significance Cohort III | Test |
|---------|----------------------|------------------------|-------------------------|------|
| Group Home | 0.882 | 0.576 | 0.933 | Chi-Squared |
| Age at Referral | 0.823 | 0.085 | 0.534 | One Way ANOVA |
| Years Since Case Opening | 0.481 | 0.205 | 0.169 | One Way ANOVA |

D057586



Appendix E

**Number of Youth with an Actionable Item/Need on the Initial CANS**

| CANS Domain | CANS Item | Cohort I (N=86) | Cohort II (N=167) | Cohort III (N=209) |
|---|---|---|---|---|
| **Child Behavioral/Emotional Needs** | Affective and/or Physiological Disregulation | 10 | 16 | 15 |
| | Anger Control | 48 | 51 | 65 |
| | Anxiety | 13 | 37 | 38 |
| | Attachment Difficulties | 10 | 17 | 13 |
| | Attention/Concentration | 42 | 63 | 64 |
| | Conduct | 21 | 28 | 33 |
| | Depression | 18 | 51 | 50 |
| | Eating Disturbances | 2 | 5 | 0 |
| | Impulsivity | 33 | 50 | 49 |
| | Oppositional Behavior | 35 | 66 | 55 |
| | Psychosis | 2 | 7 | 4 |
| | Somatization | 0 | 2 | 1 |
| | Substance Use | 9 | 16 | 11 |
| | **Total** | **70** | **128** | **142** |
| **Child Risk Behaviors** | Bullying | 6 | 12 | 17 |
| | Cruelty to Animals | 0 | 3 | 2 |
| | Danger to Others | 15 | 24 | 34 |
| | Delinquency | 2 | 8 | 12 |
| | Exploitation | 1 | 0 | 7 |
| | Fire Setting | 1 | 2 | 3 |
| | Intentional Misbehavior | 13 | 17 | 19 |
| | Non-Suicidal Self Injury | 8 | 11 | 8 |
| | Other Self Harm | 5 | 10 | 3 |
| | Runaway | 5 | 22 | 25 |
| | Sexualized Behaviors | 8 | 11 | 2 |
| | Sexually Abusive | 1 | 2 | 4 |
| | Suicide Risk | 4 | 13 | 6 |
| | **Total** | **41** | **71** | **79** |
| **Life Domain Functioning** | Brain Injury | 2 | 0 | 4 |
| | Child Involvement with Care | 15 | 25 | 32 |
| | Daily Functioning | 8 | 6 | 10 |
| | Developmental/Intellectual | 17 | 26 | 27 |
| | Family | 33 | 72 | 66 |
| | Legal | 50 | 84 | 122 |
| | Living Situation | 18 | 47 | 45 |

114

**D057587**



*Safe at Home West Virginia*

| CANS Domain | CANS Item | Cohort I (N=86) | Cohort II (N=167) | Cohort III (N=209) |
|---|---|---|---|---|
| | Medical | 7 | 11 | 10 |
| | Medication Compliance | 9 | 9 | 16 |
| | Natural Supports | 42 | 86 | 68 |
| | Physical | 2 | 1 | 0 |
| | Recreational | 18 | 34 | 54 |
| | School Achievement | 20 | 44 | 73 |
| | School Attendance | 14 | 31 | 49 |
| | School Behavior | 31 | 50 | 54 |
| | Sexual Development | 5 | 8 | 9 |
| | Sleep | 16 | 23 | 22 |
| | Social Functioning | 29 | 45 | 47 |
| | Substance Exposure | 10 | 17 | 15 |
| | **Total** | **78** | **151** | **187** |
| **Trauma Stress Symptoms** | Adjustment to Trauma | 29 | 56 | 37 |
| | Avoidance | 7 | 11 | 13 |
| | Dissociation | 2 | 7 | 3 |
| | Hyperarousal | 17 | 34 | 31 |
| | Numbing | 5 | 2 | 12 |
| | Re-experiencing | 5 | 15 | 9 |
| | Traumatic Grief | 8 | 22 | 21 |
| | **Total** | **41** | **73** | **58** |

Semi-Annual Progress Report – October 31, 2017

D057588