# West Virginia

## West Virginia [Context Data]

### A. Context Statistics [1] [2]

#### General Child Population (Census Bureau) [3]

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Total children under 18 years | 382,343 | 380,545 | 378,228 | 374,322 | 369,718 |
| Race/ethnicity (%) [4] | | | | | |
| Alaska Native / American Indian | 0.2 | 0.2 | 0.2 | 0.2 | 0.2 |
| Asian | 0.7 | 0.7 | 0.7 | 0.7 | 0.7 |
| Black | 3.6 | 3.6 | 3.7 | 3.6 | 3.6 |
| Native Hawaiian / Other Pacific Islander | <.1 | <.1 | <.1 | <.1 | <.1 |
| Hispanic (of any race) | 2.1 | 2.2 | 2.4 | 2.5 | 2.5 |
| White | 89.8 | 89.5 | 89.2 | 89.0 | 88.9 |
| Two or more races | 3.6 | 3.7 | 3.9 | 4.0 | 4.0 |
| Child population in poverty (%) | 27.0 | 24.7 | 25.2 | 24.0 | 25.9 |

### Child Welfare Summary [5]

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Child maltreatment victims | 4,695 | 4,962 | 4,857 | 5,938 | 6,496 |
| Foster care entry rate | 9.1 | 10.1 | 10.4 | 12.4 | 13.3 |
| Children in foster care on 9/30 | 4,389 | 4,555 | 4,959 | 5,973 | 6,632 |
| Children adopted | 877 | 852 | 893 | 940 | 1,069 |

### Caseworker Visits [6]

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Children receiving monthly visits (%) | 95 | 96 | 95 | 95 | 95 |
| Numerator | 45,693 | 45,798 | 48,137 | 54,011 | 63,010 |
| Denominator | 48,031 | 47,956 | 50,571 | 56,854 | 66,076 |
| Children receiving visits in the home (%) | 75 | 72 | 68 | 69 | 67 |
| Numerator | 34,412 | 32,969 | 32,571 | 37,037 | 42,464 |
| Denominator | 45,693 | 45,798 | 48,137 | 54,011 | 63,010 |

[1] The source data for each table is indicated in parentheses for each section. A calendar year is the basis for data from the Census Bureau. Most of the other data on these pages are from the National Child Abuse and Neglect Data System (NCANDS) or the Adoption and Foster Care Analysis and Reporting System (AFCARS) and are based on the federal fiscal year, October 1 through September 30.

[2] Data that did not meet the quality standards for inclusion in the report are represented as DQ*. Incomplete data excluded from inclusion in the report are represented as --. For additional information on the data quality thresholds for the Child Welfare Outcomes Report, please reference the full report or the Child Welfare Outcomes data site.

[3] The total child population and data on race/ethnicity represent estimates from the Census Bureau https://www.census.gov/data/tables.html (https://www.census.gov/data/tables.html). Child poverty data are from the Census Bureau's American Community Survey (ACS).

[4] For race/ethnicity tables, all races exclude children of Hispanic origin. The Child Welfare Outcomes Report data site http://cwoutcomes.acf.hhs.gov/cwodatasite (http://cwoutcomes.acf.hhs.gov/cwodatasite) provides alternative race/ethnicity breakdowns in which race and ethnicity are treated as two separate categories.

[5] A child victim is defined as a child for whom the state determined at least one maltreatment was substantiated or indicated. This includes a child who died of child abuse and neglect. This is a change from prior years when children with dispositions of alternative response victim were included as victims. The rate for foster care entry is per 1,000 children in the state population. Data on child maltreatment victims are from NCANDS. Data on foster care entry rate, children in foster care on 9/30, and children adopted are from AFCARS.

[6] The reporting population subject to the caseworker visits requirements includes all children under age 18 for at least the first day of the FY (October 1) who have been in foster care for at least one full calendar month during the FY. All states have the option of using an approved sampling procedure for the caseworker visits reporting requirement.

## B. Child Maltreatment Data (National Child Abuse and Neglect Data System [NCANDS]) [7]

### Overview Maltreatment Information [8]

|  | 2013 | | 2014 | | 2015 | | 2016 | | 2017 | |
|---|---|---|---|---|---|---|---|---|---|---|
|  | Number | Rate | Number | Rate | Number | Rate | Number | Rate | Number | Rate |
| Children subject of an investigated report alleging child maltreatment | 39,372 | 103.0 per 1,000 | 39,683 | 104.3 per 1,000 | 45,407 | 120.1 per 1,000 | 52,442 | 140.1 per 1,000 | 55,623 | 150.4 per 1,000 |
| Total child maltreatment victims | 4,695 | 12.3 per 1,000 | 4,962 | 13.0 per 1,000 | 4,857 | 12.8 per 1,000 | 5,938 | 15.9 per 1,000 | 6,496 | 17.6 per 1,000 |
| Child Fatalities | 17 | 4.5 per 100,000 | 19 | 5.0 per 100,000 | 9 | 2.4 per 100,000 | 20 | 5.3 per 100,000 | 18 | 4.9 per 100,000 |

### Age of Child Victims (%)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Under 1 year | 12.8 | 14.8 | 14.5 | 15.3 | 17.2 |
| 1 year | 7.2 | 6.1 | 6.3 | 7.4 | 6.6 |
| 2 years | 6.6 | 6.1 | 6.9 | 6.8 | 6.5 |
| 3 years | 6.0 | 6.1 | 6.3 | 6.4 | 6.3 |
| 4 years | 6.7 | 6.7 | 6.3 | 6.3 | 6.3 |
| 5 years | 7.0 | 6.4 | 6.9 | 6.7 | 5.7 |
| 6 years | 6.5 | 6.1 | 6.0 | 6.3 | 6.4 |
| 7 years | 6.0 | 5.8 | 5.4 | 5.8 | 6.3 |
| 8 years | 5.4 | 5.4 | 5.8 | 5.1 | 5.3 |
| 9 years | 4.9 | 5.1 | 4.9 | 5.2 | 5.0 |
| 10 years | 4.5 | 4.5 | 5.0 | 4.4 | 4.4 |
| 11 years | 4.5 | 4.4 | 3.9 | 4.1 | 4.2 |
| 12 years | 3.6 | 3.7 | 4.6 | 4.1 | 4.1 |
| 13 years | 4.0 | 4.1 | 4.6 | 3.7 | 3.5 |
| 14 years | 3.8 | 3.8 | 3.6 | 3.8 | 3.3 |
| 15 years | 2.9 | 3.5 | 3.4 | 3.2 | 3.4 |
| 16 years | 2.8 | 2.7 | 3.3 | 2.9 | 3.0 |
| 17 years | 1.6 | 2.0 | 1.8 | 1.8 | 2.0 |
| 18+ years | 0.1 | <.1 | <.1 | <.1 | 0.0 |
| Missing data | 3.1 | 2.9 | 0.5 | 0.7 | 0.4 |
| Number | 4,695 | 4,962 | 4,857 | 5,938 | 6,496 |

### Race/Ethnicity of Child Victims (%)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Alaska Native / American Indian | 0.0 | <.1 | 0.0 | <.1 | 0.0 |
| Asian | <.1 | 0.1 | <.1 | 0.0 | <.1 |
| Black | 2.4 | 2.3 | 2.9 | 3.4 | 2.9 |
| Native Hawaiian / Other Pacific Islander | 0.0 | 0.0 | <.1 | <.1 | <.1 |
| Hispanic (of any race) | 1.6 | 1.1 | 1.1 | 1.2 | 0.8 |
| White | 85.5 | 86.3 | 89.4 | 88.1 | 89.7 |
| Two or more races | 5.0 | 5.5 | 6.0 | 6.6 | 6.1 |
| Missing data | 5.4 | 4.7 | 0.4 | 0.7 | 0.5 |
| Number | 4,695 | 4,962 | 4,857 | 5,938 | 6,496 |

### Maltreatment Types of Child Victims (%) [9]

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Emotional abuse | 27.3 | 28.0 | 57.4 | 63.8 | 64.7 |
| Medical neglect | 1.2 | 0.8 | 4.9 | 6.0 | 4.6 |
| Neglect | 54.3 | 54.4 | 46.7 | 43.3 | 41.5 |
| Physical abuse | 33.9 | 35.0 | 71.9 | 79.1 | 80.9 |
| Sexual abuse | 5.2 | 4.8 | 4.1 | 4.4 | 3.6 |
| Missing data | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Other | 11.3 | 12.4 | 0.3 | <.1 | 0.0 |
| Number | 4,695 | 4,962 | 4,857 | 5,938 | 6,496 |

**Time to Investigation (in hours)** [10]

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Mean | 415.9 | 108.8 | 79.3 | 119.1 | 182.4 |
| Median | >96 but<120 | >24 but<48 | >24 but<48 | >24 but<48 | >24 but<48 |

[7] The unique count of child victims counts a child only once regardless of the number of times he or she was found to be a victim during the reporting year.

[8] The rates for Child Protective Services responses and victims are per 1,000 children under age 18; for fatalities, the rate is per 100,000 children under age 18.

[9] These percentages are calculated against the number of unique victims. A child may have been the victim of more than one type of maltreatment, or the same type of maltreatment more than once. As a result, the total percentages both within and across maltreatment categories may exceed 100.

[10] Response time is defined as the time between the report of suspected maltreatment and the first face-to-face contact with the alleged victim or with another person who can provide information on the allegation.

D137682

## C. Characteristics of Children in Foster Care (Adoption and Foster Care Analysis and Reporting System [AFCARS] Foster Care File)

### Overview Foster Care Information

|  | In Foster Care on 10/1 FY ||||| Entered Foster Care in FY ||||| Exited Foster Care in FY ||||| In Foster Care on 9/30 FY |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 |
| Total number | 4,438 | 4,244 | 4,466 | 4,815 | 5,518 | 3,467 | 3,825 | 3,950 | 4,625 | 4,923 | 3,517 | 3,513 | 3,458 | 3,467 | 3,808 | 4,389 | 4,555 | 4,959 | 5,973 | 6,632 |
| Median length of stay (months) | 9.8 | 9.4 | 8.5 | 8.6 | 8.6 | N/A | N/A | N/A | N/A | N/A | 12.3 | 11.7 | 11.9 | 12.6 | 12.7 | 9.3 | 8.5 | 8.5 | 8.3 | 8.6 |

### Age of Children in Foster Care (%)

|  | In Foster Care on 10/1 FY ||||| Entered Foster Care in FY ||||| Exited Foster Care in FY ||||| In Foster Care on 9/30 FY |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 |
| Under 1 year | 5.8 | 6.5 | 8.0 | 7.1 | 7.8 | 12.4 | 14.6 | 13.1 | 15.5 | 15.8 | 2.4 | 3.5 | 3.9 | 3.1 | 3.5 | 6.4 | 8.0 | 6.9 | 8.5 | 8.4 |
| 1 year | 7.3 | 7.4 | 7.5 | 8.2 | 8.2 | 5.6 | 5.0 | 6.3 | 6.7 | 6.3 | 6.6 | 6.4 | 7.7 | 7.6 | 7.7 | 7.1 | 7.3 | 8.1 | 8.2 | 8.0 |
| 2 years | 7.5 | 6.8 | 6.2 | 6.7 | 6.5 | 5.3 | 5.0 | 5.5 | 5.5 | 5.6 | 6.6 | 6.5 | 6.5 | 7.6 | 6.6 | 6.7 | 6.1 | 6.6 | 6.5 | 7.0 |
| 3 years | 5.9 | 6.1 | 5.6 | 5.7 | 5.8 | 4.8 | 4.7 | 5.4 | 5.9 | 5.4 | 5.7 | 5.4 | 5.7 | 5.9 | 5.7 | 6.0 | 5.7 | 5.7 | 5.9 | 6.0 |
| 4 years | 5.5 | 5.3 | 5.3 | 5.7 | 6.2 | 4.0 | 4.5 | 4.7 | 5.3 | 5.4 | 5.1 | 5.8 | 5.0 | 5.1 | 5.7 | 5.1 | 5.1 | 5.5 | 6.1 | 5.8 |
| 5 years | 5.3 | 5.1 | 4.9 | 4.7 | 5.3 | 4.1 | 4.1 | 4.7 | 5.2 | 4.4 | 4.6 | 4.8 | 4.6 | 4.5 | 5.1 | 5.0 | 4.9 | 4.6 | 5.3 | 5.2 |
| 6 years | 4.6 | 5.1 | 4.7 | 5.2 | 5.3 | 4.3 | 4.4 | 4.2 | 4.6 | 4.9 | 4.5 | 4.8 | 4.1 | 4.3 | 5.0 | 4.9 | 4.7 | 5.0 | 5.2 | 5.0 |
| 7 years | 4.6 | 4.2 | 4.6 | 4.8 | 5.2 | 3.1 | 4.2 | 3.9 | 4.5 | 4.6 | 4.0 | 4.2 | 4.5 | 4.8 | 5.0 | 4.2 | 4.6 | 4.6 | 5.2 | 5.4 |
| 8 years | 4.0 | 4.3 | 4.5 | 4.2 | 4.5 | 3.3 | 3.2 | 3.4 | 3.7 | 4.0 | 3.2 | 3.8 | 3.6 | 3.8 | 4.6 | 4.3 | 4.3 | 4.1 | 4.4 | 4.5 |
| 9 years | 3.9 | 3.8 | 3.8 | 4.5 | 4.1 | 2.6 | 3.5 | 3.6 | 3.2 | 3.7 | 3.9 | 3.2 | 3.2 | 4.0 | 3.8 | 3.6 | 3.7 | 4.5 | 4.0 | 4.3 |
| 10 years | 3.2 | 3.2 | 3.8 | 4.2 | 4.1 | 2.7 | 3.3 | 3.2 | 3.4 | 3.3 | 2.7 | 2.8 | 3.2 | 3.6 | 3.8 | 3.2 | 3.8 | 4.0 | 4.0 | 3.8 |
| 11 years | 3.6 | 2.9 | 3.8 | 3.6 | 3.8 | 2.5 | 3.3 | 3.2 | 3.1 | 3.3 | 3.3 | 2.8 | 3.4 | 3.4 | 3.5 | 2.8 | 3.8 | 3.5 | 3.8 | 3.7 |
| 12 years | 3.9 | 3.9 | 3.6 | 4.0 | 3.9 | 3.7 | 3.5 | 3.5 | 3.7 | 3.7 | 3.1 | 2.5 | 2.7 | 2.9 | 2.9 | 3.9 | 3.5 | 3.9 | 3.9 | 4.0 |
| 13 years | 4.0 | 4.5 | 4.7 | 4.4 | 4.3 | 5.1 | 4.9 | 4.9 | 4.1 | 4.3 | 3.6 | 3.9 | 3.7 | 3.8 | 3.3 | 4.5 | 4.6 | 4.5 | 4.1 | 4.5 |
| 14 years | 5.6 | 5.2 | 5.2 | 5.3 | 4.8 | 7.1 | 6.8 | 6.4 | 5.2 | 5.1 | 5.1 | 4.9 | 4.5 | 4.4 | 4.4 | 5.5 | 5.6 | 5.6 | 4.7 | 4.8 |
| 15 years | 7.1 | 7.0 | 7.0 | 6.7 | 5.6 | 9.3 | 8.2 | 8.5 | 6.7 | 7.0 | 6.8 | 5.8 | 6.6 | 6.1 | 5.1 | 7.3 | 7.2 | 7.1 | 5.8 | 5.9 |
| 16 years | 8.1 | 8.6 | 8.4 | 7.1 | 6.9 | 11.7 | 9.1 | 8.2 | 7.4 | 7.1 | 8.8 | 9.2 | 8.8 | 7.8 | 7.2 | 9.0 | 8.6 | 7.5 | 7.0 | 6.2 |
| 17 years | 9.4 | 9.2 | 7.4 | 6.8 | 6.6 | 7.6 | 6.9 | 6.4 | 5.5 | 5.6 | 9.3 | 9.3 | 9.2 | 7.5 | 7.5 | 9.3 | 7.7 | 6.9 | 6.6 | 6.5 |
| 18 years | 0.6 | 0.7 | 0.9 | 1.0 | 1.0 | 0.6 | 0.7 | 0.8 | 0.8 | 0.6 | 10.5 | 9.9 | 9.2 | 9.8 | 9.6 | 1.1 | 0.9 | 1.0 | 1.0 | 0.9 |
| 19 years | 0.0 | 0.0 | 0.0 | <.1 | 0.0 | 0.1 | 0.2 | <.1 | <.1 | <.1 | 0.1 | 0.3 | <.1 | 0.1 | <.1 | <.1 | 0.0 | <.1 | 0.0 | <.1 |
| 20+ years | 0.0 | <.1 | 0.0 | 0.0 | 0.0 | 0.0 | <.1 | <.1 | <.1 | 0.0 | 0.0 | <.1 | <.1 | <.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Missing data | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | <.1 | <.1 | 0.0 | 0.0 | 0.0 | <.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | <.1 | 0.0 | 0.0 |

### Race/Ethnicity of Children in Foster Care (%)

|  | In Foster Care on 10/1 FY ||||| Entered Foster Care in FY ||||| Exited Foster Care in FY ||||| In Foster Care on 9/30 FY |||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 |
| Alaska Native / American Indian | <.1 | <.1 | <.1 | <.1 | <.1 | <.1 | <.1 | <.1 | <.1 | 0.0 | <.1 | <.1 | 0.0 | 0.1 | <.1 | <.1 | <.1 | <.1 | <.1 | 0.0 |
| Asian | <.1 | <.1 | <.1 | 0.1 | <.1 | <.1 | 0.0 | 0.1 | <.1 | <.1 | <.1 | <.1 | <.1 | <.1 | 0.0 | <.1 | <.1 | 0.1 | <.1 | <.1 |
| Black | 4.4 | 4.1 | 3.6 | 3.4 | 3.6 | 4.4 | 4.0 | 4.2 | 4.3 | 3.8 | 4.6 | 4.7 | 4.3 | 4.2 | 3.8 | 4.3 | 3.6 | 3.6 | 3.6 | 3.6 |
| Native Hawaiian / Other Pacific Islander | <.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | <.1 | <.1 | <.1 | <.1 | 0.0 | <.1 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | <.1 | <.1 |
| Hispanic (of any race) | 1.3 | 1.4 | 1.4 | 1.3 | 1.3 | 1.2 | 1.1 | 1.1 | 1.2 | 1.1 | 1.1 | 1.1 | 1.4 | 1.3 | 1.5 | 1.3 | 1.3 | 1.1 | 1.2 | 1.0 |
| White | 85.7 | 86.4 | 87.0 | 87.1 | 86.9 | 87.0 | 86.6 | 86.9 | 86.2 | 88.2 | 86.6 | 86.1 | 86.9 | 86.1 | 86.4 | 86.1 | 86.8 | 87.0 | 87.0 | 88.2 |
| Two or more races | 8.2 | 7.8 | 7.4 | 7.5 | 7.8 | 6.3 | 6.6 | 7.1 | 7.9 | 6.7 | 7.3 | 7.2 | 7.1 | 7.7 | 7.8 | 7.4 | 7.2 | 7.4 | 7.7 | 7.0 |
| Unknown | 0.2 | 0.3 | 0.5 | 0.5 | 0.3 | 0.7 | 0.9 | 0.4 | 0.4 | 0.2 | 0.1 | 0.5 | 0.3 | 0.5 | 0.4 | 0.6 | 0.6 | 0.5 | 0.4 | 0.2 |
| Missing data | 0.1 | 0.0 | <.1 | 0.0 | 0.0 | 0.2 | 0.8 | 0.1 | <.1 | <.1 | 0.1 | 0.3 | <.1 | <.1 | <.1 | 0.2 | 0.4 | <.1 | 0.0 | <.1 |

D137683

## D. Characteristics of Children "Waiting for Adoption" [11] (AFCARS Foster Care File)

### Children Waiting for Adoption

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Total waiting children | 1,381 | 1,420 | 1,461 | 2,299 | 2,530 |
| Number of waiting children whose parents' rights have been terminated | 1,040 | 1,116 | 1,050 | 1,787 | 1,988 |

[11] There is no federal definition for a child waiting to be adopted. The definition used in the tables on this page includes children and youth through age 17 who have a goal of adoption and/or whose parents' parental rights have been terminated. It excludes children 16 years old and older whose parents' parental rights have been terminated and who have a goal of emancipation. A state's own definition may differ from that used here.

### Age of Children Waiting for Adoption (%) [12]

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Under 1 year | 6.0 | 7.3 | 4.6 | 9.0 | 8.2 |
| 1 year | 9.7 | 10.4 | 12.1 | 10.8 | 10.6 |
| 2 years | 9.3 | 7.7 | 8.5 | 8.0 | 8.1 |
| 3 years | 7.8 | 7.7 | 7.3 | 7.0 | 7.3 |
| 4 years | 6.6 | 7.3 | 6.2 | 6.2 | 6.6 |
| 5 years | 6.6 | 5.7 | 5.2 | 5.9 | 6.0 |
| 6 years | 5.3 | 5.4 | 5.7 | 5.9 | 5.5 |
| 7 years | 5.7 | 5.4 | 5.2 | 6.1 | 5.7 |
| 8 years | 5.7 | 5.8 | 5.1 | 5.4 | 4.9 |
| 9 years | 4.6 | 5.1 | 5.8 | 4.8 | 4.9 |
| 10 years | 4.6 | 4.4 | 4.2 | 4.6 | 4.8 |
| 11 years | 3.8 | 4.1 | 4.4 | 4.8 | 4.4 |
| 12 years | 5.0 | 3.9 | 4.1 | 4.0 | 4.4 |
| 13 years | 5.1 | 4.4 | 4.2 | 3.3 | 4.3 |
| 14 years | 3.0 | 3.9 | 4.9 | 3.8 | 3.7 |
| 15 years | 3.9 | 4.2 | 4.9 | 4.0 | 4.2 |
| 16 years | 3.8 | 3.9 | 4.0 | 3.8 | 3.7 |
| 17 years | 3.5 | 3.2 | 3.6 | 2.7 | 2.7 |

[12] Children older than 17 years fall outside of the definition used to identify waiting children and are therefore excluded from this table.

### Race/Ethnicity of Children Waiting for Adoption (%)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Alaska Native / American Indian | 0.0 | <.1 | <.1 | 0.0 | 0.0 |
| Asian | <.1 | <.1 | <.1 | 0.2 | <.1 |
| Black | 4.3 | 3.2 | 2.5 | 2.3 | 3.1 |
| Native Hawaiian / Other Pacific Islander | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Hispanic (of any race) | 1.1 | 1.5 | 1.4 | 1.4 | 1.1 |
| White | 86.5 | 85.8 | 88.8 | 87.7 | 88.6 |
| Two or more races | 7.4 | 9.2 | 6.8 | 8.2 | 7.0 |
| Unknown | 0.5 | 0.2 | 0.4 | 0.2 | 0.1 |
| Missing data | 0.1 | 0.0 | 0.0 | 0.0 | 0.0 |

## E. Characteristics of Children Adopted (AFCARS Adoption File)

### Children Adopted

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Total children adopted | 877 | 852 | 893 | 940 | 1,069 |

### Age of Children Adopted (%)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Under 1 year | 1.1 | 2.7 | 2.7 | 1.9 | 1.2 |
| 1 year | 11.5 | 12.2 | 17.5 | 14.9 | 13.9 |
| 2 years | 12.3 | 13.5 | 10.6 | 14.3 | 12.9 |
| 3 years | 11.3 | 10.8 | 10.4 | 10.0 | 9.6 |
| 4 years | 10.6 | 9.7 | 9.9 | 7.9 | 7.5 |
| 5 years | 8.4 | 7.9 | 6.8 | 6.8 | 6.8 |
| 6 years | 7.3 | 7.6 | 6.2 | 6.5 | 7.9 |
| 7 years | 7.3 | 6.3 | 6.5 | 6.3 | 7.5 |
| 8 years | 5.2 | 5.8 | 6.4 | 5.0 | 6.1 |
| 9 years | 6.2 | 4.9 | 4.5 | 6.2 | 5.3 |
| 10 years | 3.6 | 4.1 | 3.8 | 4.0 | 5.5 |
| 11 years | 3.1 | 4.0 | 3.9 | 4.7 | 4.2 |
| 12 years | 3.6 | 2.6 | 2.6 | 2.7 | 3.8 |
| 13 years | 2.3 | 2.8 | 2.5 | 2.4 | 1.9 |
| 14 years | 2.1 | 2.0 | 2.0 | 1.7 | 1.9 |
| 15 years | 1.4 | 0.6 | 0.9 | 1.7 | 1.6 |
| 16 years | 1.0 | 0.9 | 1.3 | 1.5 | 1.4 |
| 17 years | 1.3 | 1.1 | 1.5 | 1.1 | 0.9 |
| 18 years | 0.3 | 0.2 | 0.0 | 0.3 | 0.0 |
| 19 years | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 |
| 20+ years | 0.0 | 0.2 | 0.1 | 0.1 | 0.0 |

### Race/Ethnicity of Children Adopted (%)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Alaska Native / American Indian | 0.0 | 0.0 | 0.0 | 0.1 | 0.0 |
| Asian | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Black | 4.2 | 3.5 | 2.8 | 2.3 | 2.2 |
| Native Hawaiian / Other Pacific Islander | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Hispanic (of any race) | 0.3 | 0.7 | 2.0 | 1.5 | 2.2 |
| White | 85.6 | 86.7 | 85.6 | 88.2 | 85.5 |
| Two or more races | 9.7 | 8.6 | 9.4 | 7.6 | 9.9 |
| Unknown | 0.1 | 0.5 | 0.2 | 0.3 | 0.3 |
| Missing data | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

D137685

## West Virginia [Outcomes Data]

### Reduce Recurrence of Child Abuse and/or Neglect (NCANDS)

#### Recurrence of Maltreatment Within 6 Months (%)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Children without a recurrence | 97.7 | 98.4 | 98.1 | 98.0 | 95.6 |
| Children with one or more recurrences | 2.3 | 1.6 | 1.9 | 2.0 | 4.4 |
| Number | 2,264 | 2,512 | 2,353 | 2,823 | 3,290 |

### Reduce the Incidence of Child Abuse and/or Neglect in Foster Care (NCANDS and AFCARS Foster Care File)

#### 2.1 Maltreatment in Foster Care (%)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Children maltreated while in foster care | 0.27 | 0.48 | 0.32 | 0.11 | 0.21 |
| Children not maltreated while in foster care | 99.73 | 99.52 | 99.68 | 99.89 | 99.79 |
| Number | 7,906 | 8,069 | 8,417 | 9,440 | 10,441 |

### Increase Permanency for Children in Foster Care (AFCARS Foster Care File)

#### 3.1 Exits of Children From Foster Care (%)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Adoption | 24.9 | 24.1 | 25.8 | 27.0 | 28.0 |
| Guardianship | 7.4 | 7.3 | 7.6 | 8.5 | 9.0 |
| Reunification | 64.9 | 64.5 | 62.6 | 60.5 | 58.8 |
| Other | 2.6 | 3.6 | 3.7 | 3.8 | 3.9 |
| Missing data | 0.2 | 0.5 | 0.2 | 0.2 | 0.4 |
| Number | 3,517 | 3,513 | 3,458 | 3,467 | 3,808 |

#### Exits of Children With a Diagnosed Disability (%)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Adoption | 16.0 | 13.3 | 13.8 | 11.1 | 13.5 |
| Guardianship | 5.4 | 4.8 | 4.0 | 6.2 | 5.1 |
| Reunification | 73.1 | 73.4 | 73.7 | 73.7 | 70.9 |
| Other | 5.4 | 8.4 | 8.3 | 9.0 | 10.2 |
| Missing data | <.1 | <.1 | 0.2 | 0.0 | 0.3 |
| Number | 1,129 | 1,073 | 943 | 867 | 763 |

#### Exits of Children Older than Age 12 at Entry Into Foster Care (%)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Adoption | 2.0 | 1.2 | 2.0 | 2.8 | 2.9 |
| Guardianship | 5.4 | 5.1 | 5.6 | 6.0 | 8.1 |
| Reunification | 86.9 | 85.1 | 83.0 | 81.5 | 77.7 |
| Other | 5.5 | 8.5 | 9.2 | 9.6 | 11.0 |
| Missing data | 0.2 | <.1 | 0.2 | <.1 | 0.2 |
| Number | 1,370 | 1,334 | 1,283 | 1,191 | 1,222 |

## Increase Permanency for Children in Foster Care (Continued)

### Exits to Emancipation (%)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Children age 12 or younger at entry | 22.5 | 19.1 | 7.0 | 13.6 | 6.5 |
| Children older than 12 at entry | 77.5 | 80.9 | 93.0 | 86.4 | 93.5 |
| Missing data | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Number | 40 | 47 | 71 | 59 | 93 |

### Exits by Race/Ethnicity (%)

|  | Alaska Native / American Indian | | | | | Asian | | | | | Black (non-Hispanic) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 |
| Adoption | 0.0 | 0.0 | 0.0 | 25.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 22.8 | 18.3 | 17.0 | 15.1 | 15.9 |
| Guardianship | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.7 | 4.9 | 3.4 | 7.5 | 4.1 |
| Reunification | 100.0 | 100.0 | 0.0 | 75.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 0.0 | 70.4 | 71.3 | 74.1 | 71.9 | 75.2 |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 3.1 | 5.5 | 5.4 | 5.5 | 4.8 |
| Missing data | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Number | 2 | 1 | 0 | 4 | 1 | 2 | 1 | 1 | 2 | 0 | 162 | 164 | 147 | 146 | 145 |

### Exits by Race/Ethnicity (%)

|  | Native Hawaiian/Other Pac. Is. | | | | | Hispanic (of any race) | | | | | White (non-Hispanic) | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 |
| Adoption | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 7.7 | 15.4 | 37.5 | 31.1 | 40.4 | 24.6 | 24.3 | 25.4 | 27.6 | 27.7 |
| Guardianship | 50.0 | 0.0 | 0.0 | 0.0 | 0.0 | 12.8 | 7.7 | 4.2 | 13.3 | 5.3 | 7.4 | 7.6 | 8.0 | 8.8 | 9.4 |
| Reunification | 50.0 | 0.0 | 100.0 | 0.0 | 0.0 | 76.9 | 69.2 | 54.2 | 55.6 | 50.9 | 65.1 | 64.2 | 62.7 | 59.7 | 58.7 |
| Other | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 2.6 | 2.6 | 4.2 | 0.0 | 3.5 | 2.7 | 3.5 | 3.7 | 3.7 | 4.0 |
| Missing data | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 5.1 | 0.0 | 0.0 | 0.0 | 0.2 | 0.4 | 0.2 | 0.1 | 0.2 |
| Number | 2 | 0 | 1 | 0 | 0 | 39 | 39 | 48 | 45 | 57 | 3,044 | 3,026 | 3,004 | 2,986 | 3,290 |

### Exits by Race/Ethnicity (%)

|  | Unable to Determine | | | | | Two or More Races | | | | | Missing Data | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 |
| Adoption | 20.0 | 21.1 | 20.0 | 17.6 | 18.8 | 32.7 | 27.7 | 34.8 | 26.7 | 35.6 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Guardianship | 0.0 | 0.0 | 0.0 | 11.8 | 12.5 | 8.2 | 7.1 | 7.0 | 4.1 | 7.4 | 25.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Reunification | 80.0 | 68.4 | 80.0 | 64.7 | 50.0 | 57.2 | 60.9 | 54.5 | 63.2 | 53.0 | 75.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Other | 0.0 | 5.3 | 0.0 | 0.0 | 18.8 | 1.9 | 4.3 | 2.9 | 4.9 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Missing data | 0.0 | 5.3 | 0.0 | 5.9 | 0.0 | 0.0 | 0.0 | 0.8 | 1.1 | 2.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Number | 5 | 19 | 10 | 17 | 16 | 257 | 253 | 244 | 266 | 298 | 4 | 10 | 3 | 1 | 1 |

## Reduce Time to Reunification Without Increasing Reentry (AFCARS Foster Care File)

### Time to Reunification (%)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Less than 12 mos. | 67.4 | 69.0 | 68.6 | 66.1 | 67.7 |
| At least 12 mos., but less than 24 mos. | 25.5 | 23.7 | 24.5 | 27.3 | 25.3 |
| At least 24 mos., but less than 36 mos. | 4.0 | 3.4 | 3.5 | 3.1 | 3.9 |
| At least 36 mos., but less than 48 mos. | 1.0 | 1.5 | 1.3 | 1.1 | 1.0 |
| 48 or more mos. | 2.0 | 2.2 | 2.0 | 2.0 | 1.7 |
| Missing data | 0.2 | 0.2 | 0.1 | 0.2 | 0.4 |
| Number | 2,284 | 2,266 | 2,166 | 2,099 | 2,238 |

### Children Reentering Foster Care (%)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Children entering care for the first time | 80.5 | 80.3 | 82.0 | 81.9 | 85.3 |
| Children reentering care within 12 mos. of a prior episode | 11.2 | 9.9 | 8.8 | 10.0 | 7.3 |
| Children reentering care more than 12 mos. after a prior episode | 7.8 | 9.4 | 8.6 | 7.8 | 6.9 |
| Missing data | 0.5 | 0.4 | 0.6 | 0.3 | 0.6 |
| Number | 3,467 | 3,825 | 3,950 | 4,625 | 4,923 |

# Reduce Time in Foster Care to Adoption (AFCARS Foster Care File)

## Time to Adoption (%)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Less than 12 mos. | 4.5 | 6.3 | 8.1 | 6.3 | 6.3 |
| At least 12 mos., but less than 24 mos. | 47.5 | 47.7 | 51.6 | 54.1 | 50.3 |
| At least 24 mos., but less than 36 mos. | 33.9 | 33.1 | 29.3 | 28.8 | 31.1 |
| At least 36 mos., but less than 48 mos. | 9.0 | 7.1 | 8.4 | 7.9 | 9.3 |
| 48 or more mos. | 5.0 | 5.8 | 2.7 | 2.9 | 3.0 |
| Missing data | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Number | 875 | 845 | 892 | 935 | 1,067 |

# Increase Placement Stability (AFCARS Foster Care File)

## Number of Placements by Time in Care (%)

|  | In Care Less Than 12 Months | | | | | In Care at Least 12 months but Less Than 24 months | | | | | In Care for 24 Months or Longer | | | | | Time in Care Missing or Out of Range | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 | 2013 | 2014 | 2015 | 2016 | 2017 |
| Children with 2 or fewer placements | 88.2 | 87.4 | 89.4 | 89.3 | 90.9 | 68.1 | 67.6 | 67.5 | 70.1 | 71.4 | 36.3 | 38.5 | 35.7 | 37.1 | 41.5 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| Children with 3 or more placements | 11.8 | 12.6 | 10.6 | 10.7 | 9.1 | 31.9 | 32.4 | 32.5 | 29.9 | 28.6 | 63.7 | 61.5 | 64.3 | 62.9 | 58.5 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Missing Placement setting counts | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| Total number | 4,283 | 4,670 | 4,778 | 5,396 | 5,845 | 2,231 | 2,092 | 2,411 | 2,657 | 2,987 | 1,368 | 1,295 | 1,202 | 1,369 | 1,601 | 24 | 12 | 26 | 18 | 8 |

# Reduce Placement of Young Children in Group Homes or Institutions (AFCARS Foster Care File)

## Most Recent Placement Settings of Children Who Entered Care During the Fiscal Year and Were Age 12 or Younger at the Time of This Placement (%)

|  | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|
| Group homes | 2.8 | 3.4 | 3.8 | 2.1 | 1.8 |
| Institution | 0.8 | 1.2 | 1.1 | 1.3 | 0.9 |
| Other settings | 96.1 | 95.2 | 95.1 | 96.3 | 97.0 |
| Missing data | 0.2 | 0.2 | <.1 | 0.3 | 0.2 |
| Number | 2,006 | 2,388 | 2,542 | 3,211 | 3,418 |

D137689