# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

**JONATHAN R., et al.,**

    **Plaintiffs,**

**v.**                                               **Case No.: 3:19-cv-00710**

**JIM JUSTICE, et al.,**

    **Defendants.**

## ORDER

At the request of Plaintiffs' counsel, a telephonic discovery conference shall take place on **Tuesday, October 13, 2020** at **2:00 p.m. EDT,** before the undersigned United States Magistrate Judge. The number required to connect to the telephonic discovery conference has previously been provided to counsel by the Court.

The Clerk is instructed to provide a copy of this Order to all counsel of record and any unrepresented party.

**ENTERED:** October 6, 2020

Cheryl A. Eifert
United States Magistrate Judge