UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JONATHAN R., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| v. ) | |
| ) | |
| JIM JUSTICE, in his official capacity as ) | Case No. 3:19-cv-00710 |
| Governor of West Virginia, *et al*., ) | |
| ) | |
| *Defendants*. ) | |

**MOTION TO EXCLUDE PLAINTIFFS' EXPERT TESTIMONY**

Defendants hereby move this Honorable Court to exclude the testimony of Plaintiffs' experts used to support Plaintiffs' motion for class certification: the kinship subclass testimony of Beverly Johnson, the ADA subclass testimony of Nisha Sachdev, the aging-out subclass testimony of Dr. Elizabeth Aparicio, and the case file testimony of Susan Getman, Janet Flory, and Elsa Popchak. The bases for this Motion are set forth in the Defendants' accompanying Memorandum in Support of their Motion to Exclude Expert Testimony.

Respectfully submitted,

November 16, 2020

/s/ Philip J. Peisch
Philip J. Peisch (WVSB #24403)
Caroline M. Brown
Rebecca E. Smith
Julia M. Siegenberg
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20036

/s/ Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301

## CERTIFICATE OF SERVICE

I, Philip J. Peisch, hereby certify that I caused a true and correct copy of Defendants' Motion to Exclude Plaintiffs' Expert Testimony to be delivered to the following via ECF notification:

Marcia Robinson Lowry
Dawn J. Post
Allison Mahoney
Tavi Unger
A Better Childhood
355 Lexington Ave. Floor 16
New York, NY 10017

Richard W. Walters
J. Alexander Meade
Brian L. Ooten
Shaffer & Schaffer, PLLC
2116 Kanawha Blvd East
P.O. Box 3973
Charleston, WV 25304

Lori Waller
Disability Rights of West Virginia
1207 Quarrier Street, Suite 400
Charleston, WV 25301

November 16, 2020

/s/ Philip J. Peisch
Philip J. Peisch (WVSB #24403)
Caroline M. Brown
Rebecca E. Smith
Julia M Siegenberg
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20036

/s/ Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301