# Exhibit 6

# WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES

# Office of Planning, Research, and Evaluation

Division of Planning and Quality Improvement Policy Manual

**02/07/2019**



# Bureau for Children and Families Social Services Quality Assurance System

Continuous quality improvement (CQI) is the complete process of identifying, describing, and analyzing strengths and problems in our service delivery and then testing, implementing, learning from, and revising solutions. It relies on an organizational culture that is proactive and supports continuous learning.

West Virginia receives funding from the U.S. Department of Health and Human Services, Administration on Children, Youth and Families through title IV-E, and IV-B.  To monitor the use of those funds, the Children's Bureau requires that all states have a functional continuous quality improvement process. This process begins with the Child and Family Services Review (CFSR) and goes through a program improvement plan (PIP) or corrective action plan (CAP) DPQI conducts a review of a district each month.  Once the review is completed the data is collected in the CFSR portal maintained by the Children's Bureau. DPQI holds an exit conference with the district to discuss the data and the observations from the review.  A comparison of the past review data and a discussion of the prior corrective action plan are discussed in detail at the exit conference. This information guides the district to form strategies for a more effective corrective action plan. There is also a discussion around barriers that the district is having which are preventing them from meeting their outcomes.  If these barriers cannot be resolved at the district level and they need more assistance, the information can be fed into the local level CQI counsel.

 Local level CQI's are required to have specified members including but not limited to; providers, other district field staff and management staff that can assist with the barriers. Examples might be but are not limited to; the court system, staffing or services needed in the area.  In addition, the local level CQI can compare other district's data and see if one district is functioning better than another district and discuss how these practices could be used by other districts to improve outcomes. Barriers that cannot be resolved at the local levels can be sent to the state level CQI which is called the Child Welfare Oversight

Team.  Once the oversight team develops a plan, this information is provided back to the local CQI's.  Items are tracked and monitored on an ongoing basis until resolved.

The Children's Bureau requires that West Virginia develop a five-year Child and Families Services Plan (CFSP). Annually the state must submit an update to that plan which is called the Annual Progress and Services Report (APSR).  DPQI provides an annual update for this report on the review data and the data on child fatalities. The Bureau's CQI manual outlining the requirements can be found in ==Appendix A== of this manual.

 In 2017 the Children's Bureau conducted a CFSR style review in West Virginia.  West Virginia had this a review in 2002 and again in 2008 which resulted in a PIP.  In 2017 the Children's Bureau allowed the Division of Planning and Quality Improvement (DPQI) to conduct West Virginia's CFSR after reviewing our process and establishing it met the Children's Bureau's requirements. West Virginia completed their review in September of 2017 and a final report was received from the Children's Bureau in December of 2017.  The Children's Bureau presented this report to the West Virginia stakeholders in December 2017.  That report can be viewed on the Children's Bureau website. Since that time DPQI has worked with the Children's Bureau to develop a program improvement plan.

DPQI follows the federal guidelines on conducting reviews. This manual outlines the requirements of the Children's Bureau for conducting reviews as well as the processes that have been developed by DPQI to assist staff in conducting reviews.  This document will change over time as requirements and processes change.  The updated manual will be maintained on the DPQI SharePoint Site.

In addition to the district reviews, DPQI provides quality assurance on other aspects of the Child Welfare system in West Virginia.  The review guidelines as well as processes for those reviews are also discussed in this manual.

# Quality Assurance System

The West Virginia Department of Health and Human Resources (WVDHHR) Bureau for Children and Families (BCF) has a comprehensive Quality Assurance Case Review System. The WV case review system evaluates social services case management activities and decisions in the following program areas:

- Child Protective Services, with and without judicial oversight, from initial abuse/neglect report to case closure. This includes in-home cases as well as families with children in out-of-home care.
- Youth Services cases with and without judicial oversight. This includes in-home cases and youth in out-of-home care.
- Critical Incidents
- Intake Assessments as received by WV Centralized Intake
- No Contact Reviews
- Targeted reviews of specific areas of casework practice

The data from the review process is used to guide State planning and development efforts to improve the quality of services to children and families. The State utilizes Child and Family Services Review (CFSR) data in conjunction with the State's data profile (contextual data report), and data from the State's Statewide Automated Child Welfare Information System (SACWIS) in the development, planning, and monitoring of the Child and Family Services Plan (CFSP) goals and other statewide child welfare initiatives. CFSP progress toward goal attainment is reported based on the available data.

West Virginia will provide electronic Program Improvement Plan (PIP) update reports to the Children's Bureau semi-annually in June to coincide with the APSR update and in December. The review periods will end in May and November. The reports will provide updates on the completion of key activities associated with the systemic factor strategies and case review data measuring Child and Family Service Review (CFSR) item performance.  West Virginia will ensure the minimum number of PIP-monitored case

review items completed semi-annually is consistent with the baseline by reviewing additional cases in each district as needed. In order to determine if additional cases need to be reviewed in a district, DPQI staff will complete the Case Applicability charts. Each team will complete the team chart including information from each case assigned to them. The teams will then forward this information to the Review Lead and the DPQI Program Manager assigned to assist with the review. The Lead Reviewer will tabulate the team data and complete the District Lead Case Applicability chart. The Program Manager will ensure the tabulations are accurate before sending to the DPQI Director and PIP Coordinator.

## **CFSR Style District Reviews**

The Division of Planning and Quality Improvement utilizes the Federal Child and Family Services Reviews (CFSR) model to evaluate case practice. Utilizing the CFSR process allows DPQI to measure the State's performance in the areas of safety, permanency, and well-being consistent with Federal outcomes to improve services to children and families.

The CFSR Onsite Review Instrument and Instructions (OSRI) is the unit's primary internal tool for evaluating the quality of service delivery to children and families. Each review follows the guidelines established by the Federal Bureau for Children and Families. The period under review covers a section of time going backwards from the start of the sample pull to the date of case review, approximately 12 months. Pairs of DPQI reviewers complete a review of the electronic record prior to going onsite. Preliminary case reviews to collect information are done related to FACTS records only. From this, reviewers develop a list of questions and information needed to complete the CFSR review. DPQI review teams then conduct face to face interviews with designated stakeholders including the case worker, parents, service providers, placement providers, youth if age appropriate and any other parties who may have information relative to the case review. DPQI reviewers also review the paper file for additional information as part of the review process and include this information in review findings.  Case rating documentation is entered into the Online Monitoring System (OMS) by the review team following the completion of case

related interviews and records reviews. The goal of the reviews is to improve practice in order to achieve positive outcomes for the children and families being served.

## DPQI Staff Training New Reviewer Training

Training must be completed prior to the new worker participating as a member of a review team. New reviewers are required to learn policy and the FACTS system (SACWIS) in addition to the history of CFSR, the CFSR process, and how to rate child welfare cases using the CFSR instrument. See Appendix B New Worker Training and C New Worker Training Agenda. The OSRI is instructional in nature and provides direction on how items are to be rated. Additionally, all new reviewers are provided with the "Child and Family Services Reviews OSRI Quality Assurance Guide", and the "Reviewer Brief - Understanding the Federal Expectations for Rating Cases", and the "Child and Family Services Reviews Case-Related Interview Guides and Instructions".

New reviewers are paired with mentors (DPQI reviewers with a minimum of two years of experience) who assist them with how to use the federal instrument and assist them with learning policies and procedures. The mentors also allow them to practice rating cases using the instrument in order to achieve inter-rater reliability. Mentors also act as co-lead with the new reviewer the first time the new worker is in the Lead Reviewer role on a district review.

New reviewers complete the mandatory "Understand the Child and Family Services Review Overview" course. This course provides the new reviewer with an overview of the intent and purpose of the Child and Family Services Review process. Reviewers gain an understanding of the role Child and Family Services case reviews play in agency efforts to improve casework practice and in the development and monitoring of the Child and Families Services Plan.

New reviewers also complete "Case Reviews Overview". This course provides the new worker with an overview of the procedures used when completing child and family