# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Huntington

Date: 12/21/2020                                         Case Number    3:19-cv-00710

Case Style              R. vs. Justice

Type of hearing         Telephonic Status Conference

Before the honorable: 2515-Johnston

Court Reporter          Ayme Cochran                    Courtroom Deputy   Staci Wilson

Attorney(s) for the Plaintiff or Government

Aarti Iyer, Marcia Lowry, Allison Mahoney, James Meade, Tavi

Attorney(s) for the Defendant(s)

Caroline Brown, Steven Compton, Philip Peisch, Julia Siegenberg

Law Clerk               Jaden Rhea

Probation Officer    N/A

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 1:33 PM | 1:53 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 00:20

## Courtroom Notes

Scheduled Start:  1:30 p.m.
Actual Start:  1:33 p.m.

Parties present telephonically.  Court addresses status of case.  Court sets virtual hearing for January 6, 2021, at 9:30 a.m. and sets in person settlement hearing for January 19, 2021, at 9:30 a.m.

Court recessed:  1:53 p.m.