## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

JONATHAN R., *et al.*,                    )
                                          )
*Plaintiffs*,                             )
                    v.                    )
                                          )
JIM JUSTICE, in his official capacity as  )     **Case No.** 3:19-cv-00710
Governor of West Virginia, *et al.*,      )
                                          )
*Defendants*.                             )

### UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT MEETING

On December 21, 2020, the Court held a telephonic status conference during which the parties agreed to engage in an in-person settlement meeting.  The Court proposed January 19, 2021, and Defendants tentatively agreed to that date, depending on the availability of an appropriate representative from the Department of Health and Human Resources ("DHHR") on that date.  The Court subsequently issued an order setting January 19, 2021 as the date for a settlement conference.  *See* Doc. 189.

After the telephonic conference with the Court on December 21, Defendants determined that the appropriate agency representative for the settlement meeting is DHHR Secretary Bill Crouch, who has full settlement authority.  Unfortunately, Secretary Crouch is not available on January 19, as his schedule is extraordinarily busy with the COVID-19 response and vaccine roll-out.  However, Secretary Crouch is available on February 2, 2021 and February 9, 2021.

Defendants thus respectfully request that this Court reschedule the in-person settlement meeting scheduled for January 19, 2021 to either February 2, 2021 or February 9, 2021. Defendants' counsel has consulted with Plaintiffs' counsel, and Plaintiffs are available for a settlement meeting on both February 2 and February 9, and Plaintiffs do not oppose this motion.

In the alternative, if neither February 2 nor February 9 works for the Court, Defendants' counsel will consult with Plaintiffs' counsel and propose alternative dates to the Court.

Respectfully submitted,

January 4, 2021

*/s/* Philip J. Peisch
Philip J. Peisch (WVSB #24403)
Caroline M. Brown
Rebecca E. Smith
Julia M. Siegenberg
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20036

*/s/* Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301

## CERTIFICATE OF SERVICE

I, Philip J. Peisch, hereby certify that I caused a true and correct copy of Defendants' Unopposed Motion to Reschedule Settlement Meeting to be delivered to the following via ECF notification and electronic mail:

Marcia Robinson Lowry
Dawn J. Post
Allison Mahoney
Tavi Unger
A Better Childhood
355 Lexington Ave. Floor 16
New York, NY 10017

Richard W. Walters
J. Alexander Meade
Brian L. Ooten
Shaffer & Schaffer, PLLC
2116 Kanawha Blvd East
P.O. Box 3973
Charleston, WV 25304

Lori Waller
Disability Rights of West Virginia
1207 Quarrier Street, Suite 400
Charleston, WV 25301

January 4, 2021

/s/ Philip J. Peisch
Philip J. Peisch (WVSB #24403)
Caroline M. Brown
Rebecca E. Smith
Julia M Siegenberg
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20036

/s/ Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301

1