# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston

| | |
|---|---|
| Date: 1/22/2021 | Case Number   3:19-cv-00710 |

Case Style          R. vs. Justice

Type of hearing     Virtual Hearing

Before the honorable: 2515-Johnston

Court Reporter      Ayme Cochran                    Courtroom Deputy  Staci Wilson

Attorney(s) for the Plaintiff or Government

Aarti Iyer, Marcia Lowry, Allison Mahoney, Tavi Unger, Lori Waller,

Attorney(s) for the Defendant(s)

Caroline Brown, Steven Compton, Philip Peisch, Julia

Law Clerk           Jaden Rhea

Probation Officer   N/A

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 9:30 AM | 11:33 AM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 02:03

## Courtroom Notes

Scheduled Start:  9:30 a.m.
Actual Start:  9:30 a.m.

Parties present via video conference.  Court hears argument on the motion.

Court recessed: 11:33 a.m.