**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JONATHAN R., et al.,

                    Plaintiffs,

v.                              CIVIL ACTION NO.   3:19-cv-00710

JIM JUSTICE, et al.,

                    Defendants.

**ORDER**

For reasons appearing to the Court, this case is **STAYED** for 90 days.  The Clerk is **DIRECTED** to remove this case from the Court's active docket.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:      February 2, 2020

_____
THOMAS E. JOHNSTON, CHIEF JUDGE