# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | |
|---|---|
| Date:  2/2/2021 | Case Number   3:19-cv-00710 |

Case Style           R. vs. Justice

Type of hearing      Settlement Conference

Before the honorable: 2515-Johnston

Court Reporter       Ayme Cochran                    Courtroom Deputy  Staci Wilson

Attorney(s) for the Plaintiff or Government

Allison Mahoney, James Meade, Richard Walters

Attorney(s) for the Defendant(s)

Caroline Brown, Philip Peisch

Law Clerk            Jaden Rhea

Probation Officer    N/A

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 9:30 AM | 2:45 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 05:15

## Courtroom Notes

Scheduled Start:  9:30 a.m.
Actual Start:  9:30 a.m.

Court splits parties to discuss settlement.

Court recessed:  2:45 p.m.