IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

        Plaintiffs,

v.                              CIVIL ACTION NO.   3:19-cv-00710

JIM JUSTICE, et al.,

        Defendants.

**ORDER**

The Court will hold a telephonic status conference in the above-styled case on **April 26, 2021, at 2:30 p.m.**   The call-in information for the call is as follows: 703-724-3100, then dial 4002661# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:     April 20, 2021

                              THOMAS E. JOHNSTON, CHIEF JUDGE