# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date:  4/26/2021                                           Case Number      3:19-cv-00710

Case Style           R. vs. Justice

Type of hearing      Telephonic Status Conference

Before the honorable: 2515-Johnston

Court Reporter       Ayme Cochran                Courtroom Deputy   Staci Wilson

Attorney(s) for the Plaintiff or Government

Aarti Iyer Allison Lynette Mahoney Marcia Robinson Lowry Richard

Attorney(s) for the Defendant(s)

Caroline M. Brown Julia M. Siegenberg Philip J. Peisch Rebecca E.

Law Clerk            Jaden Rhea

Probation Officer    N/A

## Court Times

| Start Time | Stop Time | Court Time Description |
|---|---|---|
| 2:30 PM | 2:36 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 00:06

## Courtroom Notes

Scheduled Start:  2:30 p.m.
Actual Start:  2:30 p.m.

Parties present telephonically.  Court goes off record to discuss settlement.

Court recessed:  2:36 p.m.