**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

JONATHAN R., et al.,

                    Plaintiffs,

v.                                  CIVIL ACTION NO.   3:19-cv-00710

JIM JUSTICE, et al.,

                    Defendants.

**ORDER**

For reasons appearing to the Court, the telephonic status conference currently scheduled for May 27, 2021, is **CONTINUED** to **May 28, 2021, at 1:30 p.m.**   The call-in information for the call is as follows: 703-724-3100, then dial 4002661# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                         ENTER:      May 27, 2021

THOMAS E. JOHNSTON, CHIEF JUDGE