# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

Date:   6/3/2021                    Case Number  3:19-cv-00710

Case Style             R. vs. Justice

Type of hearing        Telephonic Status Conference

Before the Honorable: 2515-Johnston

Court Reporter         Kathy Swinhart                    Courtroom Deputy  Staci Wilson

Attorney(s) for the Plaintiff or Government

Aarti Iyer,Marcia Lowry,Allison Mahoney,Erin Snyder,Tavi

Attorney(s) for the Defendant(s)

Caroline Brown,Steven Compton,Philip Peisch,Julia

Law Clerk              Jaden Rhea

Probation Officer    N/A

## Court Times

| Start Time | Stop Time | Court Time Description |
|:---:|:---:|:---:|
| 1:30 PM | 1:45 PM | Non-Trial Time/Uncontested Time |

Non-Trial Time/Uncontested Time 00:15

## Courtroom Notes

Scheduled Start:  1:30 p.m.
Actual Start:  1:30 p.m.

Parties present telephonically.  Court addresses current status of case.  Court will enter amended scheduling order.

Court recessed:  1:47 p.m.