IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

JONATHAN R., *et al.*,

*Plaintiffs*,

v.

JIM JUSTICE, in his official capacity as
Governor of West Virginia, *et al.*,

*Defendants*.

Case No. 3:19-cv-00710

### NOTICE OF DEPOSITION OF PAMELA M. WOODMAN-KAEHLER

Please take notice that the plaintiffs, Jonathan R., *et al.*, by and through their counsel, will take the deposition of **Pamela M. Woodman-Kaehler** for the purpose of discovery and/or evidence, via Zoom video conferencing, on Friday, July 23, 2021, beginning at 10:00 a.m.

Attorneys will be provided with video link and call-in instructions via e-mail from TSG Reporting. These depositions will be taken before a notary public authorized to administer oaths and will continue during normal business hours from day to day until concluded. You are hereby invited to attend and protect your interests.

JONATHAN R., *ET AL.*,
Plaintiffs,
By Counsel

*/s/ Richard W. Walters*
Richard W. Walters, (WVSB #6809)
rwalters@shafferlaw.net
J. Alexander Meade, (WVSB #13021)
ameade@shafferlaw.net
Shaffer & Shaffer, PLLC,
2116 Kanawha Boulevard, East
Post Office Box 3973
Charleston, West Virginia 25339-3973
Tel: (304) 344-8716
Fax: (304) 344-1481

*/s/ Marcia Robinson Lowry*
Marcia Lowry, *admitted pro hac vice*

mlowry@abetterchildhood.org
Allison Mahoney, *admitted pro hac vice*
amahoney@abetterchildhood.org
Dawn Post, *admitted pro hac vice*
dpost@abetterchildhood.org
Aarti Iyer, *admitted pro hac vice*
vmclaughlin@abetterchildhood.org
Tavi Unger
tunger@abetterchildhood.org
A Better Childhood
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415

*/s/ Lori Waller*
Disability Rights of West Virginia
Lori Waller, (WVSB #11303)
lwaller@drofwv.org
1207 Quarrier Street, Suite 400
Charleston, WV 25301
Tel: (304) 346-0847
Fax: (304) 346-0687

***Attorneys for Plaintiffs***

**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON**

**JONATHAN R.**, *et al.*,

*Plaintiffs*,

v.

**JIM JUSTICE, in his official capacity as Governor
of West Virginia**, *et al*.,

Case No. 3:19-cv-00710

*Defendants*.

## CERTIFICATE OF SERVICE

I, Richard W. Walters, counsel for Jonathan R., *et al.*, do hereby certify that on this **18th day** of **June, 2021**, I electronically filed a *"Notice of Deposition of Pamela M. Woodman-Kaehler"* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Philip J. Peisch, Esquire
Caroline M. Brown, Esquire
Rebecca E. Smith, Esquire
Julia M. Siegenberg, Esquire
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20001

Steven R. Compton, Esquire
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301

*/s/ Richard W. Walters*
Richard W. Walters (WVSB #6809)