IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

    **Plaintiffs,**

v.                            Case No.: 3:19-cv-00710

JIM JUSTICE, et al.,

    **Defendants.**

## ORDER

At the request of Plaintiffs' counsel, a telephonic conference shall take place on **Friday, July 2, 2021,** at **1:30 p.m. EDT,** before the undersigned United States Magistrate Judge. The number required to connect to the telephonic conference has previously been provided to counsel by the Court.

The Clerk is instructed to provide a copy of this Order to all counsel of record and any unrepresented party.

                **ENTERED:** June 24, 2021

                *[signature]*
                Cheryl A. Eifert
                United States Magistrate Judge