IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

        Plaintiffs,

v.                                                                CIVIL ACTION NO.   3:19-cv-00710

JIM JUSTICE, et al.,

        Defendants.

## ORDER

Pending before the Court is Defendants' Motion for Leave to File Under Seal.  (ECF No. 178.)  Defendants move to file under seal the unredacted version of their Reply to Plaintiffs' Opposition to the Motion to Dismiss the Claims of Named Plaintiff Serena S.  Defendants advise that this document contains protected personal identifying and confidential information relating to a minor child.  Due to the confidential nature of this document, the Court **GRANTS** the motion, (ECF No. 178), and **DIRECTS** the Clerk to place ECF No. 178–1 **UNDER SEAL**.

    **IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:      June 28, 2021

        THOMAS E. JOHNSTON, CHIEF JUDGE