UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| JONATHAN R., *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| | ) |
| JIM JUSTICE, in his official capacity as Governor of West Virginia, *et al.*, | )  Case No. 3:19-cv-00710 |
| | ) |
| *Defendants*. | ) |

**DEFENDANTS' MOTION TO DISMISS NAMED PLAINTIFF JONATHAN R.**

Defendants by and through their undersigned counsel, hereby move this Honorable Court to dismiss named Plaintiff Jonathan R. because he lacks standing. The bases for this Motion are set forth in the Defendants' accompanying Memorandum of Law, which is incorporated by reference.

Respectfully submitted,

July 1, 2021

/s/ Philip J. Peisch
Philip J. Peisch (WVSB #24403)
Caroline M. Brown
Rebecca E. Smith
Julia M. Siegenberg
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20001

/s/ Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301

## CERTIFICATE OF SERVICE

I, Rebecca E. Smith, hereby certify that I caused a true and correct copy of Defendants' Motion to Dismiss Named Plaintiff Jonathan R. to be delivered to the following via ECF notification:

Marcia Robinson Lowry
Dawn J. Post
Allison Mahoney
A Better Childhood
355 Lexington Ave. Floor 16
New York, NY 10017

Richard W. Walters
J. Alexander Meade
Shaffer & Schaffer, PLLC
2116 Kanawha Blvd East
P.O. Box 3973
Charleston, WV 25304

Lori Waller
Disability Rights of West Virginia
1207 Quarrier Street, Suite 400
Charleston, WV 25301

July 1, 2021

/s/ Rebecca E. Smith
Rebecca E. Smith
Philip J. Peisch (WVSB #24403)
Caroline M. Brown
Julia M. Siegenberg
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20001

/s/ Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301