UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| JONATHAN R., *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| | ) |
| JIM JUSTICE, in his official capacity as Governor of West Virginia, *et al.*, | ) Case No. 3:19-cv-00710 |
| | ) |
| *Defendants*. | ) |

**NOTICE OF WITHDRAWAL OF REBECCA E. SMITH AS COUNSEL FOR DEFENDANT**

Pursuant to Local Rule 83.4(a), Rebecca E. Smith hereby gives notice of her withdrawal as counsel for Defendant, the West Virginia Department of Health and Human Resources. Defendant will continue to be represented by Caroline M. Brown, Philip J. Peisch, and Julia M. Siegenberg, all of whom are already representing Defendant, and have entered notices of appearance before this Court. Defendant, by and through counsel, has consented to this withdrawal.

Respectfully submitted,

July 2, 2021

*/s/* Rebecca E. Smith
Rebecca E. Smith
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20001

# CERTIFICATE OF SERVICE

I, Rebecca E. Smith, hereby certify that I caused a true and correct copy of Notice of Withdrawal of Rebecca E. Smith as Counsel for Defendant to be delivered to the following via ECF notification:

Marcia Robinson Lowry
Dawn J. Post
Allison Mahoney
A Better Childhood
355 Lexington Ave. Floor 16
New York, NY 10017

Richard W. Walters
J. Alexander Meade
Shaffer & Schaffer, PLLC
2116 Kanawha Blvd East
P.O. Box 3973
Charleston, WV 25304

Lori Waller
Disability Rights of West Virginia
1207 Quarrier Street, Suite 400
Charleston, WV 25301

July 2, 2021

/s/ Rebecca E. Smith
Rebecca E. Smith
Philip J. Peisch
Caroline M. Brown
Julia M. Siegenberg
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20001

/s/ Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV