UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| JONATHAN R., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| v.  ) | |
| ) | |
| JIM JUSTICE, in his official capacity as ) | Case No. 3:19-cv-00710 |
| Governor of West Virginia, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**AMENDED NOTICE OF WITHDRAWAL OF REBECCA E. SMITH AS COUNSEL FOR DEFENDANTS**

Pursuant to Local Rule 83.4(a), Rebecca E. Smith hereby gives notice of her withdrawal as counsel for Defendants: Bill Crouch, Jim Justice, Jeremiah Samples, Linda Watts, West Virginia Department of Health and Human Resources.  Defendants will continue to be represented by Caroline M. Brown, Philip J. Peisch, and Julia M. Siegenberg, all of whom are already representing Defendant, and have entered notices of appearance before this Court. Defendants, by and through counsel, have consented to this withdrawal.

Respectfully submitted,

July 2, 2021

*/s/* Rebecca E. Smith
Rebecca E. Smith
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20001

## CERTIFICATE OF SERVICE

I, Rebecca E. Smith, hereby certify that I caused a true and correct copy of Amended Notice of Withdrawal of Rebecca E. Smith as Counsel for Defendants to be delivered to the following via ECF notification:

    Marcia Robinson Lowry
    Dawn J. Post
    Allison Mahoney
    A Better Childhood
    355 Lexington Ave. Floor 16
    New York, NY 10017

    Richard W. Walters
    J. Alexander Meade
    Shaffer & Schaffer, PLLC
    2116 Kanawha Blvd East
    P.O. Box 3973
    Charleston, WV 25304

    Lori Waller
    Disability Rights of West Virginia
    1207 Quarrier Street, Suite 400
    Charleston, WV 25301

July 2, 2021

    /s/ Rebecca E. Smith
    Rebecca E. Smith
    Philip J. Peisch
    Caroline M. Brown
    Julia M. Siegenberg
    Brown & Peisch PLLC
    1233 20th Street NW, Suite 505
    Washington, DC 20001

    /s/ Steven R. Compton
    Steven R. Compton (WVSB #6562)
    West Virginia Attorney General's Office
    812 Quarrier Street, 2nd Floor
    Charleston, WV