# Courtroom Minute Entry

**Room:** Huntington  **Case No.:** 3:19-cv-00710  **Type:** Civil
**Caption:** Jonathan R. et al v. Justice et al  **Judge:** Cheryl A. Eifert

**Started:** 7/2/2021 1:29:31 PM
**Ends:**    7/2/2021 2:27:15 PM  **Length:** 00:57:45

Judge: Cheryl A. Eifert
Courtroom Deputy: Heidi Liebegott Guerra
Law Clerk: Tessa Adkins
Plaintiffs' Counsel: Marcia Lowry; Allison Mahoney; Aarti Iyer; Brian Ooten; J. Alex Meade; Richard Walters; Tavi Unger
Defense Counsel: Phillip Peisch; Julie Siegenberg; Steven Compton

| Time | Event |
|---|---|
| **1:29:36 PM** | **TELEPHONIC CONFERENCE** |
| **1:30:07 PM** | Judicial Assistant: Laura Tatman |
| **1:30:14 PM** | Called case, noted appearances of counsel |
| **1:32:28 PM** | Parties discussed stay of case and class certification |
| **1:53:29 PM** | Parties discussed discovery redactions |
| **2:09:52 PM** | Parties discussed discovery requests |
| **2:17:00 PM** | Parties discussed document requests |
| **2:27:07 PM** | Judge: Cheryl A. Eifert |
| **2:27:08 PM** | Hearing Adjourned |