IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**JONATHAN R., et al.,**

    **Plaintiffs,**

v.                                                             **Case No.: 3:19-cv-00710**

**JIM JUSTICE, et al.,**

    **Defendants.**

## ORDER

At the request of Plaintiffs' counsel, a telephonic conference shall take place on **Monday, July 19, 2021,** at **1:30 p.m. EDT,** before the undersigned United States Magistrate Judge. The number required to connect to the telephonic conference has previously been provided to counsel by the Court.

The Clerk is instructed to provide a copy of this Order to all counsel of record and any unrepresented party.

                                                                 **ENTERED:** July 14, 2021

                                                                  Cheryl A. Eifert
                                                                  United States Magistrate Judge