# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# HUNTINGTON DIVISION

**JONATHAN R., et al.,**

    **Plaintiffs,**

v.                                                                   **Case No.: 3:19-cv-00710**

**JIM JUSTICE, et al.,**

    **Defendants.**

## ORDER

The parties appeared, by counsel, on July 19, 2021 for a telephonic conference regarding outstanding discovery disputes. As stated during the hearing, the Court **ORDERS** Defendants to select five documents that are responsive to Request No. 19 of Plaintiffs' Third Request for Production of Documents. Defendants shall provide the redacted documents to Plaintiffs and the redacted and unredacted documents to the undersigned for *in camera* review on or before **July 20, 2021**. The documents produced for *in camera* review should be hand-delivered or emailed directly to Judicial Assistant, Laura Tatman, and should not be filed in the official record. Plaintiffs shall notify the Court of their concerns regarding the redactions on or before **July 23, 2021**. Upon reviewing the documents and considering the parties' positions, the undersigned will rule on the issue of Defendants' redactions. The undersigned will address the number of documents to be produced in response to Request No. 19 of Plaintiffs' Third Request for Production of Documents after resolving the dispute concerning Defendants' redactions.

Concerning the other issues raised by the parties, the undersigned will revisit Plaintiffs' concerns regarding Defendants' response to Request No. 25 of Plaintiffs' Third Request for Production of Documents once Plaintiff's Motion for Class Certification is resolved. As to other matters, the parties will confer regarding Plaintiffs' Fourth Request for Production of Documents, and Plaintiffs represented they are serving amended responses to Defendants' First Request for Admission by July 21, 2021. Therefore, the undersigned finds that such additional issues are resolved.

The Clerk is instructed to provide a copy of this Order to all counsel of record and any unrepresented party.

**ENTERED:** July 20, 2021

_____
Cheryl A. Eifert
United States Magistrate Judge