IN THE UNITED STATES DISTRIC COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JONATHAN R.,** *et al.***,**

*Plaintiffs***,**

v.

**JIM JUSTICE, in his official capacity as Governor of West Virginia,** *et al.***,**

*Defendants***.**

Case No. 3:19-cv-00710

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Jonathan R., et al. in the above-named case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the orders granting Defendants' Motion to Dismiss, (ECF No. 17); Defendants' Motion to Dismiss the Claims of Named Plaintiffs Chris K., Calvin K., and Carolina K., (ECF No. 55); Defendants' Motion to Dismiss the Claims of Named Plaintiff Garrett M., (ECF No. 88); Defendants' Motion to Clarify Plaintiffs' Proposed Class Definition and to Dismiss Named Plaintiff Gretchen C., (ECF No. 107); and Defendants' Motion to Dismiss the Claims of Named Plaintiff Serena S., (ECF No. 167), entered in this action on the 28th day of July, 2021, as well as from the final judgment order subsequently entered in this action on the 29th day July, 2021, (ECF No. 258).

Jonathan R. et al.,

Plaintiffs

By Counsel:

*/s/ Richard W. Walters*
Richard W. Walters, (WVSB #6809)
rwalters@shafferlaw.net
J. Alexander Meade, (WVSB #13021)
ameade@shafferlaw.net

Shaffer & Shaffer, PLLC,
2116 Kanawha Boulevard, East
Post Office Box 3973
Charleston, West Virginia 25339-3973
Tel: (304) 344-8716
Fax: (304) 344-1481

*/s/ Marcia Robinson Lowry*
Marcia Lowry, *admitted pro hac vice*
mlowry@abetterchildhood.org
Allison Mahoney, *admitted pro hac vice*
amahoney@abetterchildhood.org
Dawn Post, *admitted pro hac vice*
dpost@abetterchildhood.org
Aarti Iyer, *admitted pro hac vice*
aiyer@abetterchildhood.org
Tavi Unger
tunger@abetterchildhood.org
A Better Childhood
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415

*/s/ Lori Waller*
Disability Rights of West Virginia
Lori Waller, (WVSB #11303)
lwaller@drofwv.org
1207 Quarrier Street, Suite 400
Charleston, WV 25301
Tel: (304) 346-0847
Fax: (304) 346-0687

*Attorneys for Plaintiffs*

# IN THE UNITED STATES DISTRIC COURT FOR THE
## SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

**JONATHAN R.**, *et al.*,

*Plaintiffs*,

         v.

**JIM JUSTICE, in his official capacity as**     Case No. 3:19-cv-00710
**Governor of West Virginia**, *et al.*,

*Defendants*.

## CERTIFICATE OF SERVICE

I, Richard W. Walters, counsel for Jonathan R., *et al.*, do hereby certify that on this **4th day** of **August, 2021**, I electronically filed a *"Notice of Appeal"* with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Philip J. Peisch, Esquire
Caroline M. Brown, Esquire
Julia M. Siegenberg, Esquire
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20001

Steven R. Compton, Esquire
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301

                                                       */s/ Richard W. Walters*
                                                       Richard W. Walters (WVSB #6809)