# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

September 14, 2022

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

    Re:  Jim Justice, Governor of West Virginia, et al.
           v. Jonathan R., Minor, By Next Friend Sarah Dixon, et al.
           No. 22-240
           (Your No. 21-1868)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on September 12, 2022 and placed on the docket September 14, 2022 as No. 22-240.

      Sincerely,

      **Scott S. Harris**, Clerk

      by

      Susan Frimpong
      Case Analyst