IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

          Plaintiffs,

v.                                    CIVIL ACTION NO.   3:19-cv-00710

JIM JUSTICE, et al.,

          Defendants.

**ORDER**

Pending before the Court is Plaintiff's motion to amend schedule (ECF No. 293).  The Court will hold a telephonic status conference on the motion on **January 9, 2023, at 9:30 am.**  The call-in information for the call is as follows: 304-461-4955, then dial 685 334 12# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                              ENTER:       January 5, 2023

THOMAS E. JOHNSTON, CHIEF JUDGE