# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | | | |
|---|---|---|---|
| Date: | 1/9/2023 | Case Number: | 3:19-cv-00710 |
| Case Style: | R. vs. Justice | | |
| Type of hearing: | Telephonic Status Conference | | |
| Before the Honorable: | 2515-Johnston | | |
| Court Reporter: | Ayme Cochran | Courtroom Deputy: | Staci Wilson |

Attorney(s) for the Plaintiff or Government:

Aarti Iyer, James Meade, Lori Waller, Richard Walters

Attorney(s) for the Defendant(s):

Caroline Brown, Steven Compton, Philip Peisch, Julia Siegenberg

| | |
|---|---|
| Law Clerk: | Adam Wilson |
| Probation Officer: | N/A |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 9:30 AM | 9:50 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 20 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 9:30 am
Actual Start: 9:30 am

Parties present telephonically. Court addresses status of case and upcoming legislative session.

Court recessed: 9:50 am