IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

    **Plaintiffs,**

v.                                              Case No.: 3:19-cv-00710

JIM JUSTICE, et al.,

    **Defendants.**

## ORDER

    Pending is Defendants' Motion for Protective Order, (ECF No. 291). Plaintiffs have responded to the Motion by requesting a modification of the Scheduling Order. (ECF No. 293). The undersigned notes that no extension of the deadline for written discovery has been granted since the last Scheduling Order, which set the deadline as August 20, 2021. (ECF No. 209). Therefore, in the absence of a new Scheduling Order, the Motion for Protective Order is **GRANTED**. Plaintiffs' Seventh Set of Requests for Production of Documents to Defendants, (ECF Nos. 290, 291-2), are **ORDERED** withdrawn and Defendants need not respond to them. As it appears that Defendants answered Plaintiffs' Second Requests for Admissions, the Motion is moot as to that discovery.

    The Clerk is directed to provide a copy of this Order to counsel of record.

                                         **ENTERED:** January 10, 2023

                                         Cheryl A. Eifert
                                         United States Magistrate Judge