IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

          Plaintiffs,

v.                             CIVIL ACTION NO. 3:19-cv-00710

JIM JUSTICE, et al.,

          Defendants.

**ORDER**

The Court will hold a telephonic status conference on **January 23, 2023, at 10:00 am.** The call-in information for the call is as follows: 304-461-4955, then dial 685 334 12# to be placed on hold pending the start of the call.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                        ENTER:      January 20, 2023

                        THOMAS E. JOHNSTON, CHIEF JUDGE