# District Judge Daybook Entry

## United States District Court - Southern District of West Virginia at Charleston

| | |
|---|---|
| Date: | 1/23/2023 |
| Case Number: | 3:19-cv-00710 |
| Case Style: | R. vs. Justice |
| Type of hearing: | Telephonic Status Conference |
| Before the Honorable: | 2515-Johnston |
| Court Reporter: | Ayme Cochran |
| Courtroom Deputy: | Staci Wilson |

Attorney(s) for the Plaintiff or Government:

Marcia Lowry, Julia Tebor, Lori Waller, Richard Walters, Michael Folio

Attorney(s) for the Defendant(s):

Caroline Brown, Steven Compton, Philip Peisch, Julia Siegenberg

| | |
|---|---|
| Law Clerk: | Adam WIlson |
| Probation Officer: | N/A |

## Court Times

| Start Time | End Time | Court Time Description |
|---|---|---|
| 10:00 AM | 10:30 AM | Non-Trial Time/Uncontested Time |

Time in court: 0 hours and 30 minutes. Non-Trial Time/Uncontested Time

## Courtroom Notes

Scheduled Start: 10:00 am
Actual Start: 10:00 am

Parties present telephonically. Court addresses meeting with WV Legislature. Court will follow up with parties regarding dates for additional meeting.

Court recessed: 10:30 am