IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

          Plaintiffs,

v.                                    CIVIL ACTION NO.   3:19-cv-00710

JIM JUSTICE, et al.,

          Defendants.

**ORDER**

For the reasons more fully stated on the record at the Court's January 23, 2023, status conference, Defendant's motion to stay the time to file an answer is **GRANTED**.   (ECF No. 303.)

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                ENTER:       January 27, 2023

_____
THOMAS E. JOHNSTON, CHIEF JUDGE