IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

        Plaintiffs,

v.　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.   3:19-cv-00710

JIM JUSTICE, et al.,

        Defendants.

**ORDER**

Pending before the Court is Defendants' Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss and, if Appropriate, Plaintiffs' Motion for Class Certification. (ECF No. 274.)   The Court is aware that the parties are actively engaged in settlement discussions, working to resolve this case.   As such, the Court **GRANTS** Defendants' motion and hereby orders that all discovery be **STAYED**.

**IT IS SO ORDERED**.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

        ENTER:　　　February 16, 2023

_____
THOMAS E. JOHNSTON, CHIEF JUDGE