UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| **Jonathan R., minor, by Next Friend Sarah DIXON, *et al.*,** | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 3:19-cv-00710<br>) |
| **Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et al.*,** | )<br>)<br>) |
| Defendants. | ) |

## PLAINTIFFS' MOTION TO LIFT STAY OF DISCOVERY AND RENEWED MOTION FOR AN AMENDED SCHEDULING ORDER

On September 20, 2022, Defendants filed a Motion to Stay Discovery Pending Resolution of Defendants' Motion to Dismiss and, if Appropriate, Plaintiffs' Motion for Class Certification. ECF No. 274. Plaintiffs objected on September 23, 2022 (ECF No. 277), and Defendants submitted a reply on October 21, 2022. ECF No. 288. The Court granted a stay on February 16, 2023 because, as stated in the Court's order, "[t]he Court is aware that the parties are actively engaged in settlement discussions, working to resolve this case. As such, the Court GRANTS Defendants' motion and hereby orders that all discovery be STAYED." ECF No. 306. The Court's order did not further analyze any of the arguments and responses thereto made in the parties' briefing. While the parties engaged in settlement discussions, the parties failed to reach an agreement, and negotiations are no longer ongoing. Therefore, the reason for the stay is now null, and Plaintiffs respectfully request that the stay be lifted so that the parties can continue litigating this case and Plaintiffs can seek relief for the foster children of West Virginia.

Plaintiffs also note that since Defendants requested a stay of discovery, the Court issued a decision on Defendants' Motion to Dismiss on January 13, 2023. ECF No. 300. The Court sustained Plaintiffs' substantive due process claims in significant part as well as their claims under the

1

Americans with Disabilities Act and Rehabilitation Act. *See id.* Thus, there is no longer a need to stay discovery in connection with a pending motion to dismiss. Moreover, to the extent that Defendants sought a stay of discovery in connection with their petition to the Supreme Court for certiorari in connection with the Fourth Circuit Court of Appeal's decision on their motion to dismiss, this petition has since been denied. ECF No. 284.

To the extent that Defendants argue that the Court should continue to stay discovery until the Court issues a decision on Plaintiffs' Motion for Class Certification, this argument is meritless for the reasons stated in Plaintiffs' Opposition to Defendants' Motion to Stay Discovery, including that Defendants' motion fails to consider the effects of the stay on the thousands of West Virginian children currently in foster care. ECF No. 277. These children are entitled to speedy relief, and Plaintiffs respectfully request that they be able to continue litigation in an effort to seek said relief.

In addition to Defendants' Motion to Stay, on December 19, 2022, Defendants filed a motion for a protective order, requesting that the Court order the withdrawal of or stay the response to Plaintiffs' Second Set of Requests for Admission and Plaintiffs' Seventh Set of Requests for Production. ECF No. 291. Defendants subsequently provided objections to Plaintiffs' Second Set of Requests for Admission. *See* ECF No. 294. Plaintiffs responded by requesting a modification of the Court's prior Scheduling Order. ECF No. 293. The Court granted Defendants' motion and ordered Plaintiff's Seventh Set of Requests for Production withdrawn on January 10, 2023. ECF No. 298. Now that attempted settlement negotiations have ended, Plaintiffs renew their request for an amended scheduling order as requested in their original motion and request that their Requests for Production be reinstated. ECF No. 293.

Last, on January 26, 2023, Defendants filed a motion to stay the time to file an Answer to the Complaint. ECF No. 303. Given the then ongoing settlement negotiations, the Court granted a stay on January 27, 2023. ECF No. 305. Plaintiffs respectfully request that this stay also be lifted.

Plaintiffs conferred with Defendants via email on March 9, 2023 regarding this Motion. On March 10, 2023, Defendants relayed to Plaintiffs that they would oppose the Motion.

Dated: March 13, 2023                    Respectfully submitted,

/s/ Marcia Robinson Lowry
A Better Childhood
Marcia Robinson Lowry, *admitted pro hac vice*
Julia K. Tebor, *admitted pro hac vice*
Aarti Iyer, *admitted pro hac vice*
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415
mlowry@abetterchildhood.org
jtebor@abetterchildhood.org
aiyer@abetterchildhood.org

/s/ Richard W. Walters
Shaffer & Shaffer, PLLC
Richard W. Walters, WVSB #6809
rwalters@shafferlaw.net
J. Alexander Meade, WVSB #13021
ameade@shafferlaw.net
2116 Kanawha Boulevard, East
P.O. Box 3973
Charleston, WV 25339
Tel: (304) 344-8716
Fax: (304) 344-1481

/s/ Lori Waller
Disability Rights of West Virginia
Lori Waller, WVSB #11303
lwaller@drofwv.org
1207 Quarrier Street, Suite 400
Charleston, WV 25301
Tel: (304) 346-0847
Fax: (304) 346-0687

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| **Jonathan R., minor, by Next Friend Sarah DIXON**, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Case No. 3:19-cv-00710<br>) |
| **Jim JUSTICE, in his official capacity as the Governor of West Virginia**, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

**CERTIFICATE OF SERVICE**

I, J. Alexander Meade, counsel for the plaintiffs herein, hereby verify that on this 13th day of March, 2023, I electronically filed the foregoing **"Plaintiffs' Motion to Lift Stay of Discovery and Renewed Motion for an Amended Scheduling Order"** with the Clerk of the Court via the CM/ECF system, which will electronically serve and notify counsel of record as follows:

Philip J. Peisch, Esq.
Caroline M. Brown, Esq.
Julia M. Siegenberg, Esq.
Rebecca E. Smith
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20001
*Counsel for Defendants*

Steven R. Compton, Esq.
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301
*Counsel for Defendants*

                                                */s/ J. Alexander Meade*
                                       J. Alexander Meade (WVSB #13021)