IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

           Plaintiffs,

v.                                      CIVIL ACTION NO.   3:19-cv-00710

JIM JUSTICE, et al.,

           Defendants.

**ORDER**

    With their consent, the Court has conducted extensive and intensive settlement discussions between the parties in this case in recent weeks. Although these discussions did not produce a settlement, given their nature and the fact that the Court will in all likelihood preside as the finder of fact in any trial, the undersigned finds it necessary and prudent to **RECUSE** himself from further presiding in this case. *See* 28 U.S.C. § 455(a).

    For these reasons, the undersigned **RECUSES** himself from further proceedings in this case effective immediately, and the Clerk of Court is **DIRECTED** to reassign this case to another District Judge of this Court.

    **IT IS SO ORDERED**.

    The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                                        ENTER:      April 3, 2023

_____
THOMAS E. JOHNSTON, CHIEF JUDGE