IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

JONATHAN R., et al.,

    Plaintiffs,

v.                                                                   CIVIL ACTION NO. 3:19-cv-00710

JIM JUSTICE, et al.,

    Defendants.

### CLERK'S ORDER

Pursuant to [310] Order, this action is hereby REASSIGNED from the docket of the Honorable Thomas E. Johnston, United States District Judge, to the Honorable Joseph R. Goodwin, United States District Judge.

Copies of this Order shall be forwarded by the Clerk to Judge Johnston, Judge Goodwin, counsel of record, and any unrepresented party.

DATED: April 3, 2023

_____
RORY L. PERRY II, Clerk of Court