IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

        Plaintiffs,

v.                              CIVIL ACTION NO. 3:19-cv-00710

JIM JUSTICE, et al.,

        Defendants.

ORDER

On January 26, 2023, Defendants filed a motion to stay the time to file an answer until the conclusion of settlement negotiations. [ECF No. 303]. The court granted the motion on January 27, 2023. [ECF No. 305].

Since the time the court granted the stay, settlement negotiations between the parties have ceased. *See* [ECF No. 310]. Accordingly, it is **ORDERED** that the stay of time to file an answer is lifted. Defendants are **DIRECTED** to file an answer within **fourteen (14) days** from the date of entry of this Order.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     April 10, 2023

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE