IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

          Plaintiffs,

v.                                    CIVIL ACTION NO. 3:19-cv-00710

JIM JUSTICE, et al.,

          Defendants.

## ORDER

Pending before the court is Plaintiffs' Unopposed Motion for Extension of Page Limit. [ECF No. 316]. The motion is **DENIED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:    May 11, 2023

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE