IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

        Plaintiffs,

v.                                        CIVIL ACTION NO. 3:19-cv-00710

JIM JUSTICE, et al.,

        Defendants.

## ORDER

On May 16, 2023, Plaintiffs filed their Renewed Motion for Class Certification and Appointment of Class Counsel. [ECF No. 318]. Attached to the motion are 739 pages of exhibits. Local Rule of Civil Procedure 7.1(a)(5) requires parties electronically filing documents to submit "a paper courtesy copy to the assigned judicial officer . . . where any motion, memorandum, response, or reply, together with documents in support thereof, is 50 pages or more in length." Accordingly, the court **ORDERS** Plaintiffs to promptly submit a paper copy of their motion and exhibits in compliance with the local rules.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     May 24, 2023

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE