*(Rev. 03/2023)*
Please Read Instructions on Page 2.

# TRANSCRIPT ORDER FORM

## 1. REQUESTOR'S INFORMATION

| NAME | TELEPHONE NUMBER |
|---|---|
| Philip Peisch | 202.499.4261 |

| DATE OF REQUEST | EMAIL ADDRESS *(Transcript will be emailed to this address.)* |
|---|---|
| June 5, 2023 | ppeisch@brownandpeisch.com |

| MAILING ADDRESS | CITY, STATE, ZIP CODE |
|---|---|
| 1233 20th St NW, STE 505 | Washington, DC 20036 |

## 2. TRANSCRIPT REQUESTED

NAME OF COURT REPORTER
**Ayme Cochran**

OR CHECK HERE ☐ IF HEARING WAS RECORDED ELECTRONICALLY

| CASE NUMBER | CASE NAME | JUDGE'S NAME |
|---|---|---|
| 3:19-cv-00710 | R. v. Justice | Judge Johnston |

| DATE(S) OF PROCEEDING(S) | TYPE OF PROCEEDING(S) | LOCATION OF PROCEEDING(S) |
|---|---|---|
| Jan. 16, 2020 | Scheduling Conference | Telephonic |

REQUEST IS FOR: *(Select one)*  ✓ FULL PROCEEDING  ☐ SPECIFIC PORTION(S) *(Must specify below)*

SPECIFIC PORTION(S) REQUESTED (If applicable):
**Not applicable.**

ADDITIONAL INSTRUCTIONS TO AID IN PREPARATION OF THE TRANSCRIPT:
**Please copy rbiggio@brownandpeisch.com on the deposit amount notice.**

## 3. TYPE OF TRANSCRIPT REQUESTED *(Maximum Rate Per Page)*

| Transcript Type | Original | First Copy to each Party | Each add'l Copy |
|---|---|---|---|
| **Ordinary**: A transcript to be delivered within thirty (30) days after receipt of order. | ☐ $3.65 | ☐ $0.90 | ☐ $0.60 |
| **14-Day Transcript**: A transcript to be delivered within fourteen (14) days after receipt of order. | ☐ $4.25 | ☐ $0.90 | ☐ $0.60 |
| **Expedited/7-Day Transcript**. A transcript to be delivered within seven (7) days after receipt of order. | ☐ $4.85 | ☐ $0.90 | ☐ $0.60 |
| **3-Day Transcript**: A transcript to be delivered within three (3) days after receipt of order. | ✓ $5.45 | ☐ $1.05 | ☐ $0.75 |
| **Daily**: A transcript to be delivered prior to the normal opening hour of the Clerk's Office on the calendar day following receipt of the order, regardless of whether or not that calendar day is a weekend or holiday. | ☐ $6.05 | ☐ $1.20 | ☐ $0.90 |
| **Hourly**: A transcript of proceedings to be delivered within two (2) hours from receipt of the order. | ☐ $7.25 | ☐ $1.20 | ☐ $.090 |
| **Realtime Unedited Transcript**: A draft unedited transcript produced by a certified realtime reporter as a byproduct of realtime to be delivered electronically during proceedings or immediately following receipt of the order. | ☐ $3.05 One feed | ☐ $2.10 Two to Four feeds | ☐ $1.50 Five or more feeds |
| **CD of electronically recorded proceeding** | ☐ $32.00 | | |

## 4. CERTIFICATION: By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 06/05/2023 | */s/ Philip J. Peisch* |