## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

| | |
|---|---|
| Jonathan R., minor, by Next Friend Sarah DIXON, *et al.* </br>     Plaintiffs, </br></br> v. </br></br> Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et al.* </br>    Defendants. | No. 3:19-cv-00710 |

### CERTIFICATE OF SERVICE

  I, J. Alexander Meade, counsel for Plaintiffs, hereby certify that I have this 6th day of July, 2023, electronically filed this "***Certificate of Service***" with the Clerk of the Court using the CM/ECF system, reflecting service of "***Plaintiffs' Seventh Request for Production of Documents to Defendant Department of Health and Human Resources***" upon counsel listed below via electronic mail:

Philip J. Peisch, Esquire
Caroline M. Brown, Esquire
Julia Siegenberg, Esquire
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20001

Steven R. Compton, Esquire
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301

            */s/ J. Alexander Meade*
            J. Alexander Meade (WVSB #13021)