UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| Jonathan R., minor, by Next Friend Sarah DIXON, *et al.* ) ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:19-cv-00710 |
| ) | |
| Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et al.* ) ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, J. Alexander Meade, counsel for Plaintiffs, hereby certify that I have this 20th day of July, 2023, electronically filed this "***Certificate of Service***" with the Clerk of the Court using the CM/ECF system, reflecting service of **"*Plaintiffs' Eighth Request for Production of Documents to Defendant Department of Health and Human Resources*"** upon counsel listed below via electronic mail:

Philip J. Peisch, Esquire
Caroline M. Brown, Esquire
Julia Siegenberg, Esquire
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20001

Steven R. Compton, Esquire
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301

*/s/ J. Alexander Meade*
J. Alexander Meade (WVSB #13021)