UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JONATHAN R., *et al.*, | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| JIM JUSTICE, in his official capacity as Governor of West Virginia, *et al.*, | ) Case No. 3:19-cv-00710 |
| *Defendants*. | ) |

### DEFENDANTS' RENEWED MOTION TO DISMISS THE CLAIMS OF NAMED PLAINTIFF GARRETT M.

Defendants by and through their undersigned counsel, hereby move this Honorable Court to dismiss named Plaintiff Garrett M. because they lack standing. The bases for this Motion are set forth in the Defendants' accompanying Memorandum of Law, which is incorporated by reference.

Respectfully submitted,

August 14, 2023

*/s/* Philip J. Peisch
Philip J. Peisch (WVSB #13731)
Caroline M. Brown
Julia M. Siegenberg
Brown & Peisch PLLC
1225 19th Street NW
Washington, DC 20036

*/s/* Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301

1

## CERTIFICATE OF SERVICE

I, Philip J. Peisch, hereby certify that I caused a true and correct copy of Defendants' Motion to Dismiss the Claims of Named Plaintiff Garrett M. to be delivered to the following via ECF notification:

> Marcia Robinson Lowry
> Julia Tebor
> Tavi Unger
> A Better Childhood
> 355 Lexington Ave. Floor 16
> New York, NY 10017
>
> Richard W. Walters
> J. Alexander Meade
> Brian L. Ooten
> Shaffer & Schaffer, PLLC
> 2116 Kanawha Blvd East
> P.O. Box 3973
> Charleston, WV 25304
>
> Lori Waller
> Disability Rights of West Virginia
> 1207 Quarrier Street, Suite 400
> Charleston, WV 25301

August 14, 2023

/s/ Philip J. Peisch
Philip J. Peisch (WVSB #13731)
Caroline M. Brown
Julia M. Siegenberg
Brown & Peisch PLLC
1225 19th Street NW
Washington, DC 20036

/s/ Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301