IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

          Plaintiffs,

v.                                      CIVIL ACTION NO.  3:19-cv-00710

JIM JUSTICE, et al.,

          Defendants.

## ORDER

Pending before the court are Defendants' Motion for Leave to File Under Seal [ECF No. 343] the supporting exhibits to their Motion to Disqualify Next Friends and Plaintiffs' Motion for Leave to File Under Seal [ECF No. 349] the unredacted version of their exhibits in support of their response to Defendants' Renewed Motion to Dismiss. The motions [ECF Nos. 343, 349] are **GRANTED**. The parties should file the sealed documents by **August 21, 2023**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

                    ENTER:     August 18, 2023

                    JOSEPH R. GOODWIN
                    UNITED STATES DISTRICT JUDGE