# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| Jonathan R., minor, by Next Friend, Sarah DIXON, et al., ) ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 3:19-cv-00710 |
| ) | |
| Jim JUSTICE, et al., ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I, Philip J. Peisch, hereby certify that I electronically filed the Certificate of Service for Defendants' Response to Plaintiffs' Eighth Request for Production of Documents via ECF, and caused a true and correct copy of Defendants' Response to Plaintiffs' Eighth Request for Production of Documents to be delivered to the following via electronic mail:

Marcia Robinson Lowry
Julia Tebor
Jonathan Borle
Lindsay Gus
A Better Childhood
355 Lexington Ave. Floor 16
New York, NY 10017

Richard W. Walters
J. Alexander Meade
Shaffer & Schaffer, PLLC
2116 Kanawha Blvd East
P.O. Box 3973
Charleston, WV 25304

J. Marty Kazezka
Disability Rights of West Virginia
1207 Quarrier Street, Suite 400
Charleston, WV 25301

August 18, 2023                                     /s/ Philip J. Peisch
                                                    Philip J. Peisch (WVSB #13731)
                                                    Julia M. Siegenberg, *pro hac vice*
                                                    Caroline M. Brown, *pro hac vice*

1

    Brown & Peisch PLLC
    1225 19th Street NW, Suite 700
    Washington, DC 20036

    /s/ Steven R. Compton
    Steven R. Compton (WVSB #6562)
    West Virginia Attorney General's Office
    812 Quarrier Street, 2nd Floor
    Charleston, WV 25301