IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

          Plaintiffs,

v.                                CIVIL ACTION NO. 3:19-cv-00710

JIM JUSTICE, et al.,

          Defendants.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion and Order granting Defendant's Renewed Motion to Dismiss the Claims of Named Plaintiff Garrett M [ECF No. 337], the Court **ORDERS** that judgment be entered in favor of Defendants, and that Plaintiff Garrett M be **DISMISSED WITH PREJUDICE** from this action.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER:    September 1, 2023

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE