UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | | |
|---|---|---|
| **Jonathan R., minor, by Next Friend, Sarah DIXON,** *et al.,* | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Class Action 3:19-cv-00710 |
| v. | ) ) | |
| **Jim JUSTICE, in his official capacity as the Governor of West Virginia,** *et al.,* | ) ) ) ) | |
| Defendants. | ) | |

## STIPULATED EXTENSION OF TIME FOR PLAINTIFFS TO FILE MOTION TO COMPEL

In accordance with Local Rule 37.1, it is hereby stipulated and agreed by and between Plaintiffs and Defendants that Plaintiffs' deadline to file a Motion to Compel the Production of Documents responsive to Plaintiffs' 8th Set of Requests for Production shall extend to October 4, 2023.

Respectfully submitted this 8th day of September 2023.

Prepared by:

*Attorneys for Plaintiffs*

/s/ *Marcia Lowry*
Marcia Lowry, *admitted pro hac vice*
Julia Tebor, *admitted pro hac vice*
Jonathan Borle, *pro hac vice pending*
Lindsay Gus, *admitted pro hac vice*
A Better Childhood

Agreed to:

*Attorneys for Defendants*

/s/ *Philip J. Peisch*
Philip J. Peisch, WVSB #24403
ppeisch@brownandpeisch.com
Caroline M. Brown, *admitted pro hac vice*
cbrown@brownandpeisch.com

1

355 Lexington Avenue, Floor 16
New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415
mlowry@abetterchildhood.org
jtebor@abetterchildhood.org
jborle@abetterchildhood.org
lgus@abetterchildhood.org

*/s/ Richard Walters*
Shaffer & Shaffer, PLLC
Richard W. Walters, WVSB #6809
rwalters@shafferlaw.net
J. Alexander Meade, WVSB #13021
ameade@shafferlaw.net
2116 Kanawha Boulevard, East
P.O. Box 3973
Charleston, WV 25339
Tel: (304) 369-0511
Fax: (304) 369-5431

/s/ *J. Marty Mazezka*
Disability Rights of West Virginia
Lori Waller, WVSB #4572
jmazezka@drofwv.org
1207 Quarrier Street, Suite 400
Charleston, WV 25301
Tel: (304) 346-0847
Fax: (304) 346-0687

Julia M. Siegenberg, *admitted pro hac vice*
jsiegenberg@brownandpeisch.com
Brown & Peisch PLLC
1225 19th St NW, Suite 700
Washington, D.C. 20036
Tel: (202) 499-4258

*/s/ Steven R. Compton*
Steven R. Compton, WVSB #6562
steven.r.compton@wvago.gov
Deputy Attorney General
WV Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301
Tel: (304) 558-2131