# EXHIBIT 4

To: Defendants
From: Plaintiffs
Re: Search Terms & Custodians for ESI re Plaintiffs' 9th set RFPs
Date: September 6, 2023

### 9th Set RFP

- RFP #6
  - Terms—
    - ("QAPIS" OR "quality assurance and performance improvement system") OR (("workgroup" OR) AND ("sample" OR "statistic*" OR "DOJ"))
  - Custodians—
    - Governor Justice, Sherri Young, Cynthia Persily, Rae Bates, Jeffrey Pack, Jeff Coben, Bill Crouch, Rae Bates, Justin Davis, Jeremiah Samples, Bea Bailey, Linda Watts, Laura Barno, Allison Adler, Shaun Charles, Warren Keefer, John Lopez, Cammie Chapman, Susan Richards, Amy Hymes, April Robertson, Jolynn Marra, Mischelle Williams, Pam Holt, Kevin Henson, Cindy Moore, Jane McCallister, Laura Scarberry, Kellie Littlefield, Tina Mitchell, Kristina Wardzel, Lance Whaley, William Belcher, Cree Lemasters, Heather Grogg, Rebecah Carson, Melanie Urquhart, Tammy O'Connell, Paula Ullom.
  - Date limitation—
    - July 1, 2019 to Present.
- RFP #13
  - Terms—
    - ("probation*" OR "suspend*" OR "remov*") AND ("provider*" OR "service provider*")
  - Custodians—
    - Governor Justice, Sherri Young, Cynthia Persily, Rae Bates, Jeffrey Pack, Jeff Coben, Bill Crouch, Rae Bates, Justin Davis, Jeremiah Samples, Bea Bailey, Linda Watts, Laura Barno, Allison Adler, Shaun Charles, Warren Keefer, John Lopez, Cammie Chapman, Susan Richards, Amy Hymes, April Robertson, Jolynn Marra, Mischelle Williams, Pam Holt, Kevin Henson, Cindy Moore, Jane McCallister, Laura Scarberry, Kellie Littlefield, Tina Mitchell, Kristina Wardzel, Lance Whaley, William Belcher, Cree Lemasters, Heather Grogg, Rebecah Carson, Melanie Urquhart, Tammy O'Connell, Paula Ullom.
  - Date limitation—
    - July 1, 2019 to Present.
- RFP #29
  - Terms—
    - ("BCF" OR "bureau for children and families") AND ("split" OR "BSS" OR "Bureau of social services")
  - Custodians—

- - - Governor Justice, Sherri Young, Cynthia Persily, Rae Bates, Jeffrey Pack, Jeff Coben, Bill Crouch, Rae Bates, Justin Davis, Jeremiah Samples, Bea Bailey, Linda Watts, Laura Barno, Allison Adler, Shaun Charles, Warren Keefer, John Lopez, Cammie Chapman, Susan Richards, Amy Hymes, April Robertson, Jolynn Marra, Mischelle Williams, Pam Holt, Kevin Henson, Cindy Moore, Jane McCallister, Laura Scarberry, Kellie Littlefield, Tina Mitchell, Kristina Wardzel, Lance Whaley, William Belcher, Cree Lemasters, Heather Grogg, Rebecah Carson, Melanie Urquhart, Tammy O'Connell, Paula Ullom.
  - Date limitation—
    - None
- RFP # 31
  - Terms—
    - "PIP" OR "Progress Improvement Plan"
  - Custodians—
    - Governor Justice, Sherri Young, Cynthia Persily, Rae Bates, Jeffrey Pack, Jeff Coben, Bill Crouch, Rae Bates, Justin Davis, Jeremiah Samples, Bea Bailey, Linda Watts, Laura Barno, Allison Adler, Shaun Charles, Warren Keefer, John Lopez, Cammie Chapman, Susan Richards, Amy Hymes, April Robertson, Jolynn Marra, Mischelle Williams, Pam Holt, Kevin Henson, Cindy Moore, Jane McCallister, Laura Scarberry, Kellie Littlefield, Tina Mitchell, Kristina Wardzel, Lance Whaley, William Belcher, Cree Lemasters, Heather Grogg, Rebecah Carson, Melanie Urquhart, Tammy O'Connell, Paula Ullom.
  - Date limitation—
    - July 1, 2019 to Present.
- RFP # 39
  - Terms—
    - ("investigat*" OR "investigation unit" OR "IIU") AND ("maltreatment" OR "report" OR "case") AND ("backlog*" OR "behind" OR "crisis" OR "overload*" OR "capacity")
  - Custodians—
    - Governor Justice, Sherri Young, Cynthia Persily, Rae Bates, Jeffrey Pack, Jeff Coben, Bill Crouch, Rae Bates, Justin Davis, Jeremiah Samples, Bea Bailey, Linda Watts, Laura Barno, Allison Adler, Shaun Charles, Warren Keefer, John Lopez, Cammie Chapman, Susan Richards, Amy Hymes, April Robertson, Jolynn Marra, Mischelle Williams, Pam Holt, Kevin Henson, Cindy Moore, Jane McCallister, Laura Scarberry, Kellie Littlefield, Tina Mitchell, Kristina Wardzel, Lance Whaley, William Belcher, Cree Lemasters, Heather Grogg, Rebecah Carson, Melanie Urquhart, Tammy O'Connell, Paula Ullom.
  - Date limitation—
    - July 1, 2019 to Present.
- RFP # 43

- Terms—
    - "Critical Incident Review Team" OR "critical incident*" OR "CIRT"
- Custodians—
    - Governor Justice, Sherri Young, Cynthia Persily, Rae Bates, Jeffrey Pack, Jeff Coben, Bill Crouch, Rae Bates, Justin Davis, Jeremiah Samples, Bea Bailey, Linda Watts, Laura Barno, Allison Adler, Shaun Charles, Warren Keefer, John Lopez, Cammie Chapman, Susan Richards, Amy Hymes, April Robertson, Jolynn Marra, Mischelle Williams, Pam Holt, Kevin Henson, Cindy Moore, Jane McCallister, Laura Scarberry, Kellie Littlefield, Tina Mitchell, Kristina Wardzel, Lance Whaley, William Belcher, Cree Lemasters, Heather Grogg, Rebecah Carson, Melanie Urquhart, Tammy O'Connell, Paula Ullom.

- Date limitation—
    - July 1, 2019 to Present.