# EXHIBIT 5

# WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES
## Bureau for Children & Families



Organizational chart:

- **Cabinet Secretary** — Bill J. Crouch
  - Director of Communications — Allison Adler
  - Chief Information Officer — Shaun Charles
  - Chief Operating Officer — Warren Keefer
  - Office of Drug Control Policy Executive Director — Bob Hansen
  - Director of Office of Constituent Services — John Lopez
  - General Counsel — April Robertson
  - Interim Inspector General — Jolynn Marra
  - Director of Human Resources Management — Mischelle Williams
  - Legislative Liaison — Vacant
  - Interim Executive Director of Health Care Authority — Barbara Skeen
  - Assistant to the Secretary — Rae J. Bates
  - Assistant to the Secretary — Justin Davis
  - **Deputy Secretary** — Jeremiah Samples
    - **Commissioner, Bureau for Children & Families** — Linda Watts
      - Executive Secretary — Bea Bailey
      - Director Family First — Laura Barno
      - Paralegal — Jennifer Strickland
      - Assistant Attorney General — Wil Jones
      - Associate General Counsel — Cammie Chapman
      - Director Division of Training — Susan Richards
      - Director of Safe at Home — Amy Hymes
      - Office of Field Support
      - **Bureau Chief Financial Officer** — Jim Weekly
        - Director Grants & Contracts — Greg Shavers
        - Director Procurement — Anthony Walzer
        - Director Accounting & Reporting — William Coyle
        - Director Payments & Vendor Maintenance — Patricia Nelson
      - **Office of Field Operations North Deputy Commissioner** — Tanny O'Connell
        - Administrative Secretary — Paula Ullom
        - Regional Director Region 1 — Cree Lemasters
        - Regional Director Region 3 — Heather Grogg
        - Director Centralized Intake — Rebecah Carson
        - Director Social Services — Melanie Urquhart
      - **Office of Field Operations South Deputy Commissioner** — Tina Mitchell
        - Administrative Secretary — Kristina Wardzel
        - Regional Director Region 2 — Lance Whaley
        - Regional Director, Region 4 — William Belcher
        - Director Family Services — Vacant
      - **Office of Programs & Resource Development Deputy Commissioner** — Janie Cole
        - Interim Director Division Early Care & Education — Lisa Ertl
        - Director Head Start State Collaboration — Pamela Myers
        - Director Family Assistance — Monica Hamilton
        - Director Children & Adult Services — Vacant
      - **Office of Operations Deputy Commissioner** — Amy Hymes
        - Administrative Secretary — Cheryl McLaughlin
      - **Director Human Resources** — Pam Holt
        - Secretary — Terry Light
      - **Office of Planning, Research & Evaluation Assistant Commissioner** — Kevin Henson
        - Secretary — Cindy Moore
        - Director Planning & Quality Improvement — Jane McCallister
        - Research & Analysis — Laura Scarberry
        - HIPAA Privacy Officer & Emergency Operations — Lynette Terrell
        - Research & Analysis — Kellie Littlefield

Updated 10-25-19

D000002