UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JONATHAN R., minor, by Next Friend SARAH DIXON, *et al.* )<br><br>Plaintiffs, )<br><br>v. )<br><br>JIM JUSTICE, in his official capacity as the Governor of West Virginia, *et al.* )<br><br>Defendants. ) | No. 3:19-cv-00710-JRG |

### **UNOPPOSED MOTION FOR SECOND AMENDED PROTECTIVE ORDER**

Defendants move for the entry of a proposed agreed amended protective order, filed herewith. The Parties have agreed to the language of the proposed order.

Pursuant to Local Rule of Civil Procedure 26.4(a), parties must move only for good cause to deviate from the form Protective Order provided by the Southern District of West Virginia. The Parties agree that the proposed amended order will facilitate time-efficient document production by addressing confidentiality designations in ESI specifically.

October 27, 2023

Respectfully submitted,

Attorneys for Defendants

*/s/* Philip J. Peisch
Philip J. Peisch (WVSB #13731)
Julia M. Siegenberg, *pro hac vice*
Caroline M. Brown, *pro hac vice*
Brown & Peisch PLLC
1225 19th Street NW, Suite 700
Washington, DC 20036

*/s/* Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301