IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

    **Plaintiffs,**

v.                                                   Case No.: 3:19-cv-00710

JIM JUSTICE, et al.,

    **Defendants.**

## ORDER

Pending before the Court is Defendants' Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion for Sanctions. (ECF No. 384). Having considered the Motion and noting that the parties agree to the proposed extension, the Court finds good cause for an extension. Therefore, the Motion is **GRANTED**. Accordingly, it is hereby **ORDERED** that Defendants shall file their Response to the Plaintiffs' Motion for Sanctions on or before **November 17, 2023.** Plaintiffs shall file their Reply, if any, on or before **November 27, 2023.**

The Clerk is instructed to provide a copy of this Order to all counsel of record.

**ENTERED:** November 2, 2023

Cheryl A. Eifert
United States Magistrate Judge