# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

| | |
|---|---|
| Jonathan R., minor by Next Friend Sarah DIXON, *et al.*, ) ) ) *Plaintiffs*, ) ) v. ) ) Jim JUSTICE, in his official capacity as ) the Governor of West Virginia, *et al.*, ) ) *Defendants*. ) | Case No. 3:19-cv-00710 |

## DECLARATION OF RICHARD W. WALTERS IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS

I, Richard W. Walters, declare:

1. I am counsel for Plaintiffs in the above-captioned action and submit this Declaration in support of Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Motion for Sanctions.

2. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of Plaintiffs' deposition of April Robertson taken on November 21, 2023.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on November 27, 2023.

*/s/ Richard W. Walters*
Richard W. Walters, WVSB #6809

1