IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**JONATHAN R., et al.,**

    **Plaintiffs,**

v.                                                                                    Case No.: 3:19-cv-00710

**JIM JUSTICE, et al.,**

    **Defendants.**

## ORDER

    Pending before the Court is Defendants' Unopposed Motion for Leave to File a Surreply. (ECF No. 405). For good cause shown, the Court **GRANTS** the motion. It is so **ORDERED**. Accordingly, the Clerk is **DIRECTED** to file Defendants' Surreply in Opposition to Plaintiffs' Motion for Sanctions and attached Exhibit. (ECF Nos. 405-1, 2).

    The Clerk is instructed to provide a copy of this Order to all counsel of record and any unrepresented parties.

                                                **ENTERED:** December 6, 2023

                                                Cheryl A. Eifert
                                              United States Magistrate Judge