**In the Matter of:**

Jonathan R., et al.,

vs

JIM JUSTICE, et al.

DANIELLE COX

*December 08, 2023*



5010 Dempsey Drive
Cross Lanes WV 25313
304-415-1122

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON


JONATHAN R., et al.,

       Plaintiffs,


 -vs-    Case No. 3:19-cv-00710


JIM JUSTICE, in his official capacity as
Governor of West Virginia, et al.,

       Defendants.



DEPOSITION OF DANIELLE COX
_____

    The deposition of Danielle Cox was
taken on December 8, 2023, at 9:00 a.m.,
at 2116 Kanawha Boulevard, East, Charleston,
West Virginia.
_____




ELITE COURT REPORTING, LLC
5010 Dempsey Drive
Cross Lanes, West Virginia  25313
(304) 415-1122


Tara Arthur, CCR

```
                                                        Page 2
 1              A P P E A R A N C E S

 2     Richard W. Walters
       J. Alexander Meade
 3     Ryan Walters
       Attorneys at Law
 4     Shaffer & Shaffer, PLLC
       P.O. Box 3973
 5     Charleston, West Virginia  25339-3973

 6
       Julia Tebor
 7     Lindsay Gus
       Attorneys at Law
 8     A Better Childhood
       355 Lexington Avenue, Floor 16
 9     New York, New York  10017
       (Participated via Zoom)
10

11     Marty Mazezka
       Attorney at Law
12     Disability Rights of West Virginia
       1207 Quarrier Street, Suite 400
13     Charleston, West Virginia  25301

14
       Caroline M. Brown
15     Attorney at Law
       Brown & Piesch, PLLC
16     1233 20th Street NW, Suite 505
       Washington, DC  20001
17

18     Steven R. Compton
       Attorney at Law
19     West Virginia Attorney General's Office
       812 Quarrier Street, Second Floor
20     Charleston, West Virginia  25301
       (Participated via Zoom)
21

22

23

24
```

```
                                                    Page 3
1              A P P E A R A N C E S (Cont'd)

2
       Jennelle H. Jones
3      Attorney at Law
       WVOT
4      Department of Administration
       Building 1, Room E119
5      1900 Kanawha Boulevard, East
       Charleston, West Virginia  25305
6

7      Chris Ross
       Attorney at Law
8      Pullin Fowler Flanagan Brown & Poe
       901 Quarrier Street
9      Charleston, West Virginia  25301

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

```
 1                     I  N  D  E  X                        Page 4

 2          WITNESS

 3               Danielle Cox

 4          EXAMINATION

 5               by Mr. Walters          Page 05
                 by Ms. Brown            Page 90
 6               by Mr. Walters          Page 93

 7          EXHIBITS

 8               Number 1                Page 22
                 Number 2                Page 36
 9               Number 3                Page 39
                 Number 4                Page 41
10               Number 5                Page 51
                 Number 6                Page 60
11               Number 7                Page 78
                 Number 8                Page 78
12               Number 9                Page 82
                 Number 10               Page 87
13

14

15

16

17

18

19

20

21     Reporter's Certificate:       Page 95
       Errata Sheet/Signature Page:   Enclosed
22

23

24
```

Elite Court Reporting, LLC
DANIELLE COX, 12/08/2023

Page 5

```
1                    DANIELLE COX,
2    called as a witness, first being duly sworn
3    by the Court Reporter/Notary Public,
4    testified as follows, to wit:
5                    EXAMINATION
6    BY MR. WALTERS:
7         Q.  Good morning, Ms. Cox.  My name is
8    Rich Walters.  We met earlier.  I represent
9    the plaintiffs in the matter against DHHR.
10             Could you please state your name,
11   please?
12        A.  Danielle Cox.
13        Q.  Ms. Cox, what's your current title?
14        A.  Chief information security officer.
15        Q.  Where are you currently employed?
16        A.  Office of Technology, Department of
17   Admin.
18        Q.  For the State of West Virginia?
19        A.  Yes.
20        Q.  What is your role in that position?
21        A.  I am responsible for the integrity,
22   availability and security of state data and
23   systems.
24        Q.  How long have you been the chief
```

1     information officer?

2          A.  Since around 2019.

3          Q.  What was your position prior to

4     2019?

5          A.  Security analyst manager.

6          Q.  With the same department?

7          A.  Yep.

8          Q.  How long have you been with the

9     West Virginia Office of Technology?

10         A.  Eleven, 12 years.

11         Q.  Walk me through that.  What did you

12    start as?

13         A.  I started as an analyst, what's

14    called an Information Security Officer I.

15    And then promoted to manager, and then

16    applied for CISO when that became available.

17         Q.  And the Information Officer I, what

18    is their role?  What do they do?

19         A.  You are doing the base -- you know,

20    the basic work.  So typically, we do analyst

21    -- threat hunting, audits, compliance,

22    regulations, policy writing.  We help with

23    some of our services, that type of stuff.

24         Q.  What are your services?  What does

1     the West Virginia Office of Technology do?

2          A.  So the Office of Technology as a

3     whole, or my office -- my team?

4          Q.  Let's start with the office as a

5     whole.

6          A.  Okay.

7          Q.  And then we will break it down

8     by --

9          A.  The office as a whole is a service

10    provider for executive branch agencies.  So

11    we do -- West Virginia is a consolidated IT

12    department, meaning shared services, things

13    like email, network, security, things that

14    are better from a cost estimate, better --

15    if you get the bulk, you get that price

16    deal.  So that's the services we provide is

17    on those areas.  Server management data

18    center.

19         Q.  You said for the executive branch?

20         A.  Yes.

21         Q.  What about the rest of the state

22    agencies?

23         A.  Non-executive branch?

24         Q.  Yes.

Page 8

```
 1          A.  They do what they want.
 2          Q.  Oh, okay.  So they have their own
 3   servers, their own computer systems, their
 4   own systems?
 5          A.  Yeah -- well, education would be
 6   the other biggest entity.  Executive branch
 7   is the -- a lot.
 8          Q.  All right.
 9          A.  Legislative, judicial, they are all
10   -- they do whatever they -- no visibility
11   into their systems.
12          Q.  When you refer to executive branch,
13   that includes DHHR, correct?
14          A.  Yes.  Main departments.
15          Q.  Is that the largest department that
16   you all service?
17          A.  Yes.
18          Q.  Okay.  And what are the divisions
19   -- you mentioned that there was different --
20   I want to say divisions or components of
21   WVOT.  WVOT, is that what you are referred
22   to as?
23          A.  We call ourselves OT -- WVOT, yeah.
24          Q.  What are those?  Are they
```

Page 9

1    divisions?  Are they -- how do you define

2    them?

3          A.   We have -- well, mine is set as an

4    office simply because of the legislative

5    code that establishes my office.  Then

6    there's the PMO office - project management

7    office.  We have an operations team, which

8    is boots on the ground, break/fix type

9    stuff.  We have an engineering team.  We

10   have all of our admin type services, which

11   would be billing, HR, that type of stuff.

12   And then we have Enterprise services, which

13   is everything from specialty applications to

14   like Enterprise architecture, planning.

15         Q.   The first one you mentioned, the

16   PMO --

17         A.   Project management office, yes.

18         Q.   -- what do they do?

19         A.   They are the office that helps

20   basically work with the business and kind of

21   try to connect the technology and the

22   business needs.  We are a hundred percent

23   charge-back service.  They do have to pay

24   for that service.  And they submit plans.

Page 10

1    And we get the state folders together,

2    assign a project manager and make sure they

3    are not resourced -- one agency is not

4    resourced draining from a shared pool of

5    resources essentially.  Only so many --

6          Q.  They actually don't play fair.

7          A.  Yeah.  Only so many IT people to go

8    around.

9          Q.  Right.

10          All right.  I jumped ahead of

11    myself.  Let me back up.  Tell me a little

12    bit about your educational background.

13          A.  I have a dual major in IT in

14    business management.

15          Q.  From?

16          A.  University of Charleston.

17          I have a master's degree from

18    Marshall in technology management with a

19    focus in cyber security.  And then I have a

20    couple of certificates.  I am -- most

21    professional certificates, the CISSP.

22          Q.  When did you get your IT degree at

23    UC?

24          A.  2004, 2005.  And I think the

1    master's degree was probably 2012.

2         Q.  Oh, long after I did my computer

3    work at UC.  It wasn't even called IT back

4    then.

5         A.  Yeah.  No, they paid me to go to UC

6    because of their IT.

7         Q.  A minor in something, information

8    services or -- no.

9         A.  Yeah.  That's what they used to

10   call it.

11        Q.  Is that what it was?

12        A.  Information -- yeah.  They used to

13   call that --

14        Q.  I think I learned COBOL.

15        A.  Oh.  No, thank you.

16        Q.  Yeah.  At least I was past the

17   punch cards.

18        A.  That was in the history books.

19        Q.  Yeah, I understand.

20             MR. ROSS:  We just went into

21   nerd territory.

22        Q.  Prior to coming to work for the

23   state -- or Office of Technology, where did

24   you work at?

```
 1        A.  I was a training director for
 2   Bowles Rice.  I taught attorneys how to use
 3   technology because they couldn't.
 4        Q.  Yeah.  Lucky you.
 5        A.  Yeah.
 6        Q.  All right.  Obviously we are here
 7   today about the issues with the DHHR, the
 8   litigation hold and those matters.  When it
 9   comes to preserving email accounts for DHHR
10   employees specifically, which department
11   would that fall under as far as monitoring
12   -- let's start with as far as maintaining
13   them?
14        A.  I --
15        Q.  Which of your departments that you
16   described for me would that be under, or how
17   did that work?
18        A.  So typically, the work flow -- the
19   work flow is -- it comes in to our office --
20   my office specifically.  It comes in to my
21   analysts.  We have a single point for that
22   for all of the agencies just so we don't
23   miss as many as humanly possible.  And it
24   gets tasked out to analysts to do X, Y and
```

Page 13

1    Z.   So if we get provided an account, we

2    assign it to accounts management to have

3    switches flipped or put it in whatever

4    bucket it needs to be.  Or if we need to do

5    searches, then our analysts typically do the

6    searches.

7         Q.   Okay.  And you're talking

8    specifically about litigation holds, right?

9         A.   Yes.  Accounts, yeah.

10        Q.   Explain to me how the email system

11   works.  For instance, DHHR has obviously

12   thousands of employees and they all have

13   emails?

14        A.   You mean the email flow process?

15        Q.   Yes.

16        A.   Okay.  So the individuals at DHHR,

17   whoever is responsible for a particular

18   employee -- if they are getting a new

19   employee or an employee is leaving, we have

20   forms in our work flow system.  It's called

21   Ivanti.  They submit the request for a new

22   account.  That account -- they provide all

23   of the information that is needed.  That

24   account gets created.  When the employee

Page 14

1    starts, that start date, they can go log in

2    with the information and get their account.

3              The opposite is true.  When they go

4    to leave, the supervisor drops an email --

5    not an email, drops a form.  It tasks it out

6    to the technicians.  And the system starts

7    the automatic deprovision process.  Because

8    we get ten to 15 of those at least a day.

9              And so it goes through and it sees,

10   okay, who is getting access to the email for

11   the next 30 days, copies over everything for

12   them to have access to, gives them access to

13   the email.  And then it will close unless an

14   agency is requested an extension or

15   something.

16       Q.  Okay.  Going back to the creation

17   of the email accounts.  Does that go through

18   your office?

19       A.  My specific team?

20       Q.  Yes.

21       A.  No.

22       Q.  Who does that go through?

23       A.  It goes through accounts

24   management.

Elite Court Reporting, LLC
DANIELLE COX, 12/08/2023

Page 15

```
 1          Q.   Accounts management?

 2          A.   Yeah.   Which is part of operations.

 3          Q.   Okay.   Thanks.

 4               So when a request comes in to

 5     create a new email account for a state

 6     employee, they provide the information, do

 7     they -- as far as access to that particular

 8     account, is that something that is set up by

 9     you, or is that automatic?   How does it work

10     as far as who has access besides the

11     individual it is being set up for?

12          A.   Just the individual that has -- I

13     mean, obviously admin control has access.

14     But no, just them.   Unless it is specified

15     for some reason.

16          Q.   Okay.   So as far as a regular email

17     account, your admin department would have

18     access to it, but nobody else would have

19     access to that email other than that

20     individual unless it was specifically

21     requested?

22          A.   Yes.   Yeah.   And there is actually

23     a form for that.   But that never happens,

24     like when an account is created.
```

1          Q.  It never happens or something that

2    happens that somebody is going to say, make

3    sure I have access to this account when you

4    create it?

5          A.  Yeah.  It doesn't happen.

6          Q.  They could, but they don't?

7          A.  They could, but they don't.  Yeah.

8    Usually that is like after the account

9    creation.

10         Q.  When there is -- an issue arises?

11         A.  Yeah.  Or need help -- admins get

12   assigned, that type of thing, for like

13   secretaries and things.

14         Q.  Right.

15         Okay.  You just mentioned -- when

16   you were walking me through that process,

17   you mentioned the deprovisioning.  So let's

18   talk about that a little bit.  When your

19   office is notified that an account needs to

20   be deprovisioned -- first of all, tell me

21   why that would happen.

22         A.  Separation of employment is the

23   number one.  I mean, they are fired, they

24   are leaving, they are transferring.

1   Especially with like a large agency like

2   DHHR, they change agencies.  That's pretty

3   much it.

4        Q.  What about if there has been a --

5   what's the word I want -- at one period of

6   time there has been no activity?

7        A.  No activity?  So the no activity is

8   a little different.  After 30 days of no

9   activity, the account goes into a locked

10  status.  And then 30 days after that, then

11  it can get deleted.  We have a form for --

12  like if somebody is going to be on sick

13  leave or maternity leave, something like

14  that, we have a form so we know that those

15  accounts shouldn't be shut.  That's a

16  security practice that is standard.  It's in

17  this state 152 or 53 standard to terminate

18  those account -- access.

19       Q.  So if somebody goes on extended

20  leave and you don't receive notification

21  within 60 days, it's going to be taken out?

22       A.  Yeah.

23       Q.  That's not the word I want.  It is

24  going to be deleted.

Elite Court Reporting, LLC
DANIELLE COX, 12/08/2023

```
 1          A.  That's fine.

 2          Q.  Specifically in your department,

 3    talk to me a little bit about the hierarchy.

 4    Who do you report to?

 5          A.  Chief information officer - CIO.

 6          Q.  And who is that?

 7          A.  Currently, it's Heather Abbott.

 8          Q.  How long has Ms. Abbott been there?

 9          A.  In that position, three months --

10    three months.

11          Q.  And who was in that position prior

12    to Ms. Abbott?

13          A.  Josh Spence.

14          Q.  I'm sorry?

15          A.  Josh Spence.

16          Q.  Josh Spence?

17          A.  Uh-huh.

18          Q.  How long was Mr. Spence in that

19    position?

20          A.  Four years.

21          Q.  Do you supervise any individuals

22    directly?

23          A.  Yes.

24          Q.  How many?
```

Elite Court Reporting, LLC
DANIELLE COX, 12/08/2023

```
 1          A.  There's ten people on my team right

 2    now.  I directly supervise the two managers.

 3          Q.  Who are the two managers?

 4          A.  Matt Winfree and Leroy Amos.

 5              THE COURT REPORTER:  What was

 6    the last name?

 7              THE WITNESS:  Amos.

 8              THE COURT REPORTER:  Thank you.

 9          Q.  What was the last name of the first

10    one?

11          A.  Winfree.

12          Q.  Winfree?

13          A.  Yeah.

14          Q.  And so you have two managers.  And

15    underneath each manager, there's four

16    employees?

17          A.  Yes.  Sometimes we -- one guy gets

18    kicked.  But yes.

19          Q.  And what do these employees -- the

20    ten employees under you, what are their

21    purposes, or what are they made to do?

22          A.  So on Winfree's side of the house,

23    he is responsible for security

24    administration, security planning and
```

Elite Court Reporting, LLC
DANIELLE COX, 12/08/2023

Page 20

```
 1    compliance and control.  So he is
 2    essentially the team that tries to prevent
 3    the attacks by keeping the infrastructure
 4    up-to-date by running like vulnerability
 5    scans and pentesting stuff and making sure
 6    that the hackers can't easily get in.
 7              And then on Leroy's side of the
 8    team is where all of our forensics,
 9    investigations, threat hunting and security
10    operations, which would include firewall
11    advanced and point detection.
12         Q.  Which team would be responsible for
13    the litigation holds?
14         A.  The forensic team.
15         Q.  Mr. Amos at this point?
16         A.  Yeah.  I mean, there's a couple of
17    them.  He was our primary for a while, yeah.
18         Q.  How long has he been a manager
19    under you?
20         A.  Amos?
21         Q.  Yes.
22         A.  Or Leroy?
23         Q.  It's Leroy Amos?
24         A.  Leroy Amos, yeah.  Sorry.
```

Page 21

```
 1                 Leroy has been a manager under me
 2    since I took over.  So four years.
 3         Q.  Okay.  And --
 4         A.  He has been on the team a while
 5    though.
 6         Q.  I'm sorry?
 7         A.  He has been on the team a while.
 8         Q.  How long has he been there?
 9         A.  (Laughs.)
10         Q.  Long time?
11         A.  Yeah.  He retires in two years.
12    Okay?  Let's just put it that way.
13         Q.  Lucky man.
14         A.  He is not allowed.
15         Q.  Is his team also responsible for
16    deprovisioning?
17         A.  No.
18         Q.  Who does that?
19         A.  Accounts management.  It's more of
20    a --
21         Q.  Oh, okay.
22         A.  It's more automated.  Because we
23    have 20,000 users.
24         Q.  Right.
```

1          A.   So it's not a very hands --

2     hands-on process.

3          Q.   They receive the document and

4     process it?

5          A.   Yeah.

6               (Exhibit 1 was marked.)

7          Q.   All right.  Ms. Cox, I am going to

8     hand you what's been marked as Deposition

9     Exhibit Number 1.

10         A.   Yeah.

11         Q.   I'll give you a second.  And my

12    first question is going to be, what is it?

13         A.   This is a printout, which I have

14    never actually seen, of our Ivanti service

15    request for a deprovision.

16         Q.   So when we were talking about the

17    requests that you receive to deprovision an

18    employee's email, this is the document that

19    we are referring to?

20         A.   Yes.

21         Q.   And this is a two-page screenshot

22    of that electronically submitted form,

23    correct?

24         A.   Yes.

Page 23

```
 1          Q.   Because when you all receive it,
 2    it's just an electronic --
 3          A.   Yeah.
 4          Q.   -- format --
 5          A.   Yeah.
 6          Q.   -- right?
 7               All right.  For the record, it said
 8    WVOT 0014 and 0015.
 9               All right.  I am going to have you
10    walk me through this.  The first thing I got
11    up top is Service Request 116774.  Is that
12    just the number -- sequential number of --
13          A.   Yeah.  It's the 116,000, yeah.
14          Q.   How long has this service been --
15    or this process been in place?
16          A.   On this system, three years.
17          Q.   Okay.  So is it fair to say that in
18    three years, we deprovisioned 116,000
19    employees?
20          A.   No.  Because a service request can
21    be something else.  But it would -- it's a
22    large number.
23          Q.   Got you.
24          A.   Turnovers average at least 400 a
```

Page 24

1    month.

2           Q.   All right.   Customer, Beth Jarrett.

3    Do you know who Ms. Jarrett is?

4           A.   Bill Crouch's admin -- or the main

5    admin for DHHR.

6           Q.   Who is the individual that

7    typically makes the deprovisioning requests?

8           A.   Whatever the agency decides.   I

9    have no input on that one.   The agency has

10   agreed upon who can submit them.   And we

11   honor that request.

12          Q.   You're just doing what they tell

13   you to?

14          A.   Yeah.   We are a service provider.

15          Q.   And the account -- so this goes to

16   somebody in account management?

17          A.   Yeah.   It goes to a team, and

18   whoever picks it up.

19          Q.   And if you look at the right-hand

20   side there, it says, Team:   Enterprise -

21   Account Management.   Is Enterprise the name

22   of a team?   What is Enterprise?

23          A.   Enterprise means --

24          Q.   The Enterprise?

Page 25

```
 1          A.   -- the Enterprise, yeah.

 2          Q.   The service request details, middle

 3     of the page, comments there, "Remove a

 4     user's current network access when

 5     transferring or completely remove access

 6     when leaving."

 7               Is that something that is typed in

 8     by Ms. Jarrett?  Is that a standard

 9     filled-in box?  What is that?

10          A.   That is a security reminder for the

11     people that are performing tasks.  I don't

12     want them to forget to do stuff.  So we can

13     build in little reminders on the floor.

14          Q.   So that comment is something -- if

15     I were working for DHHR, I pull up this

16     deprovisioning form --

17          A.   They never see that.

18          Q.   Oh, they don't see that?

19          A.   No.  That's on our side.

20          Q.   So that is something that is

21     already there, put in there by you or

22     somebody on your team to remind them of what

23     they are doing?

24          A.   Yes.  That's basically what the
```

Page 26

1    service is.

2         Q.  Right.  And then below that,

3    created by Beth Jarrett.  And then it says,

4    On December 30, 2022, 1:16:29 -- would that

5    be the date that the service request was

6    created or submitted?

7         A.  Yes.

8         Q.  Is there a distinction between the

9    two?  I don't imagine it takes too long to

10   do this.  But if they start doing it at a

11   certain time, would this be when it was

12   submitted or when they started filling out

13   the form?

14        A.  So it was -- when the form was

15   created by was when the form was created.

16   And then the date is when the -- it was

17   done.  They put down here when it was like

18   supposed to be done.  The agency provides

19   us --

20        Q.  The effective date?

21        A.  -- the effective date.  So when the

22   actual thing gets in place -- this internal

23   services responded by, that's when the

24   technician like closed the task.

Page 27

```
 1          Q.  Okay.

 2          A.  Which is -- that's an internal

 3    thing to OT.  That's not really a --

 4          Q.  Right.  And I want to ask you about

 5    that.  So when it says internal services,

 6    January 20th, 2023 -- so 20 days after this

 7    was created, it was -- the internal services

 8    responded or closed it.  What does that mean

 9    by closing it?

10          A.  So internal services for this

11    system means that it was automatically

12    closed, that everything -- all of the tasks

13    had been completed and that they had been

14    closed, and it doesn't stay open in our

15    queue of list of work we need to do.

16          Q.  Okay.

17          A.  Because like each team has like a

18    giant list of work to get completed.

19          Q.  Okay.  Then on the left-hand side,

20    I got parameters.  Is that information that

21    is in --

22          A.  That's what the agency provides us.

23          Q.  So that's information that

24    Ms. Jarrett would have inputted into the
```

1    particular fillable form?

2         A.   Yes.

3         Q.   And I am correct, this is a

4    fillable form that they fill out when they

5    are doing it?

6         A.   Yes.

7         Q.   So you have got her email, the

8    reason for the request, which she was

9    leaving employment -- employee's email,

10   which is what we are deprovisioning,

11   correct --

12        A.   (Nods head.)

13        Q.   -- and then what department?

14             Now, the effective date, that is --

15   again, I think that's what you told me is

16   what Ms. Jarrett put in as to when they want

17   this to be effective?

18        A.   Yeah.

19        Q.   When they want the email access cut

20   off?

21        A.   Yeah.

22        Q.   "Does the person have FACT access?"

23   Now, does that black circle with the X mean

24   yes or no?

Page 29

```
 1          A.  I am going to go with no.  Well --
 2          Q.  I don't know is also an acceptable
 3   answer.
 4          A.  Yeah.  It might be I don't know.
 5   We will go with I don't know.  The nerd in
 6   me says it's no.
 7          Q.  But you are not sure?
 8          A.  Yeah, no.
 9          Q.  The next question, "Would you like
10   someone to access this person's email?  If
11   so, select the person here."
12              You have got an ID number and an
13   email.  What does that do?
14          A.  That gives the mailbox -- that
15   gives Ms. Jarrett access to that mailbox for
16   30 days.
17          Q.  So once the request is put in,
18   whoever puts the request in has the option
19   of putting in an email address to an
20   individual that will have access to that
21   account for the next 30 days?
22          A.  Yes.
23          Q.  And in this case, Ms. Jarrett had
24   access to Mr. Crouch's email address from
```

Page 30

1    approximately December 30, 2022, till

2    January 30, 2023?

3         A.  Yes.

4         Q.  Dates are hard for me.

5             The next one is email substitute.

6    What does that mean?

7         A.  That means when somebody --

8    basically, when you -- she's going to take

9    over emails.  So after where it has got like

10   an away message, it is going to start

11   sending the messages to her so she can cover

12   the work, like what comes in, so she can

13   respond.

14        Q.  All right.  Thank you.  And that's

15   my fault.  I skipped one.

16        A.  Yeah.

17        Q.  There is a message there that says,

18   "If you would like an auto reply on this

19   person's email, please type the auto reply

20   here."

21            So that's something that Ms.

22   Jarrett typed in to say --

23        A.  Uh-huh.

24        Q.  -- for the -- for how long is that

Page 31

1    in place?

2         A.   Thirty days.

3         Q.   Okay.  So for the next 30 days, if

4    an email goes to Mr. Crouch's email, they

5    are going to get this response, and it is

6    going to kick it to the substitute email?

7         A.   Yes.

8         Q.   The next one is, "Please enter name

9    of the person you would like to access this

10   person's MyDrive file."

11             What's a MyDrive file?

12        A.   It is the -- MyDrive is the Google

13   version of OneDrive.  So it's the Cloud

14   version of your document management system.

15        Q.   The actual hard drive -- well --

16        A.   No.

17        Q.   It is not a hard drive?

18        A.   It is Cloud documentation.  If you

19   use Microsoft, you use OneDrive, right?

20        Q.   Right.

21        A.   Google has MyDrive.

22        Q.   Okay.  So it's the access to that

23   particular employee's drive that contains

24   theoretically all of the documents --

Page 32

1          A.   In the Cloud.

2          Q.   -- they have stored on it in the

3    Cloud?

4          A.   In the Cloud, yes.

5          Q.   Okay.  How long does that person

6    have access to MyDrive?  Is that indefinite?

7          A.   It copies it.

8          Q.   Okay.  So it actually copies it to

9    that person's drive as well?  How does that

10   do that?

11         A.   It comes in to a folder -- yeah.

12         Q.   Okay.  So inside Ms. Jarrett's

13   drive, there will be a subfolder that has

14   Bill Crouch's MyDrive files?

15         A.   Yeah.

16         Q.   Okay.  And that is -- that doesn't

17   go away, correct?

18         A.   No.

19         Q.   What's DAA?

20         A.   Designated approval authority.

21         Q.   So that's Ms. Jarrett advising your

22   account management team that she has the

23   authority to do this?

24         A.   Yes.

Page 33

```
 1                    (A discussion was held off the

 2       record.)

 3       BY MR. WALTERS:

 4            Q.  Does DHHR have its own independent

 5       IT department?

 6            A.  Yes.

 7            Q.  What's it called?

 8            A.  MIS.

 9            Q.  What's the role of MIS?

10            A.  To provide customized support to

11       DHHR.

12            Q.  Does MIS have access to the email

13       accounts as well?

14            A.  No.  They don't manage Enterprise

15       systems.  They have access to like the

16       actual user's applications.  They manage

17       like FACTS and RAPIDS, which are data

18       applications within DHHR.  They help plan

19       out their IT projects and stuff, that type

20       of thing.

21            Q.  Does your office coordinate or work

22       with MIS?

23            A.  Yeah.

24            Q.  Quite a bit?
```

1          A.   Yeah.

2          Q.   If MIS wanted to archive an email

3     account, how would they do it?  Would they

4     do it through you all, or would they have

5     the ability to do it themselves?

6          A.   They would do it through us.

7          Q.   So they would send you all a

8     request saying we no longer have this

9     particular account?

10         A.   Yes.

11         Q.   What about searching MyDrives,

12    things like that, do they have the ability

13    to do that?  Or do they have to go through

14    you all?

15         A.   That's us.  Because we maintain the

16    system.

17         Q.   Okay.  So they don't have a choice

18    when it comes to doing -- whether it be for

19    litigation or any other purpose, MIS doesn't

20    have their own independent access?  They

21    can't get into those systems?

22         A.   No.

23         Q.   Everything has to go through you

24    all?

Page 35

```
 1        A.  Right.

 2        Q.  And you all charge them for that,

 3   right?

 4        A.  Yes.

 5        Q.  How does that work?

 6        A.  Hourly rate for investigations.

 7        Q.  And what I am asking is, I guess --

 8        A.  We charge --

 9        Q.  I guess really the question is,

10   why?  I mean, it's all state agencies.  So

11   why are there charges going back and forth?

12        A.  I do security.

13            MR. ROSS:  Good answer.

14        A.  I ain't touching that one with a

15   20-foot pole.

16        Q.  So you all charge them an hourly

17   rate for everything you do, or just certain

18   things?

19        A.  My team has a set rate because you

20   can't opt out of security because you have

21   to have it.  So we charge like per user --

22   per user per month.  And then anything

23   additional that is just for a specific

24   office, we charge an hourly rate.  Things
```

1    like internal investigations, litigation

2    requests, investigations, forensics,

3    examinations, yeah, we charge an hourly

4    rate.

5         Q.  I am going to hand you what we will

6    have marked as Deposition Exhibit Number 2.

7              (Exhibit 2 was marked.)

8         Q.  Ms. Cox, what I've handed you

9    that's been marked as Deposition Exhibit

10   Number 2, it's WVOTdocs 16 and 17.  This is

11   another service request for deprovisioning,

12   correct?

13        A.  Yeah.  Yes.

14        Q.  And this one is for Jeffrey Coben.

15   When the account management team receives a

16   request like this, whether it be Deposition

17   Number 1 or Number 2, do they have any

18   obligation or any requirement to do anything

19   other than deprovisioning the account?

20        A.  No.

21        Q.  Okay.  And just so we are all

22   clear, describe to me what deprovisioning

23   means.

24        A.  Deprovisioning for us is just the

Page 37

```
 1    process that we go through to close out the
 2    account, free up the user license and to
 3    close out our association with that account
 4    basically.
 5         Q.  So no one in your office based upon
 6    a deprovision request like we are looking at
 7    in Number 2, nobody in your office will be
 8    required to go in there and view or look at
 9    any of the emails to determine what exactly
10    is being deleted?
11         A.  No.  We would never do that.
12         Q.  And I think you've already
13    mentioned it.  But after a certain amount of
14    time -- well, walk me through it.  Your team
15    receives the request?
16         A.  Uh-huh.
17         Q.  What do they do to trigger the
18    30 days?  From a physical standpoint, what
19    do they do?  They log in and do what?
20         A.  They just log in.
21         Q.  And, I mean, they've got to -- tell
22    me what they are doing.  Are they notifying
23    Google that we are hereby deprovisioning?
24    What triggers the 30-day?  So they receive
```

1  this?

2      A.  It would be after the effective

3  date that's provided.

4      Q.  What I am after here is what

5  exactly is the management team member doing?

6  When they log in to the computer system,

7  what are they doing?  Are they hitting a

8  toggle, or are they sending an email?  What

9  are they physically doing to cause this to

10  happen?

11      A.  So typically what's happening is --

12  when the information has been requested,

13  they verify that the account -- the

14  information is good.  It has got a tie-in

15  with another system.  So they approve the

16  request.  The access gives -- is provided to

17  whoever needs it.  And it sets up a series

18  of scripts that will run at set times and

19  deadlines.

20      Q.  So they are logged in to another

21  system.  And they indicate in that other

22  system this account is going to be

23  deprovisioned in 30 days?

24      A.  Yeah.

Page 39

1        Q.  And somehow that gets transmitted

2   to Google?

3        A.  Yes.  Scripts.

4        Q.  Is that through the scripts?

5        A.  Yeah.  It is all automated.

6        Q.  And once that 30 days hits, what

7   happens?  What's your understanding of what

8   happens to the account?

9        A.  Once the 30 days is -- it closes,

10  and there is no longer a license associated

11  with that employee for that email address,

12  and those resources are freed back up.

13              (Exhibit 3 was marked.)

14       Q.  All right.  I am going to hand you

15  what I have marked as Deposition Exhibit

16  Number 3, which is WVOT 0034.  I'll give you

17  a second to take a look.  And just basically

18  tell me what this is.

19       A.  This is the account management

20  procedure for basically a disabled account

21  process, so when an account is disabled.

22       Q.  Okay.  And down at the bottom,

23  there is a 24.  Does that -- to me, that

24  would reflect this is page 24 of their

Page 40

1    standard procedures management policy?

2        A.  Well, yes.  Sort of.  This is part

3    of -- it's called the -- it's called the

4    Bible.

5            So the staff has a giant book of

6    processes -- yeah.  And this is the one that

7    was dealing with your topic.  Like the one

8    before it could have been how to deal with

9    fishing emails.

10       Q.  There is no rhyme or reason, it is

11   just a collection --

12       A.  Yeah.

13       Q.  -- a collection of different

14   policies and procedures?

15       A.  It existed before me.

16       Q.  This one apparently existed since

17   December of 2003?

18       A.  Yes.

19       Q.  And it goes through -- if you look

20   at the top there -- the reasons why accounts

21   become disabled, employment separation,

22   security reasons.  Third paragraph there,

23   disabled accounts will be purged after being

24   disabled 30 calendar days?

Page 41

```
1          A.   Uh-huh.

2          Q.   This includes home directories,

3     data sets, emails and accounts.   No

4     extensions will be accepted.   After 30 days,

5     accounts will be purged accordingly.

6               So that policy has been in effect

7     for at least 20 years, correct?

8          A.   Yeah.   That was before me.

9          Q.   This particular policy, the 30-day

10    purge, is that pretty --

11         A.   Industry standard?

12         Q.   Yes.

13         A.   Yes.   Especially when dealing with

14    Cloud documents.   It's the default for both

15    Microsoft and Google.

16         Q.   Is it pretty common knowledge in

17    your office?

18         A.   In the technology world, yeah.

19               (Exhibit 4 was marked.)

20         Q.   Ms. Cox, I just handed you what's

21    been marked as Deposition Exhibit Number 4.

22    And it is an eight-page document from --

23    WVOT 18 to WVOT 25.

24               Are you familiar with this
```

Page 42

1    document?

2         A.  Yes.

3         Q.  Can you tell me what it is?

4         A.  It's our Enterprise Lifecycle

5    Management for Google.

6         Q.  Enterprise Lifecycle Management for

7    Google, what does that mean?

8         A.  Lifecycle Management in IT is like

9    the process of when you start, you begin and

10   you end.

11        Q.  Lifecycle?

12        A.  Yes.  Sorry.

13        Q.  That's okay.  That's why I

14   wanted -- just because it says the word

15   doesn't necessarily mean I understand it.

16        A.  It's a circle.

17        Q.  It's a circle?

18        A.  Yes.

19        Q.  And when you say for Google -- is

20   this something that was provided to you by

21   Google?  Something you all created?  Where

22   did this come from?

23        A.  This was the update.  So before --

24   because we switched to Google in 2022.  And

Page 43

1    so this is the updated version that used to

2    be for Microsoft.  It's whatever our

3    Enterprise standard email tool is.

4         Q.  Got you.

5             Go to page 2 of this document.  At

6    the bottom, there is a section that says,

7    Offboarding/Termination at Agency Level?

8         A.  Yeah.

9         Q.  Agency submits employee details to

10   the service desk being via an Ivanti form?

11        A.  Which is -- yeah.

12        Q.  Is that Deposition Exhibit Number 1

13   and 2?

14        A.  Yes.

15        Q.  So that's the Ivanti form that they

16   referred to as deprovisioning.  And that

17   triggers -- the next one there says, Disable

18   account in AD.  So that triggers the

19   disabling of the account --

20        A.  Yes.

21        Q.  -- which was the document we looked

22   at just a second ago?

23        A.  Yes.

24        Q.  Okay.  And then the next sentence

Page 44

1    there says, Delegating to an executor.  That

2    would be what we saw on the deprovisioning

3    form, the delegation to the executor for the

4    next 30 days.  And in our case, for the

5    Deposition 1 and 2, would have been Beth

6    Jarrett, correct?

7         A.  Yes.

8         Q.  Now I want to take your attention

9    to -- if you go -- Bates numbers down at the

10   bottom is what I will refer to.  Those are

11   the little numbers down at the bottom.

12   Page 21 -- or Bates number 21.

13            Down at the bottom there, it says,

14   If user returns to work in different

15   department or different agency based on

16   policy, best practice is to start these

17   return users with a brand new account.

18            Now, we got a bunch of redactions,

19   which I am not sure why we got policies

20   redacted.  But it's -- go ahead.  Is the

21   stuff that is redacted this stuff that shows

22   you how to do it?

23        A.  Yeah.

24        Q.  Okay.

Page 45

```
 1          A.   It is nerd stuff that can be
 2   backward engineered to hack systems.
 3          Q.   That's what I kind of thought.
 4          A.   Sorry.
 5          Q.   No, that's good.
 6          A.   You can't have it.
 7          Q.   If that's what it is, I don't want
 8   it.
 9          A.   You won't understand what it says
10   anyway.  That's fine.
11          Q.   Right.  Yeah.  I took COBOL.
12          A.   It is definitely not COBOL.
13          Q.   The top of the next page, "If a
14   user returns before 25 days after account
15   deletion in Google, the account can be
16   restored."
17          A.   Yes.
18          Q.   First of all, let's break that
19   down.  What's account deletion in Google?
20          A.   It's the removal of the license.
21          Q.   Now, when you say account deletion,
22   is that after the 30 days, or is that --
23   when does --
24          A.   It's within the 30 -- it's within
```

Page 46

1   the 30 days.

2        Q.   Okay.   Because it says after

3   account deletion.   So I am trying to figure

4   out from a time frame what that means.   Does

5   it mean -- when I send in -- when your

6   management team submits the deprovisioning,

7   does that -- is that the account deletion?

8        A.   Yes.

9        Q.   Okay.

10        A.   Yeah.

11        Q.   So they are saying at that point in

12   time it is account deletion.   So we can

13   recover it -- well, wouldn't they be able to

14   recover it within that entire 30-day period?

15        A.   Yes.   However, this is specifically

16   for the Google admin.   If it's the next

17   five days, the 25 through the 30, we have to

18   put a request in with Google.   So this is

19   specifically for the Google admin since this

20   is a document for staff to understand the

21   responsibilities.

22        Q.   When it says from Google admin,

23   that's something your staff has access to?

24        A.   Yeah.   Our staff is the Google

1    admin.

2         Q.   Okay.  So for the first 25 days of

3    that 30-day period, your staff can reinstate

4    the account.  If it is within the frame of

5    25 to 30, you have to send a request to

6    Google?

7         A.   Yeah.  It's a very weird technical

8    distinction.

9         Q.   Yeah, it is.

10        A.   Sorry.

11        Q.   That's all right.

12             If you go down to the next -- well,

13   the first sentence after the redaction on

14   the same page -- no, back on 22.

15        A.   I know.  But it was a bullet of the

16   previous one.  So I needed to see what it

17   was.

18        Q.   Got you.  Sure.

19             You see where it says users will

20   remain in a suspended state until 30 days

21   have passed.  After 30 days, admins can

22   delete the account in the admin panel or in

23   bulk using GAM.

24             Explain that to me, please.

Page 48

1          A.   That's some of the automated

2     scripting.

3          Q.   I guess the part that confuses me,

4     it says admins can delete the account.   I

5     thought it was automatically deleted

6     after 30.

7          A.   It is.   And the admins are

8     technically doing it.   So when it's

9     automated, you still have to assign a

10    responsibility to somebody from an

11    administrative point.   So they still have to

12    be responsible for that automated thing.

13    And that's kind of what this is talking

14    about.   It's a technical distinction.   They

15    are not manually doing it, but they are

16    still responsible for it because it's their

17    scripts.

18         Q.   What's the difference between the

19    admin delete and a bulk -- what's GAM?

20         A.   I don't know off the top of my

21    head.   I used to.   It's a service that

22    basically does it.

23         Q.   What's the difference -- the

24    distinction here between a bulk deletion

Page 49

1    versus the admin deletion?  It says the

2    admin -- well, it says admin can do it one

3    of two ways, delete the account in the admin

4    panel or in bulk.

5            So I guess the question is, what's

6    the difference between admin panel and bulk?

7        A.  Typically it is doing it in bulk

8    because that is going to be doing the

9    scripts.  Admins -- when you are doing in

10   the admin panel, it is usually like one off

11   specific issues.  Maybe you created an

12   account with the wrong user initial or

13   whatnot.  And so you are having to manually

14   do that -- something to a specific account.

15       Q.  Versus having it automated?

16       A.  Yeah.  You want to try to avoid

17   that as much as possible, give them the

18   volume.

19       Q.  And then after that 30 days -- I

20   don't know if you said it or not.  But after

21   that 30 days, there is no recovery, there is

22   no chance?

23       A.  No.  It is gone.

24       Q.  It is gone.

Page 50

```
 1              All right.  Explain to me how --
 2    well, let's start with your understanding of
 3    what a litigation hold is.
 4         A.  We do what the agency requests.
 5    That's what it means.
 6         Q.  Well, yeah.  But what is it?  What
 7    is a litigation hold?
 8         A.  For us?
 9         Q.  Yes.
10         A.  We hold whatever the agency
11    requests.
12         Q.  So from your standpoint, a
13    litigation hold is, you got a request from
14    an agency to preserve certain documents or
15    certain email accounts?
16         A.  Certain email accounts, yes.
17         Q.  And from your standpoint, do you
18    care whether it is a litigation hold or just
19    a request to hold the email account?
20         A.  No.
21         Q.  So you're just getting a request
22    from an agency --
23         A.  I have technicians, yeah.
24         Q.  -- don't delete these accounts?
```

Elite Court Reporting, LLC
DANIELLE COX, 12/08/2023

Page 51

1    You don't care why?

2        A.   Correct.

3        Q.   Okay.  And is there a particular

4    form that the agency is supposed to use when

5    requesting that?

6        A.   There is now.  We have worked on

7    one recently.  There hasn't been a

8    particular form.  Each agency has done it

9    differently over the years.

10       Q.   So you didn't have a manner in

11   which -- or a particular form that most

12   agencies used?

13       A.   Most agencies use our investigation

14   request form because it's a standard form

15   they are used to.  So typically that's what

16   we see.

17            (Exhibit 5 was marked.)

18       Q.   Ms. Cox, I have handed you what's

19   been marked as Deposition Exhibit Number 5.

20   Is this the technical investigation request

21   you just referenced?

22       A.   Yes.

23       Q.   Okay.  And I think you told me that

24   this is what most agencies use when

1    requesting a hold?

2         A.  Hold, investigation, internal

3    investigation, FOIA requests, yeah.

4         Q.  Anything that says don't delete the

5    email account?

6         A.  Yeah.

7         Q.  And this -- it's a multiple-page

8    document.  I have got a revised date of

9    April -- well, an issue date of

10   February 26th, 2008, with a revision date of

11   April 25, 2022.  It's a seven-page document.

12   And there is an appendix, Appendix A.  Is

13   this the actual form that the agency would

14   submit to your agency?

15        A.  Yes.

16        Q.  And what would you expect to see on

17   this form as far as any type of a hold goes?

18   If they are requesting that you hold certain

19   email accounts, what would you see on here?

20        A.   Typically, the agency puts it in

21   Section 3, purpose of whatever they are

22   needing.

23        Q.  And then Section 2 would be a list

24   of the individuals --

Page 53

```
 1        A.  Yes.

 2        Q.  -- with their email accounts?

 3        A.  And their User ID's.

 4        Q.  So I am giving you -- if I am the

 5   agency, I am giving you the User ID, the

 6   email accounts saying don't delete these

 7   emails?

 8        A.  Yes.

 9        Q.  Who in your office would receive

10   Appendix A to Deposition Exhibit Number 5?

11        A.  The CSO box, which is a group

12   mailbox.

13        Q.  It's a what mailbox?

14        A.  It's a group mailbox.

15        Q.  Group.  And you said CSO?

16        A.  Yes.

17        Q.  What is that?

18        A.  Cyber security office.

19        Q.  All right.  Which one does that

20   fall under?

21        A.  Me.

22        Q.  Okay.  So that's under your office?

23        A.  Yeah.

24        Q.  And so it goes into a mailbox.  Who
```

1   has access to that mailbox?  Everybody in

2   your office?

3        A.  Yeah.

4        Q.  And how is this processed?  And I

5   am referring again to Appendix A of Depo 5.

6        A.  Primary investigator grabs it, sees

7   what information is available, sees if it

8   makes sense, and reaches out to the agency

9   if it doesn't.  If it does, we just do it.

10  And it gets assigned out to whichever

11  analyst is available.  And depending on what

12  is needed, it gets done.

13       Q.  And I understand Appendix A can

14  cover a lot more than just an email hold.

15       A.  Yeah.  And they are not required to

16  use that, but -- most default, I guess.

17       Q.  Right.  And so if you have got

18  Appendix A received in your CSO box, you

19  said the primary investigator pulls it?

20       A.  Uh-huh.

21       Q.  Yes?

22       A.  Yes.

23       Q.  We were talking so much before we

24  started the depo, I completely forgot.

1        A.  I know.  I have a bad habit about

2    that.  I know better.

3        Q.  Well, it is not just that.  It is

4    all of the rules -- which you have been

5    doing fine, which is why I haven't even

6    thought about it.  And you will continue to

7    do fine.  But yeah, try to use yes and no.

8    No shoulder shrugs.  Make sure you wait

9    until I finish my question.  And I don't

10   expect this to be long.  But if you need a

11   break, by all means, let us know.

12            With regard to Appendix A, if the

13   -- oh, when the primary investigator

14   received it, you said they assigned it to

15   somebody?

16       A.  It gets assigned.  So it might be

17   the primary investigator.  Depending on what

18   information is actually needed, it might go

19   out to different teams or tasks to be tasked

20   out.  But we have -- the primary

21   investigator typically coordinates it.

22       Q.  Okay.  Who is the primary -- when

23   you say primary investigator, is that an

24   individual or a title of multiple

Page 56

1    individuals?  So you have one, or is there

2    multiple primary investigators?

3          A.   Typically, we have one at any given

4    time.

5          Q.   Who is that currently?

6          A.   Currently -- currently that

7    position needs filled.

8          Q.   Who was in that?

9          A.   Before that, it was Jim Kirk.

10         Q.   Jim Kirk?

11         A.   Before that, it was Avis.  And then

12   Leroy, the manager, steps in and out as

13   needed.

14         Q.   Okay.  And Avis, is that Chris

15   Avis?

16         A.   Yes.

17         Q.   And how long was Chris Avis the

18   primary investigator?  From when to when?

19         A.   Probably for 15 years.

20         Q.   When did he leave the agency?

21         A.   2020.

22         Q.   And then is that when Mr. Jim Kirk

23   took over?

24         A.   Yes.

Page 57

1           Q.  And is Mr. Kirk no longer with the

2      agency, or is he no longer the lead

3      investigator?

4           A.  He's not a full-time employee.  We

5      have him on a temp contract.

6           Q.  So when Chris Avis left the agency,

7      Jim Kirk took over as lead investigator --

8      lead investigator?

9           A.  Lead analyst.

10          Q.  You told me that it goes in a COS

11     box, a particular person pulled it -- I've

12     already lost their title.

13          A.  The lead analyst, lead

14     investigator, whatever you want.

15          Q.  Lead analyst?

16          A.  Yeah.  We just refer to them as

17     leads.

18          Q.  Okay.

19          A.  They're leads.

20          Q.  And that's what I want.  I want

21     your-all's terminology, not mine.

22          A.  Yeah.  Director, manager, lead.

23          Q.  How long was Mr. Kirk the lead?

24          A.  He was fully employed for

Page 58

1    two years.  And then he went to full --

2    contractor status.

3         Q.  So from 2022 to sometime in 20 --

4    I'm sorry -- 2020?

5         A.  Yeah.  The end of 2020 is when

6    Chris left.  And then Kirk took over.

7         Q.  He was there until when in 2022?

8         A.  He is still here.

9         Q.  Is he still the lead?

10        A.  He is still the lead, yeah.

11        Q.  Okay.

12        A.  But I have different -- I mean, I

13   have more analysts right now.

14        Q.  Got you.

15            So when Appendix A would come in or

16   a similar form, and if it was a request just

17   to hold email, an email account, would

18   Mr. Avis or Mr. Kirk actually do it, or

19   would they assign it to an analyst to do?

20        A.   It gets tasked out in Ivanti to

21   accounts management.

22        Q.  And so we are clear, the Appendix A

23   could be used for an email hold, but it also

24   could be used to say search for this

Page 59

1    information or --

2         A.  Yeah.

3         Q.  -- do -- find some data or things

4    along that line, correct?

5         A.  Yes.  Login/logout, times of

6    employees, all sorts of stuff.

7         Q.  Used a lot for determining time

8    clock fraud or --

9         A.  No comment.

10        Q.  -- things along that line?

11        A.  (Nods head.)

12        Q.  When your agency -- whether it be

13   the CSO or the analyst or whoever, when they

14   receive this request to hold an email

15   account, if it's just a request to hold,

16   don't delete, is there any reason for them

17   to go into the account?  Do they look at it?

18   Do they do anything with it?

19        A.  No.

20        Q.  What exactly do they do?  How do

21   they hold it?

22        A.  So in Google -- we use Google

23   Vault.  And there is a retention section in

24   there.  We go and literally move the user

Page 60

1    and say, Okay, this person's email calendar,

2    whatever applications they have with Google

3    are now retained.

4         Q.  And then that email account is

5    retained until when?

6         A.  Until they take off the hold.

7         Q.  The hold.  So what's that --

8         A.  And if something is in there that

9    can't be deleted, the scripts prevent it

10   because those scripts check it.

11        Q.  Thank you.  That's what I was

12   after.  So once that hold gets instigated

13   and initiated, it can't be deleted no matter

14   what else happens until somebody goes in and

15   reviews that hold?

16        A.  Correct.

17             (Exhibit 6 was marked.)

18        Q.  Ms. Cox, I just handed you what's

19   been marked as Deposition Exhibit Number 6.

20   It's a document titled Litigation Hold,

21   three-page document.

22             First question, are you familiar

23   with this particular document?

24        A.  Yes.

Page 61

```
 1        Q.  And when is the first time you saw

 2   this document?

 3        A.  Back in 2019.

 4        Q.  And how is it that you saw it in

 5   2019?  How was it that it came across your

 6   desk?

 7        A.  We do -- on our team, we do like a

 8   weekly review of open investigations, what

 9   my guys are doing.  So they should have --

10   this information goes up to the manager, and

11   the manager shares it to me.

12        Q.  I'm sorry.  One more.  I missed

13   that.

14        A.  Yeah.  The manager, he shared --

15   this one specifically went directly to Chris

16   Avis.  Chris shared it with his manager so

17   we would all be in the loop.

18        Q.  Who was Mr. Avis's manager at the

19   time?

20        A.  Amos -- Leroy Amos.

21        Q.  And how did Mr. Avis receive this?

22        A.  It was in an email attachment.

23        Q.  And what did the email say?  Who

24   was the email from?
```

Page 62

```
 1        A.   Probably Jacqueline.  I don't know.

 2        Q.   Do you recall the email?

 3        A.   No.  It was in the documents we

 4   provided.

 5        Q.   I didn't see it in there.  That's

 6   why I am asking.  Do you think you provided

 7   it and I missed it, or do you think that you

 8   still have it?

 9        A.   I am pretty sure we provided it.

10        Q.   Okay.  We will double-check.

11             And it was an email specifically to

12   Mr. Avis, or is it to all individuals in the

13   To section?

14        A.   All of the individuals.

15        Q.   So Mr. Avis received this via

16   email, and you said from -- you thought from

17   Jacqueline?

18        A.   She was their admin staff that sent

19   stuff.

20        Q.   What's her full name?

21        A.   (No response.)

22        Q.   That's okay.

23        A.   Jacqueline.

24        Q.   Mrs.?
```

Page 63

1          A.   She is nice.

2                    MR. ROSS:   This (indicating)?

3                    MR. WALTERS:   Oh, right.   Yeah,

4     I know you gave us this.   I was talking

5     about the email, the actual email.

6          Q.   Because it's my understanding that

7     the litigation hold letter, Deposition

8     Exhibit Number 6, came to Mr. Avis through

9     an actual email, and this was -- the

10    litigation hold was an attachment to that

11    email?

12         A.   Yes.

13         Q.   And that email is what I am asking

14    about.   Do you think you --

15         A.   We have it.

16         Q.   Okay.   That's why I was asking.   I

17    know you guys gave us a copy of the

18    litigation hold letter.

19         A.   I don't think there was much on the

20    actual email.

21         Q.   That's what I was asking about.   I

22    don't know because I don't think I have seen

23    that.

24         A.   Yeah.   I mean, I can -- I can --

Page 64

1          Q.   Okay.  We will cover that.  That's

2     all I needed to know about that.

3               So when Mr. Avis received this

4     email litigation hold, at some point after

5     that he brought it to your attention?

6          A.   Yeah.

7          Q.   And what did you do or what did

8     your office do when you received this

9     litigation hold?

10         A.   When we received it, we didn't do

11    technically anything for it.  We didn't

12    realize that we had actions that needed

13    taken.

14         Q.   Is there anything in this

15    particular document that tells you -- tells

16    the Office of Technology it didn't do

17    anything?

18         A.   There is nothing that we can do

19    from a technical perspective.

20         Q.   And explain that to me.  What do

21    you mean there is nothing you can do from a

22    technical standpoint?

23         A.   We manage 20,000 emails.

24         Q.   Right.

Page 65

1        A.   Right.   I don't know what is in

2    those emails.   You talked about do we look

3    into an account, do we check an account --

4    no.   When it is something like this and it

5    tells us they are getting sued about foster

6    care, that doesn't mean anything to us.   I

7    mean, we are Google for the state.   So we

8    don't know what our people are doing.

9        Q.   Right.

10       A.   We also get a lot of these types of

11   documents that are FYI's that work is going

12   to come.   Because we did do a lot of work

13   for this -- hundreds of hours we billed

14   DHHR.

15       Q.   So let me make sure I understand

16   this.   When you all received the litigation

17   hold that is Deposition Exhibit Number 6,

18   you treated that more like an FYI, there is

19   going to be a lot of work coming down the

20   pike because we've got massive litigation

21   regarding the foster care system?

22       A.   Yeah.   And when Avis did work --

23   because, you know, we had open cases with

24   MIS for other issues, it immediately went

Page 66

```
 1    into document production.  So our

 2    investigators thought we were completing

 3    whatever our agency needed us to do for this

 4    document.

 5          Q.  Because this particular document

 6    doesn't request that the Office of

 7    Technology preserve or hold any email

 8    accounts, correct?

 9          A.  Well, I mean, it says stuff, yes.

10          Q.  But when you received this --

11          A.  From like a technical perspective,

12    I couldn't act on it, no.

13          Q.  Right.

14          A.  I don't know like which emails.

15          Q.  Right.  There's nothing in this

16    letter that tells you what email addresses

17    need to be preserved?

18          A.  Correct.

19          Q.  And when you received this, was

20    there any discussions with Shaun Charles at

21    MIS to say, listen, do we need to do

22    anything at this point in time?

23          A.  We don't have any call logs that go

24    back that far.  And the emails were pretty
```

1    light.  I know they had a fairly regular

2    sync up on talks.  But like I said, it

3    pretty much went into immediate --

4         Q.  Document production?

5         A.  -- document production.  And from

6    where -- from a technical standpoint --

7    usually when we hit document production,

8    that's what we are doing.  We are not

9    holding specific emails at that point.

10        Q.  And if DHHR wanted the Office of

11   Technology to hold a certain email account,

12   would you expect them to send you a specific

13   request telling you that?

14        A.  They would have to tell me the

15   names, yeah.

16        Q.  Right.  And the passwords and the

17   email accounts?

18        A.  No.  They don't have to tell me

19   passwords.

20        Q.  Because you know them?

21        A.  No.  I don't know them.

22        Q.  You don't know the passwords of the

23   accounts?

24        A.  No.  I don't want to.  That's a

Page 68

1    security risk.

2         Q.  But you would have to know at least

3    the names of the individuals of which

4    accounts they want you to hold in order to

5    do it?

6         A.  Yes.

7         Q.  Have you received requests in the

8    past from DHHR to hold specific email

9    accounts?

10        A.  Yes.

11        Q.  And how did you receive those, do

12   you recall?

13        A.  I'm pretty sure it was the same

14   form.

15        Q.  So you've received similar letters

16   like Deposition Exhibit Number 6 from DHHR

17   telling you to hold specific email accounts?

18        A.  Yeah.  They have had specific like

19   people.

20        Q.  So in 2019, when you received this

21   particular letter, had you already received

22   -- not necessarily in this case, but you had

23   previously received documentation from DHHR

24   saying we need you to preserve these

Page 69

```
 1    particular email accounts?

 2         A.  Yes.

 3         Q.  So they knew how to request you to

 4    hold an account?

 5         A.  Yeah.  I do believe it was a

 6    different attorney though.

 7         Q.  If you look at page 3 of Deposition

 8    Exhibit Number 6, there is an

 9    acknowledgement form on there.  Is that

10    something that your office would typically

11    return?

12         A.  No.

13         Q.  Why not?

14         A.  If we didn't act -- take any

15    action, we don't sign anything.

16         Q.  So there is no point in

17    acknowledging if you don't have to do

18    anything?

19         A.  Correct.

20         Q.  Anybody from DHHR ever contact you

21    to say how come you didn't return the form?

22         A.  I have no idea.

23         Q.  Anybody ever contact you?

24         A.  No.
```

Page 70

```
 1                    MR. WALTERS:  We actually have

 2    been going about an hour.  Let's take a

 3    short five-minute break.

 4                    (Break in proceedings.)

 5    BY MR. WALTERS:

 6         Q.  As we were talking about off the

 7    record, we did locate the email that was

 8    attached -- or that the litigation hold was

 9    attached to.  It was actually sent from a

10    Janet Huffman.  Do you know Janet?

11         A.  No.

12         Q.  I believe she was or is a paralegal

13    in Ms. Robertson's office?

14         A.  I had the J right.

15         Q.  So who was Jacqueline?

16         A.  The other one.  Probably the new

17    paralegal from that one.

18         Q.  All right.  You had mentioned that

19    soon after you received the litigation hold

20    that was Deposition Exhibit Number 6, that

21    your office was engaged in document

22    retention with MIS; is that fair?

23         A.  Yes.

24         Q.  And some pretty extensive document
```

Page 71

1    retention?

2        A.  Very extensive.

3        Q.  Okay.  And to your knowledge, at

4    any time during that entire process, was

5    there ever a request to preserve -- and when

6    I say was there ever, I mean from the time

7    of the litigation hold on December 4th of

8    2019 until August of this year -- did your

9    office receive a request separately or

10   through that interaction with MIS to

11   preserve any email accounts?

12       A.  The specific email account

13   preservations didn't come until this year.

14       Q.  Until --

15       A.  Yeah.

16       Q.  -- August -- there is --

17       A.  Some of them had been put into

18   place for other issues during -- yeah.

19       Q.  Yeah.  And I wanted to get to that

20   too.  Because it's my understanding that

21   there were -- there was at least one

22   individual who had separated employment with

23   the state whose email was preserved.  And I

24   guess that was my question, is why was one

```
1    but nobody else?  And I think that might be

2    the answer.  But it was -- I believe it was

3    Jeremiah Samples?

4         A.  Yeah.  He was preserved.

5         Q.  And he was preserved for some

6    reason other than this litigation?

7         A.  Yes.

8         Q.  Okay.  So the reason that your

9    office was able to produce his emails was

10   not because of any litigation hold or

11   request to preserve it through DHHR in this

12   matter, but from somebody in a different

13   matter?

14        A.  Correct.  And that's why some of

15   them were preserved, is because they have

16   multiple holds.  And they don't have to

17   request for a litigation hold.  When we say

18   a litigation -- it doesn't have to be a

19   litigation hold.  If a cabinet secretary

20   says they want us to hold an email, we are

21   going to hold an email.

22        Q.  Right.  Specifically with regard to

23   Mr. Samples, did you receive a written

24   request from DHHR to hold that email
```

Page 73

```
1    account?

2         A.  No.

3         Q.  How was that communicated to your

4    office?

5         A.  It was called in to my CIO at the

6    time.

7         Q.  And who called that in?

8         A.  Crouch called.

9         Q.  So Bill Crouch called and said I

10   want you to put a hold on Mr. Samples' email

11   account?

12        A.  Yes.  One might have came in later

13   from April's office.  But I don't have that

14   one off -- it might.  Because there was

15   four.  I think she sent four at some point.

16   And it might be in there.  I don't know.

17   There's a lot.

18        Q.  When you say four, do you mean four

19   separate requests or four email accounts?

20        A.  Four email accounts and a request

21   -- and a singular request not related to

22   this case.

23        Q.  Right.  And when was that received?

24        A.  Probably last year.
```

Page 74

```
 1          Q.  It was a request from Ms. Robertson
 2   saying hold these four email accounts, or
 3   something to that effect?
 4          A.  Yes.
 5          Q.  Did she by chance use the PR-1001?
 6   Or am I the only one that refers to it as
 7   that?
 8          A.  You're the only one -- it's the
 9   investigation form.
10          Q.  Yes.
11          A.  No.  She didn't use that form.  I
12   think it was just an email.
13          Q.  Okay.  Sounds so much better than
14   PR-1001 form.
15          A.  We have a lot of PR's, yeah.
16          Q.  I know.
17          A.  You only saw a fraction of them.  I
18   like documentation.
19          Q.  Has DHHR ever used the Appendix A
20   to the PR-1001?
21          A.  Yes.
22          Q.  Has DHHR ever used Appendix A for
23   purposes of preserving email accounts?
24          A.  I don't know.  We don't always have
```

Page 75

1   the reason we are performing the requests.

2   I don't know what their reason is for the

3   request.

4        Q.   Right.  I don't mean a reason.  But

5   have they ever used that form to request the

6   hold on an email account?

7        A.   I don't know.  I would have to go

8   back through all of them.

9        Q.   When you get a -- Deposition

10  Exhibit Number 6 has an acknowledgement

11  form.  When have you ever received -- has

12  your office to your knowledge ever received

13  an email request or a request to preserve

14  email accounts with an acknowledgement form?

15       A.   From DHHR?

16       Q.   Yes.

17       A.   Yes.

18       Q.   And in those situations, would you

19  or somebody in your office fill out the

20  acknowledgement form and send it back?

21       A.   If we had an actionable item --

22  like it listed an account?

23       Q.   Yes.

24       A.   Yes.

Page 76

```
 1          Q.  Okay.  So if they actually sent you
 2    an email similar to Deposition 6 and said
 3    preserve these ten emails and here is the
 4    acknowledgement --
 5          A.  Yes.
 6          Q.  -- then you would actually sign
 7    that acknowledgement and send it back?
 8          A.  Yes.
 9          Q.  So then I guess it stems from that,
10    that the DHHR has received acknowledgement
11    forms from WVOT in the past?
12          A.  Yes.  From Avis.  I know he signed
13    a few of them that we have done.
14          Q.  Avis did?
15          A.  Uh-huh.
16          Q.  This might have been a conversation
17    I had in my head.  I don't know if I asked
18    you this or not.  We talked about how when
19    -- after you received -- after WVOT received
20    the litigation hold, which is Deposition
21    Exhibit Number 6, you began engaging in
22    pretty extensive mining or document
23    retrieval, correct?
24          A.  Yes.
```

1          Q.   Through that document retrieval,

2     would that trigger any action on WVOT's part

3     to preserve an email account if they are not

4     specifically asked to?

5          A.   No.  We don't make assumptions --

6     we try not to.

7          Q.   And your analysts aren't lawyers,

8     they are not going to interpret this stuff

9     and figure out what needs to be held and not

10    held?

11         A.   No.  We are full nerds.

12         Q.   Nothing wrong with that.

13              What type of training does your

14    office provide with regard to

15    deprovisioning, account security, things

16    along that line?

17         A.   That's a broad question.

18         Q.   Well, let me make it a little bit

19    easier for you.  Does your office provide

20    training?

21         A.   Yes.

22         Q.   I have read your forms.

23         A.   I mean, it is nice that somebody

24    has read them.  Policy writing is

1    underappreciated.

2            (Exhibit 7 was marked.)

3       Q.   Ms. Cox, I am going to hand you

4    what's been marked as Deposition Exhibit

5    Number 7.

6       A.   Yes.

7       Q.   I'd ask you to identify what this

8    document is.

9       A.   This is an internal procedure for

10   our technicians.

11      Q.   So this is a -- when you say

12   internal procedure for, you are talking

13   specifically for the West Virginia Office of

14   Technology?

15      A.   Yeah.   It is what our people do.

16   Oh, wait, I lied.

17      Q.   Here, this might be part of your

18   confusion.   Let me give you something else.

19            (Exhibit 8 was marked.)

20      Q.   I've handed you what's been marked

21   as Deposition Exhibit Number 7 and Number 8.

22   Number 7 is a document received from your

23   office dated -- not dated -- but Bates

24   numbers 26 through 33.   Deposition Exhibit

Elite Court Reporting, LLC
DANIELLE COX, 12/08/2023

Page 79

```
 1    Number 8 is what I printed off through your

 2    website.

 3         A.  Yes.  So this is the -- eight is

 4    the overall policy -- overarching policy.

 5    And seven is the step by step, how do you

 6    fill out the form -- a deprovision form and

 7    all of those options that we have.

 8         Q.  Okay.  Give me a little bit more

 9    than that.  What I am looking at here is two

10    documents, both titled Account Management,

11    both issued by CTO, both titled -- now, they

12    are different PR -- I mean, one is a PR and

13    one is a PO.

14         A.  So it's policy -- policies,

15    procedure, process is how --

16         Q.  So Deposition 8 is the overall

17    policy?

18         A.  It's the policy.  It's the

19    structure.

20         Q.  Deposition 7 is the actual

21    procedure for implementing --

22         A.  Yes.

23         Q.  -- Deposition 8?

24         A.  Correct.
```

Page 80

1          Q.  Perfect.

2               And if you look at Deposition

3   Exhibit 7, 3.13, all designated agency

4   contacts will receive training from the WVOT

5   regarding this procedure.  It's on page 1,

6   right under 3.0 --

7          A.  Yes.

8          Q.  -- do you see it there?

9               Okay.  A couple of questions there.

10  What is a designated agency contact?

11         A.  That's the DAA.

12         Q.  Okay.  That's the DAA we talked

13  about?

14         A.  Yeah.

15         Q.  So for purposes of the

16  deprovisionings that we saw earlier, it

17  would have been Beth Jarrett?

18         A.  Yes.

19         Q.  So based upon this policy, somebody

20  at WVOT would have trained Ms. Jarrett on

21  how to complete that particular form?

22         A.  Yes.

23         Q.  As well as everything else

24  contained in this particular policy?

```
 1        A.  Yes.

 2        Q.  Now, if you look at Deposition

 3   Exhibit Number 8 - okay - top of page 2,

 4   3.6, that's in essence the same thing, just

 5   worded differently, correct?

 6        A.  Yes.

 7        Q.  So the designated approval

 8   authority - DAA - in this case is Beth

 9   Jarrett?

10        A.  Yes.  One of them.  They have a

11   list.

12        Q.  How does that work?  I understand

13   you can't have just one for all of DHHR.

14   But who was Ms. Jarrett the DAA for?

15        A.  I would have to go check.  But

16   given this, the cabinet secretary's office.

17        Q.  And I guess that kind of answers my

18   question then.  So you have a list of DAA's

19   that tells you which agencies or which

20   departments they are authorized for?

21        A.  Yes.

22        Q.  Okay.

23        A.  It is a rather long list for DHHR.

24        Q.  I would imagine.
```

Page 82

```
 1              Is anybody else designated as a DAA
 2    for the cabinet secretary's office besides
 3    Ms. Jarrett?
 4         A.  I do not know.
 5         Q.  You would have to look at the list?
 6         A.  Yeah.
 7         Q.  Is anyone in the general counsel's
 8    office a DAA?
 9         A.  I don't know without looking at the
10    list.  It's a big list.
11         Q.  I appreciate that.
12              (Exhibit 9 was marked.)
13         Q.  Ms. Cox, I've handed you what's
14    been marked as Deposition Exhibit Number 9.
15    If you could, explain to me what this
16    document is.
17         A.  This is the policy on how we create
18    policies and procedures.  Because -- yeah.
19         Q.  Did you draft this policy?
20         A.  I did.  I drafted all of the OT
21    policies.
22         Q.  Drafted or revised?
23         A.  They didn't exist before I came to
24    work for the state.
```

Page 83

```
 1          Q.  What year did you start?

 2          A.  These -- these specific ones --

 3          Q.  The reason why I am asking -- so a

 4   lot of these have issue dates of like 2003,

 5   2008.

 6          A.  They were a lot lighter.

 7          Q.  Understood.

 8          A.  Yeah.  Let's just say they didn't

 9   meet my standards.

10          Q.  All right.  If you look at the

11   first page of Depo Number 9 -- I think you

12   told me this was basically a policy of how

13   to create policies?

14          A.  Yes.

15          Q.  And consistent with that

16   representation, 3.3 talks about individual

17   agencies creating policies?

18          A.  Yes.

19          Q.  And if they create their own IT

20   policies, and they are required to submit

21   them to you for review, correct?

22          A.  Correct.

23          Q.  Does DHHR have their own IT

24   policies?
```

Page 84

```
 1        A.  Some of them, yes.

 2        Q.  And do you know who does?

 3        A.  Who writes them?

 4        Q.  No.  Who has them in DHHR, which

 5   departments have their own IT policies?

 6        A.  They would be -- the ones that we

 7   have seen that we know of have been issued

 8   by MIS.

 9        Q.  Okay.  So MIS --

10        A.  MIS is IT for --

11        Q.  DHHR?

12        A.  Yeah.  All of them.  We don't have

13   any like individual IT groups out in the

14   field.

15        Q.  Thank you.

16            So nobody other than -- under DHHR,

17   nobody but MIS would be creating internal

18   policies on IT?

19        A.  On IT stuff, yeah.

20        Q.  So MIS has created its own IT

21   policies for --

22        A.  Yes.

23        Q.  -- DHHR?

24        A.  Yes.
```

Page 85

1            Q.  If you look at the bottom of that

2    page on 3.3.4, Each agency will designate an

3    individual who will be responsible for

4    reviewing all policies and procedures if

5    applicable with all newly transferred and

6    hired employees.

7            Do you know who that individual is

8    for DHHR?

9            A.  No.

10           Q.  Do you know who it is for MIS?

11           A.  No.

12           Q.  Shaun Charles, chief information

13    officer for MIS -- to your knowledge, is he

14    aware of how the deprovisioning works?

15           A.  Yes.

16           Q.  Is he aware of the 30-day

17    destruction policy?

18           A.  I mean, he is now I guess.  Yeah, I

19    don't know -- I have no idea.

20           Q.  Well, I mean, the 30-day policy has

21    been in place for at least 20 years based

22    upon the documentation.  It wasn't a secret,

23    correct?

24           A.  No.

Page 86

```
 1          Q.  And everybody in IT knew it, right?

 2          A.  Right.  He has not been here that

 3   long.

 4          Q.  How long has he been here, do you

 5   know?

 6          A.  I think he has been here less than

 7   four years.  He came like right during COVID

 8   -- I think right before this case actually.

 9          Q.  The training provided by WVOT,

10   would that include the 30-day destruction

11   policy?

12          A.  Yes.  He did Google training for

13   everybody in the Enterprise when we migrated

14   in 2022.

15          Q.  We have talked about Deposition

16   Exhibit Number 6, the litigation hold in

17   2019.  Do you recall in 2022 -- late '22,

18   early this year, receiving a request to

19   preserve Bill Crouch's email address from

20   DHHR?

21          A.  We had one in October.

22          Q.  You don't recall anything prior to

23   October?

24          A.  No.
```

Page 87

```
 1          Q.  Do you recall receiving a
 2    litigation hold letter from DHHR in late '22
 3    or early 2023?  And when I say a litigation
 4    hold, I am referring to something similar to
 5    Deposition Exhibit Number 6.
 6          A.  You mean for this specific --
 7          Q.  Not for this -- not necessarily for
 8    this case, just in general, but dealing with
 9    Mr. Crouch?
10          A.  I do not -- I don't recall.
11               (Exhibit 10 was marked.)
12               (A discussion was held off the
13    record.)
14    BY MR. WALTERS:
15          Q.  Ms. Cox, I have handed you what's
16    been marked as Deposition Exhibit Number 10.
17          A.  Yes.
18          Q.  It is a letter dated December 20,
19    2022, from Disciplinary Rights West Virginia
20    to Jeffrey Coben.  Have you seen this
21    document before?
22          A.  No.
23          Q.  No?
24          A.  No.
```

Page 88

1          Q.  If you would, turn to the --

2     there's more on this than there should be.

3     Turn to page 8, the signature line at the

4     very end -- almost the very end.  There is

5     an attachment on this thing.  Probably

6     shouldn't be there.

7          A.  Am I dumb?  Oh, no.  It's the one

8     that is already signed -- okay.

9          Q.  Yes.  Signature line.

10         A.  Sorry.

11         Q.  There you go.  That's okay.

12              Below that signature there, there

13    is a handful of people that are cc'd on

14    this.  And if you flip to the next page,

15    that list continues.  So I wouldn't be

16    shocked if it wasn't there.  I did my own

17    copying.

18              Nobody on those cc's -- well, is

19    anybody on those cc's in your office?

20         A.  No.

21         Q.  Do you recall whether or not in

22    December of 2022 anybody in your office

23    received this letter?

24         A.  I don't recall, no.

Page 89

```
 1            Q.  Do you know whether or not you
 2    received a litigation hold request as a
 3    result of this letter?
 4            A.  I don't recall.
 5            Q.  It's fair to say you did not
 6    receive a request to preserve Bill Crouch's
 7    email account prior to October of this year,
 8    correct?
 9            A.  By technical standards, no.
10            Q.  How many -- throughout the course
11    of the year, do you have a feel for how many
12    requests that you receive to preserve email
13    accounts?
14            A.  For just email, before this year?
15            Q.  Before this year.
16            A.  About 30.
17            Q.  About 30 a year?
18            A.  Yeah.  Rotating.  Maintaining 30.
19    Some go in, some come out.
20            Q.  So at any given time, you are
21    maintaining 30 email accounts?
22            A.  Yeah.
23            Q.  And I know when we looked at
24    Deposition Exhibit 1 and 2, the
```

Page 90

1    deprovisioning documents, it didn't include

2    -- there's nothing on there that says, you

3    know, hold this account or anything along

4    that line?

5         A.   Correct.

6         Q.   But if the individual submitting

7    that email to your office wants you to hold

8    the account, it would be as simple as doing

9    a follow-up email to that saying hold the

10   account that we just deprovisioned?

11        A.   They could do that, yeah.

12        Q.   Picking up the phone and calling

13   you and asking you to?

14        A.   If they wanted to, yes.

15             MR. WALTERS:  Ms. Cox, let's

16   take a short break.  I think I am about

17   done.

18             (Break in proceedings.)

19             MR. WALTERS:  We have nothing

20   further.  Thank you very much.

21                    EXAMINATION

22   BY MS. BROWN:

23        Q.   I have just a few quick follow-up

24   questions.

1              For the training of individuals at

2    the agency who have designated approval

3    authority that WVOT gives the training, are

4    there any written training materials?

5         A.  No.  They typically go through like

6    one-on-one with them in how to do the forms

7    and stuff.

8         Q.  I just wanted to make sure.  So is

9    there any sort of training checklists, I

10   covered these topics with the person being

11   trained?

12        A.  No.

13        Q.  Okay.  Do you know whether the

14   30-day deletion of email accounts is part of

15   the training?

16        A.  For the DAA?

17        Q.  Yes.

18        A.  No.  I have no idea.

19        Q.  And then just a few quick questions

20   about the document that the 12 -- the

21   December 2019 litigation hold document.

22              MR. WALTERS:  Depo Number 6.

23              MS. BROWN:  Number 6, yes.

24   Sorry.

Page 92

1         Q.  I think you testified that nothing
2    could be done based on this document from a
3    technical perspective; is that right?
4         A.  Right.
5         Q.  And there was a team meeting of
6    some sort at which this document was
7    reviewed and discussed; is that right?
8         A.  Yeah.
9         Q.  And to your knowledge, was there
10   any follow-up with Ms. Robertson or anyone
11   else at DHHR that the document was not
12   technically operation -- that there wasn't
13   anything that could be done from a technical
14   perspective based on this -- based on how it
15   was --
16        A.  It was followed up with Charles --
17   Shaun Charles and -- did production.  We
18   didn't -- the document didn't come back up
19   in those discussions, no.
20        Q.  Okay.  But I just -- as far as you
21   know, Chris Avis didn't say to Shaun Charles
22   or anyone else, I am not sure what you want
23   me to do with this document?
24        A.  No.  I don't have records of that.

Page 93

1                    MS. BROWN:   Okay.   That's it for

2     me.

3                        RE-EXAMINATION

4     BY MR. WALTERS:

5          Q.   The follow-up that you were just

6     referring to with Shaun Charles, was that a

7     follow-up to the hold -- I'm sorry --

8     follow-up to Deposition Number 6?   Or was

9     that just the subsequent here are the

10    documents we need you to pull?

11         A.   Say again.

12         Q.   Sure.

13              The follow-up you were just

14    discussing with Shaun Charles --

15         A.   Yeah.

16         Q.   -- was that follow-up specifically

17    to the litigation hold letter of December 4,

18    2019?   In other words, when you received

19    this, was there a conversation with Shaun

20    Charles, or was it -- well, let me stop

21    there.   Was there a conversation as a result

22    of receiving this letter?

23         A.   By itself, no.   I don't believe so.

24    I think it was just a collection.   Because

Page 94

1    there was so many open investigations and

2    stuff, they sync on a regular basis.  So it

3    is like, what are we doing, what do you need

4    us to do at this point.  They have regular

5    calls like that.

6         Q.   And then at some point after that,

7    you started getting the search terms and

8    pulling documents?

9         A.   Yes.

10             MR. WALTERS:   You are done.

11         Read?

12             MR. ROSS:   Yes.

13        (Deposition concluded at 10:48 a.m.)

14             * * * * * * * *

15

16

17

18

19

20

21

22

23

24

1                CERTIFICATE

2

3        I, Tara Arthur, Certified Stenotype

4    Reporter and Notary Public, do hereby

5    certify that the foregoing deposition of the

6    above-named witness, was duly taken by me in

7    machine shorthand, and that the same were

8    accurately written out in full and reduced

9    to computer transcription.

10       I further certify that I am neither

11   attorney or counsel for, nor related to or

12   employed by any of the parties to the action

13   in which this deposition is taken; and

14   furthermore, that I am not a relative or

15   employee of any attorney or counsel employed

16   by the parties hereto or financially

17   interested in the action.

18       My commission expires April 16, 2027.

19

20   _____

     Tara Arthur
21   Certified Court Reporter/Notary Public

22

23

24

1

**Exhibits**

**Cox 120823 E x 1** 4:8 22:6,9 36:17 43:12 89:24

**Cox 120823 E x 2** 4:8 36:6,7, 9,10,17 37:7

**Cox 120823 E x 3** 4:9 39:13, 15,16

**Cox 120823 E x 4** 4:9 41:19, 21

**Cox 120823 E x 5** 4:10 51:17,19 53:10

**Cox 120823 E x 6** 4:10 60:17,19 63:8 65:17 68:16 69:8 70:20 75:10 76:21 86:16 87:5 91:22,23 93:8

**Cox 120823 E x 7** 4:11 78:2, 4,5,21,22 80:3

**Cox 120823 E x 8** 4:11 78:19,21,24 79:1 81:3

**Cox 120823 E x 9** 4:12 82:12,14

83:11

**Cox 120823 E x 10** 4:12 87:11,16

**0**

**0014** 23:8
**0015** 23:8
**0034** 39:16

**1**

**1** 22:6,9 36:17 43:12 44:5 80:5 89:24
**10** 87:11,16
**10:48** 94:13
**116,000** 23:13,18
**116774** 23:11
**12** 6:10 91:20
**15** 14:8 56:19
**152** 17:17
**16** 36:10
**17** 36:10
**18** 41:23
**1:16:29** 26:4

**2**

**2** 36:6,7,10,17 37:7 43:5,13 44:5 52:23 81:3 89:24

**20** 27:6 41:7 58:3 85:21 87:18
**20,000** 21:23 64:23
**20-foot** 35:15
**2003** 40:17 83:4
**2004** 10:24
**2005** 10:24
**2008** 52:10 83:5
**2012** 11:1
**2019** 6:2,4 61:3,5 68:20 71:8 86:17 91:21 93:18
**2020** 56:21 58:4,5
**2022** 26:4 30:1 42:24 52:11 58:3,7 86:14,17 87:19 88:22
**2023** 27:6 30:2 87:3
**20th** 27:6
**21** 44:12
**22** 47:14 86:17 87:2
**24** 39:23,24
**25** 41:23 45:14 46:17 47:2,5 52:11
**26** 78:24

**26th** 52:10

**3**

**3** 39:13,16 52:21 69:7
**3.0** 80:6
**3.13** 80:3
**3.3** 83:16
**3.3.4** 85:2
**3.6** 81:4
**30** 14:11 17:8, 10 26:4 29:16,21 30:1,2 31:3 37:18 38:23 39:6,9 40:24 41:4 44:4 45:22,24 46:1,17 47:5, 20,21 48:6 49:19,21 89:16,17,18, 21
**30-day** 37:24 41:9 46:14 47:3 85:16,20 86:10 91:14
**33** 78:24

**4**

**4** 41:19,21 93:17
**400** 23:24
**4th** 71:7

**5**

**5** 51:17,19 53:10 54:5
**53** 17:17

**6**

**6** 60:17,19 63:8 65:17 68:16 69:8 70:20 75:10 76:2,21 86:16 87:5 91:22,23 93:8
**60** 17:21

**7**

**7** 78:2,5,21,22 79:20 80:3

**8**

**8** 78:19,21 79:1,16,23 81:3 88:3

**9**

**9** 82:12,14 83:11

**A**

**a.m.** 94:13
**Abbott** 18:7, 8,12

**ability** 34:5, 12

**acceptable** 29:2

**accepted** 41:4

**access** 14:10, 12 15:7,10, 13,18,19 16:3 17:18 25:4,5 28:19,22 29:10,15,20, 24 31:9,22 32:6 33:12,15 34:20 38:16 46:23 54:1

**account** 13:1, 22,24 14:2 15:5,8,17,24 16:3,8,19 17:9,18 24:15,16,21 29:21 32:22 34:3,9 36:15, 19 37:2,3 38:13,22 39:8,19,20,21 43:18,19 44:17 45:14, 15,19,21 46:3,7,12 47:4,22 48:4 49:3,12,14 50:19 52:5 58:17 59:15, 17 60:4 65:3 67:11 69:4 71:12 73:1,11 75:6,22 77:3, 15 79:10 89:7 90:3,8,10

**accounts** 12:9 13:2,9 14:17,23 15:1 17:15 21:19 33:13 40:20, 23 41:3,5 50:15,16,24 52:19 53:2,6 58:21 66:8 67:17,23 68:4,9,17 69:1 71:11 73:19,20 74:2,23 75:14 89:13,21 91:14

**acknowledgement** 69:9 75:10,14,20 76:4,7,10

**acknowledging** 69:17

**act** 66:12 69:14

**action** 69:15 77:2

**actionable** 75:21

**actions** 64:12

**activity** 17:6, 7,9

**actual** 26:22 31:15 33:16 52:13 63:5,9, 20 79:20

**AD** 43:18

**additional** 35:23

**address** 29:19,24 39:11 86:19

**addresses** 66:16

**admin** 5:17 9:10 15:13,17 24:4,5 46:16, 19,22 47:1,22 48:19 49:1,2, 3,6,10 62:18

**administration** 19:24

**administrative** 48:11

**admins** 16:11 47:21 48:4,7 49:9

**advanced** 20:11

**advising** 32:21

**agencies** 7:10,22 12:22 17:2 35:10 51:12,13,24 81:19 83:17

**agency** 10:3 14:14 17:1 24:8,9 26:18 27:22 43:7,9 44:15 50:4, 10,14,22 51:4,8 52:13, 14,20 53:5 54:8 56:20 57:2,6 59:12 66:3 80:3,10 85:2 91:2

**agreed** 24:10

**ahead** 10:10 44:20

**allowed** 21:14

**Amos** 19:4,7 20:15,20,23, 24 61:20

**amount** 37:13

**analyst** 6:5, 13,20 54:11 57:9,13,15 58:19 59:13

**analysts** 12:21,24 13:5 58:13 77:7

**answers** 81:17

**apparently** 40:16

**appendix** 52:12 53:10 54:5,13,18 55:12 58:15, 22 74:19,22

**applicable** 85:5

**applications** 9:13 33:16,18 60:2

**applied** 6:16

**approval** 32:20 81:7 91:2

**approve** 38:15

**approximately** 30:1

**April** 52:9,11

**April's** 73:13

**architecture** 9:14

**archive** 34:2

**areas** 7:17

**arises** 16:10

**assign** 10:2 13:2 48:9 58:19

**assigned** 16:12 54:10 55:14,16

**association** 37:3

**assumptions** 77:5

**attached** 70:8,9

**attachment** 61:22 63:10 88:5

**attacks** 20:3

**attention** 44:8 64:5

**attorney** 69:6

**attorneys** 12:2

**audits** 6:21

**August** 71:8, 16

**authority** 32:20,23 81:8

91:3

**authorized** 81:20

**auto** 30:18,19

**automated** 21:22 39:5 48:1,9,12 49:15

**automatic** 14:7 15:9

**automatically** 27:11 48:5

**availability** 5:22

**average** 23:24

**Avis** 56:11, 14,15,17 57:6 58:18 61:16, 21 62:12,15 63:8 64:3 65:22 76:12, 14 92:21

**Avis's** 61:18

**avoid** 49:16

**aware** 85:14, 16

**B**

**back** 10:11 11:3 14:16 35:11 39:12 47:14 61:3 66:24 75:8,20 76:7 92:18

**background**

10:12

**backward** 45:2

**bad** 55:1

**base** 6:19

**based** 37:5 44:15 80:19 85:21 92:2,14

**basic** 6:20

**basically** 9:20 25:24 30:8 37:4 39:17,20 48:22 83:12

**basis** 94:2

**Bates** 44:9,12 78:23

**began** 76:21

**begin** 42:9

**Beth** 24:2 26:3 44:5 80:17 81:8

**Bible** 40:4

**big** 82:10

**biggest** 8:6

**Bill** 24:4 32:14 73:9 86:19 89:6

**billed** 65:13

**billing** 9:11

**bit** 10:12 16:18 18:3 33:24 77:18 79:8

**black** 28:23

**book** 40:5

**books** 11:18

**boots** 9:8

**bottom** 39:22 43:6 44:10, 11,13 85:1

**Bowles** 12:2

**box** 25:9 53:11 54:18 57:11

**branch** 7:10, 19,23 8:6,12

**brand** 44:17

**break** 7:7 45:18 55:11 70:3,4 90:16, 18

**break/fix** 9:8

**broad** 77:17

**brought** 64:5

**BROWN** 90:22 91:23 93:1

**bucket** 13:4

**build** 25:13

**bulk** 7:15 47:23 48:19, 24 49:4,6,7

**bullet** 47:15

**bunch** 44:18

**business** 9:20,22 10:14

**C**

**cabinet** 72:19 81:16 82:2

**calendar** 40:24 60:1

**call** 8:23 11:10,13 66:23

**called** 5:2 6:14 11:3 13:20 33:7 40:3 73:5,7,8, 9

**calling** 90:12

**calls** 94:5

**cards** 11:17

**care** 50:18 51:1 65:6,21

**case** 29:23 44:4 68:22 73:22 81:8 86:8 87:8

**cases** 65:23

**cc'd** 88:13

**cc's** 88:18,19

**center** 7:18

**certificates** 10:20,21

**chance** 49:22 74:5

**change** 17:2

**charge** 35:2, 8,16,21,24 36:3

**charge-back** 9:23

**charges** 35:11

**Charles** 66:20 85:12 92:16,17,21 93:6,14,20

**Charleston** 10:16

**check** 60:10 65:3 81:15

**checklists** 91:9

**chief** 5:14,24 18:5 85:12

**choice** 34:17

**Chris** 56:14, 17 57:6 58:6 61:15,16 92:21

**CIO** 18:5 73:5

**circle** 28:23 42:16,17

**CISO** 6:16

**CISSP** 10:21

**clear** 36:22 58:22

**clock** 59:8

**close** 14:13 37:1,3

**closed** 26:24 27:8,12,14

**closes** 39:9

**closing** 27:9

4

Cloud 31:13, 18 32:1,3,4 41:14

Coben 36:14 87:20

COBOL 11:14 45:11,12

code 9:5

collection 40:11,13 93:24

comment 25:14 59:9

comments 25:3

common 41:16

communicated 73:3

complete 80:21

completed 27:13,18

completely 25:5 54:24

completing 66:2

compliance 6:21 20:1

components 8:20

computer 8:3 11:2 38:6

concluded 94:13

confuses 48:3

confusion 78:18

connect 9:21

consistent 83:15

consolidated 7:11

contact 69:20,23 80:10

contacts 80:4

contained 80:24

continue 55:6

continues 88:15

contract 57:5

contractor 58:2

control 15:13 20:1

conversation 76:16 93:19, 21

coordinate 33:21

coordinates 55:21

copies 14:11 32:7,8

copy 63:17

copying 88:17

correct 8:13 22:23 28:3,11 32:17 36:12 41:7 44:6 51:2 59:4 60:16 66:8,18 69:19 72:14 76:23 79:24 81:5 83:21,22 85:23 89:8 90:5

COS 57:10

cost 7:14

counsel's 82:7

couple 10:20 20:16 80:9

Court 5:3 19:5,8

cover 30:11 54:14 64:1

covered 91:10

COVID 86:7

Cox 5:1,7,12, 13 22:7 36:8 41:20 51:18 60:18 78:3 82:13 87:15 90:15

create 15:5 16:4 82:17 83:13,19

created 13:24 15:24 26:3,6, 15 27:7 42:21 49:11 84:20

creating 83:17 84:17

creation 14:16 16:9

Crouch 73:8, 9 87:9

Crouch's 24:4 29:24 31:4 32:14 86:19 89:6

CSO 53:11,15 54:18 59:13

CTO 79:11

current 5:13 25:4

Customer 24:2

customized 33:10

cut 28:19

cyber 10:19 53:18

**D**

DAA 32:19 80:11,12 81:8,14 82:1, 8 91:16

DAA's 81:18

Danielle 5:1, 12

data 5:22 7:17 33:17 41:3 59:3

date 14:1

26:5,16,20,21 28:14 38:3 52:8,9,10

dated 78:23 87:18

dates 30:4 83:4

day 14:8

days 14:11 17:8,10,21 27:6 29:16,21 31:2,3 37:18 38:23 39:6,9 40:24 41:4 44:4 45:14,22 46:1,17 47:2, 20,21 49:19, 21

deadlines 38:19

deal 7:16 40:8

dealing 40:7 41:13 87:8

December 26:4 30:1 40:17 71:7 87:18 88:22 91:21 93:17

decides 24:8

default 41:14 54:16

define 9:1

degree 10:17, 22 11:1

Delegating 44:1

**delegation** 44:3

**delete** 47:22 48:4,19 49:3 50:24 52:4 53:6 59:16

**deleted** 17:11,24 37:10 48:5 60:9,13

**deletion** 45:15,19,21 46:3,7,12 48:24 49:1 91:14

**department** 5:16 6:6 7:12 8:15 12:10 15:17 18:2 28:13 33:5 44:15

**departments** 8:14 12:15 81:20 84:5

**depending** 54:11 55:17

**depo** 54:5,24 83:11 91:22

**deposition** 22:8 36:6,9, 16 39:15 41:21 43:12 44:5 51:19 53:10 60:19 63:7 65:17 68:16 69:7 70:20 75:9 76:2,20 78:4, 21,24 79:16,

20,23 80:2 81:2 82:14 86:15 87:5,16 89:24 93:8 94:13

**deprovision** 14:7 22:15,17 37:6 79:6

**deprovisioned** 16:20 23:18 38:23 90:10

**deprovisioning** 16:17 21:16 24:7 25:16 28:10 36:11, 19,22,24 37:23 43:16 44:2 46:6 77:15 85:14 90:1

**deprovisionings** 80:16

**describe** 36:22

**designate** 85:2

**designated** 32:20 80:3,10 81:7 82:1 91:2

**desk** 43:10 61:6

**destruction** 85:17 86:10

**details** 25:2 43:9

**detection** 20:11

**determine** 37:9

**determining** 59:7

**DHHR** 5:9 8:13 12:7,9 13:11,16 17:2 24:5 25:15 33:4,11,18 65:14 67:10 68:8,16,23 69:20 72:11, 24 74:19,22 75:15 76:10 81:13,23 83:23 84:4, 11,16,23 85:8 86:20 87:2 92:11

**difference** 48:18,23 49:6

**differently** 51:9 81:5

**directly** 18:22 19:2 61:15

**director** 12:1 57:22

**directories** 41:2

**Disable** 43:17

**disabled** 39:20,21 40:21,23,24

**disabling** 43:19

**Disciplinary** 87:19

**discussed** 92:7

**discussing** 93:14

**discussion** 33:1 87:12

**discussions** 66:20 92:19

**distinction** 26:8 47:8 48:14,24

**divisions** 8:18,20 9:1

**document** 22:3,18 31:14 41:22 42:1 43:5,21 46:20 52:8,11 60:20,21,23 61:2 64:15 66:1,4,5 67:4, 5,7 70:21,24 76:22 77:1 78:8,22 82:16 87:21 91:20, 21 92:2,6,11, 18,23

**documentation** 31:18 68:23 74:18 85:22

**documents** 31:24 41:14 50:14 62:3 65:11 79:10 90:1 93:10 94:8

**double-check** 62:10

**draft** 82:19

**drafted** 82:20,22

**draining** 10:4

**drive** 31:15, 17,23 32:9,13

**drops** 14:4,5

**dual** 10:13

**duly** 5:2

**dumb** 88:7

**E**

**earlier** 5:8 80:16

**early** 86:18 87:3

**easier** 77:19

**easily** 20:6

**education** 8:5

**educational** 10:12

**effect** 41:6 74:3

**effective** 26:20,21 28:14,17 38:2

**eight-page** 41:22

**electronic** 23:2

**electronically** 22:22

**Eleven** 6:10

6

**email** 7:13 12:9 13:10,14 14:4,5,10,13, 17 15:5,16,19 22:18 28:7,9, 19 29:10,13, 19,24 30:5,19 31:4,6 33:12 34:2 38:8 39:11 43:3 50:15,16,19 52:5,19 53:2, 6 54:14 58:17,23 59:14 60:1,4 61:22,23,24 62:2,11,16 63:5,9,11,13, 20 64:4 66:7, 16 67:11,17 68:8,17 69:1 70:7 71:11, 12,23 72:20, 21,24 73:10, 19,20 74:2, 12,23 75:6, 13,14 76:2 77:3 86:19 89:7,12,14,21 90:7,9 91:14

**emails** 13:13 30:9 37:9 40:9 41:3 53:7 64:23 65:2 66:14,24 67:9 72:9 76:3

**employed** 5:15 57:24

**employee** 13:18,19,24

15:6 39:11 43:9 57:4

**employee's** 22:18 28:9 31:23

**employees** 12:10 13:12 19:16,19,20 23:19 59:6 85:6

**employment** 16:22 28:9 40:21 71:22

**end** 42:10 58:5 88:4

**engaged** 70:21

**engaging** 76:21

**engineered** 45:2

**engineering** 9:9

**enter** 31:8

**Enterprise** 9:12,14 24:20,21,22, 23,24 25:1 33:14 42:4,6 43:3 86:13

**entire** 46:14 71:4

**entity** 8:6

**essence** 81:4

**essentially** 10:5 20:2

**establishes** 9:5

**estimate** 7:14

**EXAMINATION** 5:5 90:21

**examinations** 36:3

**executive** 7:10,19 8:6, 12

**executor** 44:1,3

**exhibit** 22:6,9 36:6,7,9 39:13,15 41:19,21 43:12 51:17, 19 53:10 60:17,19 63:8 65:17 68:16 69:8 70:20 75:10 76:21 78:2,4,19,21, 24 80:3 81:3 82:12,14 86:16 87:5, 11,16 89:24

**exist** 82:23

**existed** 40:15,16

**expect** 52:16 55:10 67:12

**explain** 13:10 47:24 50:1 64:20 82:15

**extended** 17:19

**extension** 14:14

**extensions** 41:4

**extensive** 70:24 71:2 76:22

**F**

**FACT** 28:22

**FACTS** 33:17

**fair** 10:6 23:17 70:22 89:5

**fairly** 67:1

**fall** 12:11 53:20

**familiar** 41:24 60:22

**fault** 30:15

**February** 52:10

**feel** 89:11

**field** 84:14

**figure** 46:3 77:9

**file** 31:10,11

**files** 32:14

**fill** 28:4 75:19 79:6

**fillable** 28:1,4

**filled** 56:7

**filled-in** 25:9

**filling** 26:12

**find** 59:3

**fine** 18:1 45:10 55:5,7

**finish** 55:9

**fired** 16:23

**firewall** 20:10

**fishing** 40:9

**five-minute** 70:3

**flip** 88:14

**flipped** 13:3

**floor** 25:13

**flow** 12:18,19 13:14,20

**focus** 10:19

**FOIA** 52:3

**folder** 32:11

**folders** 10:1

**follow-up** 90:9,23 92:10 93:5,7,8,13, 16

**forensic** 20:14

**forensics** 20:8 36:2

**forget** 25:12

**forgot** 54:24

**form** 14:5 15:23 17:11, 14 22:22 25:16 26:13, 14,15 28:1,4

43:10,15 44:3
51:4,8,11,14
52:13,17
58:16 68:14
69:9,21 74:9,
11,14 75:5,
11,14,20 79:6
80:21

**format** 23:4

**forms** 13:20
76:11 77:22
91:6

**foster** 65:5,21

**fraction**
74:17

**frame** 46:4
47:4

**fraud** 59:8

**free** 37:2

**freed** 39:12

**full** 58:1
62:20 77:11

**full-time** 57:4

**fully** 57:24

**FYI** 65:18

**FYI's** 65:11

---

**G**

**GAM** 47:23
48:19

**gave** 63:4,17

**general** 82:7
87:8

**giant** 27:18
40:5

**give** 22:11
39:16 49:17
78:18 79:8

**giving** 53:4,5

**good** 5:7
35:13 38:14
45:5

**Google**
31:12,21
37:23 39:2
41:15 42:5,7,
19,21,24
45:15,19
46:16,18,19,
22,24 47:6
59:22 60:2
65:7 86:12

**grabs** 54:6

**ground** 9:8

**group** 53:11,
14,15

**groups** 84:13

**guess** 35:7,9
48:3 49:5
54:16 71:24
76:9 81:17
85:18

**guy** 19:17

**guys** 61:9
63:17

---

**H**

**habit** 55:1

**hack** 45:2

**hackers** 20:6

**hand** 22:8
36:5 39:14
78:3

**handed** 36:8
41:20 51:18
60:18 78:20
82:13 87:15

**handful** 88:13

**hands** 22:1

**hands-on**
22:2

**happen** 16:5,
21 38:10

**happening**
38:11

**hard** 30:4
31:15,17

**head** 28:12
48:21 59:11
76:17

**Heather** 18:7

**held** 33:1
77:9,10 87:12

**helps** 9:19

**hierarchy**
18:3

**hired** 85:6

**history** 11:18

**hit** 67:7

**hits** 39:6

**hitting** 38:7

**hold** 12:8
50:3,7,10,13,
18,19 52:1,2,
17,18 54:14

58:17,23
59:14,15,21
60:6,7,12,15,
20 63:7,10,18
64:4,9 65:17
66:7 67:11
68:4,8,17
69:4 70:8,19
71:7 72:10,
17,19,20,21,
24 73:10 74:2
75:6 76:20
86:16 87:2,4
89:2 90:3,7,9
91:21 93:7,17

**holding** 67:9

**holds** 13:8
20:13 72:16

**home** 41:2

**honor** 24:11

**hour** 70:2

**hourly** 35:6,
16,24 36:3

**hours** 65:13

**house** 19:22

**HR** 9:11

**Huffman**
70:10

**humanly**
12:23

**hundred** 9:22

**hundreds**
65:13

**hunting** 6:21
20:9

**I**

**ID** 29:12 53:5

**ID's** 53:3

**idea** 69:22
85:19 91:18

**identify** 78:7

**imagine** 26:9
81:24

**immediately**
65:24

**implementing**
79:21

**include** 20:10
86:10 90:1

**includes** 8:13
41:2

**indefinite**
32:6

**independent**
33:4 34:20

**indicating**
63:2

**individual**
15:11,12,20
24:6 29:20
55:24 71:22
83:16 84:13
85:3,7 90:6

**individuals**
13:16 18:21
52:24 56:1
62:12,14 68:3
91:1

**Industry**
41:11

8

**information** 5:14 6:1,14, 17 11:7,12 13:23 14:2 15:6 18:5 27:20,23 38:12,14 54:7 55:18 59:1 61:10 85:12

**infrastructure** 20:3

**initial** 49:12

**initiated** 60:13

**input** 24:9

**inputted** 27:24

**inside** 32:12

**instance** 13:11

**instigated** 60:12

**integrity** 5:21

**interaction** 71:10

**internal** 26:22 27:2,5,7,10 36:1 52:2 78:9,12 84:17

**interpret** 77:8

**investigation** 51:13,20 52:2,3 74:9

**investigations** 20:9 35:6 36:1,2 61:8 94:1

**investigator** 54:6,19 55:13,17,21, 23 56:18 57:3,7,8,14

**investigators** 56:2 66:2

**issue** 16:10 52:9 83:4

**issued** 79:11 84:7

**issues** 12:7 49:11 65:24 71:18

**item** 75:21

**Ivanti** 13:21 22:14 43:10, 15 58:20

**J**

**Jacqueline** 62:1,17,23 70:15

**Janet** 70:10

**January** 27:6 30:2

**Jarrett** 24:2,3 25:8 26:3 27:24 28:16 29:15,23 30:22 32:21 44:6 80:17,20 81:9,14 82:3

**Jarrett's** 32:12

**Jeffrey** 36:14 87:20

**Jeremiah** 72:3

**Jim** 56:9,10, 22 57:7

**Josh** 18:13, 15,16

**judicial** 8:9

**jumped** 10:10

**K**

**keeping** 20:3

**kick** 31:6

**kicked** 19:18

**kind** 9:20 45:3 48:13 81:17

**Kirk** 56:9,10, 22 57:1,7,23 58:6,18

**knew** 69:3 86:1

**knowledge** 41:16 71:3 75:12 85:13 92:9

**L**

**large** 17:1 23:22

**largest** 8:15

**late** 86:17 87:2

**Laughs** 21:9

**lawyers** 77:7

**lead** 57:2,7,8, 9,13,15,22,23 58:9,10

**leads** 57:17, 19

**learned** 11:14

**leave** 14:4 17:13,20 56:20

**leaving** 13:19 16:24 25:6 28:9

**left** 57:6 58:6

**left-hand** 27:19

**legislative** 8:9 9:4

**Leroy** 19:4 20:22,23,24 21:1 56:12 61:20

**Leroy's** 20:7

**letter** 63:7,18 66:16 68:21 87:2,18 88:23 89:3 93:17,22

**letters** 68:15

**Level** 43:7

**license** 37:2 39:10 45:20

**lied** 78:16

**Lifecycle** 42:4,6,8,11

**light** 67:1

**lighter** 83:6

**list** 27:15,18 52:23 81:11, 18,23 82:5,10 88:15

**listed** 75:22

**listen** 66:21

**literally** 59:24

**litigation** 12:8 13:8 20:13 34:19 36:1 50:3,7,13,18 60:20 63:7, 10,18 64:4,9 65:16,20 70:8,19 71:7 72:6,10,17, 18,19 76:20 86:16 87:2,3 89:2 91:21 93:17

**locate** 70:7

**locked** 17:9

**log** 14:1 37:19,20 38:6

**logged** 38:20

**Login/logout** 59:5

**logs** 66:23

**long** 5:24 6:8 11:2 18:8,18 20:18 21:8,10 23:14 26:9 30:24 32:5 55:10 56:17 57:23 81:23 86:3,4

**longer** 34:8 39:10 57:1,2

looked 43:21
89:23

loop 61:17

lost 57:12

lot 8:7 54:14
59:7 65:10,
12,19 73:17
74:15 83:4,6

Lucky 12:4
21:13

**M**

made 19:21

mailbox
29:14,15
53:12,13,14,
24 54:1

main 8:14
24:4

maintain
34:15

maintaining
12:12 89:18,
21

major 10:13

make 10:2
16:2 55:8
65:15 77:5,18
91:8

makes 24:7
54:8

making 20:5

man 21:13

manage
33:14,16

64:23

management
7:17 9:6,17
10:14,18 13:2
14:24 15:1
21:19 24:16,
21 31:14
32:22 36:15
38:5 39:19
40:1 42:5,6,8
46:6 58:21
79:10

manager 6:5,
15 10:2 19:15
20:18 21:1
56:12 57:22
61:10,11,14,
16,18

managers
19:2,3,14

manner 51:10

manually
48:15 49:13

marked 22:6,
8 36:6,7,9
39:13,15
41:19,21
51:17,19
60:17,19
78:2,4,19,20
82:12,14
87:11,16

Marshall
10:18

massive
65:20

master's
10:17 11:1

materials
91:4

maternity
17:13

Matt 19:4

matter 5:9
60:13 72:12,
13

matters 12:8

meaning 7:12

means 24:23
27:11 30:7
36:23 46:4
50:5 55:11

meet 83:9

meeting 92:5

member 38:5

mentioned
8:19 9:15
16:15,17
37:13 70:18

message
30:10,17

messages
30:11

met 5:8

Microsoft
31:19 41:15
43:2

middle 25:2

migrated
86:13

mine 9:3
57:21

mining 76:22

minor 11:7

MIS 33:8,9,
12,22 34:2,19
65:24 66:21
70:22 71:10
84:8,9,10,17,
20 85:10,13

missed 61:12
62:7

monitoring
12:11

month 24:1
35:22

months 18:9,
10

morning 5:7

move 59:24

multiple
55:24 56:2
72:16

multiple-page
52:7

Mydrive
31:10,11,12,
21 32:6,14

Mydrives
34:11

**N**

names 67:15
68:3

necessarily
42:15 68:22
87:7

needed 13:23
47:16 54:12

55:18 56:13
64:2,12 66:3

needing
52:22

nerd 11:21
29:5 45:1

nerds 77:11

network 7:13
25:4

newly 85:5

nice 63:1
77:23

nods 28:12
59:11

Non-
executive
7:23

notification
17:20

notified 16:19

notifying
37:22

number
16:23 22:9
23:12,22
29:12 36:6,
10,17 37:7
39:16 41:21
43:12 44:12
51:19 53:10
60:19 63:8
65:17 68:16
69:8 70:20
75:10 76:21
78:5,21,22
79:1 81:3
82:14 83:11
86:16 87:5,16

91:22,23 93:8

**numbers**
44:9,11 78:24

**O**

**obligation**
36:18

**October**
86:21,23 89:7

**Offboarding/
termination**
43:7

**office** 5:16
6:9 7:1,2,3,4,
9 9:4,5,6,7,
17,19 11:23
12:19,20
14:18 16:19
33:21 35:24
37:5,7 41:17
53:9,18,22
54:2 64:8,16
66:6 67:10
69:10 70:13,
21 71:9 72:9
73:4,13
75:12,19
77:14,19
78:13,23
81:16 82:2,8
88:19,22 90:7

**officer** 5:14
6:1,14,17
18:5 85:13

**one-on-one**
91:6

**Onedrive**
31:13,19

**open** 27:14
61:8 65:23
94:1

**operation**
92:12

**operations**
9:7 15:2
20:10

**opposite** 14:3

**opt** 35:20

**option** 29:18

**options** 79:7

**order** 68:4

**OT** 8:23 27:3
82:20

**overarching**
79:4

**P**

**paid** 11:5

**panel** 47:22
49:4,6,10

**paragraph**
40:22

**paralegal**
70:12,17

**parameters**
27:20

**part** 15:2 40:2
48:3 77:2
78:17 91:14

**passed** 47:21

**passwords**
67:16,19,22

**past** 11:16
68:8 76:11

**pay** 9:23

**pentesting**
20:5

**people** 10:7
19:1 25:11
65:8 68:19
78:15 88:13

**percent** 9:22

**Perfect** 80:1

**performing**
25:11 75:1

**period** 17:5
46:14 47:3

**person** 28:22
29:11 31:9
32:5 57:11
91:10

**person's**
29:10 30:19
31:10 32:9
60:1

**perspective**
64:19 66:11
92:3,14

**phone** 90:12

**physical**
37:18

**physically**
38:9

**Picking** 90:12

**picks** 24:18

**pike** 65:20

**place** 23:15
26:22 31:1

71:18 85:21

**plaintiffs** 5:9

**plan** 33:18

**planning** 9:14
19:24

**plans** 9:24

**play** 10:6

**PMO** 9:6,16

**PO** 79:13

**point** 12:21
20:11,15
46:11 48:11
64:4 66:22
67:9 69:16
73:15 94:4,6

**pole** 35:15

**policies**
40:14 44:19
79:14 82:18,
21 83:13,17,
20,24 84:5,
18,21 85:4

**policy** 6:22
40:1 41:6,9
44:16 77:24
79:4,14,17,18
80:19,24
82:17,19
83:12 85:17,
20 86:11

**pool** 10:4

**position** 5:20
6:3 18:9,11,
19 56:7

**PR** 79:12

**PR's** 74:15

**PR-1001**
74:5,14,20

**practice**
17:16 44:16

**preservations**
71:13

**preserve**
50:14 66:7
68:24 71:5,11
72:11 75:13
76:3 77:3
86:19 89:6,12

**preserved**
66:17 71:23
72:4,5,15

**preserving**
12:9 74:23

**pretty** 17:2
41:10,16 62:9
66:24 67:3
68:13 70:24
76:22

**prevent** 20:2
60:9

**previous**
47:16

**previously**
68:23

**price** 7:15

**primary**
20:17 54:6,19
55:13,17,20,
22,23 56:2,18

**printed** 79:1

**printout**
22:13

**prior** 6:3 11:22 18:11 86:22 89:7

**procedure** 39:20 78:9,12 79:15,21 80:5

**procedures** 40:1,14 82:18 85:4

**proceedings** 70:4 90:18

**process** 13:14 14:7 16:16 22:2,4 23:15 37:1 39:21 42:9 71:4 79:15

**processed** 54:4

**processes** 40:6

**produce** 72:9

**production** 66:1 67:4,5,7 92:17

**professional** 10:21

**project** 9:6,17 10:2

**projects** 33:19

**promoted** 6:15

**provide** 7:16 13:22 15:6 33:10 77:14, 19

**provided** 13:1 38:3,16 42:20 62:4,6, 9 86:9

**provider** 7:10 24:14

**Public** 5:3

**pull** 25:15 93:10

**pulled** 57:11

**pulling** 94:8

**pulls** 54:19

**punch** 11:17

**purge** 41:10

**purged** 40:23 41:5

**purpose** 34:19 52:21

**purposes** 19:21 74:23 80:15

**put** 13:3 21:12 25:21 26:17 28:16 29:17 46:18 71:17 73:10

**puts** 29:18 52:20

**putting** 29:19

**Q**

**question** 22:12 29:9 35:9 49:5 55:9 60:22

71:24 77:17 81:18

**questions** 80:9 90:24 91:19

**queue** 27:15

**quick** 90:23 91:19

**R**

**RAPIDS** 33:17

**rate** 35:6,17, 19,24 36:4

**RE-EXAMINATIO N** 93:3

**reaches** 54:8

**read** 77:22,24 94:11

**realize** 64:12

**reason** 15:15 28:8 40:10 59:16 72:6,8 75:1,2,4 83:3

**reasons** 40:20,22

**recall** 62:2 68:12 86:17, 22 87:1,10 88:21,24 89:4

**receive** 17:20 22:3,17 23:1 37:24 53:9 59:14 61:21 68:11 71:9

72:23 80:4 89:6,12

**received** 54:18 55:14 62:15 64:3,8, 10 65:16 66:10,19 68:7,15,20, 21,23 70:19 73:23 75:11, 12 76:10,19 78:22 88:23 89:2 93:18

**receives** 36:15 37:15

**receiving** 86:18 87:1 93:22

**recently** 51:7

**record** 23:7 33:2 70:7 87:13

**records** 92:24

**recover** 46:13,14

**recovery** 49:21

**redacted** 44:20,21

**redaction** 47:13

**redactions** 44:18

**refer** 8:12 44:10 57:16

**referenced**

51:21

**referred** 8:21 43:16

**referring** 22:19 54:5 87:4 93:6

**refers** 74:6

**reflect** 39:24

**regard** 55:12 72:22 77:14

**regular** 15:16 67:1 94:2,4

**regulations** 6:22

**reinstate** 47:3

**related** 73:21

**remain** 47:20

**remind** 25:22

**reminder** 25:10

**reminders** 25:13

**removal** 45:20

**remove** 25:3, 5

**reply** 30:18, 19

**report** 18:4

**REPORTER** 19:5,8

**Reporter/ notary** 5:3

**represent** 5:8

12

representation 83:16

request 13:21 15:4 22:15 23:11,20 24:11 25:2 26:5 28:8 29:17,18 34:8 36:11,16 37:6,15 38:16 46:18 47:5 50:13,19,21 51:14,20 58:16 59:14, 15 66:6 67:13 69:3 71:5,9 72:11,17,24 73:20,21 74:1 75:3,5,13 86:18 89:2,6

requested 14:14 15:21 38:12

requesting 51:5 52:1,18

requests 22:17 24:7 36:2 50:4,11 52:3 68:7 73:19 75:1 89:12

required 37:8 54:15 83:20

requirement 36:18

resourced 10:3,4

resources 10:5 39:12

respond 30:13

responded 26:23 27:8

response 31:5 62:21

responsibilities 46:21

responsibility 48:10

responsible 5:21 13:17 19:23 20:12 21:15 48:12, 16 85:3

rest 7:21

restored 45:16

result 89:3 93:21

retained 60:3, 5

retention 59:23 70:22 71:1

retires 21:11

retrieval 76:23 77:1

return 44:17 69:11,21

returns 44:14 45:14

review 61:8 83:21

reviewed 92:7

reviewing 85:4

reviews 60:15

revised 52:8 82:22

revision 52:10

rhyme 40:10

Rice 12:2

Rich 5:8

right-hand 24:19

Rights 87:19

risk 68:1

Robertson 74:1 92:10

Robertson's 70:13

role 5:20 6:18 33:9

ROSS 11:20 35:13 63:2 94:12

Rotating 89:18

rules 55:4

run 38:18

running 20:4

**S**

Samples 72:3,23

Samples' 73:10

scans 20:5

screenshot 22:21

scripting 48:2

scripts 38:18 39:3,4 48:17 49:9 60:9,10

search 58:24 94:7

searches 13:5,6

searching 34:11

secret 85:22

secretaries 16:13

secretary 72:19

secretary's 81:16 82:2

section 43:6 52:21,23 59:23 62:13

security 5:14, 22 6:5,14 7:13 10:19 17:16 19:23, 24 20:9 25:10 35:12,20 40:22 53:18 68:1 77:15

sees 14:9 54:6,7

select 29:11

send 34:7 46:5 47:5 67:12 75:20 76:7

sending 30:11 38:8

sense 54:8

sentence 43:24 47:13

separate 73:19

separated 71:22

separately 71:9

separation 16:22 40:21

sequential 23:12

series 38:17

Server 7:17

servers 8:3

service 7:9 8:16 9:23,24 22:14 23:11, 14,20 24:14 25:2 26:1,5 36:11 43:10 48:21

services 6:23,24 7:12, 16 9:10,12 11:8 26:23 27:5,7,10

set 9:3 15:8,

11 35:19
38:18

**sets** 38:17
41:3

**seven-page**
52:11

**shared** 7:12
10:4 61:14,16

**shares** 61:11

**Shaun** 66:20
85:12 92:17,
21 93:6,14,19

**shocked**
88:16

**short** 70:3
90:16

**shoulder**
55:8

**shows** 44:21

**shrugs** 55:8

**shut** 17:15

**sick** 17:12

**side** 19:22
20:7 24:20
25:19 27:19

**sign** 69:15
76:6

**signature**
88:3,9,12

**signed** 76:12
88:8

**similar** 58:16
68:15 76:2
87:4

**simple** 90:8

**simply** 9:4

**single** 12:21

**singular**
73:21

**situations**
75:18

**skipped**
30:15

**sort** 40:2 91:9
92:6

**sorts** 59:6

**Sounds**
74:13

**specialty**
9:13

**specific**
14:19 35:23
49:11,14
67:9,12 68:8,
17,18 71:12
83:2 87:6

**specifically**
12:10,20 13:8
15:20 18:2
46:15,19
61:15 62:11
72:22 77:4
78:13 93:16

**Spence**
18:13,15,16,
18

**staff** 40:5
46:20,23,24
47:3 62:18

**standard**
17:16,17 25:8
40:1 41:11

43:3 51:14

**standards**
83:9 89:9

**standpoint**
37:18 50:12,
17 64:22 67:6

**start** 6:12 7:4
12:12 14:1
26:10 30:10
42:9 44:16
50:2 83:1

**started** 6:13
26:12 54:24
94:7

**starts** 14:1,6

**state** 5:10,18,
22 7:21 10:1
11:23 15:5
17:17 35:10
47:20 65:7
71:23 82:24

**status** 17:10
58:2

**stay** 27:14

**stems** 76:9

**step** 79:5

**steps** 56:12

**stop** 93:20

**stored** 32:2

**structure**
79:19

**stuff** 6:23 9:9,
11 20:5 25:12
33:19 44:21
45:1 59:6
62:19 66:9

77:8 84:19
91:7 94:2

**subfolder**
32:13

**submit** 9:24
13:21 24:10
52:14 83:20

**submits** 43:9
46:6

**submitted**
22:22 26:6,12

**submitting**
90:6

**subsequent**
93:9

**substitute**
30:5 31:6

**sued** 65:5

**supervise**
18:21 19:2

**supervisor**
14:4

**support**
33:10

**supposed**
26:18 51:4

**suspended**
47:20

**switched**
42:24

**switches**
13:3

**sworn** 5:2

**sync** 67:2
94:2

**system**
13:10,20 14:6
23:16 27:11
31:14 34:16
38:6,15,21,22
65:21

**systems** 5:23
8:3,4,11
33:15 34:21
45:2

---

**T**

**takes** 26:9

**talk** 16:18
18:3

**talked** 65:2
76:18 80:12
86:15

**talking** 13:7
22:16 48:13
54:23 63:4
70:6 78:12

**talks** 67:2
83:16

**task** 26:24

**tasked** 12:24
55:19 58:20

**tasks** 14:5
25:11 27:12
55:19

**taught** 12:2

**team** 7:3 9:7,
9 14:19 19:1
20:2,8,12,14
21:4,7,15
24:17,20,22
25:22 27:17

14

32:22 35:19 36:15 37:14 38:5 46:6 61:7 92:5

**teams** 55:19

**technical** 47:7 48:14 51:20 64:19, 22 66:11 67:6 89:9 92:3,13

**technically** 48:8 64:11 92:12

**technician** 26:24

**technicians** 14:6 50:23 78:10

**technology** 5:16 6:9 7:1,2 9:21 10:18 11:23 12:3 41:18 64:16 66:7 67:11 78:14

**telling** 67:13 68:17

**tells** 64:15 65:5 66:16 81:19

**temp** 57:5

**ten** 14:8 19:1, 20 76:3

**terminate** 17:17

**terminology** 57:21

**terms** 94:7

**territory** 11:21

**testified** 5:4 92:1

**theoretically** 31:24

**thing** 16:12 23:10 26:22 27:3 33:20 48:12 81:4 88:5

**things** 7:12, 13 16:13 34:12 35:18, 24 59:3,10 77:15

**Thirty** 31:2

**thought** 45:3 48:5 55:6 62:16 66:2

**thousands** 13:12

**threat** 6:21 20:9

**three-page** 60:21

**tie-in** 38:14

**till** 30:1

**time** 17:6 21:10 26:11 37:14 46:4,12 56:4 59:7 61:1,19 66:22 71:4,6 73:6 89:20

**times** 38:18 59:5

**title** 5:13 55:24 57:12

**titled** 60:20 79:10,11

**today** 12:7

**toggle** 38:8

**told** 28:15 51:23 57:10 83:12

**tool** 43:3

**top** 23:11 40:20 45:13 48:20 81:3

**topic** 40:7

**topics** 91:10

**touching** 35:14

**trained** 80:20 91:11

**training** 12:1 77:13,20 80:4 86:9,12 91:1, 3,4,9,15

**transferred** 85:5

**transferring** 16:24 25:5

**transmitted** 39:1

**treated** 65:18

**trigger** 37:17 77:2

**triggers**

37:24 43:17, 18

**true** 14:3

**turn** 88:1,3

**Turnovers** 23:24

**two-page** 22:21

**type** 6:23 9:8, 10,11 16:12 30:19 33:19 52:17 77:13

**typed** 25:7 30:22

**types** 65:10

**typically** 6:20 12:18 13:5 24:7 38:11 49:7 51:15 52:20 55:21 56:3 69:10 91:5

**U**

**UC** 10:23 11:3,5

**Uh-huh** 18:17 30:23 37:16 41:1 54:20 76:15

**underappreci ated** 78:1

**underneath** 19:15

**understand** 11:19 42:15

45:9 46:20 54:13 65:15 81:12

**understandin g** 39:7 50:2 63:6 71:20

**Understood** 83:7

**University** 10:16

**up-to-date** 20:4

**update** 42:23

**updated** 43:1

**user** 35:21,22 37:2 44:14 45:14 49:12 53:3,5 59:24

**user's** 25:4 33:16

**users** 21:23 44:17 47:19

**V**

**Vault** 59:23

**verify** 38:13

**version** 31:13,14 43:1

**versus** 49:1, 15

**view** 37:8

**Virginia** 5:18 6:9 7:1,11 78:13 87:19

**visibility** 8:10

15

**volume** 49:18

**vulnerability**
20:4

**W**

**wait** 55:8
78:16

**walk** 6:11
23:10 37:14

**walking**
16:16

**Walters** 5:6,8
33:3 63:3
70:1,5 87:14
90:15,19
91:22 93:4
94:10

**wanted** 34:2
42:14 67:10
71:19 90:14
91:8

**ways** 49:3

**website** 79:2

**weekly** 61:8

**weird** 47:7

**West** 5:18 6:9
7:1,11 78:13
87:19

**whatnot**
49:13

**whichever**
54:10

**Winfree** 19:4,
11,12

**Winfree's**

19:22

**wit** 5:4

**word** 17:5,23
42:14

**worded** 81:5

**words** 93:18

**work** 6:20
9:20 11:3,22,
24 12:17,18,
19 13:20 15:9
27:15,18
30:12 33:21
35:5 44:14
65:11,12,19,
22 81:12
82:24

**worked** 51:6

**working**
25:15

**works** 13:11
85:14

**world** 41:18

**writes** 84:3

**writing** 6:22
77:24

**written** 72:23
91:4

**wrong** 49:12
77:12

**WVOT** 8:21,
23 23:8 39:16
41:23 76:11,
19 80:4,20
86:9 91:3

**WVOT's** 77:2

**WVOTDOCS**

36:10

**Y**

**year** 71:8,13
73:24 83:1
86:18 89:7,
11,14,15,17

**years** 6:10
18:20 21:2,11
23:16,18 41:7
51:9 56:19
58:1 85:21
86:7

**your-all's**
57:21