IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

    **Plaintiffs,**

v.        Case No.: 3:19-cv-00710

JIM JUSTICE, et al.,

    **Defendants.**

## ORDER

    Pending before the Court is Plaintiffs' Motion for Sanctions. (ECF No. 377). It is hereby **ORDERED** that a hearing on the motion shall take place before the undersigned United States Magistrate Judge on **Thursday, January 11, 2024** at **1:30 p.m.**, Courtroom 102, Sidney L. Christie Federal Building and Courthouse, 845 Fifth Avenue, Huntington, West Virginia.

    The Clerk is instructed to provide a copy of this Order to all counsel of record and any unrepresented parties.

**ENTERED:** December 18, 2023

_____
Cheryl A. Eifert
United States Magistrate Judge