# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

| | | |
|---|---|---|
| **Jonathan R., minor, by Next Friend, Sarah DIXON,** *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Class Action 3:19-cv-00710 |
| v. | ) ) | |
| **Jim JUSTICE, in his official capacity as the Governor of West Virginia,** *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## AMENDED SCHEDULING ORDER

On December 26, 2023, Plaintiffs filed their Unopposed Motion for Modification of the Scheduling Order. Having considered Plaintiffs' Motion, the Court finds that the Motion should be granted.

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion for Modification of Scheduling Order is **GRANTED** in its entirety;

2. The deadline for Expert Disclosures by Party with Burden of Proof is extended to March 22, 2024;

3. The deadline for Expert Disclosures by Opposing Party is extended to April 22, 2024;

4. The deadline for Expert Disclosures for Rebuttal Purposes is extended to May 8, 2024;

5. The Deposition Deadline and Close of Discovery is extended to May 15, 2024;

6. The deadline for Filing of Dispositive Motions is extended to May 17, 2024;

7. The deadline for Responses to Dispositive Motions is extended to June 7, 2024;

8. The deadline for the Reply to Response to Dispositive Motions is extended to June 14, 2024;

9. The deadline for the Settlement Meeting is extended to July 5, 2024;

10. The deadline for Plaintiffs' Draft of Pretrial Order to Defendants is extended to August 12, 2024;

11. The deadline for Filing of Motions in Limine is extended to August 16, 2024;

12. The deadline for Responses to Motions in Limine is extended to August 20, 2024;

13. The deadline for the Integrated Pretrial Order Filed By Defendants is extended to August 19, 2024;

14. The deadline for the Pretrial Conference is extended to **August 22, 2024 at 10:00 a.m., in Charleston, West Virginia.**

15. The deadline for the Findings of Fact and Conclusions of Law is extended to September 16, 2024; and

16. The bench trial is set for **September 24, 2024, at 9:00 a.m., in Charleston, West Virginia.**

**IT IS SO ORDERED.**

ENTER: December 27, 2023

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE