IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

    **Plaintiffs,**

v.                                                Case No.: 3:19-cv-00710

JIM JUSTICE, et al.,

    **Defendants.**

### ORDER

    For reasons appearing to the Court, it is hereby **ORDERED** that the hearing on Plaintiffs' Motion for Sanctions, (ECF No. 377), currently scheduled Thursday, January 11, 2024 at 1:30 p.m., is canceled and shall now take place before the undersigned United States Magistrate Judge on **Wednesday, January 17, 2024** at **1:30 p.m.,** Courtroom 102, Sidney L. Christie Federal Building and Courthouse, 845 Fifth Avenue, Huntington, West Virginia.

    The Clerk is instructed to provide a copy of this Order to all counsel of record and any unrepresented parties.

                                                  **ENTERED:** January 3, 2024

                                                  Cheryl A. Eifert
                                                  United States Magistrate Judge