IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**JONATHAN R., et al.,**

 **Plaintiffs,**

v.                  Case No.: 3:19-cv-00710

**JIM JUSTICE, et al.,**

 **Defendants.**

## ORDER

 Pending before the Court is Defendants' Motion for Extension of Time to Produce Documents, (ECF No. 430), requesting additional time to complete document production responsive to Plaintiffs' Ninth Request for Production of Documents Numbers 24 and 37. Having considered the Motion, the Court now having been informed the Plaintiffs do not object, the Court finds good cause for an extension. Therefore, the Motion is **GRANTED**. Accordingly, it is hereby **ORDERED** that Defendants shall complete the document production as previously ordered by the Court on or before **January 24, 2024.**

 The Clerk is instructed to provide a copy of this Order to all counsel of record.

            **ENTERED:** January 3, 2024

            Cheryl A. Eifert
            United States Magistrate Judge