## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

| | | |
|---|---|---|
| **Jonathan R., minor, by Next Friend, Sarah DIXON, *et al.*,** | ) ) ) ) | |
| Plaintiffs, | ) ) | Class Action 3:19-cv-00710 |
| v. | ) ) | |
| **Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et al.*,** | ) ) ) ) | |
| Defendants. | ) | |

## **[PROPOSED] ORDER**

On January 8, 2024, Plaintiffs filed their Motion to Compel. Having considered Plaintiffs' Motion, any responses thereto filed by Defendants, and any replies thereto filed by Plaintiffs, the Court finds that the Motion should be GRANTED. Defendants are hereby ORDERED to conduct a diligent search for and produce to Plaintiffs all documents and communications responsive to Plaintiffs' Eleventh Request for Production of Documents, Request 4.

Defendants are ORDERED to comply with this Order no later than January 24, 2024.

**IT IS SO ORDERED.**

DATED: _____

_____