*(Rev. 12/2023)*
**Please Read Instructions on Page 2.**

# TRANSCRIPT ORDER FORM

## 1. REQUESTOR'S INFORMATION

NAME

TELEPHONE NUMBER

DATE OF REQUEST

EMAIL ADDRESS *(Transcript will be emailed to this address.)*

MAILING ADDRESS

CITY, STATE, ZIP CODE

## 2. TRANSCRIPT REQUESTED

NAME OF COURT REPORTER

**OR** CHECK HERE    IF HEARING WAS RECORDED ELECTRONICALLY (CourtSmart)

CASE NUMBER

CASE NAME

JUDGE'S NAME

DATE OF PROCEEDING

TYPE OF PROCEEDING

LOCATION OF PROCEEDING

REQUEST IS FOR: *(Select one)*    FULL PROCEEDING    **OR**    SPECIFIC PORTION *(Must specify below)*

SPECIFIC PORTION(S) REQUESTED *(If applicable)*:

ADDITIONAL INSTRUCTIONS TO AID IN PREPARATION OF THE TRANSCRIPT:

## 3. TYPE OF TRANSCRIPT REQUESTED

| | Maximum Rate Per Page | | |
|---|---|---|---|
| **Transcript Type** | Original | First Copy to Each Party | Each Add'l Copy |
| **30-Day Transcript (Ordinary)**: A transcript to be delivered within thirty (30) days after receipt of order. | $4.00 | $1.00 | $0.60 |
| **14-Day Transcript**: A transcript to be delivered within fourteen (14) days after receipt of order. | $4.70 | $1.00 | $0.60 |
| **7-Day Transcript (Expedited)**: A transcript to be delivered within seven (7) days after receipt of order. | $5.35 | $1.00 | $0.60 |
| **3-Day Transcript**: A transcript to be delivered within three (3) days after receipt of order. | $6.00 | $1.20 | $0.75 |
| **Next-Day Transcript (Daily)**: A transcript to be delivered prior to the normal opening hour of the Clerk's Office on the calendar day following receipt of the order, regardless of whether or not that calendar day is a weekend or holiday. | $6.70 | $1.35 | $0.90 |
| **CD of electronically recorded proceeding** | $34.00 | | |

**4. CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

DATE

SIGNATURE