L R Civ P 83.6 Form (Rev. 09/2023)
L R Cr P 44.6 Form (Rev. 09/2023)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

Jonathan R., minor, by Next Friend, Sarah Dixon, et al.,

**STATEMENT OF VISITING ATTORNEY AND DESIGNATION OF LOCAL COUNSEL**

v.

CIVIL CASE NO.    3:19-cv-00710

Jim JUSTICE, in his official capacity as the Governor of West Virginia, et al.

## VISITING ATTORNEY INFORMATION

Laura Welikson, A Better Childhood
Name of Visiting Attorney and firm name

5215645
Bar ID Number

NY
State

A Better Childhood, 355 Lexington Ave., Floor 16, New York, NY 10017
Visiting Attorney's mailing address, City, State and Zip

(646) 795-4456
Visiting Attorney's office telephone number

lwelikson@abetterchildhood.org
Visiting Attorney's Email address

New York State Bar: 180 Maiden Lane, New York, NY 10038
Name and address of the Bar(s) of which the Visiting Attorney is a member in good standing

## PARTY INFORMATION

Jonathan R., minor, by Next Friend, Sarah Dixon, et al.
Name of party represented

## SPONSORING ATTORNEY INFORMATION

J. Alexander Meade, Shaffer & Shaffer, PLLC
Name of Sponsoring Attorney and firm name

13021
Bar ID Number

WV
State

Shaffer & Shaffer, PLLC, 2116 Kanawha Blvd. E., Charleston, WV 25311
Sponsoring Attorney's mailing address, City, State and Zip

(304) 369-0511
Sponsoring Attorney's office telephone number

ameade@shafferlaw.net
Sponsoring Attorney's Email address

## VISITING ATTORNEY'S CERTIFICATION

I hereby certify that I am a member in good standing of the Bar(s) listed in the Statement of Visiting Attorney and that I have never been convicted of a felony. I further certify that I have paid the West Virginia State Bar its prescribed pro hac vice fee for this case and complied with the West Virginia State Bar's requirement for attorneys admitted pro hac vice.

| 01/17/2024 | /s/ Laura Welikson |
|---|---|
| Date | Signature of Visiting Attorney |

## SPONSORING ATTORNEY'S CERTIFICATION

I hereby certify that I am admitted to practice before the Supreme Court of Appeals of West Virginia, I am a member in good standing of the West Virginia State Bar, and I am a member of the bar of this Court. I further certify that I have an office for the practice of law in West Virginia, and I practice law primarily in West Virginia. I agree that pleadings, notices, and other papers may be served on me in this case. I consent to being the Sponsoring Attorney for the above-named Visiting Attorney and I shall hereafter sign and electronically file all papers that require the signature of an attorney.

| 01/17/2024 | /s/ J. Alexander Meade |
|---|---|
| Date | Signature of Sponsoring Attorney |