UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | | |
|---|---|---|
| **Jonathan R., minor, by Next Friend, Sarah DIXON,** *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 3:19-cv-00710 |
| v. | ) ) | |
| **Jim JUSTICE, in his official capacity as the Governor of West Virginia,** *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

### MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO DE-DESIGNATE AS CONFIDENTIAL AND FOR LEAVE TO FILE UNDER SEAL

1. Pursuant to Local Rules 5.2.1 and 26.4, and the Second Amended Protective Order (ECF No. 386), Plaintiffs move the Court for an Order to file under seal Exhibit 3 (Bates stamped D411433-444), attached to the Declaration of Marcia Robinson Lowry in connection with Plaintiffs' Supplemental Memorandum in Support of Plaintiffs' Motion for Sanctions ("Supplemental Memorandum"). Plaintiffs request, however, that the Court de-designate as "Confidential" the information discussed in Plaintiffs' Supplemental Memorandum regarding Exhibit 3 and allow Plaintiffs an unredacted version of the Supplemental Memorandum publicly. Plaintiffs file with this motion the Supplemental Memorandum as well as all Exhibits.

2. Exhibit 3 contains identifying information regarding a minor child in DHHR custody and is subject to the provisions of the Second Amended Protective Order entered by the Court on November 2, 2023. *See* ECF No. 386. Defendants produced this document to Plaintiffs marked as "Confidential."

3. Sealing the aforementioned exhibit is necessary; redaction is impractical and would conceal relevant information from the Court. As all counsel of record in the instant litigation will

have access to the sealed document, maintaining the document under seal does not prejudice either party. Defendants have informed Plaintiffs that they consent to the filing of this document under seal. *See* Lowry Decl. ¶ 3.

4. Plaintiffs, however, move to de-designate as confidential and to file publicly the discussion regarding Exhibit 3 contained in their Supplemental Memorandum. In their discussion regarding Exhibit 3, Plaintiffs do not use any identifying information, such as the name or location of the child. *See* Protective Order at Paragraph I(E). Instead, Plaintiffs use Exhibit 3 as an example of the importance of ESI and note the failure of DHHR to find adequate placement for the child and the trauma to the child that ensued. Defendants have informed Plaintiffs that they do not consent to the public filing of a general discussion of the issues described in Exhibit 3. *See* Lowry Decl. ¶ 3. As such, Plaintiffs request that the Court de-designate as "Confidential" the information redacted in Plaintiffs' Supplemental Memorandum and allow Plaintiffs to file the unredacted version of the Supplemental Memorandum publicly.

5. For the foregoing reasons, Plaintiffs respectfully request that Exhibit 3 remain under seal for the duration of the above-captioned litigation, but that the information contained in their Supplemental Memorandum be de-designated as "Confidential" and that Plaintiffs be permitted to file their Supplemental Memorandum without redaction. Plaintiffs request permission to file their Supplemental Memorandum with redactions while the Court considers their request.

Dated: January 29, 2024                                         Respectfully submitted,

/s/ *Marcia Robinson Lowry*
Marcia R. Lowry, *admitted pro hac vice*
Julia Tebor, *admitted pro hac vice*
Jonathan Borle, *admitted pro hac vice*
Lindsay Gus, *admitted pro hac vice*
Laura Welikson, *admitted pro hac vice*
A Better Childhood
355 Lexington Avenue, Floor 16

2

New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415
mlowry@abetterchildhood.org
jtebor@abetterchildhood.org
jborle@abetterchildhood.org
lgus@abetterchildhood.org
lwelikson@abetterchildhood.org

*/s/ Richard W. Walters*_____
Shaffer & Shaffer, PLLC
Richard W. Walters, WVSB #6809
rwalters@shafferlaw.net
J. Alexander Meade, WVSB #13021
ameade@shafferlaw.net
2116 Kanawha Boulevard, East
P.O. Box 3973
Charleston, WV 25339
Tel: (304) 244-8716
Fax: (304) 344-1481

/s/ *J. Marty Mazezka*_____
Disability Rights of West Virginia
J. Marty Mazezka, WVSB #4572
jmazezka@drofwv.org
5088 Washington St. W., Suite 300
Charleston, WV 25301
Tel: (304) 346-0847
Fax: (304) 346-0687

3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

| | |
|---|---|
| Jonathan R., minor by Next Friend Sarah DIXON, *et al.*, ) ) ) *Plaintiffs*, ) ) v. ) ) Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et al.*, ) ) ) ) *Defendants*. ) | Case No. 3:19-cv-00710 |

### CERTIFICATE OF SERVICE

I, J. Alexander Meade, counsel for Plaintiffs, hereby certify that I have this 29th day of January, 2024, electronically filed "**Memorandum of Law in Support of Plaintiffs' Motion to De-Designate as Confidential and for Leave to File Under Seal**" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Philip J. Peisch, Esquire
Caroline M. Brown, Esquire
Julia Siegenberg, Esquire
Rebecca Wolfe, Esquire
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20001

Steven R. Compton, Esquire
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301

*/s/ J. Alexander Meade*
J. Alexander Meade (WVSB #13021)

4