# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

# HUNTINGTON DIVISION

**JONATHAN R., et al.,**

    **Plaintiffs,**

v.                                                                                               Case No.: 3:19-cv-00710

**JIM JUSTICE, et al.,**

    **Defendants.**

## ORDER

Pending before the Court is Defendants' Unopposed Motion for Extension of Time to Produce Documents Responsive to Plaintiffs' Eleventh Request for Production, (ECF No. 462), requesting additional time to complete document production responsive to Plaintiffs' Eleventh Request for Production Number 4, ("RFP No. 11.4). Having considered the Motion, and noting the Plaintiffs do not object, the Court finds good cause for an extension. Therefore, the Motion is **GRANTED**. Accordingly, it is hereby **ORDERED** that Defendants shall complete the document production as previously ordered by the Court on or before **March 18, 2024.**

The Clerk is instructed to provide a copy of this Order to all counsel of record.

**ENTERED:** February 23, 2024

Cheryl A. Eifert
United States Magistrate Judge