UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | | |
|---|---|---|
| **Jonathan R., minor, by Next Friend, Sarah DIXON,** *et al.,* | ) ) ) ) | |
| Plaintiffs, | ) ) | Class Action 3:19-cv-00710 |
| v. | ) ) | |
| **Jim JUSTICE, in his official capacity as the Governor of West Virginia,** *et al.,* | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATED EXTENSION OF TIME FOR PLAINTIFFS TO MOVE TO COMPEL**

In accordance with Local Rule 37.1, it is hereby stipulated and agreed by and between Defendants and Plaintiffs that Plaintiffs' deadline to file any motion to compel answers to, or any motion regarding the sufficiency of, Defendants' objections and responses to Interrogatory Numbers 3, 4, 5, 6, and 7 in Defendants' responses to Plantiffs' Second Set of Interrogatories is extended to 30 days after Defendants file amended answers to those interrogatories.

On January 29, 2024, Defendants served Plaintiffs with their Response to Plaintiffs' Second Set of Interrogatories. As a result, any a motion to compel, or any motion regarding the sufficiency of Defendants' objections and responses, is due on February 28, 2024, absent good cause for a later filing. *See* L.R. Civ. P. 37.1.

The parties met and conferred on February 12, 2024 and Defendants agreed to supplement their responses to these Interrogatories by March 11, 2024. To allow the parties additional time to attempt to resolve ongoing disputes about the sufficiency of Defendants' responses to Plaintiffs' Interrogatories, the parties hereby stipulate that Plaintiffs' deadline to file any a motion to compel,

1

or any motion regarding the sufficiency of Defendants' objections and responses relating to Interrogatory Numbers 3, 4, 5, 6, and 7 in Plaintiffs' Second Set of Interrogatories is extended to 30 days after such time as Defendants file amended or supplemental responses to those interrogatories, *i.e.*, until April 10, 2024.

The parties agree that this Stipulation does not necessitate any changes with the Court's scheduling order in this case.

Date: February 23, 2024                                                                 Respectfully submitted,

/*s*/ Philip J. Peisch
Philip J. Peisch (WVSB #13731)
ppeisch@brownandpeisch.com
Caroline M. Brown, *admitted pro hac vice*
cbrown@brownandpeisch.com
Julia M. Siegenberg, *admitted pro hac vice*
jsiegenberg@brownandpeisch.com
Rebecca Wolfe, *admitted pro hac vice*
rwolfe@brownandpeisch.com
Brown & Peisch PLLC
1225 19th St NW, Suite 700
Washington, DC 20036
Tel: (202) 499-4258

/*s*/ Steven R. Compton
Steven R. Compton (WVSB #6562)
steven.r.compton@wvago.gov
Deputy Attorney General
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301
Tel: (304) 558-2131

/*s*/ Marcia Lowry
Marcia Lowry, *admitted pro hac vice*
Julia Tebor, *admitted pro hac vice*
Jonathan Borle, *admitted pro hac vice*
Lindsay Gus, *admitted pro hac vice*
Laura Welikson, *admitted pro hac vice*
A Better Childhood
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415
mlowry@abetterchildhood.org
jtebor@abetterchildhood.org
jborle@abetterchildhood.org
lgus@abetterchildhood.org
lwelikson@abetterchildhood.org

/s/ Rich Walters
Richard W. Walters, WVSB #6809
rwalters@shafferlaw.net
J. Alexander Meade, WVSB #13021
ameade@shafferlaw.net
Shaffer & Shaffer, PLLC
P.O. Box 3973
Charleston, West Virginia 25339
(304) 344-8716

/*s*/ *J. Marty Mazezka*
J. Marty Mazeka
jmazezka@drofwv.org
Disability Rights of West Virginia

1207 Quarrier Street, Suite 400
Charleston, WV 25301
Tel: (304) 346-0847
Fax: (304) 346-0687

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

| | |
|---|---|
| Jonathan R., minor by Next Friend Sarah DIXON, *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | ) |
| v. | ) Case No. 3:19-cv-00710 |
| Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et al.*, | )<br>)<br>)<br>) |
| *Defendants*. | ) |

## CERTIFICATE OF SERVICE

I, J. Alexander Meade, counsel for Plaintiffs, hereby certify that I have this 23rd day of February, 2024, electronically filed "**Stipulated Extension of Time for Plaintiffs to Move to Compel**" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Philip J. Peisch, Esquire
Caroline M. Brown, Esquire
Julia Siegenberg, Esquire
Rebecca Wolfe, Esquire
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20001

Steven R. Compton, Esquire
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301

*/s/ J. Alexander Meade*
J. Alexander Meade (WVSB #13021)