# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

| | | |
|---|---|---|
| Jonathan R., minor, by Next Friend Sarah DIXON, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:19-cv-00710-JRG |
| Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' TENTH REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS

Plaintiffs hereby request, pursuant to Federal Rules of Civil Procedure 26 and 34, that Defendants produce all the Documents requested below in their possession, custody, or control at the offices of Shaffer & Shaffer PLLC, 330 State Street, Madison, West Virginia 25130, and A Better Childhood, 355 Lexington Avenue, Floor 16, New York, New York 10017, within thirty days (30) after service of this Tenth Request for Production of Documents.

### DEFINITIONS

1. "Case file" refers to any documentation or record of DHHR's activities relating to specific children, including any child abuse and neglect reports, intake assessments, information on placements, services, healthcare, education, family visitations, and court appearances.

2. "Child Placing Agency" means any person, association, or corporation in West Virginia that places or finds homes for children, places or assists in placing children in homes of persons other than relatives, or causes or assists in causing the placement of children for adoption or in another planned permanent living arrangement.

3. "Communications" includes, but is not limited to, any transmission, conveyance, or exchange of a word, statement, fact, thing, idea, Document, instruction, information, demand, or question by any medium, whether written, oral, or other means (including, but not limited to, electronic communications and electronic mail).

4. "Congregate Care Facility" means any group residential home or shelter, residential treatment facility, short- or long-term psychiatric residential treatment facility, or other childcare institutions in which DHHR places Foster Children in the physical and legal custody of DHHR or with which DHHR contracts as an option for placement of Foster Children in the physical and legal custody of DHHR.

5. "Department of Health and Human Resources" or "DHHR" means individually and collectively, Defendant Department of Health and Human Resources, and each of its affiliates, executives, employees, attorneys, representatives, agents, assigns, and any contracting entities, including any Child Placing Agency, Foster Care Placement, or Congregate Care Facility, which are obligated to allow DHHR access to books, documents, papers or other records in order for DHHR to audit, examine, transcribe and copy said documents, and any later-created entities arising from DHHR's anticipated split, effective January 1, 2024, including the Department of Health, the Department of Human Services, and the Department of Health Facilities.

6. "Documents" means any document or electronically stored information as defined in Federal Rule of Civil Procedure 34.

7. "Foster Children in the physical and legal custody of DHHR" means any child in the legal and physical custody of DHHR and in foster care, as defined in the DHHR Foster Care Policy § 1.8.

8. "Foster Care Placement" means any Foster Family Home, certified or uncertified Kinship Care Placement, Short-Term Emergency Placement, Congregate Care Facility, or any other place where

Defendants place Foster Children in the physical and legal custody of DHHR.

9. "Foster Family Home" means a private residence which is used for the care on a residential basis of no more than six children who are unrelated by blood, marriage, or adoption to any adult member of the household, as defined in the DHHR Foster Care Policy § 1.6.

10. "Including" means including and but not limited to.

11. "Kinship Care Placement" means any relative home or home of fictive kin.

12. "Random sample" refers to a population sample that is randomly generated from a larger population using a random number generator.

13. "Short-Term Emergency Placement" refers to any placement that provides temporary service twenty-four (24) hours a day for not more than thirty (30) consecutive days to any Foster Children in the physical and legal custody of DHHR.

14. "You," "Your," and "Defendants" means any or all the Defendants to this Action, including Governor Jim Justice, Former DHHR Secretary Bill Crouch, Former DHHR Interim Secretary Jeff Coben, DHHR Interim Secretary Sherri Young, Former DHHR Deputy Secretary Jeremiah Samples, DHHR Deputy Secretary Russell Crane, Former Commissioner of the Bureau for Children and Families Linda Watts, Incoming Secretary of the Department of Human Services Cynthia Persily, Commissioner of the Bureau for Social Services Jeffrey Pack, Commissioner of the Bureau for Family Assistance Janie Cole, Deputy Secretary of Children and Adult Services Cammie Chapman, DHHR, and any later-created entities arising from DHHR's anticipated split, effective January 1, 2024, including the Department of Health, the Department of Human Services, and the Department of Health Facilities.

## INSTRUCTIONS

1. You shall produce all Documents within Your custody or control.

2. The use of the singular shall be deemed to include the plural, and the use of masculine, feminine, or neutral genders shall include each gender, as appropriate in context.

3. You shall construe each request herein independently and not with reference to any other request for the purposes of limitation.

4. The connectives "and," "or," and "and/or" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the request all responses that might otherwise be construed to be outside of its scope.

5. The terms "all," "any," "each," and "every" shall be construed as both "each" and "every" to bring within the scope of the request all responses which might otherwise be construed to be outside of its scope.

6. The terms "reflect," "reflecting," "related to," "refer to," "relating to," and "referring to," mean relating to, referring to, concerning, mentioning, reflecting, pertaining to, evidencing, involving, describing, discussing, commenting on, embodying, responding to, supporting, contradicting, or constituting (in whole or in part), as the context makes appropriate.

7. To the extent a request seeks information regarding any of the Defendants' Communications, it excludes Communications between Defendants' counsel and Plaintiffs' counsel regarding this litigation.

8. Documents should be produced pursuant to agreements, stipulations or orders regarding the Collection and Production of Documents and Electronically Stored Information to be entered in this Action.

9. If You believe that any person or entity might have custody or control of any Document that is not within Your custody or control but is otherwise responsive to any part of this request, You shall state so and shall identify the person or entity that You believe might have custody or control of

that Document.

10. You shall specifically identify the source(s) or derivation(s) of each Document.

11. You shall produce each Document in its entirety, without abbreviation or redaction.

12. You shall produce all Documents in the order and manner that they are kept in the usual course of business. You shall produce all Documents in their original folders, binders, covers, or containers (or You shall provide properly sequenced photocopies thereof).

13. You shall produce as a separate Document any Document that contains any notation, addition, insertion, or marking of any kind that renders it not entirely identical to a version of that Document without such marks.

14. If any portion of any Document is responsive to any of these requests, You shall produce the entire Document including, but not limited to, all cover sheets, appendices, or attachments.

15. If You contend that part of a request is objectionable, You shall state the basis for Your objection with specificity, and You shall respond to that part of the request that You do not contend is objectionable.

16. If You contend that You do not understand the definition of any term or phrase used in a request, You shall explain in detail what it is that You do not understand about the term or phrase at issue, and You shall respond to that part of the request that You do understand.

17. If You contend that any part of a request is overbroad, You shall explain in detail why it is that You consider that part of the request to be overbroad, and You shall respond to the remainder of the request that You do not consider to be overbroad.

18. If no Document exists which is responsive to a particular request, You shall state so.

19. If, after responding to these requests, You obtain or become aware of any additional

Documents that are directly or indirectly responsive to any part of any of these requests, You shall promptly produce any additional responsive Documents. If, after answering these requests for production, You learn that any part of any answer or objection to any of these requests is incomplete, incorrect, or improper, You shall promptly provide a supplementary written answer and shall produce any additional responsive Documents.

20. If any Document covered by these requests is withheld by reasons of a claim of privilege, a log is to be furnished identifying any such Document for which the privilege is claimed by providing the information required by law.

## REQUEST FOR THE PRODUCTION OF DOCUMENTS

1. A random sample of fifteen (15) complete case files of unique children—who are not the members of the same sibling group—who were in Defendants' legal and/or physical custody on January 1, 2023, whose permanency goal at that time was reunification with their biological parent(s), and who, as of that date, or the closest date for which data exists, had been in Defendants' legal and/or physical custody for less than eighteen (18) months. The sample population shall not exclude children placed on trial home visits (also known as trial discharges) as of January 1, 2023, who remain in the legal and/or physical custody of Defendants. The sample population shall be limited to children physically placed within the state of West Virginia.

2. A random sample of fifteen (15) complete case files of unique children—who are not the members of the same sibling group—who were in Defendants' legal and/or physical custody on January 1, 2023, whose permanency goal at that time was reunification with their biological parent(s), and who, as of that date, or the closest date for which data exists, had been in Defendants' legal and/or physical custody for a period of eighteen (18) months or more. The sample population shall not exclude children placed on trial home visits (also known as trial discharges) as of

January 1, 2023, who remain in the legal and/or physical custody of Defendants. The sample population shall be limited to children physically placed within the state of West Virginia.

3. A random sample of fifteen (15) case files of unique children—who are not members of the same sibling group—who were in Defendants' legal and/or physical custody on January 1, 2023, or the closest date for which data exists, whose permanency goal at that time was adoption and who, as of January 1, 2023, had been in Defendants' legal and/or physical custody for eighteen (18) months or more. The sample population shall be limited to children physically placed within the state of West Virginia.

4. A random sample of fifteen (15) case files of unique children—who are not members of the same sibling group—who were in Defendants' legal and/or physical custody on January 1, 2023, or the closest date for which data exists, who were placed in a Congregate Care Facility within the state of West Virginia.

5. A random sample of fifteen (15) case files of unique children—who are not members of the same sibling group—who were in Defendants' legal and/or physical custody on January 1, 2023, or the closest date for which data exists, who were placed in a Congregate Care Facility outside the state of West Virginia.

6. A random sample of fifteen (15) case files of unique children—who are not members of the same sibling group—who were in Defendants' legal and/or physical custody on January 1, 2023, or the closest date for which data exists, who had been in custody for twelve (12) months or more and were in an uncertified Kinship Care Placement within the state of West Virginia.

7. A random sample of fifteen (15) case files of unique children—who are not members of the same sibling group—who were in Defendants' legal and/or physical custody on January 1, 2023, or the closest date for which data exists, who had been in custody for twelve (12) months or more and were in a certified Kinship Care Placement within the state of West Virginia.

Dated: August 17, 2023

       */s/ Marcia Robinson Lowry*
       Marcia Robinson Lowry, *admitted pro hac vice*
       mlowry@abetterchildhood.org
       Julia K. Tebor, *admitted pro hac vice*
       jtebor@abetterchildhood.org
       Jonathan Borle, *pro hac vice pending*
       jborle@abetterchildhood.org
       Lindsay Gus, *admitted pro hac vice*
       lgus@abetterchildhood.org
       A Better Childhood
       355 Lexington Avenue, Floor 16
       New York, NY 10017
       Tel.: (646) 795-4456
       Fax: (212) 692-0415

       */s/ Richard W. Walters*
       Shaffer & Shaffer, PLLC
       Richard W. Walters, WVSB #6809
       rwalters@shafferlaw.net
       J. Alexander Meade, WVSB #13021
       ameade@shafferlaw.net
       2116 Kanawha Boulevard, East
       P.O. Box 3973
       Charleston, WV 25339
       Tel: (304) 344-8716
       Fax: (304) 344-1481

       */s/ J. Marty Mazezka*
       Disability Rights of West Virginia
       J. Marty Mazezka, WVSB #4572
       jmazezka@drofwv.org
       1207 Quarrier Street, Suite 400
       Charleston, WV 25301
       Tel: (304) 346-0847
       Fax: (304) 346-0687