UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| Jonathan R., minor, by Next Friend Sarah DIXON, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) No. 3:19-cv-00710-JRG<br>) |
| Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et al.*, | )<br>)<br>) |
| Defendants. | ) |

**STIPULATION REGARDING ATTORNEYS' FEES**

The Parties, through their respective counsel, hereby stipulate that they have reached a compromise with respect to Plaintiffs' Application for Attorneys' Fees and Expenses, ECF No. 493. Defendants will make payment in an amount agreed to by the parties payable to A Better Childhood, Inc. This stipulation reflects a compromise by the parties and does not constitute any admission by either party about the reasonableness of Plaintiffs' Application for Attorneys' Fees and Expenses.

Accordingly, Plaintiffs hereby withdraw their Application for Attorneys' Fees and Expenses.

/s/ Philip J. Peisch
Philip J. Peisch (WVSB #13731)
Caroline M. Brown, *admitted pro hac*
Julia M. Siegenberg, *admitted pro hac*
Rebecca Wolfe, *admitted pro hac*
Brown & Peisch PLLC
1225 19th St NW, Suite 700
Washington, DC 20036
Tel: (202) 499-4258
ppeisch@brownandpeisch.com
cbrown@brownandpeisch.com
jsiegenberg@brownandpeisch.com

/s/ Marcia Robison Lowry
Marcia Robinson Lowry, *admitted pro hac*
Julia K. Tebor, *admitted pro hac*
Lindsay Gus, *admitted pro hac*
Laura Welikson, *admitted pro hac*
A Better Childhood
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415
mlowry@abetterchildhood.org
jtebor@abetterchildhood.org

rwolfe@brownandpeisch.com

/s/ Steven R. Compton
Steven R. Compton (WVSB #6562)
steven.r.compton@wvago.gov
Deputy Attorney General
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301
Tel: (304) 558-2131

lgus@abetterchildhood.org
lwelikson@abetterchildhood.org

/s/ Richard Walters
Richard W. Walters, WVSB #6809
rwalters@shafferlaw.net
J. Alexander Meade, WVSB #13021
ameade@shafferlaw.net
Shaffer & Shaffer, PLLC
P.O. Box 3973
Charleston, West Virginia 25339
(304) 344-8716

J. Marty Mazeka
jmazezka@drofwv.org
Disability Rights of West Virginia
1207 Quarrier Street, Suite 400
Charleston, WV 25301
Tel: (304) 346-0847
Fax: (304) 346-0687