IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

**JONATHAN R.,** *et al.***,**

    **Plaintiffs,**

v.   Case No.:  3:19-cv-00710

**JIM JUSTICE,** *et al.***,**

    **Defendants.**

### ORDER

Pending before the Court are Plaintiffs' Application for Attorney's Fees and Expenses, (ECF No. 493), and Stipulation Regarding Attorney's Fees. (ECF No. 496). Having reviewed the Stipulation, the Court notes that the parties have reached an agreement as to the amount of fees and expenses to be paid by Defendants. Accordingly, the Court **GRANTS** the Application for Attorney's Fees and Expenses in the amount(s) agreed upon by the parties pursuant to their Stipulation  It is so **ORDERED.**

The Clerk is instructed to provide a copy of this Order to counsel of record and any unrepresented party.

**ENTERED:** May 8, 2024

_____
Cheryl A. Eifert
United States Magistrate Judge