# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA
# HUNTINGTON DIVISION

| | |
|---|---|
| **Jonathan R., minor, by Next Friend, Sarah DIXON, *et al.*,** ) | |
| ) | |
| Plaintiffs, ) | Class Action |
| ) | 3:19-cv-00710 |
| v. ) | |
| ) | |
| **Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et al.*,** ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO COMPEL

On May 23, 2024, Plaintiffs filed their Motion to Compel. Having considered Plaintiffs' Motion, any responses thereto filed by Defendants, and any replies thereto filed by Plaintiffs, the Court finds that the Motion should be granted.

**IT IS HEREBY ORDERED:**

1. Plaintiffs' Motion to Compel is GRANTED in its entirety.

2. Defendants are hereby ORDERED to allow the requested discovery from Jeremiah Samples and from any other deponent.

3. Defendants are ORDERED to produce any documents withheld on the basis of deliberative process privilege by no later than June 21, 2024.

**IT IS SO ORDERED.**

DATED: _____

_____
HONORABLE CHERYL A. EIFERT
U.S. Magistrate Judge