IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

JONATHAN R., *et al.*,

*Plaintiffs*,

v.

JIM JUSTICE, in his official capacity as Governor of West Virginia, *et al.*,

*Defendants*.

Case No. 3:19-cv-00710

## NOTICE OF DEPOSITION OF LISA PROCK, MD, MPH

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendants by and through their counsel, will take the deposition of **Lisa Prock, MD, MPH**, in-person, or by video deposition virtually, if agreed upon by parties, on **Friday, June 21, 2024, beginning at 9:00 a.m.** at **One Davis Square, Charleston, WV 25301**. This deposition will be taken before a notary public or other authorized officer authorized to administer oaths and will continue during normal business hours from day to day until concluded.

Respectfully submitted,

May 24, 2024

*/s/* Philip J. Peisch
Philip J. Peisch (WVSB # 13731)
Caroline M. Brown, *pro hac vice*
Julia M. Siegenberg, *pro hac vice*
Rebecca L. Wolfe, *pro hac vice*
Trevor J. Rhodes, *pro hac vice*
Brown & Peisch PLLC
1225 19th Street NW, Ste. 700
Washington, DC 20036

<u>/s/ Steven R. Compton</u>
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV 25301

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| **JONATHAN R.**, *et al.*, | |
| *Plaintiffs*, | |
| v. | |
| **JIM JUSTICE, in his official capacity as Governor of West Virginia,** *et al.*, | Case No. 3:19-cv-00710 |
| *Defendants*. | |

## CERTIFICATE OF SERVICE

    I, Philip J. Peisch, hereby certify that I electronically filed this Certificate of Service for Defendants' Notice of Deposition of Lisa Prock, MD, MPH via ECF, and caused a true and correct copy of Defendants' Notice of Deposition of Lisa Prock, MD, MPH to be delivered to the following via electronic mail:

Marcia Robinson Lowry
Julia Tebor
Jonathan Borle
Lindsay Gus
A Better Childhood
355 Lexington Ave. Floor 16
New York, NY 10017

Richard W. Walters
J. Alexander Meade
Shaffer & Schaffer, PLLC
2116 Kanawha Blvd East
P.O. Box 3973
Charleston, WV 25304

J. Marty Mazezka
Disability Rights of West Virginia
1207 Quarrier Street, Suite 400
Charleston, WV 25301

                                                  Respectfully submitted,

May 24, 2024

/s/ Philip J. Peisch
Philip J. Peisch (WVSB # 13731)
Caroline M. Brown, *pro hac vice*
Julia M. Siegenberg, *pro hac vice*
Rebecca L. Wolfe, *pro hac vice*
Trevor J. Rhodes, *pro hac vice*
Brown & Peisch PLLC
1225 19th Street NW, Ste. 700
Washington, DC 20036

/s/ Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV 25301