## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JONATHAN R., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v.    ) | **Case No.** 3:19-cv-00710 |
| ) | |
| ) | |
| JIM JUSTICE, *et al.* ) | |
| ) | |
| *Defendants*. ) | |

## STIPULATION

Pursuant to Local Rule 11.2, Defendants and Plaintiffs in the above-captioned matter (collectively, "the Parties") hereby enter the stipulations set forth below.

1. The Parties stipulate and agree that they waived, and need not supplement, initial disclosures otherwise required under Federal Rule of Civil Procedure 26(a)(1).

2. The Parties stipulate and agree that Defendants will not produce and/or submit to the Court any sampled-child specific Documents responsive to Plaintiffs' Tenth Request for Production produced after March 11, 2024 .

3. For documents other than e-mail communication and those described in paragraph 2, the Parties stipulate and agree that Defendants do not need to produce, and may not rely on in connection with expert reports, trial, and/or any motions practice, any documents created on or after July 17, 2024.  The Parties stipulate and agree that Defendants will complete their supplemental production of documents by August 20, 2024.

Respectfully submitted,

/s/ *Philip J. Peisch*
Philip J. Peisch (WVSB #13731)
ppeisch@brownandpeisch.com

/s/ *Marcia Robinson Lowry*
Marcia Robinson Lowry, *admitted pro hac vice*

1

Caroline M. Brown, *admitted pro hac vice*
cbrown@brownandpeisch.com
Julia M. Siegenberg, *admitted pro hac vice*
jsiegenberg@brownandpeisch.com
Rebecca Wolfe, *admitted pro hac vice*
rwolfe@brownandpeisch.com
Trevor J. Rhodes, *admitted pro hac vice*
trhodes@brownandpeisch.com
Brown & Peisch PLLC
1225 19th St NW, Suite 700
Washington, DC 20036
Tel: (202) 499-4258

/s/ *Steven R. Compton*
Steven R. Compton (WVSB #6562)
steven.r.compton@wvago.gov
Deputy Attorney General
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301
Tel: (304) 558-2131

Julia K. Tebor, *admitted pro hac vice*
Lindsay Gus, *admitted pro hac vice*
Laura Welikson, *admitted pro hac vice*
A Better Childhood
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415
mlowry@abetterchildhood.org
jtebor@abetterchildhood.org
lgus@abetterchildhood.org
lwelikson@abetterchildhood.org

/s/ *Rich Walters*
Richard W. Walters, WVSB #6809
rwalters@shafferlaw.net
J. Alexander Meade, WVSB #13021
ameade@shafferlaw.net
Shaffer & Shaffer, PLLC
P.O. Box 3973
Charleston, West Virginia 25339
(304) 344-8716

/s/ *J. Marty Mazezka*
J. Marty Mazeka
jmazezka@drofwv.org
Disability Rights of West Virginia
1207 Quarrier Street, Suite 400
Charleston, WV 25301
Tel: (304) 346-0847
Fax: (304) 346-0687

May 29, 2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

JONATHAN R., *et al.*,

*Plaintiffs*,

v.

JIM JUSTICE, in his official capacity as Governor of West Virginia, *et al.*,

*Defendants*.

Case No. 3:19-cv-00710

### CERTIFICATE OF SERVICE

I, Philip J. Peisch, hereby certify that on May 29, 2024, I electronically filed this Certificate of Service for the above and foregoing Stipulation via ECF, and caused a true and correct copy of to be delivered to the following via electronic mail:

Marcia Robinson Lowry
Julia Tebor
Jonathan Borle
Lindsay Gus
A Better Childhood
355 Lexington Ave. Floor 16
New York, NY 10017

Richard W. Walters
J. Alexander Meade
Shaffer & Schaffer, PLLC
2116 Kanawha Blvd East
P.O. Box 3973
Charleston, WV 25304

J. Marty Mazezka
Disability Rights of West Virginia
1207 Quarrier Street, Suite 400
Charleston, WV 25301

Respectfully submitted,

May 29, 2024

*/s/ Philip J. Peisch*
Philip J. Peisch (WVSB # 13731)

3

Caroline M. Brown, *admitted pro hac vice*
cbrown@brownandpeisch.com
Julia M. Siegenberg, *admitted pro hac vice*
jsiegenberg@brownandpeisch.com
Rebecca Wolfe, *admitted pro hac vice*
rwolfe@brownandpeisch.com
Trevor J. Rhodes, *admitted pro hac vice*
trhodes@brownandpeisch.com
Brown & Peisch PLLC
1225 19th St NW, Suite 700
Washington, DC 20036
Tel: (202) 499-4258

<u>/s/ *Steven R. Compton*</u>
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV 25301