**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

**Jonathan R., minor, by Next Friend, Sarah DIXON, *et al.*,**

Plaintiffs,

v.

**Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et al.*,**

Defendants.

Class Action
3:19-cv-00710

**NOTICE OF DEPOSITION**

Please take notice that, pursuant to and in accordance with Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Johnathan R., *et al*., by their attorneys, will take the deposition of Pamela Woodman-Kaehler for the purpose of discovery and/or evidence, on **Thursday, June 6, 2023,** starting at **9:00 a.m.**, at the law office of Shaffer & Shaffer, PLLC, 2116 Kanawha Blvd, East, Charleston, West Virginia.

This deposition will be taken before a notary public authorized to administer oaths and will continue during normal business hours from day to day until concluded. You are hereby invited to attend and protect your interests.

Respectfully submitted,

*/s/ Richard W. Walters*
Shaffer & Shaffer, PLLC
Richard W. Walters, WVSB #6809
rwalters@shafferlaw.net
J. Alexander Meade, WVSB #13021

ameade@shafferlaw.net
2116 Kanawha Boulevard, East
P.O. Box 3973
Charleston, WV 25339
Tel: (304) 244-8716
Fax: (304) 344-1481

/s/ *Marcia Robinson Lowry*___________
Marcia R. Lowry, *admitted pro hac vice*
Julia Tebor, *admitted pro hac vice*
Jonathan Borle, *admitted pro hac vice*
Lindsay Gus, *admitted pro hac vice*
A Better Childhood
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415
mlowry@abetterchildhood.org
jtebor@abetterchildhood.org
jborle@abetterchildhood.org
lgus@abetterchildhood.org

/s/ *J. Marty Mazezka*_________________
Disability Rights of West Virginia
J. Marty Mazezka, WVSB #4572
jmazezka@drofwv.org
5088 Washington St. W., Suite 300
Charleston, WV 25301
Tel: (304) 346-0847
Fax: (304) 346-0687

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

| | | |
|---|---|---|
| Jonathan R., minor by Next Friend Sarah DIXON, *et al.*, | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | Case No. 3:19-cv-00710 |
| Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et al.*, | ) | |
| *Defendants.* | ) | |

**CERTIFICATE OF SERVICE**

I, Richard W. Walters, counsel for Plaintiffs, hereby certify that I have this 31st day of May, 2023, electronically filed the forging "***Notice of Deposition***" with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Philip J. Peisch, Esquire
Caroline M. Brown, Esquire
Julia Siegenberg, Esquire
Rebecca Wolfe, Esquire
Brown & Peisch PLLC
1233 20th Street NW, Suite 505
Washington, DC 20001

Steven R. Compton, Esquire
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301

*/s/ Richard W. Walters*
Richard W. Walters, WVSB #6809