**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

| | | |
|---|---|---|
| Jonathan R., minor, by Next Friend Sarah DIXON, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 3:19-cv-00710-JRG |
| Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et al.*, | ) ) ) | |
| Defendants. | ) | |

**DEFENDANT'S UNOPPOSED MOTION**
**FOR RELIEF UNDER RULE 83.6**

Pursuant to Local Rule of Civil Procedure 83.6(a), Defendants seek consent of the Court to excuse the attendance of Mr. Compton, as the Sponsoring Attorney of several of Defendants' counsel admitted *pro hac vice* in this matter, from appearing at further depositions to be conducted in this action. As grounds for this motion, Defendants state:

1. Several members of Defendants' legal team have appeared *pro hac vice* by filing Statements of Visiting Attorneys under the sponsorship of Steven Compton of the West Virginia Attorney General's Office. ECF Nos. 9, 59, 251, 392, 486.

2. Defendants expect there will be 17 depositions in this case from June 6 through the July 5 deposition deadline. Plaintiffs will be deposing 10 of Defendants' employees or former employees and Defendants' four experts, and Defendants will be deposing Plaintiffs' three experts.

3. The Parties have been working together to schedule these depositions, creating logistical issues coordinating the schedules of counsel and witnesses, particularly where travel is required for counsel.

1

4. Because of other professional commitments, Mr. Compton is unable to attend all 17 depositions.

5. Either Mr. Compton or Philip J. Peisch, who is admitted to practice in West Virginia and before the Southern District of West Virginia, will attend most depositions.

6. At least one member of Defendants' counsel who is admitted *pro hac vice* will participate in each upcoming deposition for this matter.

7. Local Rule of Civil Procedure 83.6(a) provides:

> Upon compliance with this rule and introduction of the Visiting Attorney to the court by the Sponsoring Attorney, the Sponsoring Attorney, with the consent of the court, may be excused from further attendance during the proceedings and the Visiting Attorney may continue to appear in that particular case.

8. Plaintiffs assent to the relief requested.

Respectfully submitted,

June 3, 2024

*/s/* Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV 25301

*/s/* Philip J. Peisch
Philip J. Peisch (WVSB # 13731)
Caroline M. Brown, *pro hac vice*
Julia M. Siegenberg, *pro hac vice*
Rebecca L. Wolfe, *pro hac vice*
Brown & Peisch PLLC
1225 19th Street NW, Ste. 700
Washington, DC 20036

## CERTIFICATE OF SERVICE

      I, Steven R. Compton, hereby certify that I caused a true and correct copy of Defendants' Motion for Relief Under Local Rule 83.6 to be delivered to the following via electronic mail:

Marcia R. Lowry
Julia Tebor
Jonathan Borle
Lindsay Gus
Laura Welikson
A Better Childhood
355 Lexington Ave., Floor 16
New York, NY 10017

Richard W. Walters
J. Alexander Meade
Brian L. Ooten
Shaffer & Schaffer, PLLC
2116 Kanawha Blvd East
P.O. Box 3973
Charleston, WV 25304

J. Marty Mazezka
Disability Rights of West Virginia
5088 Washington St. W., Suite 300
Charleston, WV 25301

June 3, 2024

                                                                                            /s/ Steven R. Compton
                                                                                            Steven R. Compton (WVSB #6562)
                                                                                            West Virginia Attorney General's Office
                                                                                            812 Quarrier Street, 6th Floor
                                                                                            Charleston, WV 25301