# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

**JONATHAN R.**, *et al.*,

    **Plaintiffs,**

v.                                             Case No.: 3:19-cv-00710

**JIM JUSTICE**, *et al.*,

    **Defendants.**

### ORDER

Pending before the Court is Defendants' Unopposed Motion for Relief Under Rule 83.8, (ECF No. 509), requesting that sponsoring attorney Steven R. Compton, Esquire, be excused from appearing at further depositions in the instant matter. Having reviewed the motion, the motion is **GRANTED** for good cause shown. It is **ORDERED** that Mr. Compton is excused from further depositions in this case.

The Clerk is instructed to provide a copy of this Order to counsel and any unrepresented parties.

**ENTERED**: June 4, 2024

_____
Cheryl A. Eifert
United States Magistrate Judge