UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | | |
|---|---|---|
| **Jonathan R., minor, by Next Friend, Sarah DIXON,** *et al.***,** | ) ) ) ) | |
| Plaintiffs, | ) ) | Class Action 3:19-cv-00710 |
| v. | ) ) | |
| **Jim JUSTICE, in his official capacity as the Governor of West Virginia,** *et al.***,** | ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION

Please take notice that, pursuant to and in accordance with Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Johnathan R., *et al*., by their attorneys, will take the deposition of Cynthia Persily for the purpose of discovery and/or evidence, on **Wednesday, June 12, 2024,** starting at **9:00 a.m.**, at the law office of Shaffer & Shaffer, PLLC, 2116 Kanawha Blvd, East, Charleston, West Virginia.  The Court Reporter will send a link to those attending via Zoom.

This deposition will be taken before a notary public authorized to administer oaths and will continue during normal business hours from day to day until concluded.  You are hereby invited to attend and protect your interests.

Respectfully submitted,

*/s/ Richard W. Walters*
Shaffer & Shaffer, PLLC
Richard W. Walters, WVSB #6809
rwalters@shafferlaw.net
J. Alexander Meade, WVSB #13021

1

ameade@shafferlaw.net
2116 Kanawha Boulevard, East
P.O. Box 3973
Charleston, WV 25339
Tel: (304) 244-8716
Fax: (304) 344-1481

/s/ *Marcia Robinson Lowry*_____
Marcia R. Lowry, *admitted pro hac vice*
Julia Tebor, *admitted pro hac vice*
Jonathan Borle, *admitted pro hac vice*
Lindsay Gus, *admitted pro hac vice*
A Better Childhood
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415
mlowry@abetterchildhood.org
jtebor@abetterchildhood.org
jborle@abetterchildhood.org
lgus@abetterchildhood.org


/s/ *J. Marty Mazezka*_____
Disability Rights of West Virginia
J. Marty Mazezka, WVSB #4572
jmazezka@drofwv.org
5088 Washington St. W., Suite 300
Charleston, WV 25301
Tel: (304) 346-0847
Fax: (304) 346-0687