# Exhibit 4

**Friday, June 7, 2024 at 20:59:41 Eastern Daylight Time**

| | |
|---|---|
| **Subject:** | Re: Jonathan R. Meet and Confer |
| **Date:** | Thursday, May 2, 2024 at 4:14:08 PM Eastern Daylight Time |
| **From:** | Julia Tebor |
| **To:** | Philip Peisch, Julia Siegenberg, Marcia Lowry, Alex Meade, Lindsay Gus, Rich Walters, John Mazezka, Laura Welikson |
| **CC:** | Steven R. Compton, Trevor Rhodes, Rebecca Wolfe |
| **Attachments:** | image001.jpg, image002.png, image003.png, image004.png, image005.png, image006.png, image007.jpg, image008.png, image009.png, image010.png, image011.png, image012.png |

Phil,

We have considered your proposal below. Plaintiffs will agree that Defendants foregoing moving for a protective order to clawback D001073022 does not constitute a waiver of A/C privilege, attorney work product, or deliberative process privilege with respect to other documents and information.

Plaintiffs, however, continue to believe that the deliberative process privilege is inapplicable in this action. And as Defendants are aware, Plaintiffs were prevented from seeking certain discovery during Jeremiah Samples' deposition on the basis of deliberative process privilege. Plaintiffs plan to move to compel Defendants to allow this discovery as well as to produce any documents they may be withholding on these grounds. While Plaintiffs are still waiting for Defendants' privilege log on this issue, given the Court-ordered schedule and the timing for the end of fact discovery, the parties must have a resolution of this issue quickly.

We understand that Defendants will object to this motion.

Thank you,

**Julia Tebor**
Supervising Attorney
A Better Childhood
jtebor@abetterchildhood.org
O: (646) 771-9778



**Stay Connected:**

1 of 5

   

This email and any attachments may contain confidential and privileged information.
If you are not the intended recipient, please notify the sender immediately, destroy
this email, and destroy any copies. Any dissemination or use of this information by
a person other than the intended recipient is unauthorized and may be illegal.

**From:** Philip Peisch <Ppeisch@brownandpeisch.com>
**Date:** Monday, April 29, 2024 at 2:42 PM
**To:** Julia Tebor <jtebor@abetterchildhood.org>, Julia Siegenberg <jsiegenberg@brownandpeisch.com>, Marcia Lowry <mlowry@abetterchildhood.org>, Alex Meade <ameade@shafferlaw.net>, Lindsay Gus <lgus@abetterchildhood.org>, Rich Walters <rwalters@shafferlaw.net>, John Mazezka <jmazezka@drofwv.org>, Laura Welikson <lwelikson@abetterchildhood.org>
**Cc:** "Steven R. Compton" <Steven.R.Compton@wvago.gov>, Trevor Rhodes <trhodes@brownandpeisch.com>, Rebecca Wolfe <rwolfe@brownandpeisch.com>
**Subject:** RE: Jonathan R. Meet and Confer

Ok, thanks, sounds good.

**PHILIP J. PEISCH**
**O:** 202.499.4261 | **C:** 339.927.6908
ppeisch@brownandpeisch.com | Website | Washington, D.C.



This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Julia Tebor <jtebor@abetterchildhood.org>
**Sent:** Monday, April 29, 2024 2:25 PM
**To:** Philip Peisch <Ppeisch@brownandpeisch.com>; Julia Siegenberg <jsiegenberg@brownandpeisch.com>; Marcia Lowry <mlowry@abetterchildhood.org>; Alex Meade <ameade@shafferlaw.net>; Lindsay Gus <lgus@abetterchildhood.org>; Rich Walters <rwalters@shafferlaw.net>; John Mazezka <jmazezka@drofwv.org>; Laura Welikson <lwelikson@abetterchildhood.org>
**Cc:** Steven R. Compton <Steven.R.Compton@wvago.gov>; Trevor Rhodes <trhodes@brownandpeisch.com>; Rebecca Wolfe <rwolfe@brownandpeisch.com>
**Subject:** Re: Jonathan R. Meet and Confer

2 of 5

Phil,

We are considering your proposal below. We can hold off on the call in the meantime and reschedule if necessary.

Thanks,

**Julia Tebor**
Supervising Attorney
A Better Childhood
jtebor@abetterchildhood.org
O: (646) 771-9778



**Stay Connected:**

   

This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately, destroy this email, and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

---

**From:** Philip Peisch <Ppeisch@brownandpeisch.com>
**Date:** Monday, April 29, 2024 at 2:03 PM
**To:** Julia Siegenberg <jsiegenberg@brownandpeisch.com>, Julia Tebor <jtebor@abetterchildhood.org>, Marcia Lowry <mlowry@abetterchildhood.org>, Alex Meade <ameade@shafferlaw.net>, Lindsay Gus <lgus@abetterchildhood.org>, Rich Walters <rwalters@shafferlaw.net>, John Mazezka <jmazezka@drofwv.org>, Laura Welikson <lwelikson@abetterchildhood.org>
**Cc:** "Steven R. Compton" <Steven.R.Compton@wvago.gov>, Trevor Rhodes <trhodes@brownandpeisch.com>, Rebecca Wolfe <rwolfe@brownandpeisch.com>
**Subject:** RE: Jonathan R. Meet and Confer

Counsel – Will Plaintiffs agree that Defendants foregoing moving for a protective order to

clawback D001073022 does not constitute a waiver of A/C privilege, attorney work product, or deliberative process privilege with respect to other documents and information?  If Plaintiffs will agree to that in writing over email, I think Defendants can avoid moving for a protective order, and we can move past this issue and cancel today's meet-and-confer.

Phil

**PHILIP J. PEISCH**
**O:** 202.499.4261 | **C:** 339.927.6908
ppeisch@brownandpeisch.com | Website | Washington, D.C.



This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

-----Original Appointment-----
**From:** Julia Siegenberg <jsiegenberg@brownandpeisch.com>
**Sent:** Tuesday, April 23, 2024 12:10 PM
**To:** Julia Siegenberg; Julia Tebor; Marcia Lowry; Alex Meade; Lindsay Gus; Rich Walters; John Mazezka; Laura Welikson
**Cc:** Philip Peisch; Steven R. Compton; Trevor Rhodes; Rebecca Wolfe
**Subject:** Jonathan R. Meet and Confer
**When:** Monday, April 29, 2024 3:30 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Microsoft Teams Meeting

_____

# Microsoft Teams Need help?

## Join the meeting now

Meeting ID: 235 987 393 948
Passcode: emUQSF

---

**Dial-in by phone**
+1 469-607-2641,,383660585# United States, Dallas
Find a local number

Phone conference ID: 383 660 585#

For organizers: Meeting options | Reset dial-in PIN
_____