## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| JONATHAN R., *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | |
| | ) | |
| JIM JUSTICE, in his official capacity as | ) | **Case No.** 3:19-cv-00710 |
| Governor of West Virginia, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants by and through their undersigned counsel, hereby move this Honorable Court for summary judgment in favor of Defendants on all of Plaintiffs' remaining claims, pursuant to Federal Rule of Civil Procedure 56(a). The bases for this Motion are set forth in Defendants' accompanying Memorandum of Law, which is incorporated by reference.

Respectfully submitted,

July 8, 2024

/s/ Philip J. Peisch
Philip J. Peisch (WVSB # 13731)
Caroline M. Brown, *pro hac vice*
Julia M. Siegenberg, *pro hac vice*
Rebecca L. Wolfe, *pro hac vice*
Brown & Peisch PLLC
1225 19th Street NW, Ste. 700
Washington, DC 20036


/s/ Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV 25301

## CERTIFICATE OF SERVICE

I, Philip J. Peisch, hereby certify that I caused a true and correct copy of Defendants'

Motion for Summary Judgment to be delivered to the following via ECF:

Marcia R. Lowry
Julia Tebor
Laura Welikson
A Better Childhood
355 Lexington Ave., Floor 16
New York, NY 10017

Richard W. Walters
J. Alexander Meade
Shaffer & Schaffer, PLLC
2116 Kanawha Blvd East
P.O. Box 3973
Charleston, WV 25304

J. Marty Mazezka
Disability Rights of West Virginia
5088 Washington St. W., Suite 300
Charleston, WV 25301

July 8, 2024                                    /s/ Philip J. Peisch
                                               Philip J. Peisch (WVSB # 13731)
                                               Caroline M. Brown, *pro hac vice*
                                               Julia M. Siegenberg, *pro hac vice*
                                               Rebecca L. Wolfe, *pro hac vice*
                                               Brown & Peisch PLLC
                                               1225 19th Street NW, Ste. 700
                                               Washington, DC 20036


                                               /s/ Steven R. Compton
                                               Steven R. Compton (WVSB #6562)
                                               West Virginia Attorney General's Office
                                               812 Quarrier Street, 6th Floor
                                               Charleston, WV 25301