UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | | |
|---|---|---|
| JONATHAN R., *et al.*, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 3:19-cv-00710 |
| | ) | |
| JIM JUSTICE, *et al.*, | ) | |
| | ) | |
| *Defendants*. | ) | |

## DECLARATION OF PHILIP J. PEISCH

1. My name is Philip J. Peisch. I am outside counsel for Defendants for in the above-captioned matter. I am submitting this declaration in support of the Defendants' motion for summary judgment.

2. Attached to this declaration are true and correct copies of the documents listed in the table below.

| Exhibit | Description |
|---|---|
| **Defendants' Declarations** | |
| 1. | Declaration of Cammie Chapman (July 5, 2024) |
| 2. | Declaration of Cynthia Parsons & Exs. A, B (July 5, 2024) |
| 3. | Declaration of Amanda Queen & Exs. A–D (July 2, 2024) |
| 4. | Declaration of Jeffrey Pack (July 3, 2024) |
| 5. | Declaration of Jessica Kennedy (July 7, 2024) |

1

| Exhibit | Description |
|---|---|
| 6. | Declaration of Cynthia Parsons & Attachs. A–H (June 13, 2024) |
| **Discovery Responses** | |
| 7. | Defendants' Written Responses to Plaintiffs' Rule 30(b)(6) Notice, Topic 3 (June 28, 2024) |
| 8. | Defendants' Written Responses to Plaintiffs' Rule 30(b)(6) Notice, Topic 4 (July 2, 2024) |
| 9. | Defendants' Written Responses to Plaintiffs' Rule 30(b)(6) Notice, Topics 5, 6, and 9 (June 28, 2024) |
| 10. | Defendants' Written Responses to Plaintiffs' Rule 30(b)(6) Notice, Topic 7 (July 2, 2024) |
| 11. | Defendants' Written Responses to Plaintiffs' Rule 30(b)(6) Notice, Topics 8 and 12 (July 5, 2024) |
| 12. | Defendants' Written Responses to Plaintiffs' Rule 30(b)(6) Notice, Topic 10 (July 2, 2024) |
| 13. | Defendants' Written Responses to Plaintiffs' Rule 30(b)(6) Notice, Topics 11 and 14 (July 1, 2024) |
| 14. | Defendants' Written Responses to Plaintiffs' Rule 30(b)(6) Notice, Topic 13 (July 2, 2024) |
| 15. | Defendants' Written Responses to Plaintiffs' Rule 30(b)(6) Notice, Topic 17 (July 1, 2024) |
| 16. | Plaintiffs' Amended Responses and Objections to Defendants' First Set of Requests for Admissions (July 21, 2021) |

| Exhibit | Description |
|---|---|
| 17. | Plaintiffs' Responses to Defendants' Second Set of Requests for Admissions (Nov. 20, 2023) |
| 18. | Plaintiffs' Second Amended Responses and Objections to Defendants' First Set of Interrogatories (Dec. 14, 2023) |
| 19. | Plaintiffs' Supplemental Responses to Defendants' First Set of Interrogatories (Feb. 12, 2024) |
| 20. | Plaintiffs' Amended Responses and Objections to Defendants' Second Set of Interrogatories (Feb. 14, 2024) |
| **Expert Reports and Deposition Transcripts** | |
| 21. | Declaration and Expert Report of Heidi Arthur (May 15, 2024) |
| 22. | Declaration and Expert Report of Uma Ahluwalia (June 14, 2024) |
| 23. | Declaration and Expert Report of James Dimas (June 10, 2024) |
| 24. | Declaration and Expert Report of Alan Salzberg (June 13, 2024) |
| 25. | Declaration and Expert Report of Lisa Prock (May 15, 2024) |
| 26. | Deposition Transcript of Lisa Prock (June 21, 2024) |
| 27. | Declaration and Expert Report of Susan Ault (May 17, 2024) |
| 28. | Deposition Transcript of Susan Ault (June 18, 2024) |
| 29. | Declaration and Expert Report of Samuel Hickman (May 15, 2024) |

| Exhibit | Description |
|---|---|
| **Publications Issued by Public Authority** | |
| 30. | West Virginia Supreme Court of Appeals, Judicial Benchbook, Child Abuse and Neglect Proceedings (Aug. 2023), D003106834–D003107422, available at https://www.courtswv.gov/sites/default/pubfilesmnt/2024-01/2023Benchbook_0.pdf |
| 31. | BSS, Foster Care Policy (May 2024), D003107870–D003108117, available at https://dhhr.wv.gov/bss/policy/Documents/Current%20Foster%20Care%20Policy%20May%202024.pdf |
| 32. | BSS, Youth Services Policy (May 2024), D003107795–D003107869, available at https://dhhr.wv.gov/bss/policy/Documents/YS%20Policy%20May%202024%20Final.pdf |
| 33. | BSS, Child Protective Services Policy (June 2024), D003107531–D003107761, available at https://dhhr.wv.gov/bss/policy/Documents/CPS%20Policy%20June%202024.pdf |
| 34. | BSS, Homefinding Policy (May 2024), D003107446–D003107530, available at https://dhhr.wv.gov/bss/policy/Documents/Home%20Finding%20Policy%20May%202024%20.docx.pdf |
| 35. | BSS, Pathway to Children's Mental Health Services (May 2024), D003106822–D003106833, available at https://dhhr.wv.gov/bss/policy/Documents/Pathway%20to%20Children%27s%20Mental%20Health%20Services%20Policy%20May%202024.pdf |
| 36. | BSS, Multidisciplinary Team (MDT) Meeting Desk Guide (Jan. 2023), D002227655–D002227662, available at https://dhhr.wv.gov/bss/policy/Documents/MDT%20Desk%20Guide%20Revised%201-2024.pdf |

| Exhibit | Description |
|---|---|
| 37. | BSS, Standard Operating Procedure, Emergency Shelter Care Coordination (2023), D219677–D219681, available at https://dhhr.wv.gov/bss/policy/Documents/Shelter%20Care%20Coordination%20SOP%202023.pdf |
| 38. | BSS, Policy, Safe at Home West Virginia (Mar. 2024), D003097739–D003097768, available at https://dhhr.wv.gov/bss/policy/Documents/SAH%20Policy%205.24.24%20Final.pdf |
| 39. | BSS, LCA Client Purchased Service Definitions & Utilization Guidance (Feb. 12, 2021), D003105761–D003105775, available at https://dhhr.wv.gov/bss/services/Documents/LCA%20Client%20Purchased%20Service%20Definition.pdf |
| 40. | BSS, West Virginia Families Come First, A Five-Year Plan for Title VI-E Prevention Services: 2019-2024 (Nov. 2019), D003106181–D003106215, available at https://dhhr.wv.gov/bss/reports/Documents/Family%20First-5%20Year%20Prevention%20Plan%2011-19-19%20FINAL%20with%20cover.docx.pdf |
| 41. | BSS, Study of Kinship Care Families (Oct. 2019), D005828–D005867, available at https://dhhr.wv.gov/bss/reports/Documents/Study%20of%20Kinship%20Care%20Families%20October%202019.pdf |
| 42. | BSS, Continuous Quality Improvement Plan for Children's Programs (Apr. 20, 2023), D002230165–D002230182, available at https://dhhr.wv.gov/bss/Documents/BSS%20CQI%20Plan%20REVISED%207-2023_JTP.pdf |
| 43. | BMS, Policy Manual Ch. 100, General Information (Mar. 1, 2023), D003108118–D003108137, available at https://dhhr.wv.gov/bms/Public%20Notices/Documents/Chapter%20100%20General%20Administration.pdf |

| Exhibit | Description |
|---|---|
| 44. | BMS, Policy Manual Ch. 502, Children with Serious Emotional Disorder Waiver (CSEDW) (July 1, 2021), D002231168–D002231239, available at https://dhhr.wv.gov/bms/Provider/Documents/Manuals/Chapter%20502%20CSEDW.pdf |
| 45. | BMS, Policy Manual Ch. 503, Licensed Behavioral Health Center (LBHC) Services, App'x. 503H: Community-Based Mobile Crisis Intervention Services (Feb. 1, 2024), D003108294–DS003108308, available at https://dhhr.wv.gov/bms/Provider/Documents/Manuals/Appendixes/Chapter%20503%20Appendix%20H%20Commumity-Based%20Mobile%20Crisis%20Intervention%20Services.pdf |
| 46. | BMS, Policy Manual Ch. 513, Intellectual and Developmental Disabilities Waiver (IDDW) (Dec. 21, 2023), D003108138–D003108293, available at https://dhhr.wv.gov/bms/Provider/Documents/Manuals/Chapter%20513%20IDDW%20Policy%20 Manual%2012-21-2023.pdf |
| 47. | BMS, Policy Manual Ch. 531, Psychiatric Residential Treatment Facility Services (Jan. 1, 2023), D003106245–D003106295, available at https://dhhr.wv.gov/bms/Provider/Documents/Manuals/Chapter%20531PyschiatricResidentialTreatmentFacilityServices.pdf |
| 48. | BMS, Medicaid Waiver Report June 2023 (Aug. 2023), D001801596–D001801599, available at https://dhhr.wv.gov/bms/About%20Us/Leginre/Documents/2023/August%202023%20Joint%20Committee%20and%20LOCHHRA%20Medicaid%20Waiver%20Report%20%28June%202023 %20data%29.pdf |
| 49. | BMS, Temporary Rate Increase for Direct Care Services (Sept. 22, 2021), D003105758–D003105760, available at https://dhhr.wv.gov/bms/Programs/WaiverPrograms/Documents/ARPA%20Rate%20Increase%20Attestation%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%20CORRECTED.pdf |

| Exhibit | Description |
|---|---|
| 50. | BMS, Rates for Home and Community-Based Services (June 30, 2023), D003113226–D003113227, available at https://dhhr.wv.gov/bms/Programs/WaiverPrograms/TBIW/Documents/TBIWForms/HCBS%20Rates%20Memo%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%20PDF.pdf |
| 51. | BMS, Temporary Rate Increase for Direct Care Services (Oct. 14, 2021), D003113223–D003113225, available at https://dhhr.wv.gov/bms/About%20Us/Documents/BH%20Services%20ARPA%20Rate%20Increase%20Memo%20%26%20Attestation%20OCT2021%20%282%29.pdf |
| 52. | BMS, Permanent Five (5%) Rate Increase for Behavioral Health Codes and Continued ARPA Funding Information (Mar. 28, 2022), D003105752–D003105755, available at https://dhhr.wv.gov/bms/Documents/LBHC%205%25%20Letter%20Final%203.28.22.pdf |
| 53. | BMS, Application for 1915(c) HCBS Waiver: WV.1646.R00.00 (Feb. 1, 2020), D002761257–D002761470, available at https://dhhr.wv.gov/bms/CMS/Documents/CSEDW%20CMS%20Approved%20Initial%20Application_Approved%2012_19_19.pdf |
| 54. | BMS, Application for 1915(c) HCBS Waiver: WV.1646.R00.07 (July 1, 2021), D002231930–D002232110, available at https://dhhr.wv.gov/bms/Programs/WaiverPrograms/CSEDW/Documents/CSEDW%20Amendment%20Application%207.1.21.PDF |
| 55. | BMS, State Plan Amendment Under Title XIX of the Social Security Act, approved pages (Sept. 5, 2023), D002774466–D002774472, available at https://dhhr.wv.gov/bms/CMS/SMP/Documents/SPAs/SPA%202023/WV%20SPA%202023-0003%20APPROVAL%20-signed.pdf |
| 56. | BMS, State Pan Amendment (SPA) 24-0002, Regarding Residential and Specialized Intensive Treatment Public Notice (Mar. 15, 2024), D003105736, available at https://dhhr.wv.gov/bms/Public%20Notices/Documents/24-0002%20Public%20Notice%20communication%20for%2003.15.24%20post.pdf |

| Exhibit | Description |
|---------|-------------|
| 57. | BMS, State Pan Amendment (SPA) 24-0002, Payment Pages (Mar. 15, 2024), D003105737–D003105751, available at https://dhhr.wv.gov/bms/Public%20Notices/Documents/24-0002_PaymentPages_Draft%20for%20PC%20post.pdf |
| 58. | BMS, State Pan Amendment (SPA) 24-0002, Coverage Pages (Mar. 15, 2024), D003105723–D003105725, available at https://dhhr.wv.gov/bms/Public%20Notices/Documents/24-0002_CoveragePages_Draft%20for%20PC%20post.pdf |
| 59. | CMS, Application for 1915(c) HCBS Waiver: WV.1646.R01.02 (July 24, 2024), D003112372–D003112590, available at https://www.medicaid.gov/medicaid/section-1115-demo/demonstration-and-waiver-list/83566 (click "Approved Application" to download ZIP folder, then open PDF named "WV1646R0102") |
| 60. | Letter from A.M. DeBoy, CMS, to C. Beane, BMS (IDDW Appendix K Approval Letter) (Apr. 20, 2021), D003105756–D003105757, available at https://dhhr.wv.gov/bms/Documents/Approval%20Letter%20_WV%20(0133%200134%200876%2001646)%20Appendix%20K%204.20.2021%20signed%20(1).pdf |
| 61. | CMS, IDDW Appendix K Amendment (Mar. 21, 2021), D003105726–D003105735, available at https://www.medicaid.gov/state-resource-center/downloads/wv-combined-appendix-k-appvl.pdf |
| 62. | DoHS, Agreement Between United States Department of Justice and the State of West Virginia (May 14, 2019), D002141019–D002141042, available at https://kidsthrive.wv.gov/Documents/WV%202019.05.14%20DOJ%20Agreement.pdf |
| 63. | DoHS, Implementation Plan for the Memorandum of Understanding Between the State of West Virginia and the United States Department of Justice, Year Five (Feb. 14, 2024), D002141194–D002141240, available at https://kidsthrive.wv.gov/DOJ/Documents/WVDoHS%20DOJ%20IP%20Y5%20FINAL.pdf |

| Exhibit | Description |
|---|---|
| 64. | University of Maryland Baltimore, Agreement Between the State of West Virginia and the United States Department of Justice: Report by Subject Matter Expert (Mar. 2024), D003097184–D003097271, available at https://kidsthrive.wv.gov/DOJ/Documents/FInal%20March%202024%20SME%20Report.pdf |
| 65. | DoHS, Children's Mental Health and Behavioral Health Services Quality and Outcomes Report (Jan. 31, 2022), D217447–D217528, available at https://kidsthrive.wv.gov/DOJ/Documents/WV%20DoHS%20Semiannual%20Report%20January%202024.pdf |
| 66. | DoHS, Children's Mental Health and Behavioral Health Services Quality and Outcomes Report (July 29, 2022), D002232521–D002232635, available at https://kidsthrive.wv.gov/Documents/WVDHHR_Semi-Annual_Report_July_2022.pdf |
| 67. | DoHS, Children's Mental Health and Behavioral Health Services Quality and Outcomes Report (July 27, 2023), D002232254–D002232419, available at https://kidsthrive.wv.gov/DOJ/Documents/July%2027%202023%20DHHR%20Semi-Annual%20Report_FINAL_pdf.pdf |
| 68. | DoHS, Children's Mental Health and Behavioral Health Services Quality and Outcomes Report (Jan. 31, 2024), D002232660–D002232863, available at https://kidsthrive.wv.gov/DOJ/Documents/WV%20DoHS%20Semiannual%20Report%20January%202024.pdf |
| 69. | DoHS, Children's Mental Health and Behavioral Health Services Quality and Outcomes Report - Addendum (April 30, 2024), D003097101–D003097124, available at https://kidsthrive.wv.gov/DOJ/Documents/Addendum%20to%20January%202024%20Quality%20and%20Outcomes%20Report_4_30_2024.pdf |
| 70. | West Virginia University, Workload Study Report (Aug. 19, 2022), D219820–D219956, available at https://www.wvlegislature.gov/legisdocs/reports/agency/H01_CY_2022_15696.pdf |

| Exhibit | Description |
|---|---|
| 71. | BSS, Child Protective Services Workforce Allocations (July 1, 2023), D003105467–D003105470, available at https://www.wvlegislature.gov/legisdocs/reports/agency/H01_CY_2023_26000.pdf |
| 72. | BSS, Annual Report, Child Placing Agency Performance-Based Contracts (2023), D003097522–D003097528, available at https://www.wvlegislature.gov/legisdocs/reports/agency/H01_CY_2023_26236.pdf |
| 73. | BSS, May 2014 Legislative Foster Care Report (May 31, 2014), D002760498, available at https://dhhr.wv.gov/bss/reports/Documents/2014%20June%20Legislative%20Foster%20Care%20Report.pdf |
| 74. | BSS, May 2022 Legislative Foster Care Report (May 31, 2022), D219660, available at https://dhhr.wv.gov/bss/reports/Documents/2022%20June%20Legislative%20Foster%20Care%20Placement%20Report.pdf |
| 75. | BSS, May 2024 Legislative Foster Care Report (May 2024), D003108363, available at https://dhhr.wv.gov/bss/reports/Documents/05.2024_Legislative%20Foster%20Care%20Placement%20Report.pdf |
| 76. | BSS, December 2014 Legislative Foster Care Report (Dec. 31, 2014), D002760437, available at https://dhhr.wv.gov/bss/reports/Documents/2015%20January%20Foster%20Care%20Placement%20Report.pdf |
| 77. | BSS, December 2015 Legislative Foster Care Report (Dec. 31, 2015), D002760499, available at https://dhhr.wv.gov/bss/reports/Documents/2016%20January%20Legislative%20Foster%20Care%20Report.pdf |

| Exhibit | Description |
|---|---|
| 78. | BSS, December 2016 Legislative Foster Care Report (Jan. 3, 2017), D002760447, available at https://dhhr.wv.gov/bss/reports/Documents/2017%20January%20Legislative%20Foster%20Care%20Report.pdf |
| 79. | BSS, December 2017 Legislative Foster Care Report (Jan. 5, 2018), D002760511, available at https://dhhr.wv.gov/bss/reports/Documents/2018%20January%20Legislative%20Foster%20Care%20Report.pdf |
| 80. | BSS, December 2018 Legislative Foster Care Report (Dec. 31, 2018), D002760445, available at https://dhhr.wv.gov/bss/reports/Documents/2019%20January%20Legislative%20Foster%20Care%20Report.pdf |
| 81. | BSS, December 2019 Legislative Foster Care Report (Dec. 31, 2019), D219634, available at https://dhhr.wv.gov/bss/reports/Documents/2020%20January%20Legislative%20Foster%20Care%20Report.pdf |
| 82. | BSS, December 2020 Legislative Foster Care Report (Dec. 31, 2020), D219656, available at https://dhhr.wv.gov/bss/reports/Documents/2021%20January%20Legislative%20Foster%20Care%20Placements%20Report.pdf |
| 83. | BSS, December 2021 Legislative Foster Care Report (Dec. 31, 2021), D219646, available at https://dhhr.wv.gov/bss/reports/Documents/2022%20January%20Legislative%20Foster%20Care%20Placement%20Report%28Saved%20Versions%29.pdf |
| 84. | BSS, December 2022 Legislative Foster Care Report (Jan. 3, 2023), D219653, available at https://dhhr.wv.gov/bss/reports/Documents/2023%20January%20Legislative%20Foster%20Care%20Placement%20Report.pdf |

| Exhibit | Description |
|---|---|
| 85. | BSS, December 2023 Legislative Foster Care Report (Apr. 18, 2023), D003097286, available at https://dhhr.wv.gov/bss/reports/Documents/12.2023_Legislative%20Foster%20Care%20Placement%20Report.pdf |
| 86. | BSS, Socially Necessary Services Utilization Management Guidelines (Apr. 4, 2023), D003097775–D003098286, available at https://dhhr.wv.gov/bss/services/Pages/Socially-Necessary-Services.aspx |
| 87. | ACF, Children's Bureau, The AFCARS Report No. 30: National (May 2023), D003113118–D003113123, available at https://www.acf.hhs.gov/sites/default/files/documents/cb/afcars-report-30.pdf |
| 88. | ACF, Children's Bureau, The AFCARS Report: West Virginia (May 2023), D003112949 - D003112954, available at https://www.acf.hhs.gov/cb/research-data-technology/statistics-research/afcars (last accessed June 28, 2024) |
| 89. | ACF, Children's Bureau, West Virginia Context Data, D003113126–D003113135, available at https://cwoutcomes.acf.hhs.gov/cwodatasite/pdf/west%20virginia.html (last accessed July 3, 2024) |
| 90. | ACF, Child and Family Services Review, State Data Profile Quick Reference (2023), D003112962–D003112966, available at https://capacity.childwelfare.gov/sites/default/files/media_pdf/CFSR%20Data%20Profile%20Quick%20Reference%202023%20Update_NEW%20TITLE.pdf |
| 91. | ACF, Children's Bureau, CFSR Round 4 Statewide Data Indicators Workbook (April 2024), D003112201–D003112252, available at https://www.cfsrportal.acf.hhs.gov/resources/round-4-resources/cfsr-round-4-statewide-data-indicators?destination=/resources/round-4-resources/cfsr-round-4-statewide-data-indicators |
| 92. | ACF, Children's Bureau, CFSR Round 4 Statewide Data Indicators Workbook (Oct. 2022), D003113171–D003113222, available at https://www.cfsrportal.acf.hhs.gov/document/download/yOaqep |

| Exhibit | Description |
|---|---|
| **Other Documents** | |
| 93. | BSS, Social Services Training Plan Requirements At-A-Glance (July 20, 2023), D216964–D216965 |
| 94. | BSS, Five-Year Training Plan for Social Service Positions (July 20, 2023), D216954–D216963; D216966–D216968 |
| 95. | BSS, Memorandum, Release of Training Policies (April 29, 2016), D003105533–D003105541 |
| 96. | BSS, Division of Program Quality Improvement Manual (April 12, 2016), D003105479–D003105527 |
| 97. | BSS, Memorandum, Changes to Reflective Supervision (Oct. 16, 2019), D143284 |
| 98. | BSS, Standard Operating Procedure, Reflective Supervision Practice Guide (Oct. 2019), D143267–D143283 |
| 99. | BSS, OFS-CPS-4-2020, Memorandum, Contact with Clients with Open CPS, YS, or Adoption Case (June 2, 2020), D003105558–D003105559 |
| 100. | BSS, Meaningful Contact Guide (June 2020), D003106811–D003106814 |
| 101. | DoHS, Memorandum, Face-to-Face Visitation (Apr. 2, 2020), D003096802–D003096806 |
| 102. | BSS, CAS-CPS-6-20, Memorandum, PCFA Case Plan Instructions (Oct. 6, 2020), D003097738 |
| 103. | BSS, Standard Operating Procedure, Supervisory Case Reviews and Log (June 4, 2020), D210410–D210414 |
| 104. | BSS, Memorandum, Peer Reviews (June 1, 2020), D210323 |

| Exhibit | Description |
|---|---|
| 105. | BSS, Standard Operating Procedure, Peer Reviews (June 1, 2020), D211371–D2113714 |
| 106. | BSS, Standard Operating Procedure, Regarding Preparing for Court and Court Procedures (June 3, 2020), D003105549–D003105557 |
| 107. | BSS, CAS-CPS-2-21, Memorandum, Child Welfare Practice Regarding MAT Programs (Jan. 25, 2021), D003105560–D003105562 |
| 108. | BSS, CAS-CPS-8-21, Memorandum, Child Welfare Client and Provider Program Booklets (Sept. 27, 2021), D003096497–D003096499 |
| 109. | BSS, CAS-CPS-9-21, Memorandum, Multidisciplinary Teams – School Personnel Points of Contact and Notifications (Oct. 1, 2021), D003105531–D003105532 |
| 110. | BSS, CAS-FC-13-21, Memorandum, Monthly Conversation Topics for Children Placed Out of State and Other Policy Revisions (Dec. 1, 2021), D003096327–D003096328 |
| 111. | BSS, Form, Monthly Conversation Topics for Children Placed Out of State (Dec. 1, 2021), D003096477–D003096481 |
| 112. | BSS, Form, Monthly Evaluation of Documentation and Facility Areas for Children Placed Out-of-State (Dec. 1, 2021), D003096610–D003096611 |
| 113. | BSS, CAS-CS-PI-22-10, Memorandum, Case Reviews (Mar. 21, 2022), D003096774 |
| 114. | BSS, CFSP Child Welfare Redesign Implementation, D002846841–D002846844 |
| 115. | BSS, CAS-CS-IM-23-7, Memorandum, Updated Meaningful Contact Desk Guide (Aug. 10, 2023), D002230821 |
| 116. | BSS, Meaningful Contact Desk Guide (Aug. 2023), D002230518–D002230529 |

| Exhibit | Description |
|---|---|
| 117. | BSS, CAS-CS-IM-24-17, Memorandum, Meaningful Contact Desk Guide Revisions and Forms, Child Protective Services Intake Screening Reconsideration Revisions, Child Protective Services Medical Records Request Letter (June 14, 2024), D003113097–D003113098 |
| 118. | BSS, Meaningful Contact Desk Guide (June 2024), D003113073–D003113088 |
| 119. | BSS, BSS Child Stat: Overview (July 21, 2023), D002845987–D002845989 |
| 120. | BSS, Memorandum, Child Welfare Workload Study (Oct. 12, 2021), D003096772–D003096773 |
| 121. | BSS, Standard Operating Procedure, Service Worker Registry (Oct. 1, 2020), D003106216–D003106218 |
| 122. | BSS and Marshall University, Statement of Work Trauma Sensitive Workplace (Mar. 10, 2022), D003105776–D003105782 |
| 123. | BSS and Epiphany Consulting, Statement of Work, Leadership Development Project (Dec. 27, 2023), D003105783–D003105784 |
| 124. | BSS, CAS-CS-IM-24-14, Informational Memorandum, Standard Operating Procedure for Caseload Distribution (June 13, 2024), D003105530 |
| 125. | BSS, Standard Operating Procedure, Caseload Distribution (June 2024), D003105542–D003105548 |
| 126. | BSS, Statewide Vacancy Report by Classification (May 31, 2022), D003113048 |
| 127. | BSS, Statewide Vacancy Report by Classification (May 31, 2024), D003112948 |
| 128. | BSS, Caseworker Visit Report, FY 2021 (Oct. 31, 2021), D003105352 |

| Exhibit | Description |
|---|---|
| 129. | BSS, Caseworker Visit Report, FY 2022 (Oct. 31, 2022), D003098347 |
| 130. | BSS, ACF Monthly Caseworker Visits, FY 2023 (Jun. 7, 2024), D003105353–D003105354 |
| 131. | BSS, CAS-HF-20-2, Memorandum, Kinship/Relative Informational Letter and Protocol (Mar. 9, 2019), D003096443–D00309644 |
| 132. | Mission West Virginia Contract (June 4, 2019), D143583–D143604 |
| 133. | BSS, CAS-HF-20-1, Memorandum, Kinship Navigator Program and attachment, Fact Sheet for Kinship/Relative Families (March 10, 2020), D003096659–D003096661 |
| 134. | Mission West Virginia, 4th Quarter Report, Kinship Navigator (2023), D002742945–D002742955 |
| 135. | BSS, CAS-FC-5-21, Memorandum, Kinship/Relative Interest Letter (May 12, 2021), D003096767–D003096768 |
| 136. | BSS, Blank Interest Letter and Form (Apr. 2021), D003096360–D003096362 |
| 137. | BSS, CAS-FC-8-21, Memorandum, Diligent Search Summary Form (Report to Court) and enclosures: Directions for Diligent Search Summary Form, Diligent Search Summary Form 7-Day Example, and Diligent Search Summary Form (Aug. 3, 2021) D003096638–D003096640; D003096438–D00396439; D003096398–D003096399, D003096400 |
| 138. | Marshall University, WV Youth in Group Residential and Psychiatric Treatment Facilities (Feb. 10, 2021), D001469057–D001469091 |
| 139. | BSS, CAS-HF-6-21 Memorandum, One-Time Incentive Payments to Kinship/Relative Caregivers and "list of approved items/activities" (Aug. 10, 2021), D003096744–D003096745; D003096429 |

| Exhibit | Description |
|---|---|
| 140. | BSS, Memorandum, Tiered Foster Family Care Continuum (Jan. 15, 2020), D023543– D023546 |
| 141. | BSS, Foster Family Care Provider Agreement (Feb. 23, 2024), D003097331–D003097349 |
| 142. | Marshall University, Safe at Home Monthly Report (May 2024), D003108354–D003108362 |
| 143. | Aetna, Deep Dive Guidelines (2020), D002763836–D002763839 |
| 144. | BSS, Standard Operating Procedure, 30-Day Reauthorizations/Reevaluations Review (Mar. 9, 2023), D002769118–D002769122 |
| 145. | BSS, Standard Operating Procedure, Placing Youth in Residential Facilities (Dec. 1, 2020), D002761999–D002762002 |
| 146. | BSS, CAS-CS-PI-23-18, Program Instruction, Qualified Independent Assessment Process (Dec. 5, 2023), D003096354–D003096355 |
| 147. | BSS, Standard Operating Procedure, Qualified Independent Assessment (Oct. 2023), D003096540–D003096546 |
| 148. | BSS, Supervisor Training Plan: Child Welfare (Nov. 3, 2017), D003112591–D003112594 |
| 149. | BSS, Standard Operating Procedure, Critical Incident Review Field Practice Procedures and Critical Incident Review Process (May 2024), D003097701–D003097737 |
| 150. | U.S. Children's Bureau, Child and Family Services Review (CFSR 4) Data Profile, West Virginia (Feb. 2024), D003113033–D003113037 |
| 151. | AFCARS Foster Care Frequencies Report (report period ending Mar. 2022) (May 4, 2022), D003112968–D003112999 |

| Exhibit | Description |
|---|---|
| 152. | AFCARS Foster Care Frequencies Report (report period ending Sept. 2022) (Dec. 15, 2022), D003113000–D003113031 |
| 153. | Annie E. Casey Foundation, Kids Count Data Center, "Children in Foster Care by Placement Type," available at https://datacenter.aecf.org/data/tables/6247-children-in-foster-care-by-placement-type?loc=1&loct=2#ranking/2/any/true/2048/2621/12995 (last accessed July 6, 2024) |
| 154. | Annie E. Casey Foundation, Kids Count Data Center, "Children in Foster Care by Exit Reason in United States," available at https://datacenter.aecf.org/data/tables/6277-children-exiting-foster-care-by-exit-reason?loc=1&loct=2#ranking/2/any/true/2048/2632/13051 (last accessed July 6, 2024) |
| 155. | Annie E. Casey Foundation, Kids Count Data Center, "Children in Foster Care with More than Two Placements in United States," available at https://datacenter.aecf.org/data/tables/8822-children-in-foster-care-with-more-than-two-placements?loc=1&loct=1#ranking/2/any/true/2048/any/17681 (last accessed July 6, 2024) |
| 156. | 20th Judicial Circuit, Order with Respect to Permanency Hearing (July 18, 2022) D915772–D915776 (filed under seal) |
| 157. | 14th Judicial Circuit, Agreed Order to Modify Placement (Oct. 14, 2021) D909541–D90952 (filed under seal) |
| 158. | 29th Judicial Circuit, Order (July 6, 2021) D940902–D940906 (filed under seal) |
| 159. | 20th Judicial Circuit, Order for Out of State Placement (Nov. 4, 2020) D955077–D955081 (filed under seal) |
| 160. | 13th Judicial Circuit, Order Approving Out of State Placement (Apr. 18, 2020) D002081767–D0020817678 (filed under seal) |

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 8th day of July 2024.

                                                /s/ Philip J. Peisch

                                                Philip J. Peisch

## CERTIFICATE OF SERVICE

I, Philip J. Peisch, hereby certify that I caused a true and correct copy of the foregoing document to be delivered to the following via ECF notification:

Marcia R. Lowry
Julia Tebor
Laura Welikson
A Better Childhood
355 Lexington Ave., Floor 16
New York, NY 10017

Richard W. Walters
J. Alexander Meade
Brian L. Ooten
Shaffer & Schaffer, PLLC
2116 Kanawha Blvd East
P.O. Box 3973
Charleston, WV 25304

J. Marty Mazezka
Disability Rights of West Virginia
5088 Washington St. W., Suite 300
Charleston, WV 25301

July 8, 2024                                /s/ Philip J. Peisch
                                            Philip J. Peisch (WVSB # 13731)
                                            Caroline M. Brown, *pro hac vice*
                                            Julia M. Siegenberg, *pro hac vice*
                                            Brown & Peisch PLLC
                                            1225 19th Street NW, Ste. 700
                                            Washington, DC 20036


                                            /s/ Steven R. Compton
                                            Steven R. Compton (WVSB #6562)
                                            West Virginia Attorney General's Office
                                            812 Quarrier Street, 6th Floor
                                            Charleston, WV 25301