# Exhibit 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JONATHAN R., *et al.*, )<br>)<br>*Plaintiffs*, )<br>)<br>v. )<br>)<br>)<br>)<br>JIM JUSTICE, *et al.*, )<br>)<br>*Defendants*. ) | Case No. 3:19-cv-00710 |

### DECLARATION OF CYNTHIA PARSONS

1. My name is Cynthia Parsons. I am the Director of Behavioral Health and Long Term Care Services in the Bureau for Medical Services for the West Virginia Department of Human Services ("DoHS"). I am submitting this declaration in support of the Defendants' motion for summary judgement.

2. The information contained in this declaration is based on my personal knowledge. If called as a witness, I would offer testimony as to those matters set forth in this declaration.

3. The West Virginia Medicaid program is administered pursuant to Title XIX of the Social Security Act and Chapter 9 of the West Virginia Code. The Bureau for Medical Services within DoHS is the single State agency responsible for administering West Virginia's Medicaid program.

4. Foster children receive a comprehensive array of medically necessary medical and mental health services through West Virginia's Medicaid program. All foster children in West Virginia are in fact eligible for and enrolled in Medicaid.

5. For foster children, West Virginia Medicaid covers all medically necessary services that are coverable by Medicaid under 42 U.S.C. § 1396(d). West Virginia also chooses to cover

many optional services for foster children pursuant to "Section 1915(c) waiver programs." These include the Children with Serious Emotional Disorder ("CSED") waiver program and the Intellectual Developmental Disabilities ("IDD") waiver program.

6. Federal law and the federal Centers for Medicare & Medicaid Services prohibit Medicaid enrollees from being enrolled in more than one Section 1915(c) waiver program simultaneously. Accordingly, foster children otherwise eligible for both CSED waiver and the IDD waiver must choose one of the two waiver programs; they cannot enroll in both waiver programs. As a practical matter, because the CSED waiver and the IDD waiver serve different target populations, in almost every case, a foster child is eligible for either the CSED waiver or the IDD waiver.

7. Children in foster care are enrolled in a specialized statewide managed care program for children in foster care, called Mountain Health Promise, through which all Medicaid-covered and socially necessary services are delivered. DoHS contracts with one managed care organization, Aetna Better Health of West Virginia (hereinafter, "Aetna"), which is responsible for coordinating care and benefits for children enrolled in Mountain Health Promise. Through Mountain Health Promise, every child undergoes a comprehensive assessment to identify physical, mental health, and behavioral health needs, and has a care coordinator responsible for ensuring the child is connected with appropriate providers to address those needs.

8. As of April 2024, DoHS has spent $764,435,313.91 on Mountain Health Promise to serve more than 19,000 foster children. Attached as Exhibit A is a true and correct copy of a summary of capitation payments made by the State of West Virginia to the Mountain Health Promise Managed Care Organization, Aetna Better Health of West Virginia, as of April 2024, prepared by Myers and Stauffer, DoHS's contractor that assists with the financial reporting and

monitoring of the Mountain Health Promise contract. The documents and data underlying this summary chart are voluminous official financial reports on the Mountain Health Promise contract maintained in the ordinary course of business.

9. All covered and authorized services must be provided by enrolled providers practicing within the scope of their license, utilizing professionally accepted standards of care, and in accordance with all state and federal requirements.

10. In March 2024, 74 percent of all foster children with behavioral health diagnoses (including juvenile justice youth) are in community-based family settings, and 26 percent of such foster children are in residential treatment programs. Attached as Exhibit B is a true and correct copy of a summary of the number of children who have behavioral health diagnoses who are placed in residential settings and community settings based on information in PATH, as of March 2024, prepared by BerryDunn, DoHS's contractor that assists with data management and analysis related to quality assurance. The documents and data underlying this summary chart are voluminous official data reports maintained in the ordinary course of business.

11. In 2024, DoHS plans to implement Positive Behavior Support services as a Medicaid service.

12. In 2021, DoHS partnered with BerryDunn to develop a certified community behavioral health clinic ("CCBHC") model of care in West Virginia. CCBHCs provide integrated healthcare services that are evidence-based, trauma-informed, recovery-oriented, and person-and-family-centered across a continuum of care. CCBHCs must provide the following nine services: crisis services; treatment planning; screening, assessment, diagnosis, and risk assessment; outpatient mental health and substance use services; targeted case management; outpatient primary care screening and monitoring; community-based mental health care for veterans; peer and family

3

support services; and psychiatric rehabilitation services. Through the CCBHC model, providers are reimbursed by Medicaid through a predetermined, fixed amount per day of services rendered to each Medicaid beneficiary, which is based on the provider's actual costs of delivering services. The CCBHC reimbursement model ensures that providers receive sufficient reimbursement for intensive community-based mental and behavioral health services. A quality incentive payment system may also be established to achieve specific thresholds on performance identified by DoHS, which would be in addition to the prospective daily rate.

13. In 2022, the West Virginia legislature passed a bill establishing W.V. Code Section 9-5-30, which requires DoHS to develop, seek approval of, and implement a Medicaid state plan amendment as necessary and appropriate to effectuate a system of CCBHCs and establish a state certification system for CCBHCs that mandates CCBHCs to provide a minimum set of services in exchange for a prospective payment rate and sets forth a quality incentive payment system.

14. DoHS has contracted with Quality Insights to complete trainings and technical assistance on care coordination, developing a CCBHC needs assessment, seeking federal funding to support the CCBHC model, provider-level implementation considerations, and stakeholder engagement.

15. In 2023, West Virginia was one of fifteen states awarded a $1 million, one-year cooperative CCBHC planning grant from the federal government to further develop its CCBHC model. This planning grant allows West Virginia to apply to participate in a federal CCBHC demonstration initiative that provides enhanced federal financial participation for Medicaid payments to CCBHC providers. Also in 2023, DoHS provisionally certified the first six behavioral centers as CCBHCs.

16. In 2024, DoHS submitted a State Plan amendment to the federal government to authorize Medicaid coverage of CCBHC services. This includes the requirement that all CCBHCs provide intensive outpatient adolescent youth services. The State Plan amendment will have an effective date of July 1, 2024, pending federal approval.

17. In 2024, DoHS was awarded a federal grant for the Implementation, Enhancement, and Expansion of Medicaid and the Children's Health Insurance Program (CHIP) School-Based Services. The grant funds will be used to support efforts to connect children to critical health care services, especially mental health services, at schools.

I declare under the penalty of perjury that the foregoing is true and correct. Executed this 5th day of July 2024.

/s/ Cynthia Parsons  
Cynthia Parsons

# Parsons Exhibit A

The capitation payments made by the State of West Virginia to the Mountain Health Promise Managed Care Organization (MCO), Aetna Better Health of West Virginia, are shown below by paid year and capitation year.

**By Paid Year**

| State Fiscal Year | Paid Months | Capitation Amounts[1] |
|---|---|---|
| SFY 2020 | March 2020 - June 2020 | $ 44,655,210 |
| SFY 2021 | July 2020 - June 2021 | $ 145,877,404 |
| SFY 2022 | July 2021 - June 20222 | $ 186,406,641 |
| SFY 2023 | July 2022 - June 2023 | $ 217,704,182 |
| SFY 2024 | July 2023 - April 2024 | $ 169,791,877 |

**By Capitation Year**

| State Fiscal Year | Capitation Months | Capitation Amounts[1] |
|---|---|---|
| SFY 2020 | March 2020 - June 2020 | $ 42,740,682 |
| SFY 2021 | July 2020 - June 2021 | $ 148,822,080 |
| SFY 2022 | July 2021 - June 20222 | $ 203,818,394 |
| SFY 2023 | July 2022 - June 2023 | $ 211,794,667 |
| SFY 2024 | July 2023 - April 2024 | $ 157,259,492 |

[1] These capitation amounts do not include any adjustments for taxes and regulatory fees or reinsurance and have not been verified by Myers and Stauffer.

# Parsons Exhibit B

| | 202301 | 202302 | 202303 | 202304 | 202305 | 202306 | 202307 | 202308 | 202309 | 202310 | 202311 | 202312 | 202401 | 202402 | 202403 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number of children in residential settings with SED diagnosis in past 12 months | 755 | 790 | 814 | 839 | 864 | 853 | 863 | 863 | 863 | 862 | 867 | 860 | 827 | 838 | 868 |
| Number of children in community settings with SED diagnosis in the past 12 months | 2,363 | 2,409 | 2,437 | 2,461 | 2,474 | 2,491 | 2,450 | 2,426 | 2,350 | 2,370 | 2,389 | 2,386 | 2,366 | 2,409 | 2,442 |
| Total number of youth with SED diagnosis in past 12 months (should be the sum of the two rows above) | 3,118 | 3,199 | 3,251 | 3,300 | 3,338 | 3,344 | 3,313 | 3,289 | 3,213 | 3,232 | 3,256 | 3,246 | 3,193 | 3,247 | 3,310 |
| Percentage of total youth with SED diagnosis in past 12 months in community | 76% | 75% | 75% | 75% | 74% | 74% | 74% | 74% | 73% | 73% | 73% | 74% | 74% | 74% | 74% |

| based setting | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| kids in Community Based Non SED | 2,969 | 2,969 | 2,961 | 2,954 | 3,001 | 2,939 | 2,843 | 2,834 | 2,779 | 2,791 | 2,812 | 2,806 | 2,724 | 2,744 | 2,743 |