# Exhibit 88



U.S. Department of Health and Human Services, Administration for Children and Families,
Administration on Children, Youth and Families, Children's Bureau, https://www.acf.hhs.gov/cb

# The AFCARS Report:

## West Virginia

**Preliminary FY[1] 2022 Estimates as of May 9, 2023 - No. 30**

**SOURCE:** Adoption and Foster Care Analysis and Reporting System (AFCARS) FY 2022 data[2]

| Numbers at a Glance: West Virginia | | | | | |
|---|---|---|---|---|---|
| **Fiscal Year** | **2018** | **2019** | **2020** | **2021** | **2022** |
| Number in foster care on September 30 of the FY | 7,206 | 7,322 | 7,334 | 7,152 | 6,952 |
| Number entered foster care during the FY | 5,154 | 5,105 | 4,707 | 4,710 | 4,471 |
| Number exited foster care during the FY | 4,436 | 4,772 | 4,515 | 4,759 | 4,543 |
| Number served by the foster care system during the FY | 11,642 | 12,094 | 11,849 | 11,911 | 11,495 |
| Number waiting to be adopted on September 30 of the FY | 3,320 | 3,402 | 2,705 | 2,454 | 2,312 |
| Number waiting to be adopted for whom parental rights (for all living parents) were terminated as of the last day of the FY | 2,133 | 2,220 | 1,900 | 1,774 | 1,748 |
| Number adopted with public child welfare agency involvement during the FY | 1,410 | 1,699 | 1,683 | 1,856 | 1,831 |

The Adoption and Foster Care Analysis and Reporting System (AFCARS) and The AFCARS Report (TAR) has changed.

AFCARS Background (AFCARS 1993)
The AFCARS final rule was published December 22, 1993; the federal regulations at 45 CFR 1355.40 implemented Section 479 of title IV-E of the Social Security Act. AFCARS was established to provide data that would assist in policy development and program management. Policymakers at the federal, tribal, and state levels use AFCARS to assess the number of children in foster care, the reasons they enter and exit care, and how to characterize other attributes of this population that could be associated with foster care outcomes. AFCARS data is collected two times per year: an "A" period (Oct 1 through March 31) and a "B" period (April 1 through Sept. 30). This report has been published since 1998 using three consecutive six-month AFCARS submissions for each release: "A" + "B" + "Subsequent A." The "Subsequent A" submission allows for the inclusion of adoption and foster care events not available when a State submitted their "B" submission.

New AFCARS (AFCARS 2020)
The AFCARS regulations were updated via the final rule published in May 2020 (85 FR 28410). The updated ACFARS supports improved and more sophisticated data analyses. Changes included increasing the number of foster care data elements collected from sixty-six to one hundred and eighty-six and adjusting the data format from ASCII to XML. The first submission of AFCARS 2020 was due May 15, 2023. Title IV-E agencies had until October 1, 2022 to prepare their data systems to collect and report AFCARS 2020 data. However, many States continue to be in a capacity-building mode with respect to collecting and submitting AFCARS 2020 data.

Publishing The AFCARS Report
The nature of the of changes described above requires CB to take additional time to fully assess and evaluate the first AFCARS 2020 submission (23A). This includes working with States to identify and address data quality issues. As a result, the "23A" data is not available for use as the "Subsequent A" file for the FY 2022 TAR. CB continues to evaluate and work with States to ensure the quality of their AFCARS 2020 submissions. Therefore, in order to ensure its timely publication, this Report uses only the "22A" and "22B" submissions as the source file.

Definitions and additional supporting information can be found by using this link:

https://www.acf.hhs.gov/cb/resource/trends-in-foster-care-and-adoption

---
[1] 'FY' refers to the Federal Fiscal Year, October 1st through September 30th.
[2] Data from both the regular and revised AFCARS file submissions received by May 9, 2023 are included in this report. Missing data are excluded from each table. Therefore, the totals within each distribution may not equal the total provided for that subpopulation (e.g. number in care on September 30th may not match the sum across ages for that group)

D003112949

2 | Page

## Children in Foster Care on September 30, 2022 - N=6,952

| Age as of September 30th | | Years |
|---|---|---|
| Mean | | 8.4 |
| Median | | 8.0 |

| Age as of September 30th | Percent | Number |
|---|---|---|
| Less than 1 Year | 8% | 554 |
| 1 Year | 8% | 523 |
| 2 Years | 6% | 442 |
| 3 Years | 5% | 372 |
| 4 Years | 5% | 350 |
| 5 Years | 5% | 328 |
| 6 Years | 5% | 319 |
| 7 Years | 5% | 349 |
| 8 Years | 4% | 298 |
| 9 Years | 4% | 285 |
| 10 Years | 4% | 288 |
| 11 Years | 4% | 291 |
| 12 Years | 5% | 328 |
| 13 Years | 5% | 358 |
| 14 Years | 6% | 425 |
| 15 Years | 7% | 459 |
| 16 Years | 7% | 458 |
| 17 Years | 6% | 432 |
| 18 Years | 1% | 91 |
| 19 Years | 0% | 2 |
| 20 Years | 0% | 0 |

| Race/Ethnicity | Percent | Number |
|---|---|---|
| American Indian/Alaska Native | 0% | 0 |
| Asian | 0% | 1 |
| Black or African American | 3% | 211 |
| Native Hawaiian/Other Pacific Islander | 0% | 1 |
| Hispanic (of any race) | 1% | 71 |
| White | 88% | 6,090 |
| Unknown/Unable to Determine | 0% | 14 |
| Two or More Races | 8% | 561 |

| Sex | Percent | Number |
|---|---|---|
| Male | 51% | 3,552 |
| Female | 49% | 3,393 |

| Most Recent Placement Setting | Percent | Number |
|---|---|---|
| Pre-Adoptive Home | 0% | 5 |
| Foster Family Home (Relative) | 53% | 3,698 |
| Foster Family Home (Non-Relative) | 28% | 1,939 |
| Group Home | 11% | 773 |
| Institution | 3% | 180 |
| Supervised Independent Living | 0% | 23 |
| Runaway | 0% | 18 |
| Trial Home Visit | 4% | 279 |

| Case Plan Goal | Percent | Number |
|---|---|---|
| Reunify with Parent(s) or Primary Caretaker(s) | 60% | 4,037 |
| Live with Other Relative(s) | 1% | 100 |
| Adoption | 27% | 1,836 |
| Long Term Foster Care | 0% | 20 |
| Emancipation | 1% | 62 |
| Guardianship | 7% | 445 |
| Case Plan Goal Not Yet Established | 3% | 188 |

| Time in Care | | Months |
|---|---|---|
| Mean | | 14.3 |
| Median | | 10.4 |

| Time in Care | Percent | Number |
|---|---|---|
| Less than 1 Month | 5% | 359 |
| 1 - 5 Months | 26% | 1,774 |
| 6 - 11 Months | 26% | 1,791 |
| 12 - 17 Months | 18% | 1,274 |
| 18 - 23 Months | 9% | 622 |
| 24 - 29 Months | 5% | 355 |
| 30 - 35 Months | 4% | 288 |
| 3 - 4 Years | 5% | 360 |
| 5 Years or More | 2% | 129 |

**NOTE:** All races exclude children of Hispanic origin. Children of Hispanic ethnicity may be any race.

3 | Page

### Children Entering Foster Care during FY 2022 - N=4,471

| Age at Entry | Years |
|---|---|
| Mean | 7.9 |
| Median | 8.0 |

| Age at Entry | Percent | Number |
|---|---|---|
| Less than 1 Year | 16% | 719 |
| 1 Year | 6% | 250 |
| 2 Years | 5% | 220 |
| 3 Years | 5% | 220 |
| 4 Years | 5% | 209 |
| 5 Years | 4% | 194 |
| 6 Years | 5% | 210 |
| 7 Years | 4% | 192 |
| 8 Years | 4% | 177 |
| 9 Years | 4% | 166 |
| 10 Years | 4% | 157 |
| 11 Years | 4% | 189 |
| 12 Years | 4% | 187 |
| 13 Years | 6% | 247 |
| 14 Years | 6% | 279 |
| 15 Years | 7% | 312 |
| 16 Years | 7% | 318 |
| 17 Years | 5% | 205 |
| 18 Years | 0% | 15 |
| 19 Years | 0% | 1 |
| 20 Years | 0% | 0 |

| Race/Ethnicity | Percent | Number |
|---|---|---|
| American Indian/Alaska Native | 0% | 0 |
| Asian | 0% | 3 |
| Black or African American | 3% | 133 |
| Native Hawaiian/Other Pacific Islander | 0% | 0 |
| Hispanic (of any race) | 1% | 42 |
| White | 87% | 3,905 |
| Unknown/Unable to Determine | 0% | 11 |
| Two or More Races | 8% | 372 |

**NOTE:** All races exclude children of Hispanic origin. Children of Hispanic ethnicity may be any race.

| Circumstances Associated with Child's Removal | Percent | Number |
|---|---|---|
| Drug Abuse (Parent) | 45% | 2,013 |
| Neglect | 32% | 1,453 |
| Child Behavior Problem | 15% | 651 |
| Housing | 14% | 640 |
| Physical Abuse | 9% | 401 |
| Parent Incarceration | 6% | 275 |
| Abandonment | 6% | 259 |
| Sexual Abuse | 6% | 252 |
| Alcohol Abuse (Parent) | 4% | 173 |
| Drug Abuse (Child) | 2% | 93 |
| Caretaker Inability To Cope | 2% | 84 |
| Parent Death | 1% | 46 |
| Relinquishment | 1% | 40 |
| Alcohol Abuse (Child) | 0% | 15 |
| Child Disability | 0% | 12 |

**NOTE:** These categories are not mutually exclusive, so percentages will total more than 100% and counts will be more than the total number of entries.

*U.S. Department of Health and Human Services, Administration for Children and Families,
Administration on Children, Youth and Families, Children's Bureau, https://www.acf.hhs.gov/cb*
*Preliminary Estimates for FY 2022 as of May 9, 2023 (30), Page 3*

D003112951

### Children Exiting Foster Care during FY 2022 - N=4,543

| Age at Exit | Years |
|---|---|
| Mean | 8.7 |
| Median | 8.0 |

| Age at Exit | Percent | Number |
|---|---|---|
| Less than 1 Year | 4% | 162 |
| 1 Year | 10% | 441 |
| 2 Years | 7% | 333 |
| 3 Years | 6% | 255 |
| 4 Years | 5% | 247 |
| 5 Years | 5% | 248 |
| 6 Years | 5% | 217 |
| 7 Years | 5% | 224 |
| 8 Years | 4% | 198 |
| 9 Years | 4% | 190 |
| 10 Years | 4% | 176 |
| 11 Years | 4% | 175 |
| 12 Years | 4% | 189 |
| 13 Years | 4% | 203 |
| 14 Years | 5% | 205 |
| 15 Years | 5% | 238 |
| 16 Years | 5% | 240 |
| 17 Years | 6% | 250 |
| 18 Years | 8% | 349 |
| 19 Years | 0% | 2 |
| 20 Years | 0% | 0 |

| Time in Care | Months |
|---|---|
| Mean | 18.8 |
| Median | 15.5 |

| Time in Care | Percent | Number |
|---|---|---|
| 1 - 5 Months | 9% | 429 |
| 12 - 17 Months | 22% | 998 |
| 18 - 23 Months | 15% | 691 |
| 24 - 29 Months | 11% | 504 |
| 3 - 4 Years | 6% | 291 |
| 30 - 35 Months | 7% | 331 |
| 5 Years or More | 2% | 89 |
| 6 - 11 Months | 25% | 1,126 |
| Less than 1 Month | 2% | 81 |

| Race/Ethnicity | Percent | Number |
|---|---|---|
| American Indian/Alaska Native | 0% | 0 |
| Asian | 0% | 4 |
| Black or African American | 4% | 164 |
| Native Hawaiian/Other Pacific Islander | 0% | 1 |
| Hispanic (of any race) | 1% | 54 |
| White | 88% | 3,980 |
| Unknown/Unable to Determine | 0% | 12 |
| Two or More Races | 7% | 326 |

**NOTE:** All races exclude children of Hispanic origin. Children of Hispanic ethnicity may be any race.

| Reason for Discharge | Percent | Number |
|---|---|---|
| Adoption | 39% | 1,782 |
| Death of Child | 0% | 4 |
| Emancipation | 1% | 66 |
| Guardianship | 10% | 473 |
| Living with Other Relative(s) | 1% | 41 |
| Reunification with Parent(s) or Primary Caretaker(s) | 47% | 2,138 |
| Runaway | 0% | 0 |
| Transfer to Another Agency | 1% | 33 |

*U.S. Department of Health and Human Services, Administration for Children and Families,*
*Administration on Children, Youth and Families, Children's Bureau, https://www.acf.hhs.gov/cb*
*Preliminary Estimates for FY 2022 as of May 9, 2023 (30), Page 4*

D003112952

| Children Waiting to be Adopted[3] on September 30, 2022 - N=2,312 ||||
|---|---|---|---|
| **Age as of September 30th** | | | **Years** |
| Mean | | | 7.8 |
| Median | | | 8.0 |

| Age as of September 30th | Percent | Number |
|---|---|---|
| Less than 1 Year | 6% | 149 |
| 1 Year | 10% | 230 |
| 2 Years | 8% | 179 |
| 3 Years | 6% | 134 |
| 4 Years | 5% | 120 |
| 5 Years | 5% | 114 |
| 6 Years | 5% | 108 |
| 7 Years | 5% | 119 |
| 8 Years | 5% | 112 |
| 9 Years | 4% | 104 |
| 10 Years | 5% | 107 |
| 11 Years | 5% | 127 |
| 12 Years | 5% | 118 |
| 13 Years | 5% | 124 |
| 14 Years | 6% | 136 |
| 15 Years | 5% | 116 |
| 16 Years | 5% | 127 |
| 17 Years | 4% | 88 |

| Age at Entry into Foster Care | | Years |
|---|---|---|
| Mean | | 6.0 |
| Median | | 6.0 |

| Age at Entry into Foster Care | Percent | Number |
|---|---|---|
| Less than 1 Year | 22% | 510 |
| 1 Year | 6% | 143 |
| 2 Years | 5% | 125 |
| 3 Years | 5% | 127 |
| 4 Years | 5% | 111 |
| 5 Years | 6% | 129 |
| 6 Years | 6% | 134 |
| 7 Years | 5% | 119 |
| 8 Years | 6% | 136 |
| 9 Years | 5% | 115 |
| 10 Years | 5% | 120 |
| 11 Years | 6% | 133 |
| 12 Years | 5% | 114 |
| 13 Years | 5% | 109 |
| 14 Years | 4% | 86 |
| 15 Years | 3% | 63 |
| 16 Years | 1% | 30 |
| 17 Years | 0% | 8 |

| Placement Type | Percent | Number |
|---|---|---|
| Pre-Adoptive Home | 0% | 2 |
| Foster Family Home (Relative) | 50% | 1,159 |
| Foster Family Home (Non-Relative) | 39% | 900 |
| Group Home | 7% | 172 |
| Institution | 2% | 54 |
| Supervised Independent Living | 0% | 2 |
| Runaway | 0% | 6 |
| Trial Home Visit | 0% | 7 |

| Sex | Percent | Number |
|---|---|---|
| Male | 50% | 1,163 |
| Female | 50% | 1,147 |

| Race/Ethnicity | Percent | Number |
|---|---|---|
| American Indian/Alaska Native | 0% | 0 |
| Asian | 0% | 0 |
| Black or African American | 3% | 72 |
| Native Hawaiian/Other Pacific Islander | 0% | 0 |
| Hispanic (of any race) | 1% | 28 |
| White | 88% | 2,033 |
| Unknown/Unable to Determine | 0% | 6 |
| Two or More Races | 7% | 172 |

| Time in Care | | Months |
|---|---|---|
| Mean | | 22.6 |
| Median | | 17.6 |

NOTE: All races exclude children of Hispanic origin. Children of Hispanic ethnicity may be any race.

| Time in Care | Percent | Number |
|---|---|---|
| Less than 1 Month | 1% | 28 |
| 1 - 5 Months | 7% | 169 |
| 6 - 11 Months | 18% | 426 |
| 12 - 17 Months | 25% | 570 |
| 18 - 23 Months | 15% | 348 |
| 24 - 29 Months | 11% | 244 |
| 30 - 35 Months | 8% | 180 |
| 3 - 4 Years | 10% | 240 |
| 5 Years or More | 5% | 107 |

**Of Children Waiting for Adoption whose Parents' Parental Rights have been Terminated (N=1,748), Time Elapsed since Termination of Parental Rights as of September 30, 2022**

| Time Since TPR | Months |
|---|---|
| Mean | 14.0 |
| Median | 8.0 |

[3] Waiting children are identified as children who have a goal of adoption and/or whose parents' parental rights have been terminated. Children 16 years old and older whose parents' parental rights have been terminated and who have a goal of emancipation have been excluded from the estimate.

## Children Adopted with Public Agency Involvement in FY 2022[4] - N=1,831

| Age at Adoption | | Years |
|---|---|---|
| Mean | | 6.4 |
| Median | | 5.0 |

| Age at Adoption | Percent | Number |
|---|---|---|
| Less than 1 Year | 3% | 64 |
| 1 Year | 15% | 275 |
| 2 Years | 11% | 195 |
| 3 Years | 7% | 131 |
| 4 Years | 7% | 129 |
| 5 Years | 7% | 127 |
| 6 Years | 6% | 105 |
| 7 Years | 6% | 110 |
| 8 Years | 6% | 105 |
| 9 Years | 5% | 91 |
| 10 Years | 4% | 79 |
| 11 Years | 5% | 90 |
| 12 Years | 4% | 74 |
| 13 Years | 4% | 69 |
| 14 Years | 3% | 59 |
| 15 Years | 3% | 54 |
| 16 Years | 2% | 37 |
| 17 Years | 2% | 33 |
| 18 Years | 0% | 2 |
| 19 Years | 0% | 2 |
| 20 Years | 0% | 0 |

| Time Elapsed from Termination of Parental Rights to Adoption | | Months |
|---|---|---|
| Mean | | 13.0 |
| Median | | 10.6 |

| Time Elapsed from Termination of Parental Rights to Adoption | Percent | Number |
|---|---|---|
| Less than 1 Month | 0% | 1 |
| 1 - 5 Months | 15% | 274 |
| 6 - 11 Months | 43% | 788 |
| 12 - 17 Months | 24% | 440 |
| 18 - 23 Months | 10% | 176 |
| 24 - 29 Months | 3% | 50 |
| 30 - 35 Months | 2% | 33 |
| 3 - 4 Years | 2% | 43 |
| 5 Years or More | 1% | 13 |

| Race/Ethnicity | Percent | Number |
|---|---|---|
| American Indian/Alaska Native | 0% | 0 |
| Asian | 0% | 1 |
| Black or African American | 3% | 53 |
| Native Hawaiian/Other Pacific Islander | 0% | 0 |
| Hispanic (of any race) | 1% | 20 |
| White | 88% | 1,617 |
| Unknown/Unable to Determine | 0% | 2 |
| Two or More Races | 8% | 138 |

**NOTE:** All races exclude children of Hispanic origin. Children of Hispanic ethnicity may be any race.

| Adoptive Family Structure | Percent | Number |
|---|---|---|
| Married Couple | 69% | 1,252 |
| Single Female | 20% | 361 |
| Single Male | 2% | 38 |
| Unmarried Couple | 8% | 152 |

| Relationship of Adoptive Parents to Child Prior to Adoption | Percent | Number |
|---|---|---|
| Non-Relative | 2% | 29 |
| Foster Parent | 51% | 930 |
| Stepparent | 0% | 7 |
| Other Relative | 47% | 865 |

| Sex | Percent | Number |
|---|---|---|
| Male | 50% | 906 |
| Female | 50% | 924 |

| Receive Adoption Subsidy | Percent | Number |
|---|---|---|
| Yes | 100% | 1,830 |
| No | 0% | 0 |

---

[4] Note that the adoption data reported in this section are from the AFCARS Adoption file. Therefore, the number of adoptions reported here may not equal the number reported as discharges to adoption from foster care.

*U.S. Department of Health and Human Services, Administration for Children and Families,*
*Administration on Children, Youth and Families, Children's Bureau, https://www.acf.hhs.gov/cb*
*Preliminary Estimates for FY 2022 as of May 9, 2023 (30), Page 6*

D003112954