# Exhibit 90

# Child and Family Services Review State Data Profile Quick Reference

(Updated for CFSR Round 4)

**Capacity Building**
**CENTER FOR STATES**

The Child and Family Services Review (CFSR) State Data Profile is a document produced by the Children's Bureau (CB) to provide states with performance information on child outcomes related to safety and permanency.

**Use this tip sheet to:**
- Understand the different parts of the CFSR data profile
- Help interpret and discuss your state's data and performance

## What Information Is Included in the CFSR Data Profile?

The CFSR Data Profile includes information on a state's performance on seven statewide data indicators related to children served by the child welfare system. Five of the indicators help you understand whether children have permanency and stability in their living situations. The other two indicators help you understand whether children are protected from abuse and neglect once they are involved with the child welfare system. The indicators measure the degree to which desired outcomes are achieved. The source file for the CFSR Data Profile represents 10 consecutive, 6-month Adoption and Foster Care Analysis and Reporting System (AFCARS) submissions, including a state's most recent AFCARS submission.

The CFSR Data Profiles present the following information:

- **Page 1: Risk-standardized performance visualization (example included below)** – Risk-standardized performance (RSP) is the percent or rate of children experiencing the outcome of interest, with risk adjustment. The risk-standardized performance visualization displays a high-level, graphic overview of a state's RSP over time on each statewide data indicator.

- **Page 2: RSP (example included below)** – RSP is used to assess state performance compared to national performance on each indicator. RSP accounts for some of the factors that influence performance on the indicators and that states have little control over. One example is the age of children upon entering care.

- **Page 3: Footnotes (not included in this document)** – The footnotes include definitions and clarifications. (Additional notes are also included on page 4.)

- **Page 4: Observed performance (example included below)** – These values show how the state performed on each statewide data indicator without risk adjustment.

- **Page 5: Data quality (not included in this document)** – This section shows the results of data quality checks performed and identifies problems that might affect the data performance calculations. CB calculates data checks on state submissions to the two national child welfare data systems that are the data sources for the statewide data indicators: AFCARS and the National Child Abuse and Neglect Data System (NCANDS).

## How Can States Use the CFSR Data Profiles?

State child welfare agencies and their partners can use the Data Profiles to identify strengths and areas for improvement. They can help assess progress on goals as part of strategic planning, reporting, and continuous quality improvement (CQI) efforts. State agencies should use the Data Profiles and statewide data indicator performance in the CFSR to inform the statewide assessment and assess improvements throughout Program Improvement Plan (PIP) implementation and monitoring.

D003112962

## What Do the Statewide Data Indicators Measure?

The table below presents the purpose of each of the seven data indicators. Click on the indicator title for more detailed information on how that indicator is calculated.

| Indicator | Purpose |
|---|---|
| Permanency in 12 months (entries) | Measures whether permanency is achieved (through reunification, adoption, guardianship, or living with a relative) within 12 months of children entering foster care. |
| Permanency in 12 months (12–23 mos.) | Measures whether permanency is achieved (through reunification, adoption, guardianship, or living with a relative) if children have been in foster care for at least 12 months and not more than 23 months. |
| Permanency in 12 months (24+ mos.) | Measures whether permanency is achieved (through reunification, adoption, guardianship, or living with a relative) if children have been in foster care for at least 24 months. |
| Reentry to foster care | Measures whether children reenter foster care within 12 months of their discharge to permanency (excluding adoptions). |
| Placement stability | Measures whether children who were removed from their homes experience stability in their placement setting while they are in foster care. |
| Maltreatment in care | Measures whether children experience abuse or neglect while in the state or local child welfare system's placement and care responsibility. |
| Recurrence of maltreatment | Measures whether children who were the subject of a substantiated or indicated report of maltreatment experience subsequent maltreatment. |

## Where Can You Find More Information?

Find detailed information on the statewide data indicators on the Capacity Building Center for State's CFSR Statewide Data Indicators webpage and in CB's CFSR Round 4 Statewide Data Indicators Data Dictionary. The CFSR Statewide Data Indicators FAQs offer answers to questions that range from the general use of CFSR statewide data indicators to the technical details of running related syntax files and understanding the results. The following resources offer additional information and examples for using the State Data Profile:

- Guide for Using the State Data Profile and Context Data
- Application Example for Using the State Data Profile and Context Data

D0003112963







# What's Presented on Page 1 of the Data Profile?

**RSP visualizations** help you observe how each statewide data indicator changed over time. They offer a summary of the RSP data presented on the next page of the data profile.

State
Florida

## State

Child and Family Services Review (CFSR 4) Data Profile
AFCARS and NCANDS submissions as of 6-28-22

**August 2022**

The numbers in the box to the left of the graphic represent a state's RSP for the latest period compared to National Performance (NP) (which will remain fixed for all of CFSR Round 4).

## Risk-Standardized Performance Visualization

Risk-Standardized Performance (RSP) is the percent or rate of children experiencing the outcome of interest, with risk adjustment. The vertical bars in the line graph represent the lower RSP and upper RSP of the 95% RSP (confidence) interval, and national performance (NP) is the dotted black line.

Compare your state's RSP with the NP. Note that for some indicators, a higher value is desired, and for others, a lower values is desired. It is not the same for every indicator.

## Safety Outcomes

**Maltreatment in Care**
(victimizations/100,000 days in care)

| 9.07 | 9.06 |
|---|---|
| NP | RSP |

Lower value is desired

Measured as the rate of abuse or neglect per days in foster care in a 12-month period that children experienced while under the state's placement and care responsibility

**Recurrence of Maltreatment**

| 9.7% | 9.0% |
|---|---|
| NP | RSP |

Lower value is desired

Measured as the percent of children who were the subject of a substantiated or indicated report of maltreatment in a 12-month period and who experienced subsequent maltreatment within 12 months of the initial victimization

The vertical dashes on each graph represent RSP intervals. The colors of the dashes reflect whether performance is better or worse than NP. See the "Performance Key" below for details.

## Permanency Outcomes

**Permanency in 12 Months (entries)**

| 35.2% | DQ |
|---|---|
| NP | RSP |

Higher value is desired

Among children who entered foster care in a 12-month period, the percent who exited foster care to reunification, adoption, guardianship, or living with a relative within 12 months of their entry

**Permanency in 12 Months (12-23 mos)**

| 43.8% | 47.4% |
|---|---|
| NP | RSP |

Higher value is desired

Among children in foster care at the start of the 12-month period who had been in care for 12 to 23 months, the percent who exited to permanency in the subsequent 12 months

**Permanency in 12 Months (24+ mos)**

| 37.3% | 39.6% |
|---|---|
| NP | RSP |

Higher value is desired

Among children in foster care at the start of the 12-month period who had been in care 24 months or more, the percent who exited to permanency in the subsequent

**Reentry to Foster Care**

| 5.6% | 6.5% |
|---|---|
| NP | RSP |

Lower value is desired

Among children who discharged to permanency (excluding adoption) in a 12-month period, the percent who reentered care within 12 months of exit

**Placement Stability**
(moves/1,000 days in care)

| 4.48 | 6.21 |
|---|---|
| NP | RSP |

Lower value is desired

Among children who entered care in a 12-month period, the number of placement moves per day they experienced during that year

The dashed line indicates NP. The solid line shows the state's performance over time (see notes on next page related to data periods).

**Performance Key**

- State's performance (using RSP interval) is statistically better than national performance.
- State's performance (using RSP interval) is statistically no different than national performance.
- State's performance (using RSP interval) is statistically worse than national performance.
- DQ Performance was not calculated due to exceeding the data quality limit on one or more data quality (DQ) checks done for the indicator. See footnotes for more information.

D003112964

# What's Presented on Page 2 of the Data Profile?

**State** — Florida

Child and Family Services Review (CFSR 4) Data Profile
AFCARS and NCANDS submissions as of 6-28-22

**August 2022**

The data presented here use AFCARS and NCANDS submissions received by this date.

## Risk-Standardized Performance

**RSP** is used to compare state performance to NP. RSP calculations adjust for some factors that the state has little control over (e.g., age of children upon entering care).

The column headings show the AFCARS data periods corresponding to the 12-month reporting period. The numbers and letters relate to the 6-month AFCARS federal fiscal year reporting period (A=October-March, B=April-September).

The left side of the table shows the statewide data indicators. See page 2 of this resource for the purpose of each indicator.

**Data used** shows the AFCARS data submissions used to calculate performance for that permanency indicator. Different data periods are used to calculate different indicators.

**National performance (NP)** is listed for comparison to the state's **RSP interval**. The interval provides a range of values that includes the state's RSP performance. If the NP is outside the RSP interval, then the state's performance is statistically different from the NP.

| Indicator | National Performance | | 17B18A | 18A18B | 18B19A | 19A19B | 19B20A | 20A20B | 20B21A | 21A21B | 21B22A |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Permanency in 12 months (entries)** | 35.2% ▲ | RSP | 38.0% | 34.0% | DQ | DQ | DQ | DQ | 47.2% | 46.4% | 47.4% |
| | | RSP interval | 35.9%-40.0%[1] | 32.0%-36.1%[2] | | | | | | | |
| | | Data used | 17B-19B | 18A-20A | 18B-20B | 19A-21A | 19B-21B | 20A-22A | | | |
| **Permanency in 12 months (12-23 mos)** | 43.8% ▲ | RSP | | | | 50.5% | 50.5% | 50.4% | | | |
| | | RSP interval | | | | %-51.6%[1] | 49.3%-51.7%[1] | 49.2%-51.5%[1] | 46.0%-48.4%[1] | 45.3%-47.6%[1] | 46.2%-48.6%[1] |
| | | Data used | | | | 19A-19B | 19B-20A | 20A-20B | 20B-21A | 21A-21B | 21B-22A |
| **Permanency in 12 months (24+ mos)** | 37.3% ▲ | RSP | | | | 41.5% | 43.0% | 42.0% | 41.7% | 40.3% | 39.6% |
| | | RSP interval | | | | %-42.7%[1] | 41.7%-44.2%[1] | 40.8%-43.2%[1] | 40.5%-42.9%[1] | 39.1%-41.5%[1] | 38.5%-40.8%[1] |
| | | Data used | | | | 19A-19B | 19B-20A | 20A-20B | 20B-21A | 21A-21B | 21B-22A |
| **Reentry to foster care** | 5.6% ▼ | RSP | | | 7.1% | 7.3% | 7.6% | 7.1% | 6.5% | | |
| | | RSP interval | | | 18 | %-7.9%[3] | 7.0%-8.1%[3] | 6.5%-7.6%[3] | 5.9%-7.1%[3] | | |
| | | Data used | | | | 19A-20B | 19B-21A | 20A-21B | 20B-22A | | |
| **Placement stability (moves/1,000 days in care)** | 4.48 ▼ | RSP | | | | 5.77 | 5.24 | 4.59 | 4.66 | 5.63 | 6.21 |
| | | RSP interval | | | | 5.67-5.87[3] | 5.15-5.34[3] | 4.5-4.68[3] | 4.57-4.75[3] | 5.52-5.73[3] | 6.1-6.32[3] |
| | | Data used | | | | 19A 19B | 19B 20A | 20A 20B | 20B 21A | 21A 21B | 21B 22A |

| | 18AB,FY18 | 19AB,FY19 | 20AB,FY20 | FY18-19 | FY19-20 | FY20-21 |
|---|---|---|---|---|---|---|
| **Maltreatment in care (victimizations/100,000 days in care)** 9.07 ▼ | RSP | 11.42 | 10.11 | 9.0 | | | |
| | RSP interval | 10.62-12.27[3] | 9.35-10.92[3] | 8.34-9.8 | | | |
| | Data used | 18A-18B, FY18-19 | 19A-19B, FY19-20 | 20A-20B, FY20-2 | | | |
| **Recurrence of maltreatment** 9.7% ▼ | RSP | | | | | | 8.6%-9.3% |
| | RSP interval | | | | 9.0%-9.7%[2] | 8.5%-9.2%[1] | |
| | | | | | FY18-19 | FY19-20 | FY20-21 |

RSP results are color coded to show the state's performance compared with NP. If a state's performance is better than NP, results are color coded in blue, while areas needing attention and further exploration are colored orange.

**Performance Key**

[1] State's performance (using RSP interval) is statistically better than national performance.
[2] State's performance (using RSP interval) is statistically no different than national performance.
[3] State's performance (using RSP interval) is statistically worse than national performance.
DQ Performance was not calculated due to exceeding the data quality limit on one or more data quality (DQ) checks done for the indicator. See footnotes for more information.

The two safety indicators use NCANDS data reported annually for fiscal years (FY). The maltreatment in care indicator uses both AFCARS (A/B) and NCANDS data.

▲ For this indicator, a higher RSP value is desirable.  ▼ For this indicator, a lower RSP value is desirable.

4

D003112965

# What's Presented on Page 4 of the Data Profile?

## State
Child and Family Services Review (CFSR 4) Data Profile
AFCARS and NCANDS sub...

CB produces the CFSR data profiles twice each year, typically in February and August. → **August 2022**

## Observed Performance

**Observed performance** describes how a state performed on an indicator for a specific 12-month period using the state's data without risk adjustment. The data reflects the actual counts that determine a state's unadjusted performance.

Observed performance is the percent or rate of denominator for each statewide data indicator.

**DQ** on the observed performance or RSP page indicates that there is a data quality issue and performance was not calculated. A DQ for a single data submission may prevent performance calculation for multiple years. See the data quality section on page 5 of your Data Profile for details.

|  |  | 17B18A | 18A18B | 18B19A | 19A19B | 19B20A | 20A20B | 20B21A | 21A21B | 21B22A |
|---|---|---|---|---|---|---|---|---|---|---|
| **Permanency in 12 months (entries)** | Denominator | 2,240 | 2,153 | DQ | DQ | DQ | DQ | 6,176 | 6,315 | 6,252 |
|  | Numerator | 813 | 695 | DQ | DQ | DQ | DQ | 3,014 | 3,028 | 3,057 |
|  | Observed performance | 36.3% | 32.3% | DQ | DQ | DQ | DQ | 48.8% | 47.9% | 48.9% |
| **Permanency in 12 months (12-23 mos)** | Denominator |  |  |  | 6,348 | 6,396 | 6,518 |  |  |  |
|  | Numerator |  |  |  | 3,329 | 3,339 | 3,403 |  |  |  |
|  | Observed performance |  |  |  | 52.4% | 52.2% | 52.2% |  |  |  |
| **Permanency in 12 months (24+ mos)** | Denominator |  |  |  | 4,441 | 4,602 | 4,786 | 4,886 | 5,089 | 5,206 |
|  | Numerator |  |  |  | 2,091 | 2,209 | 2,249 | 2,270 | 2,282 | 2,303 |
|  | Observed performance |  |  |  | 47.1% | 48.0% | 47.0% | 46.5% | 44.8% | 44.2% |
| **Reentry to foster care** | Denominator |  |  | 9,844 | 9,348 | 9,172 | 8,587 | 8,020 |  |  |
|  | Numerator |  |  | 648 | 631 | 637 | 555 | 476 |  |  |
|  | Observed performance |  |  | 6.6% | 6.8% | 6.9% | 6.5% | 5.9% |  |  |
| **Placement stability (moves/1,000 days in care)** | Denominator |  |  | 2,389,020 | 2,415,119 | 2,198,303 | 2,126,416 | 2,134,037 | 2,095,991 |  |
|  | Numerator |  |  | 13,416 | 12,365 | 9,777 | 9,504 | 11,681 | 12,810 |  |
|  | Observed performance |  |  | 5.62 | 5.12 | 4.45 | 4.47 | 5.47 | 6.11 |  |

|  |  | 18AB,FY18 | 19AB,FY19 | 20AB,FY20 | FY18-19 | FY19-20 | FY20-21 |
|---|---|---|---|---|---|---|---|
| **Maltreatment in care (victimizations/100,000 days in care)** | Denominator | 8,811,338 | 8,650,594 | 8,400,192 |  |  |  |
|  | Numerator | 738 | 641 | 559 |  |  |  |
|  | Observed performance | 8.38 | 7.41 | 6.65 |  |  |  |
| **Recurrence of maltreatment** | Denominator |  |  |  | 36,208 | 31,754 | 28,096 |
|  | Numerator |  |  |  | 2,564 | 2,139 | 1,912 |
|  | Observed performance |  |  |  | 7.1% | 6.7% | 6.8% |

Performance is presented for the most recent six periods. Older periods and those without enough data are left blank.

**DQ** = Performance was not calculated due to the state exceeding the data quality limit on one or more data quality (DQ) checks done for the indicator, or missing AFCARS and/or NCANDS submission(s). Exceeding a limit on a DQ check for an AFCARS and/or NCANDS submission(s) will result in performance not being calculated on the associated indicator(s) that require the affected submission(s) to calculate performance. A DQ flag will likely affect multiple measurement periods. See the data quality table for details.

**Denominator**: For Placement stability and Maltreatment in care = number of days in care. For all other indicators = number of children.

**Numerator**: For Placement stability = number of moves. For Maltreatment in care = number of victimizations. For all other indicators = number of children.

**Percentage or rate**: For Placement stability = moves per 1,000 days in care. For Maltreatment in care = victimizations per 100,000 days in care. For all other indicators = percentage of children experiencing the outcome.

This product (updated in 2023) was created by the Capacity Building Center for States in collaboration with the Children's Bureau under Contract No. HHSP233201500071I.

D003112966