# Exhibit 96

# WEST VIRGINIA DEPARTMENT OF HEALTH AND HUMAN RESOURCES

# Office of Planning, Research, and Evaluation

## Division of Planning and Quality Improvement
## CFSR Manual

04/12/2016

**Bureau for Children and Families**
**350 Capitol St., Room 730**
**Charleston, WV 25301**

**Earl Ray Tomblin, Governor**
**Karen L. Bowling, Cabinet Secretary**



D003105479

## Table of Contents

**Table of Contents** …………………………………………………………………Pg.1

**Overview of Continuous Quality Improvement Process**……………………Pg.3

Critical Incident Review Team …………………………………………………Pg.4

Centralized Intake………………………………………………………………Pg.5

CFSR Style Reviews……………………………………………………………Pg.5

New Reviewer Training…………………………………………………………Pg.6

District Reviews…………………………………………………………………Pg.7

Case Selection Requirements…………………………………………………Pg.7

Criteria for the Selection of Placement Cases………………………………Pg.8

Criteria for the Selection of In-home Cases…………………………………Pg.8

Conflicts of Interest……………………………………………………………Pg.8

DPQI Lead Reviewer……………………………………………………………Pg.9

DPQI Review Team………………………………………………………………Pg.10

Debriefing and Secondary Quality Assurance Process………………………Pg.10

Exit Conferences and CAPS……………………………………………………Pg.11

**Continuous Quality Improvement**……………………………………………Pg.11

Quality Councils…………………………………………………………………Pg.12

Child Welfare Oversight Team…………………………………………………Pg.13

**DPQI Procedures for CFSR Round Three**…………………………………Pg.15

Methodology for Sampling………………………………………………………Pg.16

Sampling Methodology for Foster Care Cases………………………………Pg.17

Sampling Methodology for In-home Cases……………………………………Pg.19

Case Selection Process…………………………………………………………Pg.21

District Lead Reviewer Responsibilities………………………………………Pg.23

Reviewer Responsibilities………………………………………………………Pg. 24

DPQI Program Manager Responsibilities……………………………………Pg.25

Second Level QA…………………………………………………………………Pg.25

Addressing Safety Concerns……………………………………………………Pg.26

Addressing Conflicts of Interest………………………………………………Pg.27

Training for DPQI Staff…………………………………………………………Pg.27

1

D003105480

Training for Individuals Conducting QA………………………………………Pg.29

Training for Non-DPQI Staff………………………………………………...…Pg.29

Plan for Consistency of Ratings for CFSR Case Review………………….Pg.30

Conducting Case Related Interviews………………………………………….Pg.31

Appendix A: DPQI 2013-2015 Review Schedule

Appendix B: DPQI New Worker Training Plan Syllabus

Appendix C: DPQI New Worker Training Agenda

Appendix D: Redacted FREDI Reports

Appendix E: DPQI 2016-2017 Review Schedule

Appendix F: Case Selection Worksheet

Appendix G: CFSR Question/Issue Tracking Form

D003105481

Overview of Continuous Quality Improvement Process

**Quality Assurance System**

The West Virginia Department of Health and Human Resources (WVDHHR) Bureau for Children and Families (BCF) have a comprehensive Quality Assurance Case Review System. The WV case review system evaluates social services case management activities and decisions in the following program areas:

- Critical Incident Reviews
- Intake Assessments as received by the WV Centralized Intake Child Abuse and Neglect Hotline
- Child Protective Services from initial abuse/neglect report to case closure. This includes in-home cases as well as families with children in out-of-home care.
- Youth Services cases with and without judicial oversight. This includes in-home cases and youth in out-of-home care.

The data from the review process is used to guide State planning and development efforts in order to improve the quality of services to children and families. The State utilizes Child and Family Services Reviews (CFSR) case review data in conjunction with the State's data profile (contextual data report), and data from the State's Statewide Automated Child Welfare Information System (SACWIS) in the development, planning, and monitoring of Child and Family Services Plan (CFSP) goals and other statewide child welfare initiatives. CFSP goals are modified based on the available data.

West Virginia has 12 designated staff for the purpose of providing quality assurance which includes three Program Managers and nine Health and Human Resource Specialist Seniors. The Division of Planning and Quality Improvement (DPQI) is under the Office of Planning, Research, and Evaluation.

3

In addition to the CFSR style reviews, DPQI also reviews Critical Incidents and the Centralized Intake Process as part of quality improvement.

**Critical Incident Review Team**

The purpose of the Critical Incident Review process is to review cases to determine if something could have been done differently to prevent the fatality or near fatality of a child. The review process focuses on children that are "known" to the WV Child Welfare System, this means any child or family that the Bureau has had prior contact with, either through Child Protective Services (CPS), a Youth Services (YS) Intake Assessment, or an open case within the last 60 months. The review process looks at the practice, policy, and training to see if there are areas that, if improved, could have prevented the death or severe injury to the child. Recommendations are made from the review team for a Plan of Action.

A DPQI staff member leads the Field Review Team. The Team involves the CPS or YS worker, the CPS or YS Supervisor, and the Community Services Manager (CSM). The Field Review Team performs a detailed review of the facts and circumstances surrounding the critical incident involving a child alleged to have been critically injured or died because of abuse and/or neglect. This includes, but is not limited to, a review of current CPS, child and family history of abuse and/or neglect, and a review of the department interventions and services from external providers. Interviews are conducted with staff and external providers. A search of FACTS is conducted to identify the CPS or YS history of the family. All Intake Assessments are reviewed to determine if the screening decision follows code and policy. All assessments are read to determine if the findings are correct and procedures for completing the assessment adhere to policy. Case plans and safety plans are reviewed to determine if the plans appropriately address the identified problems in the home.

All case contacts are read to determine caseworker interaction with the family. The Field Review Team reviews all services to be sure requests were made in a timely manner

4

D003105483

and the provider delivered the requested services. All review findings and supporting data are entered on the approved PowerPoint Template. The findings are reviewed at the quarterly critical incident review meeting.

The Critical Incident Review Team meets quarterly to discuss each case and make recommendations for improvement. Recommendations for enhancements to practice, policy and/or training is listed at the end of each case on the PowerPoint and a plan for action is developed and maintained from meeting to meeting. The team began their reviews in 2014 and since that time child fatalities have declined from 17 to seven in 2015.

**Centralized Intake**

In 2014 the Bureau established a centralized intake system in WV in order to increase the consistency of accepting referrals for child abuse and neglect statewide. DPQI reviews a random sample of referrals and provides ongoing feedback to the Director of Centralized Intake and the Centralized Intake Oversight Committee. The Centralized Intake Oversight Committee includes staff from policy and training that provides assistance to staff of Centralized Intake based on the DPQI reviews. Since the team started the reviews in 2014 consistency has increased.

**CFSR Style Reviews**

The Division of Planning and Quality Improvement (DPQI) utilizes the Federal Child and Family Services Review (CFSR) model to evaluate case practice. Utilizing the CFSR process allows DPQI to measure the State's performance in the areas of safety, permanency, and well-being consistent with Federal outcomes to improve services to children and families. Refer to Appendix A for the biennial schedule of DPQI district reviews completed in 2013, 2014, and 2015.

5

D003105484

The CFSR On Site Review Instrument (OSRI) is the unit's primary internal tool for evaluating the quality of service delivery to children and families. Each review follows the guidelines established by the Federal Bureau for Children and Families. Pairs of DPQI reviewers, complete a review of the paper and electronic records, and conduct client and stakeholder interviews to evaluate adherence to policy and practice standards.

**New Reviewer Training:**

New reviewers go through a rigorous training program.  New reviewers are required to learn policy and the FACTS system (SACWIS) in addition to the history of CFSR, the CFSR process, and how to rate child welfare cases using the CFSR instrument. (See appendix B and C) The current instrument is instructional in nature and provides direction on how items are to be rated. Additionally, all new reviewers are provided with the supplemental guides that were provided by the Children's Bureau.

New reviewers are paired with mentors who assist them with how to use the federal instrument and assist them with policies and procedures. They also teach them how to rate the instrument and allow them to practice rating the instrument in order to achieve inter-rater reliability.

As part of understanding CFSR, new reviewers attend "Understand the Child and Family Services Review Overview". This course familiarizes the new reviewer with an overview of the intent and purpose of the Child and Family Services Review process. Reviewers gain an understanding of the role Child and Family Service case reviews play in the development and monitoring of the Child and Families Services Plan. Reviewers need to understand how the data indicators impact the outcomes in a case and be able to explain the results to the districts during the review process.

New reviewers also attend "Case Reviews Overview". This course familiarizes the new worker with an overview of the procedures used when completing child and family

6

D003105485

services reviews based on the standards set forth by Federal regulation 76 FR 18677. Training topics include the role and responsibilities of the reviewer and the role of the Lead Reviewer. The course teaches the reviewer the procedures for the set-up of social service reviews.

The Child and Family Services Review Instrument course familiarizes the new reviewer with the Child and Family Service Review Instrument and Instructions. Training includes instruction on rating the OSRI items 1 through 18. New reviewers gain an understand how to apply cases to the instrument. Reviewers review the "Child and Family Services Reviews Quality Assurance Guide" and "Reviewers Brief-Understanding of the Federal Expectation for Rating Cases" guides. The emphasis of this training is to gain an understanding of the use of the Child and Family Services Review Instrument. WV utilizes the online training models developed by JBS for case review ratings and the use of the ORSI for placement and non-placement cases

**District Reviews:**

Each district review is coordinated by a DPQI Lead Reviewer. The Lead Reviewer selects the cases to be reviewed from a randomized sample developed by a DPQI Program Manager. The DPQI Program Manager uses quarterly reports to develop the placement and in-home case lists for each district. (See appendix D) The sample is then randomized using the Excel Analysis ToolPak. The sample includes a list of in-home cases by case number and family name and a list of placement cases by target child ID number.

The Lead Reviewer examines each case, in the randomized order provided, to ensure it meets the criteria to be reviewed and to establish an initial stakeholder interview list.

**Case Selection Requirements**

Cases are screened to ensure there is not an overrepresentation of a particular case

7

D003105486

type or district caseworker. Cases under appear or in grievance status are not reviewed. After completing case selection the Lead Reviewer drafts a review schedule, including potential interview participants, and sends this to the district. Cases are eliminated from the review after the development of the schedule if elimination criteria missed by the DPQI Program Manager and Lead Reviewer are found by review teams during their pre-rating of the case, if key participants are unavailable or unwilling to participate in the review, or if an issue of safety results in interviews being discontinued and there is not sufficient information to rate the case properly.

**Criteria for the Selection of Placement Cases**

For foster care case selection the Lead Reviewer examines the case to ensure the target child was in a foster care setting for at least 24 hours during the sampling period. Cases are eliminated if open for subsidy payment processing only, additional cases on the same family such as siblings of a target child in a case previously selected for review, cases in which the target child's only placement setting during the period under review was a trial reunification or in a detention center, cases in which the target child turned eighteen years of age prior to the sampling period, and cases in which the adoption or guardianship of the target child will be finalized prior to the sampling period.

**Criteria for the Selection of In-Home Cases**

An in-home case is eliminated from the sample if any child in the family was in foster care for more than 24 hours during the sampling period or the case was open less than 45 days. Additional elimination criteria includes: additional cases in the sample on the same family and cases that are open for payment of services only.

**Conflicts of Interest**:

The DPQI unit is part of the Office of Planning, Research, and Evaluation, and is part of

8

D003105487

the Commissioner's Office. Conflict of interest occurs when there is the potential for real or perceived concern about a person's ability to maintain objectivity. A conflict of interest can exist when the reviewer has knowledge of or significant involvement in the case, a personal relationship with any of the case participants, and/or having a working relationship with others whom have knowledge of the case. The intent of this process is to promote objectivity in the rating on the OSRI, ensure openness in interviews of key case participants, and ensure integrity of the review process. DPQI reviewers are not permitted to review their district of origin until they have been working out of the district for a period of no less than 18 months. Reviewers cannot be Lead Reviewer for their district of origin or the district where they are housed.

Cases selected for review are sent to the reviewers to complete a preliminary review. If upon the assignment of the cases for review, the reviewer determines a conflict may be present, they are to notify the Lead Reviewer and the DPQI Program Manager. The Lead Reviewer and the DPQI Program Manager will remove the reviewer from the case review process and the debriefing on the identified case. The case will then be reassigned to a different team of reviewers. Should the conflict be identified during the interview phase of the reviews; the reviewers will stop the interviews and immediately contact the DPQI Program Manager. The DPQI Program Manager will replace the reviewer on the review of the identified case.

**DPQI Lead Reviewer**

The Lead Reviewer selects cases for inclusion in the review based upon the case elimination criteria. The Lead Reviewer determines who the relevant stakeholders in the case are that should be included in the interviews. Designated stakeholders include: the assigned caseworker(s), parents, service providers, placement providers, youth (if age appropriate), and others who may have information relevant to the case. The Lead Reviewer selects DPQI team members to be paired during the review. The Lead Reviewer then develops the review schedule. The schedule includes the cases to be reviewed on each day of the review including the time for each interview to occur. The

9

D003105488

Lead Reviewer also conducts the district exit conference and completes the final district review report.

**DPQI Review Team**

Cases reviewed are completed by pairs of DPQI reviewers, per federal guidelines. DPQI team members review cases related to the 18 items of the Federal CFSR review instrument. The period under review covers a 12 months section of time from the start of the case review date back 12 months prior. Preliminary examination of case information in the FACTS record is completed by the teams in order for reviewers to develop case relevant questions to be utilized in the interviewing of case stakeholders. If a relevant case stakeholder is not included in the review schedule the team notifies the lead review and the stakeholder is added to the interview schedule. DPQI review teams then conduct interviews with designated stakeholders including: the assigned caseworker(s), parents, service providers, placement providers, youth (if age appropriate), and others who may have information relevant to the case. DPQI reviewers also review the paper file for additional information as part of the review process. All information is utilized in a comprehensive assessment and review of the case for the determination of case ratings per CFSR guidelines.

**Debriefing and Secondary Quality Assurance Process:**

After the cases are rated each case is debriefed, based on the Federal Child and Family Services Review model. At a minimum, case debriefings are comprised of two review teams and a DPQI program manager. All applicable items are discussed and consensus is reached in the rating of the items. This provides for better inter-rater reliability. The completed review instruments are reviewed by DPQI Program Managers to ensure the results of the debriefing were captured correctly and accurately. Once this is completed the data is entered into excel spreadsheets and the exit data reports are developed.

D003105489

**Exit Conferences and CAPS:**

Exit conferences are held at the district office following the completion of each review. DPQI staff assists the district in interpreting the results of the review. Data indicators, based on the 18 items on the review instrument, are discussed with the district. A comparison chart showing the current and prior review results is provided to the district. District Management staff are able to comment on factors that contributed to any strengths and areas needing improvement. DPQI has created a list of base questions to be asked at all exit conferences. The questions are based on the previous Federal Fiscal Year data and the overall issues impacting practice within the State.

Following the exit conference the DPQI Lead Reviewer completes a final report on the district under review. This report is provided to the district for review and comments. The district then develops a corrective action plan based on the identified areas needing improvement outlines in the review report. The data, final report, and CAP are then distributed to the District's Community Services Manager, Supervisors, Regional Program Manager, Regional Director, Director of Training, and the Executive Team. CAPs are reviewed quarterly at the Regional Continuous Quality Improvement meeting.

**Continuous Quality Improvement**

West Virginia utilizes Quality Councils as part of its Continuous Quality Improvement (CQI) process. CQI is a management concept built upon employee empowerment which promotes increased efficiency, higher levels of professionalism, and enhanced job satisfaction. CQI is different from traditional quality assurance in that the focus is self-directed, self-determined change rather than change imposed by an external entity. To implement this process and provide continuous information flow, the Bureau for Children and Families has established a statewide Quality Improvement Council system. This system consists of three council levels: Local, Regional, and State.

11

The purpose of the continuous quality improvement process is to improve the services that we provide to the families that we work with in child welfare. By improving the outcomes of these families, we can improve their lives.

The continuous quality improvement process begins with the Child and Family Services Review completed by the Division of Planning and Quality Improvement of a district and the development of a correction plan when a district is not in substantial conformity. Within 30 days of the date of the final review report, the district must develop a corrective action plan to address the issues for which they are not in substantial conformity. Substantial conformity is the standard at which the Children's Bureau places on an item in order to reach the outcome desired.

Once the review is completed by DPQI, the district is provided an exit interview to discuss what the review found during the review and to discuss why the district is not meeting the outcomes to the level required. This gives the District an opportunity to brainstorm reasons for the results of the review and begin discussing things they can implement to improve their outcomes. This information is then captured in the final review report and submitted back to the districts to develop a corrective action plan. The district then has 30 days to develop their corrective action plan and submit it to DPQI.

**Quality Councils**

To improve outcomes, the Bureau for Children and Families has instituted a quality assurance process that incorporates regional Quality Councils. Each district has a corrective action plan, which will be sent to the regional Quality Council for review and monitoring. The regional Quality Councils should meet on quarterly basis and should have staff that represents each district and each level of management including: child protective worker, supervisors, coordinators, youth service workers, community services managers, and child welfare consultants. The Quality Councils activities should include:

- A review of each districts corrective action plan
- A review of the current data for each district and for the region

D003105491

- A discussion on trends within the region
- A plan on items that need to be addressed as a regional issue
- Monitoring of each districts plan
- Update of regional and district plans as needed based upon the data
- A list of items that need to be forwarded to the Child Welfare Oversight (CWO) team for the development of a statewide plan
- A review of the feedback from the CWO
- A report to the CWO team after each QC meeting on achievement of outcomes on their regional and district plans.

The chair of the regional Quality Councils should do the following activities:
- Prepare the agenda
- Provide copies of each districts corrective action plan
- Provide copies of the data for each team member at each meeting
- Ensure the team has all required members
- Assist the team with the development of the regional plan
- Provide quarterly updated to the CWO
- Provide feedback from the CWO back to the regional QC

**Child Welfare Oversight Team**

As part of the continuous quality improvement process, the Child Welfare Oversight Team activities should include:
- Reviewing the Regional Quality Council Plans
- Monitoring child welfare data by state, region, and district
- Provide resources to the regions as needed
- Provide feedback for the regional plans and the outcomes

The Child Welfare Oversight team is comprised of individuals on the state level that have the ability to impact child welfare in a way that the district and regions may not be

13

D003105492

able. The list below is an example of some ways the CWO can have an impact but is not all-inclusive:

- Court system
- Policy changes
- Changes to the training
- Ability to pull statewide resources
- Impact other Bureaus services
- Development of services

The Child Welfare Oversight Team will also be the team that reviews and provides feedback on stakeholder surveys. The team will review the surveys for statewide trends and provide feedback to the regions and/or divisions. This data will be given to the regional Quality Councils to process and incorporate into their regional plans as needed.

West Virginia has created a Data Subcommittee to review data and develop strategies related to the resolution of the data quality issues. The committee has reviewed existing data sources to determine relevance and usefulness. The committee has identified other data needs that would be helpful in the monitoring of case practice.

14

## DPQI Procedures for CFSR Round Three

The West Virginia Department of Health and Human Resources Bureau for Children and Families is comprised of thirty Community Services Districts that are divided into four regions. Region I is comprised of the following districts: Hancock/Brooke/Ohio, Calhoun/Gilmer/Wirt, Marshall/Wetzel/Tyler, Wood, Braxton/Clay, Marion/Monongalia, Ritchie/Doddridge/Pleasants, and Jackson/Roane. Region II is comprised of the following districts: Boone, Lincoln, Cabell, Kanawha, Logan, Putnam/Mason, and Wayne. Region III is comprised of the following districts: Berkley/Morgan/Jefferson, Grant/Hardy/Pendleton, Hampshire/Mineral, Lewis/Upshur, Taylor/Preston/Barbour, Randolph/Tucker, and Harrison. Region IV is comprised of the following districts: Fayette, Mercer, Nicholas/Webster, Raleigh, Wyoming, McDowell, Mingo, and Greenbrier/Monroe/Pocahontas/Summers.

The West Virginia DPQI unit will conduct a review of 65 social service cases representative of statewide practice. The three Districts selected are representative of the dichotomy of the State from urban to rural practice. West Virginia is proposing that three districts; Kanawha, McDowell, and Wood be selected for the CFSR. WV has a total population of 1,852,994, with 387,418 persons under the age of 18.[1] McDowell is a very rural district, having 1.19% of the total population, with 1.13% of the population under the age of 18. In FFY 2015 1.69% of the total universe of child welfare cases in WV originated in McDowell District. Kanawha District is the largest metropolitan area in West Virginia, having 10.41% of the total population, with 10.25% of the population under the age of 18. In FFY 2015 10.42% of the total universe of cases in WV were in Kanawha District. Wood District is a medium sized district, having 4.69% of the total population, with 4.90% of the population under the age of 18. In FFY 2015 of the total universe of child welfare cases in WV 5.33% originated in the Wood District. WV DHHR utilized data sourced from SACWIS FFY case totals.

---

[1] 2010 U.S. Census Interactive Population Search

D003105494

Reviews will be conducted in each of the designated Districts with a staggered schedule over the course of the six month period. (See Appendix E) Reviews will be conducted by pairs of DPQI reviewers. Review teams will conduct interviews with the case worker, parents, service providers, placement providers, youth, (if age appropriate), and any other stakeholders who may have information relevant to the case under review. Reviewers will jointly complete the US Department of Health and Human Services Administration on Children and Families Children Bureau's Child and Family Services Review Onsite Review Instrument and Instructions (OSRI) when reviewing cases. Reviewers are prohibited from reviewing cases in which they have been directly involved or provided direction. There will be designated Lead Reviewer for each District reviewed.

West Virginia reserves the right to renegotiate the sampling for CFSR round three as warranted.

The Bureau has a designated unit of staff that will conduct the reviews. Additional reviewers, if needed, will be selected by the CFSR steering committee. The additional reviewers will be chosen based on casework experiences, education, and knowledge of State policy. A pool of reviewers will be selected 12 months prior to the start of CFSR round three case reviews. All reviewers must participate in a mandatory training process.

**Methodology for Sampling:**

The sample of 65 cases will include 40 foster care cases and 25 in-home cases. The types of cases reviewed during the CFSR will include open Child Protective Services cases, with and without placement; open Youth Services cases, with and without placement; Foster Care cases and Adoption cases in which the adoptions have not been finalized.

16

D003105495

Cases included in the sample will come from the universe of applicable cases and will be representative of statewide practice. The Bureau will include the defined largest metropolitan area, Kanawha County, in the representation of the sampling for the CFSR round three. The proportion of cases for the metropolitan site will be determined based on the overall population. A minimum of 25 cases from the Kanawha District will be submitted for inclusion in Round Three of the CFSR. A minimum of 16 cases will be submitted from the McDowell District and the Wood District. No fewer than 16 cases will be reviewed at any site.

Excel Analysis ToolPak will be used to pull randomized samples for the case reviews. The sample includes Youth Services cases in which children and youth are receiving services due to their behavioral health needs rather than due to abuse or neglect. The foster care random sample will include these children since they are in the AFCARS population. WV does not need to account for sampling based on 'Tribal' representation, as there are no federally recognized Tribes in the state.

**Sampling Methodology for Foster Care Cases:**

The population, from which the sampling frame will be created, will comply with ACF standards, as they apply to the CFSR Round 3 Foster Care case criteria. The population data source will be an abridged AFCARS file sorted by district. Data set details will include the Child ID number, age, date of birth, date of most recent home removal, permanency goals and county of origin. Initial data set will include all cases in which a child was in Bureau for Children and Families' custody and out-of-home care a minimum of 24 hours. Initial sampling period will begin on 10/01/16-03/31/17. Subsequent case sampling will occur monthly to allow for a consistent period under review of 12 months.

The sample will be separated into county of assignment and then into districts. The proportion of the cases sampled will be representative of the distribution of open cases within the designated districts.

17

D003105496

Sampling Frame:

Sampling frame results should reflect an unduplicated count of all children in foster care active for at least 24 hours during the sampling period under review.

- Exclude children whose adoption finalization date was prior to 10/1/2016.
- Exclude children who reached their 18th birthday prior to 10/1/2016.
- Exclude children open for Adoption or Guardianship Subsidy services only.
- Exclude children whose only placement setting during the period under review is a trail reunification, a locked facility, or other placement that does not meet the federal definition of foster care.
- A case where the same worker was assigned more than 15% of the cases sampled within the District, which would result in an over-representation of that worker in the sample.
- A case that was closed before the sample period begins.
- A case in which the selected child is or was in the care and responsibility of another State, and WV is only providing supervision through an Interstate Compact for the Placement of Children (ICPC).
- A case appearing multiple times in the sample, such as a case that involves siblings in foster care in separate cases.

Sample Frame Stratification:

In 2014, the WV DHHR, BCF submitted a Title IV-E application, and received a federal waiver, that froze the penetration rate at the current level. The waiver allows for a full continuum of supports to reduce reliance on foster care/congregate care and thereby improve the lives of West Virginia children and families. West Virginia's waiver is referred to as Safe at Home West Virginia (SAHWV). The roll out plan for SAHWV will include the Kanawha District. This is the only waiver district that will be sampled.  The sample of cases for McDowell and Wood Districts will not be stratified.

18

D003105497

The sampling frame for the Kanawha District will be sorted into two groups. The populations will be divided into two groups based on participation in the Safe At home WV Program. The rational for this is to include a representative sample of these cases in the review process during the CFSR in order to evaluate increased service delivery and outcomes for this group.

Simple Random Sample:

Kanawha District will equal 20 foster care cases (Approximately 50%).
- Group 1 Kanawha District = 5 WVSAH cases
- Group 2 Kanawha District= 15 non-WVSAH cases

Wood District will equal 10 foster care cases (Approximately 25%)

McDowell District will equal 10 foster care cases (Approximately 25%)

When the total cases ready for review drops below minimum count, additional cases from that sample group will be submitted for review.

**Sampling Methodology for In-Home Cases:**

West Virginia's SACWIC system Family and Children Tracking System (FACTS) will generate the data set for the sampling of the non-placement cases. Included in the data set will be the case number which is by family served, case type, case open date, and if applicable date of case closure, FIPS code, and assigned caseworker. The data set will then be sorted by district of case origin. The data set will include all cases with at least one day in an "open" status, during the period of 04/01/16-09/30/16. Random sample will be extracted monthly for the 12 month period under review using the Excel Data Analysis TookPak.

As per ACF standards for CFSR Round 3, all in-home cases will be pre-screened to ensure that no children in the family were in foster care for 24 hours or longer during

19

D003105498

any portion of the sampling period. In-home cases will also be pre-screened to ensure they have been open at least 45 days at the time of review.

The sample will be sorted by county of assignment and arranged by district. The proportion of the cases sampled will be representative of the distribution of open cases within the designated districts.

Sampling Frame:

Sampling frame results should reflect an unduplicated count of all families with an active in-home case during the sampling period under review.

- Excluding cases in which any child in the family was in foster care for 24 hours or longer during any portion of the sample period.
- Excluding cases with open and close dates that equal less than 45 days
- Excluding families who are found to have multiple case identification numbers in the sample. The initial case appearing in the sample will be kept and all subsequent cases will be disqualified.
- Excluding cases open for purposes of a court ordered payment service only.
- A case where the same worker was assigned more than 15% of the cases sampled within the District, which would result in an over-representation of that worker in the sample.

These elimination steps will result in an unduplicated count of all in-home cases active for at least 45 days during the sampling period, and in which no children in the family were in foster care for 24 or more hours during any portion of the sampling period.

Excel Analysis ToolPak will be run against the following criteria: Total cases pulled based on case count by county, a minimum of 25 cases will be sampled statewide.

Sampling Stratification:

20

D003105499

WV in-home cases reportable during CFSR Round 3 will not be stratified.

Simple Random Sample:

Kanawha District will equal 12 in-home cases (Approximately 48%)
Wood District will equal 7 in-home cases (Approximately 28%)
McDowell District will equal 6 in-home cases (Approximately 24%)

**Case Selection Process:**

- A DPQI unit program manager will create the initial statewide universe and previously defined sub-universe groups utilizing the aforementioned reports.
- Each case will be entered on the Case Selection Tracking Form (Appendix F) which will track the flow of cases throughout the selection process.
- Once cases are sampled from each of the sub-universes, they will be submitted for review to a DPQI program manager for further review. This sample will include a number of over-sampled cases that may be needed for the review. The purpose of this review is to confirm that no exclusions are present in the selected cases and to note the names of the workers and supervisors assigned to the case for a 2 year period immediately prior to and during the period under review.
- If exclusions or reasons for elimination are noted, the reason is documented and provided to the CFSR Coordinator.
- The CFSR Coordinator will review the case to confirm the elimination criterion is met.
- If the exclusionary factor is confirmed, the CFSR Coordinator will note the case on the Case Selection Tracking Form (See Appendix F) with the detail of the reason for elimination. The CFSR Coordinator will notify the DPQI program managers of the case number, type of case (in home or foster care) and the reason for the exclusion.
- That case will then be removed from the case sample list.

21

D003105500

- Once these reviews are completed the sample list will be given to the Lead Reviewer for the District in order for a preliminary case review schedule to be developed. This will include:
    - Determining that no previously missed elimination criteria exists
    - Confirmation of case type
    - Development of a preliminary interview list
- Once completed the preliminary review schedule will be provided to the CFSR review teams.
- The review teams will conduct a preliminary review of the case to make two determinations:
    - That no immediate conflict of interest is known. (See Conflict of Interest Section)
    - Determine if additional stakeholders should be added to the interview schedule.
- Once the preliminary review by the review teams is completed, the review schedule will be provided to the District in order to initiate scheduling of case related interviews.
- If at any point in the process elimination criteria is found the CFSR Coordinator will be notified. If the exclusionary factor is confirmed, Coordinator will note the case on the Case Selection Tracking Form (See Appendix F) with the detail of the reason for elimination. The Coordinator will notify the DPQI program managers of the case number, type of case (in home or foster care) and the reason for the exclusion.

Once the review has commenced, a case may be further excluded based on the following criteria:

- Exclusions are found that were missed by the initial query and review.
- Interviews cannot be conducted with key parties in spite of multiple attempts to engage them. The key individuals in a case are the child (if school aged), the parent(s), the foster parent(s), the family caseworker, and other key professionals knowledgeable about the case.

D003105501

- Unforeseen circumstances which prevent continuation of the interviews due to an immediate concern related to child safety, or the safety of a reviewer, which prevent interviews with more than one party to the case. For example, if there is a risk to the child identified that warrants immediate action to ensure the child's safety, threats are made to the reviewer, the subject of the interview is under the influence of drugs/alcohol and unable to participate.

If any of the above listed circumstances occur the reviewers will immediately notify the Lead Reviewer. The Lead Reviewer will notify the DPQI Program Manager. The DPQI Program Manager will notify the CFSR Coordinator and discuss the elimination of the case. If both agree that the case meets one or more of the elimination criteria the case will be eliminated from the review, documented on the review case elimination sheet, and an alternate case will be assigned to the review team. The CFSR Coordinator will note the reason for elimination on the case elimination tracking form. An over sampling will occur to ensure the minimum of 65 cases are reviewed for the CFSR round three submission.

**District Lead Reviewer Responsibilities:**

Once the initial case sample selection has been completed the sample list will be given to the Lead Reviewer for preliminary case review schedule development. This will include:

- Determining that no previously missed elimination criteria exists
- Confirmation of case type
- Development of a preliminary interview list and tentative review schedule
- Provide the review schedule to the CFSR review teams.
- Ensure the review teams conduct a preliminary review of the case to make two determinations:
  - That no immediate conflict of interest is known.
  - Determine if additional stakeholders should be added to the interview schedule.

23

D003105502

- Once the preliminary review by the review teams is completed the Lead Reviewer will provide the schedule to the District in order to initiate scheduling of case related interviews.
- Once the case has been selected, the case may be further eliminated if multiple attempts to schedule key participants for interviews have been unsuccessful.
- If they are unable to confirm interviews within 14 days of the review, the aforementioned elimination process will be followed.
- The next case on the initial sample list will then be identified by the Lead Reviewer and submitted to the review team.

There will be circumstances when a case must be eliminated and there is not adequate time to adhere to the specified timeframes. This can occur prior to the scheduled review or once the review has commenced. In those circumstances, the next case of the same case type in the random sample will be immediately assigned to the review team to begin the preliminary review and scheduling of case related interviews.

**Reviewer Responsibilities:**

- Participate in mandatory training process.
- Complete the on-line training vignettes developed by the CBRO.
- Conduct the case reviews utilizing the On Site Review Instrument. (2014 version)
- Conduct interviews of case participants.
- Contact a DPQI Program Manager for clarification if questions arise regarding the rating of an item.
- Complete the OSRI on-line tool.
- Adhere to all protocols for case elimination and safety procedures.
- Notify the Lead Reviewer of any issues that arise during the review process.
- Exclude themselves form cases that may be deemed as a conflict of interest.

D003105503

**DPQI Program Managers Responsibilities:**

- To ensure the OSRI tool has been correctly uploaded after the completion of the debriefing process.
- Tracking the completion of the cases and provide support to review teams if questions arise about item rating criteria.
- Address any issues that arise during the course of the reviews including but not limited to conflict of interest and safety concerns.
- Document (See Appendix G) and discuss any questions related to conflicts of interest and safety concerns with the CFSR Coordinator and Director of Planning and Quality Improvement.
- After consultation with the CFSR Coordinator and Director of Planning and Quality Improvement, provide feedback to review teams on questions about conflicts of interest and safety concerns.
- Provide feedback to the review teams if questions in relation to item ratings arise during the review.
- Ensure compliance with outline policies and procedures.

**Secondary Level Quality Assurance:**

Each District review will be assigned a quality assurance program manager. The Quality Assurance Program Manager will ensure the case review was conducted according to CFSR procedures and that the completed review instrument adequately reflects the case record and information gathered in the interview process.

Upon the completion of the review process, all cases will be "debriefed". At a minimum, two teams of reviewers and a program manager must attend the debriefing. The debriefing allows an opportunity for the case review to be discussed and consensus on case rating to be reached. The debriefing exercise allows for inter-rater reliability between the teams of reviewers. After the debriefing, the teams will enter the rated instrument into the on-line rating system. Quality Assurance Program Mangers provide

25

D003105504

quality assurance after the instrument is uploaded to the on-line site to ensure items were rated correctly, that justifications are completed, and that the information is consistent with the debriefings.

**Addressing Safety Concerns:**

If, during the course of a review, DPQI reviewers believe that there is a safety issue in one of the cases being reviewed, they must take the following actions:

- Consult with both their review partner and a DPQI Program Manager to determine whether the issue requires that a CPS referral be made, or that there should be consultation with District staff to inform them of the issue. Some identified issues may not rise to the level that requires a CPS referral, but may still merit the attention of the District.
- If it is determined that a CPS referral will be made, the District CSM should be notified, due to the fact that some situations may require an immediate response by the District. Sharing this information with the CSM does not supersede a formal CPS referral regarding the situation.
- The designated DPQI staff member will make the CPS referral by contacting the Centralized Intake Unit.
- DPQI staff members are mandated reporters, and are to adhere to the mandates of the WV Code, which states the following:

"When a mandated reporter has reasonable cause to suspect that a child is abused or neglected, he or she shall report to the Department of Health and Human Resources immediately, and not more than 48 hours after suspecting abuse or neglect.

If the reporter believes the child has suffered serious physical or sexual abuse, a report shall be made to the State Police or any law enforcement agency.

Reports of child abuse and neglect shall be made immediately by telephone to the child protective service agency and shall be followed by a written report within 48 hours if so requested by the receiving agency. The report shall contain the reporter's observations

26

D003105505

of the conditions or circumstances that led to the suspicion that a child was an abused or neglected child."

- The review team will notify the Lead Reviewer if the safety issues could impact the completion of the case review.
- The Lead Reviewer will then consult with the DPQI Program Manager to determine if review of the case should continue or if the case eliminated from the review.

**Addressing Conflict of Interest:**

See Conflict of Interest Section.

Individuals who had recent direct contact, supervision, oversight, or consultation for the case being reviewed cannot participate in the case review, case debriefing, or provide quality assurance of the reviewed case.

Cases selected in the sample will be sent to the reviewers to complete a preliminary review. If upon the assignment of the cases for review, the reviewer determines a conflict may be present, they are to notify the Lead Reviewer and the Program Manager. The Lead Reviewer and the Program Manager will remove the reviewer from the case review process and the debriefing on the identified case. The case will then be reassigned to a different team of reviewers. Should the conflict be identified during the interview phase of the reviews; the reviewers will stop the interviews and immediately contact the Program Manager. The Program Manager will replace the reviewer on the review of the identified case.

**Training for Division of Planning and Quality Improvement Staff:**

See New Reviewer Training Section.

Overview of training outline for job specific training:

27

D003105506

Understand the Child and Family Services Review Overview:

This course familiarizes the new reviewer with an overview of the intent and purpose of the Child and Family Services Review process. Reviewers will gain an understanding of the role Child and Family Service case reviews play in the development and monitoring of Child and Families Services Plan. Reviewers will gain an understanding of the Statewide Data indicators.

Instructional methods: lecture

One day duration for completion.

Case reviews overview:

This course familiarizes the new reviewer with an overview of the procedures used when completing child and family services reviews based on the standards set forth by Federal regulation 76 FR 18677. Training topics include the role and responsibilities of the reviewer and the role of the Lead Reviewer. The course will teach the reviewer the procedures for the set-up of social service reviews. The course will utilize the on-line site training models developed by JBS International, Inc. to demonstrate the proper completion of the online review instrument.

Instructional methods: lecture, independent reading, and web based training.

The training will be one day duration for completion.

Child and Family Services Review Instrument:

This course familiarizes the new reviewer with the Child and Family Service Review Instrument and Instruction. Training includes instruction on rating the On Site Review Instrument items 1 through 18. New reviewers will gain and understand how to apply cases to the instrument. Reviewers will review the "Child and Family Services Reviews Quality Assurance Guide" and "Reviewers Brief-Understanding of the Federal Expectation for Rating Cases" guides. The emphasis of this training is to gain an understanding of the use of the Child and Family Services Review Instrument. WV will utilize the online training models developed by JBS for case review ratings and use of the ORSI for placement and non-placement cases.

28

D003105507

Instructional methods: lecture, independent reading, and web based training.

The training will be five days in duration for completion of instruction.  New workers are required to "shadow" mentors after the completion of training.

**Training for Individuals Conducting Quality Assurance:**

Individuals completing quality assurance activities must complete all required DPQI reviewer trainings. They will at a minimum have been involved in two district level reviews as reviewers and two as a QA staff member. DPQI will request additional resources for training QA staff from the Children's Bureau.

**Training for non DPQI staff:**

Additional reviewers, if needed will be selected by the CFSR steering committee. The additional reviewers will be chosen based on casework experiences, and knowledge of the State policy. A pool of reviewers will be selected 12 months prior to the start of CFSR round three case reviews. All reviewers must participate in a mandatory training process. This will include:

- Completion of on-line training provided by ACF CB through JBS https://training.cfsrportal.org.
- Completion and debriefing of mock cases.
- Completion of training in CFSR round three policies and procedure including but not limited to the addressing safety concerns, case elimination procedures and conflict of interest.
- Demonstration of the OSRI on line tool and procedures for uploading completed reviews to West Virginia's data base/site.
- Overview of the interviewing process and distribution of the stakeholders interview guide.

29

D003105508

**Plan for Consistency of Ratings for CFSR Case Reviews:**

In preparation for the CFSR, Children's Bureau staff observed DPQI case reviews conducted in April of 2014. This process resulted in valuable feedback being provided in relation to the DPQI review process. Representatives from the Children's Bureau reviewed completed DPQI onsite review instruments in April of 2015. Children's Bureau staff provided feedback to DPQI staff members in relation to the review process, rating accuracy, and adherence to instrument instructions. The written item specific feedback from the Children's Bureau is included in the DPQI reviewer training and instrument completion instructions.

In May of 2016 Child Welfare Program Specialists and other Children's Bureau staff will be asked to again review completed DPQI review instruments and provide direction and feedback on the case review process and item ratings. There will be several days of meetings in May of 2016 in order for CB staff to assist in the education of DPQI staff in the areas of instrument ratings.

Prior to the 2017 CFSR all Review Team Members will:

- Complete the online OSRI training.
- Will participate in at least two mock case reviews which will include
- Review of the case file and stakeholder interviews
- Following instrument instructions related to item scoring
- Coming to a review team consensus on item ratings
- Participate in mock case debriefing sessions that will include reaching a group consensus on item rating and outcome achievement.

WV will ask that Children's Bureau Child Welfare Program Specialists to come to WV to observe an actual district review in the fall of 2016 in order to provide technical assistance in the completion of the online review instrument and the rating of case items. In April of 2017 CB staff will be invited to observe the CFSR case reviews.

D003105509

There will be three District reviews across the state occurring during the CFSR. The reviews will be staggered over the designated review period so that only one review will be conducted during an assigned week.

The proposed schedule for the three district reviews is as follows:

Kanawha District review will be conducted the week of April 17-21 2017

McDowell District review will be conducted the week of May 22-26 2017

Wood District review will be conducted June 26-30 2017

Kanawha District review 4 will be conducted July 24-28 2017

The completion timeframe goal for each review in the region is that the OSRI tool completion, stakeholder interviews, and case debriefing will be conducted within the review week. The week following the scheduled district review will allow for completion of interviews that could not be scheduled or completed within the prior week as well as any needed work on recommendations or concerns that arise from the QA team or Lead Reviewer. There will be at least a three week break in between district reviews to allow for case review preparatory needs. All reviews will be concluded by 9/30/17.

**Conducting Case Related Interviews:**

Case related interviews are conducted during the reviews to allow the reviewers to have a full understanding of what occurred and how it impacted the case. It is critical to obtain information from a variety of sources before making determinations about outcomes. Case related interviews with key individuals involved in the case serve as an opportunity to determine what has occurred in the case, clarify case documentation, collect missing

31

D003105510

information and gain input from case participants. Interviews are key to the case rating process.

Case related interviews should include all of the following individuals: child (if age appropriate), parent, caregiver/foster parents, caseworker, and provider (if applicant). Reviewers may determine that interviews with additional key participants are needed to complete the review. The Lead Reviewer will assist in setting up the additional interviews as warranted.

Acceptable exceptions to conducting interviews:
- Parents that are outside of the US.
- Any party that is unable to give consent due to physical or mental health incapacity.
- Any party that refuses to participate. Reviewers will document attempts to engage them.
- Any party that has been advised by an attorney not to participate.
- Parent or child cannot be located. Reviewers will document attempts to locate
- There is a safety concern in contacting any party for the interviews.

Interview Protocols:

- Interviews should take place after reviewers have had an opportunity to thoroughly review the case record.
- Face to face interviews are preferable; however, telephone interviews may occur based of the availability and location of the interviewee.
- Children should be interviewed with permission from the parent. The parent retains the right to be present for the interview.
- Interviews should be discontinued should concerns for safety arise (see protocol).
- Interviews must occur in pairs. No reviewer is permitted to conduct an interview without another reviewer present.

32

D003105511

Acceptable exceptions to conducting interviews:

- Only school-age children are interviewed, unless other arrangements are made. Cases involving pre-school -age children may be reviewed but do not require an interview with the child. Instead, the reviewers might observe the child in the home while interviewing the birth or foster parent(s).
- The parents and or child cannot be located (example: youth on runaway status) or are outside of the U.S.
- There is a safety or risk concern in contacting any party for the interview. (Ex. A parent has previously made threats to the agency.)
- Any party is unable to consent to an interview due to physical or mental health incapacity.
- Any party refuses to participate in an interview and the agency can document attempts to engage them.
- Any party is advised by an attorney not to participate due to a pending criminal or civil matter.

Unacceptable exceptions to conducting an interview:

- An age cut-off that does not take into account a child's development capacity, e.g. a policy of not interviewing children under age 12
- A party refused to participate in an interview and the agency did not attempt to engage them
- A party has a pending criminal, civil, or procedural matter before the agency, e.g. appealing a TPR
- The agency has not made attempts to locate a party for an interview
- Any party speaks a language other than English
- The party is only available to be interviewed by phone

Further interview protocol:

33

D003105512

- In person interviews are preferable. However, telephone interviews may occur if the interviewee is out of state, an interviewee would not be available for an in-person interview between 7am and 7pm Monday-Friday or it is determined that the interview would, otherwise, not be able to occur unless conducted by phone.

-  Children will be interviewed alone. However, children in in-home cases or no longer in foster care may be interviewed in the presence of the parent at the request of the parent. However, every effort should be made to engage the parent to allow for private interviews.

- If interviews are to be conducted in the home, they should take place in separate room from other family members.

- If the parent is unwilling to allow for a private interview with the child, the parent should be instructed to allow the child to respond to all questions and to not engage the child during the interview.

- Interviews should be completed within 5 business days after initiation of the review of the case.

34

D003105513

**Appendix A**

Chart of DPQI child welfare case reviews completed between February 2013 and December 2015.

| Month/Year | District | In-Home Cases | Placement Cases | Total Cases Reviewed |
|---|---|---|---|---|
| February 2013 | Wood | 4 | 8 | 12 |
| March 2013 | Boone | 4 | 8 | 12 |
| April 2013 | McDowell | 4 | 8 | 12 |
| May 2013 | Raleigh | 6 | 8 | 14 |
| June 2013 | Barbour/Preston/Taylor | 4 | 8 | 12 |
| June 2013 | Marshall/Wetzel/Tyler | 4 | 8 | 12 |
| July 2013 | Braxton/Clay | 4 | 8 | 12 |
| July 2013 | Nicholas/Webster | 3 | 9 | 12 |
| August 2013 | Mercer | 4 | 8 | 12 |
| September 2013 | Lincoln | 6 | 6 | 12 |
| October 2013 | Logan | 4 | 8 | 12 |
| November 2013 | Jackson/Mason/Roane | 4 | 8 | 12 |
| December 2013 | Wayne | 4 | 8 | 12 |
|  |  |  |  |  |
| January 2014 | Kanawha | 7 | 9 | 16 |

35

D003105514

| | | | | |
|---|---|---|---|---|
| **February 2014** | Hardy/Grant/Pendleton | 5 | 7 | 12 |
| **March 2014** | Putnam | 6 | 6 | 12 |
| **April 2014** | Monongalia/Marion | 4 | 8 | 12 |
| **May 2014** | Hampshire/Mineral | 5 | 7 | 12 |
| **June 2014** | Cabell | 6 | 8 | 14 |
| **September 2014** | Fayette | 3 | 7 | 10 |
| **October 2014** | Lewis/Upshur | 4 | 8 | 12 |
| **November 2014** | Harrison | 5 | 7 | 12 |
| **December 2014** | Berkeley/Morgan/Jefferson | 7 | 5 | 12 |
| | | | | |
| **January 2015** | Kanawha | 7 | 5 | 12 |
| **February 2015** | Calhoun/Gilmer/Wirt & Doddridge/Ritchie/Pleasants | 6 | 6 | 12 |
| **March 2015** | Ohio/Brooke/Hancock | 4 | 8 | 12 |
| **April 2015** | Randolph/Tucker | 5 | 6 | 11 |
| **May 2015** | Mingo | 6 | 6 | 12 |
| **June 2015** | Wyoming | 6 | 6 | 12 |
| **July** | Kanawha | 6 | 6 | 12 |
| **August 2015** | Greenbrier/Monroe/Pocahontas /Summers | 5 | 7 | 12 |
| **September 2015** | Fayette | 5 | 6 | 11 |
| **October 2015** | Wood | 5 | 7 | 12 |

D003105515

| November 2015 | McDowell | 6 | 6 | 12 |
|---|---|---|---|---|
| December 2015 | Raleigh | 6 | 6 | 12 |

D003105516

**Appendix B**

DPQI New Worker Training Plan Syllabus

DPQI – Child and Family services reviews:

Understand the Child and Family Services Review Overview:

This course familiarizes the new reviewer with an overview of the intent and purpose of the Child and Families Review process.  Reviewers will gain an understanding of the role Child and Family Service case reviews play in the development and monitoring of Child and Families Services Plan.  Reviewers will gain an understanding of the Statewide Data indicators.

Instructional methods: lecture

One day duration for completion.

Case reviews overview:

This course familiarizes the new worker with and overview of the procedures used when completing child and family services reviews based on the standards set forth by Federal regulation 76 FR 18677. Training topics include the role and responsibilities if the reviewer and the role of Lead Reviewer.  The course will teach the reviewer the procedures for set up social service reviews.  The course will utilize the. on line web site training models developed by JBS International, Inc to demonstrate the completion of the online review instrument.

Instructional methods: lecture, independent reading, and web based training.

One day duration for completion.

Child and Family Services Review Instrument:

This course familiarizes the new reviewer with the Child and Family Service Review Instrument and Instruction.  Training includes instruction on rating the On Site Review Instrument item 1 through 18.  New reviewers will gain and understand of how to apply cases to the instrument.    Reviewers will review the "Child and Family Services Reviews Quality Assurance Guide" and "Reviewers Brief-Understanding of the Federal Expectation for Rating Cases" guides. The emphasis of this training is to gain an

38

D003105517

understanding of the use of the Child and Family Services Review Instrument.   As part of the course WV will utilize the on line training models developed by JBS Internal for case review ratings and use of the ORSI for placement and nonplacement cases
Instructional methods: lecture, independent reading, and web based training.
Five day duration for completion of this instruction.   New workers are required to "shadow" tenured workers after the completion of training.

Interviewing Key Case Participant:
This course trains reviewers to conduct case-related interviews with stakeholders. Discussion with new reviewer will occur to assist them in understanding how to interview for relevant information for the purpose of rating the On Site Review Instrument.  Reviewers will learn procedure to report safety concerns about the child(ren) they may result from information obtained during the interviews. Instructional methods: lecture, independent reading, and discussion.
One day in duration for the completion of this training.

Understanding Policy as it applies to rating items on CFSR:
This session reviews current child protective services policy and youth services policy as it applies to rating of the On Site Review Instrument and how it drives case practice. The intent of this session is to allow the reviewer to gain a working knowledge of policy. Instructional methods: lecture, independent reading, and discussion.
Two day in duration for the completion of this training.

39

D003105518

**Appendix C**

DPQI New Worker Training Agenda.

- Welcome and overview of the agenda
- Overview of the CFSR history, purpose, and process.
- Overview of the concept and value of inter-rater reliability
- Roles of the various team members
- Review of the procedure for approval of the review tools
- Review and feedback of the online training on the OSRI tool
- Review of BCF review policies which include:
    - Types of cases being reviewed
    - Random Sample Process
    - Case Review Forms – Case Review Log, Case Elimination Tracking, Issue Report Form
- Developing a Review Schedule
- Case Selection/Elimination Criteria
- Criteria for Elimination Once the Review has commenced
- Conflict of Interest Policy
- Conducting Interviews
- Addressing Safety Concerns
- What constitutes a safety concern
- How to document safety concerns
- Who to contact
- Roles in addressing safety concerns
- Practice: Application of the OSRI tool using case example
- Debriefing Case Exercise
- Team review of the completed tool
- How to Conduct the Exit Meeting
- How to Communicate Issues, Report Writing, and the CQI Feedback Loop
- Discussion

D003105519

**Appendix D**

Redacted FREDI quarterly reports

Open YS Cases Oct.-Dec. 2015

| Case ID | County | Open Date |
|---------|--------|-----------|
| | Barbour | 12/23/2014 10:27 |
| | Barbour | 02/10/2014 15:39 |
| | Barbour | 11/04/2015 9:32 |
| | Barbour | 10/14/2008 10:48 |
| | Barbour | 03/27/2014 17:44 |

Adoption Cases Oct.-Dec. 2015

| Case ID | Client ID | Family Client ID | Worker County | Family County | Birthdate | Age | Entry Date | Time In Care | Permanency Plan |
|---------|-----------|------------------|---------------|---------------|-----------|-----|------------|--------------|-----------------|
| | | | Mercer | Raleigh | | 1.6 | 12/22/2015 | 5.94 | Reunification |
| | | | Mercer | Mercer | | 2 | 08/31/2015 | 4.02 | Adoption |
| | | | Mingo | Mingo | | 11.6 | 12/19/2014 | 17.44 | Guardianship |
| | | | Ohio | Ohio | | 17.1 | 12/10/2015 | 60.04 | Adoption |
| | | | Region I | Calhoun | | 13.8 | 04/21/2015 | 108.49 | Adoption |
| | | | Region I | Tyler | | 11.3 | 09/01/2015 | 26.71 | Adoption |

Foster Care Oct.-Dec. 2015

| Case ID | Client ID | Family Client ID | County | Birthdate | Age | Entry Date | Time In Care | Permanency Plan |
|---------|-----------|------------------|--------|-----------|-----|------------|--------------|-----------------|
| | | | Barbour | | 17.32 | 06/12/2015 | 50.02 | Adoption |
| | | | Barbour | | 17.32 | 06/12/2015 | 50.02 | Guardianship |
| | | | Barbour | | 16.59 | 06/12/2015 | 7.42 | Reunification |
| | | | Berkeley | | 14.22 | 08/01/2014 | 64.75 | Adoption |
| | | | Berkeley | | 14.22 | 08/01/2014 | 64.75 | Reunification |

41

D003105520

CPS Placement Cases Oct.-Dec. 2015

| Case ID | Client ID | Family Client ID | County | Birthdate | Age | Entry Date | Time In Care | Permanency Plan |
|---|---|---|---|---|---|---|---|---|
| | | | Barbour | | 5.72 | 10/02/2015 | 2.97 | Reunification |
| | | | Berkeley | | 4.41 | 12/16/2015 | 9.68 | Reunification |
| | | | Berkeley | | 4.22 | 11/19/2015 | 5.25 | Adoption |
| | | | Berkeley | | 4.22 | 11/19/2015 | 5.25 | Reunification |
| | | | Berkeley | | 3.35 | 03/16/2015 | 9.87 | Reunification |

CPS Placement with Removal Oct.-Dec. 2015

| County | Case ID | Client ID | Case Open Date | Placement Date | Removal Date | Legal Custody Date | Custody Disp. | Legal Custody |
|---|---|---|---|---|---|---|---|---|
| Barbour | | | 07/28/2014 11:48 | 06/19/2012 | 11/10/2014 | | 914 DHHR | 11/10/2014 0:00 |
| Barbour | | | 10/02/2015 14:24 | 10/02/2015 | 10/06/2015 | | 914 DHHR | 10/02/2015 0:00 |
| Barbour | | | 02/03/2014 13:57 | 03/24/2015 | 03/24/2015 | | 914 DHHR | 08/20/2015 0:00 |
| Barbour | | | 03/24/2014 15:42 | 08/12/2015 | 08/22/2015 | | 914 DHHR | 11/19/2015 0:00 |
| Barbour | | | 06/26/2015 7:52 | 08/12/2015 | 08/22/2015 | | 914 DHHR | 11/19/2015 0:00 |

Open CPS Oct.-Dec. 2015

| Case ID | County | Open Date |
|---|---|---|
| | Barbour | 10/02/2015 14:24 |
| | Barbour | 12/30/2015 11:53 |
| | Barbour | 07/28/2014 11:48 |
| | Barbour | 06/06/2013 11:27 |
| | Barbour | 02/03/2014 13:57 |

Open YS with Placement Oct.-Dec. 2015

| Case ID | Client ID | Family Client ID | County | Birthdate | Age | Entry Date | Time In Care | Permanency Plan |
|---|---|---|---|---|---|---|---|---|
| | | | Barbour | | 18.0 | 04/21/2015 | 106.85 | Adoption |
| | | | Barbour | | 17.7 | 01/03/2014 | 85.62 | Adoption |
| | | | Barbour | | 17.7 | 01/03/2014 | 85.62 | Independence |
| | | | Barbour | | 17.7 | 01/03/2014 | 85.62 | Reunification |
| | | | Barbour | | 17.8 | 08/31/2015 | 24.92 | Reunification |

D003105521

Open YS with Removal Oct.-Dec. 2015

| County | Case ID | Client ID | Case Open Date | Placement Date | Removal Date | Legal Custody Date | Custody Disp. | Legal Custody |
|--------|---------|-----------|----------------|----------------|--------------|---------------------|---------------|----------------|
| Barbour | | | 12/04/2006 | 04/21/2015 | 08/16/2005 | 12/04/2006 | 914 | DHHR |
| Barbour | | | 10/14/2008 | 01/03/2014 | 02/22/2007 | 10/14/2008 | 914 | DHHR |
| Barbour | | | 03/27/2014 | 08/31/2015 | 05/01/2015 | 03/26/2014 | 914 | DHHR |
| Barbour | | | 01/24/2013 | 12/18/2015 | 05/02/2014 | 01/23/2013 | 914 | DHHR |
| Barbour | | | 03/25/2013 | 02/20/2014 | 07/24/2013 | 07/24/2013 | 914 | DHHR |

D003105522

**Appendix E**

**DPQI Review Schedule**

**January 2016-December 2017**

| Month/Week of Review | District | Lead Reviewer | Total Cases Reviewed |
|---|---|---|---|
| January 18-22, 2016 | **Jackson-Roane** | Amy | 12 (6 Pl., 6 IH) |
| February 8-12, 2016 | **BPT** | Tanya w/ Bob | 12 (6 Pl., 6 IH) |
| March 7-11, 2016 | **Boone-Lincoln** | Jamie | |
| April 11-15,2016 | **Nicholas-Webster** | Holly w/ Betina | |
| May 9-13, 2016 | **Braxton-Clay** | Jeannette | |
| June 13-17, 2016 | **Mercer** | Betina w/ Jeanie | |
| July 2016 | **Kanawha** | Thelma | |
| August 2016 | **GHP** | Jamie | |
| September 2016 | **Logan** | Amy | |
| October 2016 | **Hampshire-Mineral** | Tanya | |
| November 2016 | **MWT** | Jeanie | |
| December 2016 | **Putnam-Mason** | Bob | |
| January 2017 | **Mon-Marion** | Betina | |
| February 2017 | **Harrison** | Jeannette | |
| March 2017 | **BJM** | Holly | |
| Start Federal CFSR Rd3 Review Period | | | |
| April 2017 | **Kanawha** | Holly | |
| May 2017 | **McDowell** | Bob | |
| June 2017 | **Wood** | Jeannette | |

44

D003105523

| | | | |
|---|---|---|---|
| July 2017 | **Kanawha** | Holly | |
| August 2017 | **CFSR Rd. 3 case review completion** | | |
| September 2017 | | | |
| October 2017 | **Cabell** | | |
| November 2017 | **Lewis-Upshur** | | |
| December 2017 | **CGW-DRP** | | |
| January 2018 | **Mingo** | | |
| February 2018 | **Randolph-Tucker** | | |
| March 2018 | **OBH** | | |
| April 2018 | **Wayne** | | |
| May 2018 | **GMPS** | | |
| June 2018 | **Kanawha** | | |

D003105524

**Appendix F**

**Case Selection Worksheets**

# Case Selection Worksheet

District:

County FIPS Code:

| [Site Name*] In-Home Services Cases | | | |
|---|---|---|---|
| **No.** | **Case ID** | **Case Name** | **Rational for Case Selection/Elimination** |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

\* Use one worksheet for each site

46

D003105525

## [Site Name*] Foster Care Cases

| No. | Case ID | Case Name | Reason for Elimination |
|-----|---------|-----------|------------------------|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

* Use one worksheet for each site

47

**Appendix G**

**CFSR Question/Issues Tracking Log**

1.  Issue/Question: _____
    _____
    _____
    _____
    _____

2.  Parties Involved in Consultation: _____
    _____
    _____
    _____

3.  Resolution: _____
    _____
    _____
    _____

4.  Response Provided to Review Staff (date, time, name/position of persons included): _____
    _____
    _____
    _____

5.  Additional Clarification Requested On:_____
    _____
    _____
    _____

6.  Parties Involved in Consultation on Clarification: _____
    _____
    _____
    _____

7.  Feedback Provided to Review Staff (date, time, name/position of persons included: _____
    _____
    _____
    _____

_____        _____
Name of Program Manager Requesting Consultation and Completing Form        Date

48

D003105527