# Exhibit 148

## WVDHHR/Bureau for Social Services
## Supervisor Training Plan: Child Welfare

| Activity | Timeframes | Description |
|---|---|---|
| **Kronos Blackboard** | Blackboard class completed within **10 days** of appointment to supervisor position | Supervisors will take the *Introduction to Kronos for Licensed Supervisors and Timekeepers* training in Blackboard to learn supervisory functions of timekeeping. Contact DHHR Blackboard to register. (1 hour, General) |
| **Program Policy Overview** | First overview completed within **10 days** of appointment to supervisor position, and twice monthly thereafter for first 6 months | New supervisors will meet with Regional Program Managers to review key policies and procedures that are essential for supervisors. The first meeting will be face-to-face (2 hours), subsequent meetings twice per month (1 hour per month) thereafter can be face-to-face or by conference call (total 8 hours, Child Welfare Specific). |
| **Supervisor Mentoring** | Mentor assigned within **10 days** of appointment to supervisor position | The Regional Management Team will assign a mentor to the new supervisor within the first 10 days of appointment to supervisor position (for more information, see Mentoring Protocol for Social Services Supervisors Standard Operating Procedure (SOP). |
| **WV Division of Personnel (DOP) Mandatory Class Enrollment: Components I and II** | Enrollment completed within **15 days** of appointment to supervisor position | Supervisors will go online at http://www.personnel.wv.gov/ohrd/Pages/default.aspx and review the Supervisor/Manager Training Program Policy (DOP Policy 18).<br><br>Enroll in the following online classes:<br>• *Preventing Harassment: A Shared Responsibility* (3 hours, online)<br>• *Employee Performance Appraisal: The Foundations for Performance Management* (6 hours)<br>• *The Drug-Free Workplace* (3 hours, online)<br><br>Enroll in the following blended online/classroom training:<br>• *Managing and the Law* (6 hours blended, which includes 3 hours online and 3 hours of classroom training).<br>• *Discipline and Documentation* (6 hours blended, including 3 hours online and 3 hours of classroom training).<br><br>Supervisors can register for and attend the classroom sections of these two trainings on the same day. If no slots are available at the time of registration the supervisor must place his/her name on a wait list for the next available training.<br><br>Enroll in the following classroom training:<br>• *Supervising for Success II: Critical Skills for New Supervisors* (18 hours) |

2

| | | |
|---|---|---|
| | | • Workplace Safety: Your Responsibility (6 hours)<br>If no slots are available at the time of registration the supervisor must place his/her name on a wait list for the next available training. |
| **WV Division of Personnel: OHRD Toolkits and Policies** | Review of materials (toolboxes and policies) completed within **30 days** of appointment to supervisor position | New supervisors will go to the following link: http://www.personnel.wv.gov/ohrd/toolkit/Pages/policiesandlinks.aspx and review the following supervisor toolboxes:<br>• Attendance Management Supervisor Toolbox<br>• Employee Conduct Supervisor Toolbox<br>• Employee Discipline Supervisor Toolbox<br>• Performance Management and Employee Appraisal Supervisor Toolbox<br><br>On the same webpage, review the following DOP policy links:<br>• Drug and Alcohol-Free Workplace Policy (DOP-P2)<br>• Prohibited Workplace Harassment (DOP-P6)<br>• Workplace Security (DOP-P15) |
| | Meeting with CSM or Social Services Coordinator scheduled within **60 days** of appointment to supervisor position | Schedule a meeting to meet with the CSM or Social Services Coordinator to review the toolboxes and policies (2 hours, General). |
| **FACTS Blackboard** | Blackboard class completed within **30 days** of appointment to supervisor position | Supervisors will take the *FACTS Supervisor Functions* training in Blackboard to learn supervisor approvals and processes. Supervisors may self-register for this class (1 hour, Child Welfare Specific). |
| **Reflective Supervision Blackboard** | Blackboard class completed within **30 days** of appointment to supervisor position | Supervisors will take the *Reflective Supervision* training in Blackboard that provides an overview of the reflective supervision requirements, process, and forms (1 hour, Child Welfare Specific). |
| **Overview of Administrative Rules and BSS Manager's Handbook** | Administrative Rules and Manager's Handbook reviewed within **90 days** of appointment to supervisor position | Supervisors will review the West Virginia DOP Administrative Rule at http://www.state.wv.us/admin/personnel/Rules/default.htm and the BSS Manager's Handbook sent to the supervisor with the new supervisor's onboarding materials. |
| | Meeting with CSM or Social Services Coordinator within **120 days** of appointment to supervisor position | Schedule a meeting with the CSM or Social Services Coordinator to review the Administrative Rule and Manager's Handbook (2 hours, General). |

D003112592

3

| Training | Timeframe | Description |
|---|---|---|
| Child Welfare Supervisor Training: *Putting the Pieces Together (PTPT)* | First 3-day module within **6 months** of appointment to supervisor position, complete all three 3-day modules within **one year of appointment** | Supervisors will register for and complete the first 3-day module, *Administrative Supervision*, within 6 months of appointment to supervisor position, and complete the second and third modules, *Educational Supervision* and *Supportive Supervision*, within one year of appointment. Supervisors should complete the three modules in sequence with the same cohort of supervisors whenever possible. Register by contacting Kristi.S.Short@wv.gov to be placed on a register. (54 hours, Child Welfare Specific) |
| Resiliency Alliance: Trauma-Informed Care for Supervisors | Within **one year** of appointment to supervisor position | Supervisors will complete one day of the Resiliency Alliance trauma training within one year of appointment (6 hours, Child Welfare Specific). |
| WVDHHR Employee Development Mandatory Training for New Supervisors | Within **one year** of appointment to supervisor position | Supervisors will complete WVDHHR Employee Development mandatory online training in Blackboard within one year of appointment to supervisor position (if not previously completed), including:<br>• *Personal Safety in Health & Human Resources* (1 hour)<br>• *Civil Rights/EEO Compliance Orientation* (1 hour)<br>• *DHHR & Executive Branch Privacy Policies* (1 hour)<br>• *DHHR Orientation for New Employees* (1 hour)<br>• *EEO for Supervisors* (1 hour)<br>(5 hours, General) |
| WV Division of Personnel: Completion of DOP-Policy 18 Mandatory Training/ Component I | Within **one year** of appointment to supervisor position | Supervisors will complete mandatory DOP Component 1 training within one year of appointment, including:<br>• *Preventing Harassment: A Shared Responsibility* (3 hours, online)<br>• *The Drug-Free Workplace* (3 hours, online)<br>• *Employee Performance Appraisal* (6 hours, online))<br>• *Managing and the Law* (6 hours, blended)<br>• *Supervising for Success II: Critical Skills for New Supervisors* (18 hours, classroom)<br>(36 hours within first year, General) |
| WV Division of Personnel: Completion of DOP-Policy 18 Mandatory Training/ Component II | Within **18 months** of appointment to supervisor position | Supervisors will complete mandatory DOP Component II training within 18 months of appointment, including:<br>• *Discipline and Documentation* (6 hours, blended)<br>• *Workplace Safety: Your Responsibility* (6 hours, classroom)<br>12 hours within first two years, General) |

4

| | | |
|---|---|---|
| **WV Division of Personnel: Completion of DOP-Policy 18 Mandatory Training/ Component III** | Within **24 months** of appointment to supervisor position | Supervisors will complete 12 contact hours within 24 months of appointment to supervisor position, selected from:<br>• *Navigating Difficult Conversations* (6 hours, classroom)<br>• *Conflict Management* (6 hours, classroom)<br>• *Leading Change in Turbulent Times* (6 hours, classroom)<br>• *Attendance Management* (6 hours, classroom)<br>(12 hours within first two years, General) |
| **WVDHHR: Management Bootcamp** | Within **24 months** of appointment to supervisor position | Supervisors will register for and attend the DHHR Management Bootcamp as available (online and classroom, TBA) |

New Child Welfare-Specific Supervisor Training Required:  70 hours within first year
New General Supervisor Training Required:  46 hours within first year
 24 hours within second year (plus DHHR Management Bootcamp)

Tenured Child Welfare-Specific Supervisor Training Required After One Year:  12 hours/year
Tenured General Supervisor Training Required After Two Years:  12 hours/year
CEUs Required for Social Work Licensure:  40 hours/two years or 20 hours/year