# Exhibit 150



Children's Bureau
West Virginia
Child and Family Services Review (CFSR 4) Data Profile
AFCARS and NCANDS submissions as of 2-20-24

**February 2024**

## Safety Outcomes

## Risk-Standardized Performance Visualization

Risk-Standardized Performance (RSP) is the percent or rate of children experiencing the outcome of interest, with risk adjustment. The vertical bars in the line graph represent the lower RSP and upper RSP of the 95% RSP (confidence) interval, and national performance (NP) is the dotted black line.

Maltreatment in Care
(victimizations/100,000 days in care)
9.07
NP
2.69
RSP
Lower value is desired
40
30
20
10
0
NP
19AB,FY19
20AB,FY20
21AB,FY21

Measured as the rate of abuse or neglect per days in foster care in a 12-month period that children experienced while under the state's placement and care responsibility

Recurrence of Maltreatment
9.7%
NP
5.6%
RSP
Lower value is desired
30%
20%
10%
0%
NP
FY19-20
FY20-21
FY21-22

Measured as the percent of children who were the subject of a substantiated or indicated report of maltreatment in a 12-month period and who experienced subsequent maltreatment within 12 months of the initial victimization

## Permanency Outcomes

Permanency in 12 Months (entries)
35.2%
NP
DQ
RSP
Higher value is desired
75%
60%
45%
30%
15%
0%
NP
DQ
DQ
19A19B
19B20A
20A20B
20B21A
21A21B
21B22A

Among children who entered foster care in a 12-month period, the percent who exited foster care to reunification, adoption, guardianship, or living with a relative within 12 months of their entry

Permanency in 12 Months (12-23 mos)
43.8%
NP
DQ
RSP
Higher value is desired
75%
60%
45%
30%
15%
0%
NP
DQ
DQ
20B21A
21A21B
21B22A
22A22B
22B23A
23A23B

Among children in foster care at the start of the 12-month period who had been in care for 12 to 23 months, the percent who exited to permanency in the subsequent 12 months

Permanency in 12 Months (24+ mos)
37.3%
NP
DQ
RSP
Higher value is desired
75%
60%
45%
30%
15%
0%
NP
DQ
DQ
20B21A
21A21B
21B22A
22A22B
22B23A
23A23B

Among children in foster care at the start of the 12-month period who had been in care 24 months or more, the percent who exited to permanency in the subsequent 12 months

Reentry to Foster Care
5.6%
NP
DQ
RSP
Lower value is desired
30%
20%
10%
0%
NP
DQ
DQ
19B20A
20A20B
20B21A
21A21B
21B22A
22A22B

Among children who discharged to permanency (excluding adoption) in a 12-month period, the percent who reentered care within 12 months of exit

Placement Stability
(moves/1,000 days in care)
4.48
NP
DQ
RSP
Lower value is desired
12
9
6
3
0
NP
DQ
DQ
20B21A
21A21B
21B22A
22A22B
22B23A
23A23B

Among children who entered care in a 12-month period, the number of placement moves per day they experienced during that year

### Performance Key

- State's performance (using RSP interval) is statistically better than national performance.
- State's performance (using RSP interval) is statistically no different than national performance.
- State's performance (using RSP interval) is statistically worse than national performance.
- DQ Performance was not calculated due to exceeding the data quality limit on one or more data quality (DQ) checks done for the indicator. See footnotes for more information.

Page 1/5

D003113033



# West Virginia

Child and Family Services Review (CFSR 4) Data Profile
AFCARS and NCANDS submissions as of 2-20-24

**February 2024**

## Risk-Standardized Performance

Risk-Standardized Performance (RSP) is the percent or rate of children experiencing the outcome of interest, with risk adjustment. To see how your state is performing relative to the national performance (NP), compare the RSP interval to the NP for the indicator. See the footnotes for more information on interpreting performance.

| | National Performance | | 19A19B | 19B20A | 20A20B | 20B21A | 21A21B | 21B22A | 22A22B | 22B23A | 23A23B |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Permanency in 12 months (entries)** | 35.2% ▲ | RSP | 26.6% | 25.5% | 26.2% | 27.8% | DQ | DQ | | | |
| | | RSP interval | 25.6%-27.6%[3] | 24.6%-26.6%[3] | 25.1%-27.2%[3] | 26.7%-28.9%[3] | | | | | |
| | | Data used | 19A-21A | 19B-21B | 20A-22A | 20B-22B | 21A-23A | 21B-23B | | | |
| **Permanency in 12 months (12-23 mos)** | 43.8% ▲ | RSP | | | | 60.7% | 61.3% | 61.9% | 64.2% | DQ | DQ |
| | | RSP interval | | | | 58.6%-62.7%[1] | 59.2%-63.2%[1] | 60.0%-63.8%[1] | 62.0%-66.2%[1] | | |
| | | Data used | | | | 20B-21A | 21A-21B | 21B-22A | 22A-22B | 22B-23A | 23A-23B |
| **Permanency in 12 months (24+ mos)** | 37.3% ▲ | RSP | | | | 53.2% | 52.0% | 54.4% | 56.7% | DQ | DQ |
| | | RSP interval | | | | 50.6%-55.8%[1] | 49.4%-54.5%[1] | 51.9%-57.0%[1] | 54.1%-59.2%[1] | | |
| | | Data used | | | | 20B-21A | 21A-21B | 21B-22A | 22A-22B | 22B-23A | 23A-23B |
| **Reentry to foster care** | 5.6% ▼ | RSP | | 8.5% | 8.3% | 7.9% | 7.1% | DQ | DQ | | |
| | | RSP interval | | 7.5%-9.7%[3] | 7.3%-9.6%[3] | 6.8%-9.0%[3] | 6.2%-8.2%[3] | | | | |
| | | Data used | | 19B-21A | 20A-21B | 20B-22A | 21A-22B | 21B-23A | 22A-23B | | |
| **Placement stability (moves/1,000 days in care)** | 4.48 ▼ | RSP | | | | 2.60 | 2.60 | 2.46 | 2.58 | DQ | DQ |
| | | RSP interval | | | | 2.48-2.72[1] | 2.49-2.72[1] | 2.36-2.56[1] | 2.47-2.69[1] | | |
| | | Data used | | | | 20B-21A | 21A-21B | 21B-22A | 22A-22B | 22B-23A | 23A-23B |

| | | | 19AB,FY19 | 20AB,FY20 | 21AB,FY21 | FY19-20 | FY20-21 | FY21-22 |
|---|---|---|---|---|---|---|---|---|
| **Maltreatment in care (victimizations/100,000 days in care)** | 9.07 ▼ | RSP | 3.87 | 3.43 | 2.69 | | | |
| | | RSP interval | 3.1-4.82[1] | 2.73-4.32[1] | 2.06-3.51[1] | | | |
| | | Data used | 19A-19B, FY19-20 | 20A-20B, FY20-21 | 21A-21B, FY21-22 | | | |
| **Recurrence of maltreatment** | 9.7% ▼ | RSP | | | | 7.2% | 6.1% | 5.6% |
| | | RSP interval | | | | 6.6%-8.0%[1] | 5.4%-6.8%[1] | 5.0%-6.4%[1] |
| | | Data used | | | | FY19-20 | FY20-21 | FY21-22 |

**Performance Key**

[1] ■ State's performance (using RSP interval) is statistically better than national performance.

[2] ■ State's performance (using RSP interval) is statistically no different than national performance.

[3] ■ State's performance (using RSP interval) is statistically worse than national performance.

DQ Performance was not calculated due to exceeding the data quality limit on one or more data quality (DQ) checks done for the indicator. See footnotes for more information.

▲ For this indicator, a higher RSP value is desirable. ▼ For this indicator, a lower RSP value is desirable.

Children's Bureau

**West Virginia**

Child and Family Services Review (CFSR 4) Data Profile
AFCARS and NCANDS submissions as of 2-20-24

**February 2024**

## Footnotes

**National Performance (NP)** is the observed performance for the nation for an earlier point in time. See the Data Dictionary for more information, including the time periods used to calculate the national performance for each indicator.

**Risk-Standardized Performance (RSP)** is derived from a multi-level statistical model and reflects the state's performance relative to states with similar children and takes into account the number of children the state served, the age distribution of these children, and, for one indicator, the state's entry rate. It uses risk adjustment to minimize differences in outcomes due to factors over which the state has little control and provides a more fair comparison of state performance against the national performance.

**Risk-Standardized Performance (RSP) interval** is the state's 95% confidence interval estimate for the state's RSP. The values shown are the lower RSP and upper RSP of the interval estimate. The interval accounts for the amount of uncertainty associated with the RSP. For example, the Children's Bureau is 95% confident that the true value of the RSP is between the lower and upper limit of the interval. If the interval overlaps the national performance, the state's performance is statistically no different than the national performance. Otherwise, the state's performance is statistically higher or lower than the national performance. Whether higher or lower is desirable depends on the desired direction of performance for the indicator.

**Data used** refers to the initial 12-month period (see description for the denominator in the Data Dictionary) and the period(s) of data needed to follow the children to observe their outcome (see description for the numerator in the Data Dictionary). The FY (e.g., FY19), or federal fiscal year, refers to NCANDS data, which spans the 12-month period October 1 – September 30. All other periods refer to AFCARS data: 'A' refers to the 6-month period October 1 – March 31. 'B' refers to the 6-month period April 1 – September 30. The two-digit year refers to the calendar year in which the period ends (e.g., 19A refers to the 6-month period October 1, 2018 – March 31, 2019).

**DQ** identifies when performance was not calculated due to the state exceeding the data quality limit on one or more data quality (DQ) checks done for the indicator, or missing AFCARS and/or NCANDS submission(s). Exceeding a limit on a DQ check will result in performance not being calculated on the associated indicator(s) that require that data period. Exceeding the limit of a single DQ check can affect multiple indicators and reporting periods. See the data quality table for details.

Children's Bureau

# West Virginia

Child and Family Services Review (CFSR 4) Data Profile
AFCARS and NCANDS submissions as of 2-20-24

February 2024

## Observed Performance

Observed performance is the percent or rate of children experiencing the outcome of interest, without risk adjustment. See the Data Dictionary for a complete description of the numerator and denominator for each statewide data indicator.

| | | 19A19B | 19B20A | 20A20B | 20B21A | 21A21B | 21B22A | 22A22B | 22B23A | 23A23B |
|---|---|---|---|---|---|---|---|---|---|---|
| **Permanency in 12 months (entries)** | Denominator | 4,917 | 5,047 | 4,573 | 4,084 | DQ | DQ | | | |
| | Numerator | 1,721 | 1,659 | 1,546 | 1,471 | DQ | DQ | | | |
| | Observed performance | 35.0% | 32.9% | 33.8% | 36.0% | DQ | DQ | | | |
| **Permanency in 12 months (12-23 mos)** | Denominator | | | | 2,026 | 2,167 | 2,273 | 1,890 | DQ | DQ |
| | Numerator | | | | 1,235 | 1,328 | 1,420 | 1,223 | DQ | DQ |
| | Observed performance | | | | 61.0% | 61.3% | 62.5% | 64.7% | DQ | DQ |
| **Permanency in 12 months (24+ mos)** | Denominator | | | | 1,184 | 1,171 | 1,190 | 1,235 | DQ | DQ |
| | Numerator | | | | 645 | 636 | 670 | 716 | DQ | DQ |
| | Observed performance | | | | 54.5% | 54.3% | 56.3% | 58.0% | DQ | DQ |
| **Reentry to foster care** | Denominator | | 2,628 | 2,433 | 2,391 | 2,524 | DQ | DQ | | |
| | Numerator | | 205 | 188 | 174 | 165 | DQ | DQ | | |
| | Observed performance | | 7.8% | 7.7% | 7.3% | 6.5% | DQ | DQ | | |
| **Placement stability (moves/1,000 days in care)** | Denominator | | | | 669,782 | 732,501 | 807,353 | 739,990 | DQ | DQ |
| | Numerator | | | | 1,805 | 1,994 | 2,111 | 2,073 | DQ | DQ |
| | Observed performance | | | | 2.69 | 2.72 | 2.61 | 2.80 | DQ | DQ |

| | | 19AB,FY19 | 20AB,FY20 | 21AB,FY21 | FY19-20 | FY20-21 | FY21-22 |
|---|---|---|---|---|---|---|---|
| **Maltreatment in care (victimizations/100,000 days in care)** | Denominator | 2,623,122 | 2,703,937 | 2,609,026 | | | |
| | Numerator | 75 | 68 | 50 | | | |
| | Observed performance | 2.86 | 2.51 | 1.92 | | | |
| **Recurrence of maltreatment** | Denominator | | | | 6,588 | 5,922 | 5,915 |
| | Numerator | | | | 358 | 269 | 247 |
| | Observed performance | | | | 5.4% | 4.5% | 4.2% |

**DQ** = Performance was not calculated due to the state exceeding the data quality limit on one or more data quality (DQ) checks done for the indicator, or missing AFCARS and/or NCANDS submission(s). Exceeding a limit on a DQ check for an AFCARS and/or NCANDS submission(s) will result in performance not being calculated on the associated indicator(s) that require the affected submission(s) to calculate performance. A DQ flag will likely affect multiple measurement periods. See the data quality table for details.

**Denominator**: For Placement stability and Maltreatment in care = number of days in care. For all other indicators = number of children.

**Numerator**: For Placement stability = number of moves. For Maltreatment in care = number of victimizations. For all other indicators = number of children.

**Percentage or rate**: For Placement stability = moves per 1,000 days in care. For Maltreatment in care = victimizations per 100,000 days in care. For all other indicators = percentage of children experiencing the outcome.

Children's Bureau

# West Virginia

**February 2024**

Child and Family Services Review (CFSR 4) Data Profile
AFCARS and NCANDS submissions as of 2-20-24

## Data Quality

Calculating performance on statewide data indicators relies upon states submitting high-quality data. Data quality checks are performed prior to calculating state performance. The values below represent performance on the data quality checks. If a value for a data period needed to calculate performance on an indicator is orange or "DQ", then state performance on that indicator is not calculated. See the Data Dictionary for a complete description of each check and what the values represent.

AFCARS Data Quality Checks

| | Limit | MFC | Perm | PS | 19A | 19B | 20A | 20B | 21A | 21B | 22A | 22B | 23A | 23B |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFCARS IDs don't match from one period to next | > 40% | • | • | • | 23.0% | 24.4% | 22.0% | 22.6% | 23.4% | 25.0% | 24.7% | 61.7% | 26.0% | |
| Date of birth after date of entry | > 5% | • | • | • | 0.0% | 0.0% | 0.1% | 0.1% | 0.1% | 0.1% | 0.1% | 0.0% | 0.0% | 0.0% |
| Date of birth after date of exit | > 5% | • | • | • | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Dropped records | > 10% | • | • | • | 0.6% | 0.6% | 0.1% | 0.1% | 0.1% | 0.0% | 0.1% | 36.3% | 0.5% | |
| Enters and exits care the same day | > 5% | • | • | • | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.1% | 0.4% |
| Exit date is prior to removal date | > 5% | • | • | • | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Missing date of birth | > 5% | • | • | • | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Missing date of latest removal | > 5% | • | • | • | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Missing discharge reason (exit date exists) | > 10% | | • | | 0.1% | 0.3% | 0.2% | 0.2% | 0.2% | 0.1% | 0.1% | 0.2% | 5.0% | 14.7% |
| Missing number of placement settings | > 5% | | | • | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.5% | 0.8% |
| Percentage of children on 1st removal | > 95% | • | • | • | 85.1% | 85.4% | 85.2% | 85.6% | 85.7% | 86.0% | 85.1% | 84.3% | 99.5% | 99.2% |

NCANDS Data Quality Checks

| | Limit | MFC | RM | 19-20 | 20-21 | 21-22 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|---|---|
| Child IDs for victims match across years | < 1% | | • | 2.9% | 2.6% | 3.1% | | | | |
| Child IDs for victims match across years, but dates of birth/ age and sex do not | > 5% | | • | 0.0% | 0.6% | 0.0% | | | | |
| Missing age for victims | > 5% | • | • | | | | 0.1% | 0.0% | 0.1% | 0.0% |
| Some victims should have AFCARS IDs in child file | < 1% | • | | | | | 100.0% | 100.0% | 100.0% | 100.0% |
| Some victims with AFCARS IDs should match IDs in AFCARS files | > 0 | • | | | | | Y | Y | Y | Y |

MFC = Maltreatment in foster care, PS = Placement stability, RM = Recurrence of maltreatment, Perm = Permanency indicators (Permanency in 12 months for children entering care, in care 12-23 months, in care 24 months or more, and Reentry to care in 12 months)

**Performance Key**

A blank cell indicates there were no data quality checks assessed for that data period because it relies on a subsequent period of data that is not yet available.

Indicates that data quality check results exceed the data quality limit.

DQ Indicates the data quality check was not performed due to data quality issues, or missing AFCARS and/or NCANDS submission(s). For example, there were underlying data quality issues with the AFCARS or NCANDS data set such as AFCARS IDs not being included or a DQ limit exceeded on a related data quality check. "DQ" is displayed on the RSP and Observed Performance pages when performance could not be calculated due to data quality issues.