# Exhibit 155

 

# CHILDREN IN FOSTER CARE WITH MORE THAN TWO PLACEMENTS IN UNITED STATES
DATA SELECTIONS

2021 ✕   2020 ✕   2019 ✕   2018 ✕   2017 ✕   2016 ✕   2015 ✕

2014 ✕   2013 ✕   2012 ✕   2021 ✕

| | DETAILED | | SORT / RANK |
|---|---|---|---|

| Rank | Location | Percent ▲ |
|---|---|---|
|  | United States | 35% |
| 1 | Hawaii | 24% |
| 1 | West Virginia | 24% |
| 3 | Pennsylvania | 26% |
| 3 | Iowa | 26% |
| 3 | Maine | 26% |
| 6 | New Jersey | 27% |
| 6 | Rhode Island | 27% |
| 6 | Wyoming | 27% |
| 9 | Michigan | 28% |
| 9 | Wisconsin | 28% |

| 9 | Ohio | 28% |
|---|---|---|
| 12 | Colorado | 29% |
| 12 | Nebraska | 29% |
| 14 | Indiana | 31% |
| 15 | Kentucky | 32% |
| 15 | California | 32% |
| 17 | Minnesota | 33% |
| 17 | Florida | 33% |
| 19 | New York | 34% |
| 19 | Mississippi | 34% |
| 21 | Montana | 35% |
| 22 | Illinois | 36% |
| 22 | Georgia | 36% |
| 22 | Louisiana | 36% |
| 22 | Tennessee | 36% |
| 26 | Arizona | 38% |
| 26 | Idaho | 38% |
| 26 | Missouri | 38% |
| 26 | Maryland | 38% |
| 26 | Alaska | 38% |
| 31 | Oklahoma | 39% |
| 31 | Oregon | 39% |
| 31 | Utah | 39% |

| 31 | Texas | 39% |
|---|---|---|
| 31 | Connecticut | 39% |
| 31 | Nevada | 39% |
| 31 | New Hampshire | 39% |
| 38 | Virginia | 40% |
| 38 | Delaware | 40% |
| 40 | Washington | 42% |
| 40 | Vermont | 42% |
| 40 | Kansas | 42% |
| 43 | Alabama | 43% |
| 43 | Arkansas | 43% |
| 43 | South Dakota | 43% |
| 46 | North Dakota | 44% |
| 47 | North Carolina | 45% |
| 48 | Massachusetts | 47% |
| 49 | South Carolina | 49% |
| 50 | New Mexico | 51% |

**DOWNLOAD RAW DATA**

## Definition and Source

**PROVIDER**

The Annie E. Casey Foundation

## DEFINITION

Foster children still in care at the end of the fiscal year were included if they had more than two placements in foster care. The number of placements is based only on the current spell (removal from home, including trial home visits) in foster care.

## DATA SOURCE

Child Trends analysis of data from the Adoption and Foster Care Analysis and Reporting System (AFCARS), made available through the National Data Archive on Child Abuse and Neglect.

The data used in this publication, Adoption and Foster Care Analysis and Reporting System (AFCARS) 2021 #274, were obtained from the National Data Archive on Child Abuse and Neglect and have been used in accordance with its Terms of Use Agreement license. The Administration on Children, Youth and Families, the Children's Bureau, the original dataset collection personnel or funding source, NDACAN, Cornell University and their agents or employees bear no responsibility for the analyses or interpretations presented here.

## NOTES

S - Estimates suppressed when there were fewer than 10 children.
N.A. – Data not available.

## LAST UPDATED

April 2023