# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JONATHAN R., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | **Case No**. 3:19-cv-00710 |
| ) | |
| ) | |
| JIM JUSTICE, *et al.* ) | |
| ) | |
| *Defendants*. ) | |

## STIPULATION

Pursuant to Local Rule 11.2, Defendants and Plaintiffs in the above-captioned matter (collectively, "the Parties") hereby stipulate and agree that Defendants do not need to produce, and may not rely on in connection with expert reports, trial, and/or any motions practice, any e-mail communication created after April 30, 2024. The Parties stipulate and agree that Defendants will complete their supplemental production of Electronically Stored Information, including e-mail communications, spanning the period of December 1, 2023 to April 30, 2024 by August 20, 2024.

Respectfully submitted,

/s/ Philip J. Peisch
Philip J. Peisch (WVSB #13731.
ppeisch@brownandpeisch.com
Caroline M. Brown, *admitted pro hac vice*
cbrown@brownandpeisch.com
Julia M. Siegenberg, *admitted pro hac vice*
jsiegenberg@brownandpeisch.com
Rebecca Wolfe, *admitted pro hac vice*
rwolfe@brownandpeisch.com
Trevor Rhodes, *admitted pro hac vice*
trhodes@brownandpeisch.com
Brown & Peisch PLLC
1225 19th St NW, Suite 700

/s/ *Marcia Robinson Lowry*
Marcia Robinson Lowry, *admitted pro hac vice*
Julia K. Tebor, *admitted pro hac vice*
Lindsay Gus, *admitted pro hac vice*
Laura Welikson, *admitted pro hac vice*
A Better Childhood
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415
mlowry@abetterchildhood.org
jtebor@abetterchildhood.org

1

Washington, DC 20036  
Tel: (202) 499-4258

/s/ Steven R. Compton  
Steven R. Compton (WVSB #6562)  
steven.r.compton@wvago.gov  
Deputy Attorney General  
West Virginia Attorney General's Office  
812 Quarrier Street, 2nd Floor  
Charleston, WV 25301  
Tel: (304) 558-2131

lgus@abetterchildhood.org  
lwelikson@abetterchildhood.org

/s/ Rich Walters  
Richard W. Walters, WVSB #6809  
rwalters@shafferlaw.net  
J. Alexander Meade, WVSB #13021  
ameade@shafferlaw.net  
Shaffer & Shaffer, PLLC  
P.O. Box 3973  
Charleston, West Virginia 25339  
(304) 344-8716

/s/ *J. Marty Mazezka*  
J. Marty Mazeka  
jmazezka@drofwv.org  
Disability Rights of West Virginia  
1207 Quarrier Street, Suite 400  
Charleston, WV 25301  
Tel: (304) 346-0847  
Fax: (304) 346-0687

July 9, 2024

2