IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

           Plaintiffs,

v.                                          CIVIL ACTION NO.   3:19-cv-00710

JIM JUSTICE, et al.,

           Defendants.

ORDER

Pending before the court is Plaintiffs' Unopposed Motion to Exceed the Page Limit for their Memorandum in Opposition to Defendants' Motion for Summary Judgment. [ECF No. 542]. Plaintiffs seek to file a memorandum not to exceed thirty (30) pages and state that Defendants' counsel do not object to this request. Local Rule of Civil Procedure 7.1(a)(2) provides that motions to exceed the page limitation may be granted when there is a showing of good cause. For good cause shown, the court hereby **GRANTS** Plaintiffs' Motion to Exceed the Page Limit for their Memorandum in Opposition to Defendant's Motion for Summary Judgment to thirty (30) pages. [ECF No. 542]. The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:    July 17, 2024

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE