# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JONATHAN R., *et al.*, ) <br> ) <br> *Plaintiffs*, ) <br>         v. ) <br> ) <br> JIM JUSTICE, in his official capacity as ) <br> Governor of West Virginia, *et al.*, ) <br> ) <br> *Defendants*. ) | **Case No.** 3:19-cv-00710 |

### NOTICE OF CONTINUED DEPOSITION OF LISA PROCK, MD, MPH

PLEASE TAKE NOTICE that, pursuant to Rule 26 of the Federal Rules of Civil Procedure, Defendants by and through their counsel, will take the continued remote deposition of **Lisa Prock, MD, MPH** on **Wednesday, July 24, 2024, beginning at 1:00 p.m.**

This deposition will be taken before a certified court reporter from Veritext LLC who is duly authorized to administer oaths and will continue during normal business hours from day to day until concluded.

Respectfully submitted,

July 18, 2024

/s/ Philip J. Peisch
Philip J. Peisch (WVSB # 13731)
Caroline M. Brown, *pro hac vice*
Julia M. Siegenberg, *pro hac vice*
Rebecca L. Wolfe, *pro hac vice*
Brown & Peisch PLLC
1225 19th Street NW, Ste. 700
Washington, DC 20036

/s/ Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV 25301

## CERTIFICATE OF SERVICE

I, Philip J. Peisch, hereby certify that I electronically filed this Certificate of Service for Defendants' Notice of Continued Deposition of Lisa Prock, MD, MPH via ECF, and caused a true and correct copy of the same to be delivered to the following via electronic mail:

Marcia Robinson Lowry
Julia Tebor
Laura Welikson
A Better Childhood
355 Lexington Ave. Floor 16
New York, NY 10017

Richard W. Walters
J. Alexander Meade
Shaffer & Schaffer, PLLC
2116 Kanawha Blvd East
P.O. Box 3973
Charleston, WV 25304

J. Marty Mazezka
Disability Rights of West Virginia
1207 Quarrier Street, Suite 400
Charleston, WV 25301

|  |  |
|---|---|
|  | Respectfully submitted, |
| July 18, 2024 | /s/ Philip J. Peisch<br>Philip J. Peisch (WVSB # 13731)<br>Caroline M. Brown, *pro hac vice*<br>Julia M. Siegenberg, *pro hac vice*<br>Rebecca L. Wolfe, *pro hac vice*<br>Brown & Peisch PLLC<br>1225 19th Street NW, Ste. 700<br>Washington, DC 20036 |
|  | /s/ Steven R. Compton<br>Steven R. Compton (WVSB #6562)<br>West Virginia Attorney General's Office<br>812 Quarrier Street, 6th Floor<br>Charleston, WV 25301 |