UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | | |
|---|---|---|
| **Jonathan R., minor, by Next Friend, Sarah DIXON,** *et al.*, | ) ) ) ) | |
| Plaintiffs, | ) ) | Class Action 3:19-cv-00710 |
| v. | ) ) | |
| **Jim JUSTICE, in his official capacity as the Governor of West Virginia,** *et al.*, | ) ) ) ) | |
| Defendants. | ) | |

**AMENDED NOTICE OF DEPOSITION OF JAMES DIMAS**

Please take notice that, pursuant to and in accordance with Rule 30 of the Federal Rules of Civil Procedure, Plaintiffs Johnathan R., *et al.*, by their attorneys, will take an evidentiary deposition of James Dimas for the purpose of discovery and/or evidence, on **Monday, July 22, 2024,** starting at **10:00 a.m.** This deposition will be taken virtually. The Court Reporter will send a link to those attending via Zoom.

This deposition will be taken before a notary public authorized to administer oaths and will continue during normal business hours from day to day until concluded. You are hereby invited to attend and protect your interests.

Respectfully submitted,

/s/ *Marcia Robinson Lowry*
Marcia Robinson Lowry, admitted pro hac
mlowry@abetterchildhood.org
Julia K. Tebor, admitted pro hac
jtebor@abetterchildhood.org
Laura Welikson, admitted pro hac
lwelikson@abetterchildhood.org

*/s/ Richard W. Walters*
Shaffer & Shaffer, PLLC
Richard W. Walters, WVSB #6809
rwalters@shafferlaw.net
J. Alexander Meade, WVSB #13021
ameade@shafferlaw.net
2116 Kanawha Boulevard, East

A Better Childhood
355 Lexington Avenue, Floor 16 New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415

P.O. Box 3973
Charleston, WV 25339
Tel: (304) 244-8716
Fax: (304) 344-1481

/s/ Philip J. Peisch
Philip J. Peisch
ppeisch@brownandpeisch.com
Caroline M. Brown, *admitted pro hac vice*
cbrown@brownandpeisch.com
Julia M. Siegenberg, *admitted pro hac vice*
jsiegenberg@brownandpeisch.com
Rebecca Wolfe, *admitted pro hac vice*
rwolfe@brownandpeisch.com
Brown & Peisch PLLC
1225 19th St NW, Suite 700
Washington, DC 20036
Tel: (202) 499-4258

/s/ Michael J. Folio
Michael J. Folio, WVSB#6314
Disability Rights of West Virginia
5088 Washington St. W., Suite 300
Charleston, WV 25301
Tel: (304) 346-0847
Fax: (304) 346-0687

/s/ Steven R. Compton
Steven R. Compton
steven.r.compton@wvago.gov
Deputy Attorney General
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301
Tel: (304) 558-2131