UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| Jonathan R., minor by Next Friend Sarah DIXON, *et al.*, | )<br>)<br>) |
| *Plaintiffs*, | )<br>) |
| v. | ) Case No. 3:19-cv-00710 |
| | ) |
| Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et al.*, | )<br>)<br>) |
| *Defendants.* | ) |

## DECLARATION OF MARCIA ROBINSON LOWRY

I, Marcia Robinson Lowry, declare:

1. I am counsel for Plaintiffs in the above-captioned action and submit this Declaration in support of Plaintiffs' Memorandum in Opposition to Defendants' Motion for Summary Judgment.

2. The production of document discovery continues even though written and deposition discovery, which closed on July 5, 2024. For example, Defendants produced 2024 caseload data on July 19, 2024, after the close of written and deposition discovery. They also produced documents pertaining to inappropriate placements on July 29, 2024. Defendants will not finish producing documents responsive to Plaintiffs' Requests for Production until August 20, 2024. ECF Nos. 505, 538.

3. Defendants produced the spreadsheet Bates numbered D003105334 on June 24, 2024, eleven days before the end of discovery.

4. Exhibit 150 consists of two excerpts of an excel spreadsheet, Bates numbered D003113562. Excerpt 1 has been filtered by the column labeled "Service Description" so as to

1

isolate all children in emergency shelters. Excerpt 2 has been filtered by the column labeled "Caregiver Name" so as to isolate all children in the following facilities: Habilitation Center LLC dba Millcreek of Arkansas; Highland Hospital; George Junior Republic; ResCare of WV. Given the volume of additional information in the spreadsheet, data showing children in other placements have been removed. Additionally, the following columns have been removed for legibility and to preserve the confidentiality of children's information: Worker County; Worker Name; Family County; Client ID; Client Name; Date of Birth; Age.

5. Defendants offered Jeffrey Pack, Commissioner of the Bureau of Social Services, as a witness in response to a notice of deposition for a Rule 30(b)(6) witness to discuss any actions Defendants have taken or plan to take to improve caseloads, hiring, and retention. At his deposition on June 28, 2024, Mr. Pack relied on document Bates numbered D003113230, and read portions of the document into the record. At the deposition, Plaintiffs' counsel requested that Defendants produce the document, which Defendants later produced.

6. Attached to this declaration are true and correct copies of the documents listed in the table below.

| Exhibit | Description |
|---|---|
| **Discovery Responses** | |
| 1. | Plaintiffs' Tenth Request for Production of Documents to Defendants (August 17, 2023) |
| 2. | Defendants' Amended Response to Plaintiffs' First Interrogatories (December 28, 2023). |
| 3. | Defendants' Responses and Objections to Plaintiffs' Second Interrogatories (January 29, 2024). |
| **Expert Reports and Deposition Transcripts** | |
| 4. | Deposition Transcript of Jeremiah Samples (April 18, 2024) |

2

| Exhibit | Description |
|---|---|
| 5. | Declaration and Expert Report of Samuel Hickman (May 15, 2024) |
| 6. | Declaration and Expert Report of Susan Ault (May 17, 2024) |
| 7. | Deposition Transcript of Cynthia Persily (June 12, 2024) |
| 8. | Deposition Transcript of Heidi Arthur (June 14, 2024) |
| 9. | Deposition Transcript of Cammie Chapman (June 25, 2024) |
| 10. | Deposition Transcript of Laurea Ellis (June 26, 2024) |
| 11. | Deposition Transcript of Cynthia Parsons (June 27, 2024). |
| 12. | Deposition Transcript of Melanie Urquhart (June 27, 2024) |
| 13. | Deposition Transcript of Jeffrey Pack (June 28, 2024) |
| 14. | Deposition Transcript of Uma Ahluwalia (July 5, 2024) |
| 15. | Deposition Transcript of Bill Crouch (July 12, 2024) |
| 16. | Deposition Transcript of James Dimas (July 22, 2024) |
| **Reports** | |
| 17. | US DHHS, Final Report: West Virginia Child and Family Services Review (October 2002), D003152. |
| 18. | Statewide Assessment Instrument: DHHR (2008), D003566. |
| 19. | US DHHS, Final Report: West Virginia Child and Family Services Review (May 2009), D003428. |
| 20. | DHHR, Initial Design and Implementation Report 2nd Quarter (May 2015), D058224 |
| 21. | DHHR, Initial Design and Implementation Report 3rd Quarter (August 2015), D006753 |
| 22. | US DHHS, West Virginia Final Report (2017), D003776. |
| 23. | DHHR, Fourth Annual Progress Report (2018), D004703 |

| Exhibit | Description |
|---|---|
| 24. | DHHR, West Virginia 2019 Child and Family Services Plan (2019), D003816. |
| 25. | DHHR, WV Child and Family Services Review Program Improvement Plan (2019), D003097564 |
| 26. | Foster Care Placements Report (July 2020), D285200. |
| 27. | DHHR, Foster Care Policy (August 2020), D002851677. |
| 28. | DHHR, WV Foster Care Ombudsman Program: The First Year in Review (March 25, 2021), D001178752. |
| 29. | BSS DPQI, Marshall/Wetzel/Tyler District Child and Families Services Review (CFSR) Exit Report (January 20, 2022), D001139110 |
| 30. | BSS DPQI, Wayne District Child and Families Services Review (CFSR) Exit Report (January 24, 2022), D002212181 |
| 31. | BSS DPQI, Harrison District Child and Families Services Review (CFSR) Exit Report (February 7, 2022), D001138660 |
| 32. | BSS DPQI, McDowell District Child and Families Services Review (CFSR) Exit Report (April 5, 2022), D001140508 |
| 33. | BSS DPQI, Kanawha District Child and Families Services Review (CFSR) Exit Report (June 2, 2022), D002212033 |
| 34. | BSS DPQI, Randolph/Tucker District Child and Families Services Review (CFSR) Exit Report (July 1, 2022), D002212061 |
| 35. | DHHR, Worker Workload Monthly History Sorted by Region (August 3, 2022), D219816 |
| 36. | BSS DPQI, Mingo District Child and Families Services Review (CFSR) Exit Report (August 4, 2022), D001443162 |
| 37. | West Virginia University, Workload Study Report (August 19, 2022), D001618651 |
| 38. | BSS DPQI, Monongalia/Marion District Child and Families Services Review (CFSR) Exit Report (September 23, 2022), D002211858 |
| 39. | BSS DPQI, Calhoun, Gilmer, Wirt District Child and Families Services Review (CFSR) Exit Report (January 4, 2023), D002212088 |
| 40. | BSS DPQI, Lewis/Upshur/Braxton District Child and Families Services Review (CFSR) Exit Report (February 3, 2023), D001051220 |
| 41. | BSS DPQI, Berkeley/Jefferson/Morgan District Child and Families Services Review (CFSR) Exit Report (February 17, 2023), D001054949 |
| 42. | BSS DPQI, Fayette District Child and Families Services Review (CFSR) Exit Report (March 6, 2023), D002212458 |

| Exhibit | Description |
|---|---|
| 43. | BSS DPQI, Greenbrier/Monroe/Pocahontas/Summers Child and Families Services Review (CFSR) Exit Report (June 2, 2023), D001048754 |
| 44. | BSS DPQI, Boone, Lincoln, and Putnam District Child and Families Services Review (CFSR) Exit Report (August 2, 2023), D002212776 |
| 45. | BSS DPQI, Mason/Jackson/Roane/Calhoun District Child and Families Services Review (CFSR) Exit Report (August 14, 2023), D001773616 |
| 46. | BSS DPQI, Barbour/Preston/ Taylor District Child and Families Services Review (CFSR) Exit Report (September 21, 2023), D002212691 |
| 47. | BSS DPQI, Child and Families Services Review (CFSR) Wood/Wirt Exit Report (December 7, 2023), D002212505 |
| 48. | BSS, West Virginia 2024 Annual Progress and Services Review (2024), D002229660 |
| 49. | BSS, Foster Care Policy (January 2024), D002230540 |
| 50. | Agreement Between the State of West Virginia and the United States Department of Justice, Report by Subject Matter Expert (March 2024), D003097184 |
| 51. | DHHR, Children in Hotels and Hospitals Judicial District Summary Monthly Report for March 1 – March 31, 2024 (April 5, 2024), D003113469. |
| 52. | BSS, Bureau for Social Services Recruitment Efforts and Updates (April 19, 2024), D003096794 |
| 53. | DoHS, Children's Mental Health and Behavioral Health Services Quality and Outcomes Report - Addendum (April 30, 2024), D003113835, available at https://kidsthrive.wv.gov/DOJ/Documents/Addendum%20to%20January%202024%20Quality%20and%20Outcomes%20Report_4_30_2024.pdf |
| 54. | BSS, Foster Care Policy (May 2024), D003107870-D003108117 |
| 55. | DHHR, Children in Hotels and Hospitals Judicial District Summary Monthly Report for April 1 – April 30, 2024 (May 7, 2024), D003113479 |
| 56. | BSS, Child Protective Services Policy (June 2024), D003107531 |
| 57. | DHHR, Children in Hotels and Hospitals Judicial District Summary Monthly Report for May 1 – May 31, 2024 (June 7, 2024), D003113494. |
| 58. | DoHS, Children's Mental Health and Behavioral Health Services Quality and Outcomes Report (July 16, 2024), D003113569 |
| 59. | DHHR, Worker Workload Monthly History – Summary (July 16, 2024), D003113462 |
| 60. | DHHR, Children in Hotels and Hospitals Judicial District Summary Monthly Report for June 1 – June 30, 2024 (July 9, 2024), D003113487 |
| **Emails** | |

| Exhibit | Description |
|---|---|
| 61. | Email from Jessica Holstein to Kent Nowviskie, Janie Cole, and Linda Watts copying others (January 29, 2019), D068521 |
| 62. | Email from Tammy Pearson to Linda Watts copying others (March 26, 2019), D001825922 |
| 63. | Email from Linda Watts to Tanny O'Connell and Tina Mitchell (July 26, 2019), D001846443 |
| 64. | Email from Terri Walker to Heather Grogg and Tanny O'Connell (August 11, 2020), D886191 |
| 65. | Email from Child Welfare Information Getaway Library to Amy Booth (December 17, 2020), D001415882 |
| 66. | Email from Linda Watts to Tanny O'Connell, Tina Mitchell, and Terri Miller copying others (December 17, 2020), D848506 |
| 67. | Email from Linda Watts to Terri Miller (May 14, 2021), D814024 |
| 68. | Email from Jeremiah Samples to Bill Crouch copying others (May 21, 2021), D001073022 |
| 69. | Email from Jeremiah Samples to Jeffrey Pack (August 12, 2021), D003039665 |
| 70. | Email from Jeremiah Samples to Jeffrey Pack, Cammie Chapman, and others (August 26, 2021), D001076396 |
| 71. | Email from Beverly Heldreth to others (August 31, 2021), D003018201 |
| 72. | Email and attachment from Lorie Bragg to William Belcher (September 30, 2021), D590189; D590190 |
| 73. | Email from Brittany Harris to Amanda Spencer, copying others (November 9, 2021), D352523 |
| 74. | Email from Bill Crouch to Christina Mullins and Jeffrey Pack (December 2, 2021), D001167535 |
| 75. | Email from Amy Hymes to Laurea Ellis, Jeffrey Pack, Melanie Urquhart, and others (May 22, 2022), D546066 |
| 76. | Email from Michelle Dean to Jeffrey Pack (October 13, 2022), D400235 |
| 77. | Email from Allison Adler to Kendra Boley-Rogers copying Cammie Chapman, Jeffrey Pack, Michelle Dean and others (November 14, 2022), D001065329 |
| 78. | Email from Jeffrey Pack to Cammie Chapman (November 22, 2022), D001064924 |
| 79. | Email from Lorie Bragg to Jeffrey Pack (December 15, 2022), D001064993 |

| Exhibit | Description |
|---|---|
| 80. | Email from Susan Richards to Rhonda Larew (January 25, 2023), D001139234 |
| 81. | Email from Toni Rozanski to Cammie Chapman (February 7, 2023), D001067119 |
| 82. | Email from Melanie Urquhart to Lorie Bragg, copying Jeffrey Pack, Michelle Dean, and Terri Miller (February 10, 2023), D396776 |
| 83. | Email from Marilyn Pearce to Cammie Chapman, copying Jeffrey Pack and Rebecah Carson (February 13, 2023), D001959343. |
| 84. | Email from Marilyn Pearce to Michelle Dean, copying Cammie Chapman, Jeffrey Pack, and others (March 22, 2023), D001957797 |
| 85. | Email from Laurea Ellis to Cammie Chapman, and Jeffrey Pack (April 5, 2023), D001434002 |
| 86. | Email from Jondrea Nicholson to Jeffrey Pack, copying Laurea Ellis (April 7, 2023), D384744 |
| 87. | Email from Cammie Chapman to Jeffrey Pack and others (June 12, 2023), D001059218. |
| 88. | Email from Beverly Heldreth to Travis McReynolds, copying others (June 27, 2023), D659731 |
| 89. | Email from Jeffrey Pack to Laurea Ellis and Amanda Queen (July 5, 2023), D388075 |
| 90. | Email from Kandy Pudsell to Rick Parks, copying Laurea Ellis and others (July 13, 2023), D535701 |
| 91. | Email from Roann Bosley to Jeffrey Pack and Laurea Ellis (July 24, 2023), D391067 |
| 92. | Email from Michelle Dean to Jeffrey Pack (August 7, 2023), D383845 |
| 93. | Email from Jeffrey Pack to Melanie Urquhart, copying Amanda Queen (August 21, 2023), D383297 |
| 94. | Email from Michelle Dean to Lorie Bragg, copying Laurea Ellis and Jeffrey Pack (August 25, 2023), D382959 |
| 95. | Email from Lorie Bragg to Laurea Ellis, copying Michelle Dean and Jeffrey Pack (August 28, 2023), D382942 |
| 96. | Email from Paula Ullom to Michelle Vaughan, copying Melanie Urquhart, Laurea Ellis, and others (August 28, 2023), D001046078 |
| 97. | Email from Meaghan Goffreda to Michelle Dean, copying Jeffrey Pack and Melanie Urquhart (August 29, 2023), D001045723 |
| 98. | Email from Cammie Chapman to Dawn Frohna (September 8, 2023), D001784407 |

| Exhibit | Description |
|---|---|
| 99. | Email and attachment from Eileen Gardner to others (September 11, 2023), D001253689; D001253709 |
| 100. | Email from Jessica Embrey to Jeffrey Pack, copying Laurea Ellis (September 12, 2023), D001266583 |
| 101. | Email from Michelle Dean to Jeffrey Pack, copying Lorie Bragg and Laurea Ellis (October 12, 2023), D001807088 |
| 102. | Email from Jeffrey Pack to Jessica Holstein, copying Cammie Chapman (October 13, 2023), D001797384 |
| 103. | Email from Cynthia Persily to Jeremiah Samples (October 16, 2023), D001809687 |
| 104. | Email from Jeffrey Pack to Jessica Holstein, copying Cammie Chapman (October 16, 2023), D001797352 |
| 105. | Email from Susan Richards to Paul Butler (October 17, 2023), D001783107 |
| 106. | Email from Melanie Urquhart to Jeffrey Pack, Michelle Dean, Laurea Ellis, and others (October 23, 2023), D001808874 |
| 107. | Email from Laurea Ellis to Jeffrey Pack (November 3, 2023), D001803593 |
| 108. | Email from Lorie Bragg to Jeffrey Pack and Laurea Ellis (November 8, 2023), D002004934 |
| 109. | Email from Lorie Bragg to Jeffrey Pack, copying others (November 9, 2023), D001807490 |
| 110. | Email and attachment from Laurel Steedman to Cammie Chapman (November 13, 2023), D001764473; D001764476 |
| 111. | Email from John Lopez to Cynthia Persily, copying others (November 15, 2023), D002919471 |
| 112. | Email from Amanda Gifford to Melanie Urquhart, copying Lorie Bragg and others (November 16, 2023), D001809899 |
| 113. | Emails between Jeffrey Pack and Laurea Ellis (November 16, 2023) D001808695 |
| 114. | Email from Michelle Dean to Melanie Urquhart, copying Jeffrey Pack (November 16, 2023), D001264761 |
| 115. | Email from Jessica Holstein to Cynthia Persily, copying Cammie Chapman, Jeffrey Pack, and others (November 17, 2023), D001809093 |
| 116. | Email from Melanie Urquhart to Cynthia Persily, copying Jeffrey Pack and others (November 17, 2023), D001770438 |
| 117. | Email from Melanie Urquhart to Teresa Berg, copying others (November 28, 2023), D001265465 |

| Exhibit | Description |
|---|---|
| 118. | Email from Teresa Berg to Melanie Urquhart (November 28, 2023), D001265463 |
| **Other Documents** | |
| 119. | Summary of Responses to Plaintiffs' Deposition Topics re DoHS Actions to Improve Child Welfare System (n.d.), D003113230 |
| 120. | Department of Justice Letter to Office of the Governer, State of West Virginia (June 1, 2015), D002927278 |
| 121. | Totals for Youth in Offices or Hotels Per Month (January 2019), D239629 |
| 122. | Totals for Youth in Offices or Hotels Per Month (January 2020), D001551897 |
| 123. | DHHR Office of Inspector General, DHHS Administrative Order/Admissions Ban to ResCare WV (July 13, 2020), D001157387 |
| 124. | Facilities Youth were in on 11-30-2020 (December 18, 2020), D001020457 |
| 125. | Children's Bureau, Child Welfare Outcomes Report Data (2021), D003113126 |
| 126. | Facilities Youth were in on 12-31-2020 (January 25, 2021), D001032448 |
| 127. | Facilities Youth were in on 05-31-2021 (June 17, 2021), D001974868 |
| 128. | *Victor v. West Virginia Department of Health and Human Resources* January 6 Hearing Transcript (January 6, 2022), ECF 318-3 |
| 129. | Facilities Youth were in on 8/31/2022 (September 21, 2022), D001142405 |
| 130. | Terra Alta Children's Home Recertification, Life Safety Code Survey (January 23, 2023), available at https://ohflac.wvdhhr.org/Apps/Lookup/FacilityDetails/28516 |
| 131. | DHHR, DHHR Unveils Major New Initiative to Strengthen Protective Services (January 24, 2023), available at https://dhhr.wv.gov/News/2023/Pages/DHHR-Unveils-Major-New-Initiative-to-Strengthen-Protective-Services.aspx#:~:text=As%20of%20December%2031%2C%202022,need%20of%20these%20critical%20services.%E2%80%9D |
| 132. | Terra Alta Children's Home Recertification Survey (January 26, 2023), available at https://ohflac.wvdhhr.org/Apps/Lookup/FacilityDetails/28516 |
| 133. | Terra Alta Children's Complaint Survey (March 29, 2023), available at https://ohflac.wvdhhr.org/Apps/Lookup/FacilityDetails/28516 |

| Exhibit | Description |
|---|---|
| 134. | Letter from the West Virginia Child Care Association of Child Care Providers to Jeffrey Pack, Cammie Chapman, and other individuals at DoHS (April 17, 2023), D001049702 |
| 135. | Affidavit of Commissioner Jeffrey Pack, *Victor v. West Virginia Department of Health and Human Resources* (May 16, 2023). ECF 318-4. |
| 136. | Letter from Melanie Urquhart to Judge Joanna Tabit Re: Rule to Show Cause (June 8, 2023), D001437529 |
| 137. | BSS, Child Protective Services Workforce Allocations Calendar Year 2023 (July 1, 2023), D002141008 |
| 138. | Reducing the Reliance on Residential (R3) Stakeholders Meeting (July 20, 2023), P010437-P010445 |
| 139. | Highland Hospital Complaint Survey (September 13, 2023), available at https://ohflac.wvdhhr.org/Apps/Lookup/FacilityDetails/149045 |
| 140. | Terra Alta Children's Home Recertification, Life Safety Code Survey (December 12, 2023), available at https://ohflac.wvdhhr.org/Apps/Lookup/FacilityDetails/28516 |
| 141. | Terra Alta Children's Home Recertification Survey (December 14, 2023), available at https://ohflac.wvdhhr.org/Apps/Lookup/FacilityDetails/28516 |
| 142. | BSS, BSS ChildStat Summary of Data from Phase 1, August 2023-January 2024 (January 2024), D002846010 |
| 143. | BSS, Bureau for Social Services Recruitment Efforts and Updates (January 9, 2024), D002779838 |
| 144. | WV DHHR, Licensure Summary of Findings of Non-Compliance and Plan of Correction (January 11, 2024), D003114113 |
| 145. | BSS, Bureau for Social Services Recruitment Efforts and Updates (February 13, 2024), D002779854 |
| 146. | BSS, Bureau for Social Services Recruitment Efforts and Updates (March 20, 2024), D002779844 |
| 147. | Children's Bureau, CFSR Round 4 Statewide Indicators Workbook (April 2024), D003112201 |
| 148. | West Virginia Child Welfare Dashboard (July 2024), https://dhhr.wv.gov/Pages/childwelfaredatadashboard.aspx |
| 149. | BSS, Child Protective Services Workforce Allocations Calendar Year 2024 (July 1, 2024), available at http://www.wvlegislature.gov/legisdocs/reports/agency/H16_CY_2024_26394.pdf |
| 150. | DHHR, "Children in Placement by Service Description" (July 17, 2024), D003113562 |

| Exhibit | Description |
|---|---|
| **News Articles** | |
| 151. | Agnel Phillip, Eli Hager, & Suzy Khimm, The 'death' penalty of child welfare: In 6 months, some parents lose their children forever (December 20, 2022), P05598 |
| 152. | Rolly Hoyt, Some kids have faced violence in Arkansas psychiatric facilities (January 9, 2023), https://www.thv11.com/article/news/health/violence-arkansas-psychiatric-facilities/91-082c9941-3132-476e-8aca-c5a2734c04b8 |
| 153. | Amelia Ferrell Knisely, State's plan for reducing foster kids in group homes met with pushback (April 5, 2024), available at https://www.timeswv.com/news/west_virginia/state-s-plan-for-reducing-foster-kids-in-group-homes-met-with-pushback/article_9c2feade-f2c3-11ee-9ffd-4795e36c7fe2.html |
| 154. | Jacob Geanous, Lawsuits allege widespread sex abuse at juvenile detention centers in Western Pa (July 23, 2024), https://www.post-gazette.com/news/crime-courts/2024/07/23/sex-abuse-abraxis-george-junior-republic-summit-academy/stories/202407230064 |

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on July 29, 2024

*Marcia Lowry*

Marcia Robinson Lowry