# EXHIBIT 7

(Provided to Court Separately Due to File Size)