# EXHIBIT 9

(Provided to Court Separately Due to File Size)