**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

| | |
|---|---|
| Jonathan R., minor, by Next Friend Sarah DIXON, *et. al.* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )     Case No. 3:19-cv-00710 |
| | ) |
| Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et. al.* | ) |
| | ) |
| Defendants. | ) |

**MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rules 5.2.1 and 26.4(b), and the Protective Order, ECF No. 78, Plaintiffs move for leave to file under seal the unredacted version of Plaintiffs' Exhibits 6, 10, 51, 55, 57, 60, 64, 71, 72, 79, 82, 92, 96, 97, 98, 101, 102, 108, 109, 113, and 128 filed in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment.

The unredacted Exhibits include personal identifying and confidential information that relate to juvenile proceedings, which W. Va. Code §§ 49- 5-101 and 49-5-103 protect. *See also State ex rel. Garden State Newspapers, Inc. v. Hoke*, 520 S.E.2d 186, 193 (W. Va. 1999) ("This state generally protects the confidentiality of juveniles by mandating that judicial proceedings and court records concerning juveniles are closed to the public."). This information also falls under the provisions of the Protective Order entered by Magistrate Judge Eifert on April 3, 2020. ECF No. 78.

Filing these documents under seal will protect the privacy and confidentiality of Plaintiffs and their families. Less restrictive alternatives to sealing do not exist. The identitities of specific

1

children that were or are in foster care, and other sensitive and confidential information that relates to their involvement with juvenile abuse and neglect proceedings and the juvenile justice system, directly pertains to refuting Defendants' grounds for moving to for summary judgment. Accordingly, the redaction of such information would prevent the Court from seeing relevant information. Plaintiffs nonetheless seek to continue to protect the confidentiality of this information to the maximum extent possible, and comply with their obligations under state law.

Plaintiffs request that these documents remain under seal for the duration of the above captioned litigation.

Date: July 30, 2024

Respectfully submitted,

/s/ *Marcia Robinson Lowry*
Marcia R. Lowry, *admitted pro hac vice*
Julia Tebor, *admitted pro hac vice*
Laura Welikson, *admitted hac vice*
Robyn Goldberg, *admitted pro hac vice*
A Better Childhood
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415
mlowry@abetterchildhood.org
jtebor@abetterchildhood.org
lwelikson@abetterchildhood.org
rgoldberg@abetterchildhood.org

/s/ *J. Alexander Meade*
Shaffer & Shaffer, PLLC
Richard W. Walters, WVSB #6809
rwalters@shafferlaw.net
J. Alexander Meade, WVSB #13021
ameade@shafferlaw.net
2116 Kanawha Boulevard, East
P.O. Box 3973
Charleston, WV 25339
Tel: (304) 244-8716

Fax: (304) 344-1481

/s/ *Andrew Castillo*_____
Disability Rights of West Virginia
Andrew Castillo, WVSB #14358
acastillo@drofwv.org
5088 Washington St. W., Suite 300
Charleston, WV 25301
Tel: (304) 346-0847
Fax: (304) 346-0687