# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON DIVISION

| | |
|---|---|
| JONATHAN R., *et al.*, | ) |
| | ) |
| *Plaintiffs*, | ) |
| v. | ) |
| | ) |
| JIM JUSTICE, in his official capacity as | ) **Case No.** 3:19-cv-00710 |
| Governor of West Virginia, *et al.*, | ) |
| | ) |
| *Defendants*. | ) |

## DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants file this notice of supplemental authority in support of their Motion for Summary Judgment. *See* ECF Nos. 533, 535. Attached as Exhibit A is *Johnson v. Becerra*, which is a U.S. Court of Appeals for the District of Columbia Circuit decision affirming a motion to dismiss a putative class action on the ground that Plaintiffs had not alleged sufficient facts to prove the redressability element of standing. *See* -- F.4th --, No. 23-5128, 2024 WL 3732956 (D.C. Cir. Aug. 9, 2024).

The D.C. Circuit's analysis in *Johnson* (pages 5 through 12) supports Defendants' argument that Plaintiffs lack standing because they cannot prove that the relief they seek from this Court would redress their alleged injuries, *see* ECF No. 535, at 29-30.

Defendants respectfully request that the Court consider this supplemental authority when rendering its decision regarding Defendants' Motion for Summary Judgment.

August 19, 2024

Respectfully submitted,

/s/ Philip J. Peisch
Philip J. Peisch (WVSB # 13731)
Caroline M. Brown, *pro hac vice*

1

Julia M. Siegenberg, *pro hac vice*
Rebecca L. Wolfe, *pro hac vice*
Trevor J. Rhodes, *pro hac vice*
Brown & Peisch PLLC
1225 19th Street NW, Ste. 700
Washington, DC 20036


/s/ Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV 25301

## CERTIFICATE OF SERVICE

I, Philip J. Peisch, hereby certify that I caused a true and correct copy of the foregoing Defendants' Notice of Supplemental Authority in Support of Defendants' Motion for Summary Judgment to be delivered to the following via ECF notification:

Marcia R. Lowry
Julia Tebor
Laura Welikson
A Better Childhood
355 Lexington Ave., Floor 16
New York, NY 10017

Richard W. Walters
J. Alexander Meade
Shaffer & Schaffer, PLLC
2116 Kanawha Blvd East
P.O. Box 3973
Charleston, WV 25304

J. Marty Mazezka
Andrew Castillo
Disability Rights of West Virginia
5088 Washington St. W., Suite 300
Charleston, WV 25301

August 19, 2024

/s/ Philip J. Peisch
Philip J. Peisch (WVSB # 13731)
Caroline M. Brown, *pro hac vice*
Julia M. Siegenberg, *pro hac vice*
Rebecca L. Wolfe, *pro hac vice*
Trevor J. Rhodes, *pro hac vice*
Brown & Peisch PLLC
1225 19th Street NW, Ste. 700
Washington, DC 20036

/s/ Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV 25301