UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

| | |
|---|---|
| Jonathan R., minor by Next Friend Sarah DIXON, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) |
| v. | )   Case No. 3:19-cv-00710 |
| Jim JUSTICE, in his official capacity as the Governor of West Virginia, *et al.*, | ) ) ) ) |
| *Defendants*. | ) ) |

**<u>DECLARATION OF MARCIA ROBINSON LOWRY IN SUPPORT OF MOTION TO AMEND THE SCHEDULING ORDER TO TAKE THE DEPOSITION OF KIM RICKETTS</u>**

I, Marcia Robinson Lowry, declare:

1. I am counsel for Plaintiffs in the above-captioned action and submit this Declaration in support of Plaintiffs' Motion to Amend the Scheduling Order to Take the Deposition of Kim Ricketts.

2. On October 1, 2024, Defendants provided Plaintiffs, "Defendants' Supplemental Trial Fact Witness Summaries." This document for the first time disclosed the testimony that Defendants anticipated Kim Ricketts would provide if called as a witness at trial.

3. Attached hereto as Exhibit 1 is a true and correct copy of Defendants' Supplemental Trial Fact Witness Summaries, dated October 1, 2024.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on October 8, 2024

*Marcia Lowry*

Marcia Robinson Lowry

1