IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

          Plaintiffs,

v.                                                      CIVIL ACTION NO. 3:19-cv-00710

JIM JUSTICE, et al.,

          Defendants.

### AMENDED SCHEDULING ORDER

Pending before the court is Defendants' Motion for Summary Judgment, [ECF No. 533], and 16 other motions by the parties in anticipation of trial. As of now, the pretrial conference is set for October 21, 2024; proposed findings of fact and conclusions of law are due by October 28, 2024; and a bench trial is set to begin November 5, 2024.

While the court considers the Motion for Summary Judgment, judicial economy requires that this case be continued. I take seriously the parties' time and resources spent on this case. Similarly, the court must maintain its duty to decide motions thoroughly and diligently. Therefore, the schedule is **AMENDED.** The new dates are as follows: the pretrial conference will be set for **Thursday, February 13, 2025, at 1:30pm**; proposed findings of fact and conclusions of law are due by **February 24, 2025;** and the bench trial will begin **on Tuesday, March 4, 2025, at 10:00am**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:     October 15, 2024

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE