# Exhibit A

Outlook

### Re: Re-Scheduling Pre-Trial Conference

**From** Julia Tebor <jtebor@abetterchildhood.org>

**Date** Thu 1/2/2025 12:33 PM

**To** Philip Peisch <Ppeisch@brownandpeisch.com>; Alex Meade <ameade@shafferlaw.net>; Marcia Lowry <mlowry@abetterchildhood.org>; Rich Walters <rwalters@shafferlaw.net>; Laura Welikson <lwelikson@abetterchildhood.org>; Robyn Goldberg <rgoldberg@abetterchildhood.org>; Andrew Castillo <acastillo@drofwv.org>

**Cc** Caroline Brown <Cbrown@brownandpeisch.com>; Julia Siegenberg <jsiegenberg@brownandpeisch.com>; Rebecca Wolfe <rwolfe@brownandpeisch.com>; Trevor Rhodes <trhodes@brownandpeisch.com>; Kendra Doty <kdoty@brownandpeisch.com>; Gabriela Romualdo <gromualdo@brownandpeisch.com>; steven.r.compton@wvago.gov <steven.r.compton@wvago.gov>

Phil,

Again, we would like to be accommodating, but unfortunately, those dates also do not work for Plaintiffs' counsel.

**Julia Tebor**
Supervising Attorney
A Better Childhood
jtebor@abetterchildhood.org
O: (646) 771-9778



**Stay Connected:**

   

This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately, destroy this email, and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

**From:** Philip Peisch <Ppeisch@brownandpeisch.com>
**Date:** Thursday, January 2, 2025 at 12:15 PM
**To:** Julia Tebor <jtebor@abetterchildhood.org>, Alex Meade <ameade@shafferlaw.net>, Marcia Lowry <mlowry@abetterchildhood.org>, Rich Walters <rwalters@shafferlaw.net>, Laura Welikson <lwelikson@abetterchildhood.org>, Robyn Goldberg <rgoldberg@abetterchildhood.org>, Andrew Castillo <acastillo@drofwv.org>
**Cc:** Caroline Brown <Cbrown@brownandpeisch.com>, Julia Siegenberg <jsiegenberg@brownandpeisch.com>, Rebecca Wolfe <rwolfe@brownandpeisch.com>, Trevor Rhodes <trhodes@brownandpeisch.com>, Kendra Doty <kdoty@brownandpeisch.com>, Gabriela Romualdo <gromualdo@brownandpeisch.com>, "steven.r.compton@wvago.gov" <steven.r.compton@wvago.gov>
**Subject:** RE: Re-Scheduling Pre-Trial Conference

Julia – If Plaintiffs' counsel are not available the first week of February, and oppose holding the conference after February 18, what about the weeks of January 20 or January 27, and/or February 10-12?

Phil

**PHILIP J. PEISCH**
**O:** 202.499.4261 | **C:** 339.927.6908
ppeisch@brownandpeisch.com | Website | Washington, D.C.



This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.

**From:** Julia Tebor <jtebor@abetterchildhood.org>
**Sent:** Thursday, January 2, 2025 12:08 PM
**To:** Philip Peisch <Ppeisch@brownandpeisch.com>; Alex Meade <ameade@shafferlaw.net>; Marcia Lowry <mlowry@abetterchildhood.org>; Rich Walters <rwalters@shafferlaw.net>; Laura Welikson <lwelikson@abetterchildhood.org>; Robyn Goldberg <rgoldberg@abetterchildhood.org>; Andrew Castillo <acastillo@drofwv.org>
**Cc:** Caroline Brown <Cbrown@brownandpeisch.com>; Julia Siegenberg <jsiegenberg@brownandpeisch.com>; Rebecca Wolfe <rwolfe@brownandpeisch.com>; Trevor Rhodes <trhodes@brownandpeisch.com>; Kendra Doty <kdoty@brownandpeisch.com>; Gabriela Romualdo <gromualdo@brownandpeisch.com>; steven.r.compton@wvago.gov
**Subject:** Re: Re-Scheduling Pre-Trial Conference

Phil,

While we would like to be accommodating, Plaintiffs' counsel is now unavailable the first week of February and believe that moving the pre-trial conference later in time is not appropriate because it would push the conference too close to the deadline for the findings of fact and to the trial to allow the parties to reasonably prepare for either. Thus, we would oppose such a request.

**Julia Tebor**

Supervising Attorney

A Better Childhood

jtebor@abetterchildhood.org

O: (646) 771-9778



**Stay Connected:**

   

This email and any attachments may contain confidential and privileged information. If you are not the intended recipient, please notify the sender immediately, destroy this email, and destroy any copies. Any dissemination or use of this information by a person other than the intended recipient is unauthorized and may be illegal.

---

**From:** Philip Peisch <Ppeisch@brownandpeisch.com>
**Date:** Thursday, January 2, 2025 at 10:37 AM
**To:** Alex Meade <ameade@shafferlaw.net>, Marcia Lowry <mlowry@abetterchildhood.org>, Rich Walters <rwalters@shafferlaw.net>, Julia Tebor <jtebor@abetterchildhood.org>, Laura Welikson <lwelikson@abetterchildhood.org>, Robyn Goldberg <rgoldberg@abetterchildhood.org>, Andrew Castillo <acastillo@drofwv.org>
**Cc:** Caroline Brown <Cbrown@brownandpeisch.com>, Julia Siegenberg <jsiegenberg@brownandpeisch.com>, Rebecca Wolfe <rwolfe@brownandpeisch.com>, Trevor Rhodes <trhodes@brownandpeisch.com>, Kendra Doty <kdoty@brownandpeisch.com>, Gabriela Romualdo <gromualdo@brownandpeisch.com>, "steven.r.compton@wvago.gov" <steven.r.compton@wvago.gov>
**Subject:** Re-Scheduling Pre-Trial Conference

Counsel:

Defendants plan to move to re-schedule the pre-trial conference because I have a longstanding personal family commitment (scheduled when the trial was scheduled for November) that conflicts with the February 13 date.  We plan to ask for the pre-trial conference to be moved to any date *other than* February 13, 14, or 18 that is convenient for the Court.

Can we represent that Plaintiffs do not oppose such a request?

Thank you.

Phil

**PHILIP J. PEISCH**
**O:** 202.499.4261 | **C:** 339.927.6908
[ppeisch@brownandpeisch.com](mailto:ppeisch@brownandpeisch.com) | [Website](#) | Washington, D.C.



This message is from a law firm and may contain information that is confidential or legally privileged. If you are not the intended recipient, please immediately advise the sender by reply e-mail that this message has been inadvertently transmitted to you and delete this e-mail from your system. Thank you for your cooperation.