IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHAN R., et al.,

          Plaintiffs,

v.                              CIVIL ACTION NO.  3:19-cv-00710

JIM JUSTICE, et al.,

          Defendants.

**ORDER**

Pending before the court is Defendants' Motion to Amend the Scheduling Order to Reschedule the Pretrial Conference. [ECF No. 652]. Plaintiffs oppose the motion. [ECF No. 653].

Defendants' counsel—attempting to comply with this district's local rules—seeks to change the date of the pretrial conference because he has a long-standing family conflict. [ECF No. 652]. Defendants' counsel offered a number of alternative dates to Plaintiffs' counsel to collegially resolve the scheduling issue, all of which Plaintiffs' counsel summarily rejected. This failure to find an amicable solution is discouraging. For good cause shown and while the court continues to consider the Defendants' Motion for Summary Judgment, Defendants' Motion to Amend the Scheduling Order **is GRANTED.**

The new dates are as followed: the pretrial conference will be set for **Tuesday, April 14, 2025, at 10:00 a.m.;** proposed findings of fact and conclusions of law are due by **April 24, 2025;** and the bench trial will begin on **Tuesday, May 6, 2025, at 9:00 a.m.** The parties are encouraged to work together if future scheduling conflicts arise.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER:    January 29, 2025

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE