# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

### HUNTINGTON DIVISION

JONATHAN R., et al.,

          Plaintiffs,

v.                                               CIVIL ACTION NO.   3:19-cv-00710

PATRICK MORRISEY, et al.,

          Defendants.

### JUDGMENT ORDER

In accordance with the Memorandum Opinion and Order entered this same day in the above-styled civil action, the court **DISMISSES** this action **with prejudice** and **ORDERS** that this case be stricken from the docket.

The court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and to any unrepresented party.

ENTER:    February 28, 2025

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE