IN THE UNITED STATES DISTRIC COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JONATHAN R.,** *et al.***,**

*Plaintiffs***,**

v.

**JIM JUSTICE, in his official capacity as Governor of West Virginia,** *et al.***,**

Case No. 3:19-cv-00710

*Defendants***.**

## NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Jonathan R., et al. in the above-named case hereby appeals to the United States Court of Appeals for the Fourth Circuit from the *sua sponte* order dismissing this case entered in this action on the 28th day of February, 2025, (ECF No. 665) as well as from the final judgment order subsequently entered in this action on the 28th day February, 2025, (ECF No. 666).

Jonathan R. et al.,
Plaintiffs

By Counsel:

*/s/ Richard W. Walters*
Richard W. Walters, (WVSB #6809)
rwalters@shafferlaw.net
J. Alexander Meade, (WVSB #13021)
ameade@shafferlaw.net
Shaffer & Shaffer, PLLC,
2116 Kanawha Boulevard, East
Post Office Box 3973
Charleston, West Virginia 25339-3973
Tel: (304) 344-8716
Fax: (304) 344-1481

*/s/ Marcia Robinson Lowry*
Marcia R. Lowry, *admitted pro hac vice*

Julia Tebor, *admitted pro hac vice*
Laura Welikson, *admitted pro hac vice*
Robyn Goldberg, *admitted pro hac vice*
A Better Childhood
355 Lexington Avenue, Floor 16
New York, NY 10017
Tel.: (646) 795-4456
Fax: (212) 692-0415
mlowry@abetterchildhood.org
jtebor@abetterchildhood.org
lwelikson@abetterchildhood.org
rgoldberg@abetterchildhood.org

*/s/ Nicholas Ward*
Disability Rights of West Virginia
Nicholas Ward (WVSB #13703)
5088 Washington St W, St. 300
Charleston, WV 25313
Tel: (304) 346-0847
Fax: (304) 346-0867

***Attorneys for Plaintiffs***

IN THE UNITED STATES DISTRIC COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**JONATHAN R.**, *et al.*,

*Plaintiffs*,

　　　　　　　v.

**JIM JUSTICE, in his official capacity as**　　　　Case No. 3:19-cv-00710
**Governor of West Virginia**, *et al*.,

*Defendants*.

## CERTIFICATE OF SERVICE

　　I, Richard W. Walters, counsel for Jonathan R., *et al.*, do hereby certify that on this **10th day** of **March, 2025**, I electronically filed a ***"Notice of Appeal"*** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Philip J. Peisch, Esquire
Caroline M. Brown, Esquire
Julia Siegenberg, Esquire
Rebecca Wolfe, Esquire
Trevor J. Rhodes, Esquire
Kendra Doty, Esquire
Brown & Peisch PLLC
1225 19th Street NW, Suite 700
Washington, DC 20036

Steven R. Compton, Esquire
West Virginia Attorney General's Office
812 Quarrier Street, 2nd Floor
Charleston, WV 25301

　　　　　　　　　　　　　　　　　　　　　*/s/ Richard W. Walters*
　　　　　　　　　　　　　　　　　　　　　Richard W. Walters (WVSB #6809)