UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

| | |
|---|---|
| JONATHAN R., *et al.*, ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | |
| v. ) | |
| ) | Case No. 3:19-cv-00710 |
| ) | |
| PATRICK MORRISEY, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

**DEFENDANTS' NOTICE OF CONDITIONAL CROSS-APPEAL**

Under Federal Rule of Civil Procedure 4(a)(3), notice is hereby given that Defendants Patrick Morrisey, in his official capacity as Governor of West Virginia; Alex Mayer, in his official capacity as Secretary of the West Virginia Department of Human Services; Lori Bragg, in her official capacity as Interim Commissioner of the Bureau for Social Services;[1] and the West Virginia Department of Health and Human Resources[2] (collectively "Defendants") in the above-captioned case conditionally cross-appeal to the United States Court of Appeals for the Fourth Circuit from the District Court's Memorandum Opinion and Order on Class Certification entered

---

[1] Under Federal Rule of Civil Procedure 25(d), Lori Bragg is automatically substituted as the successor to Linda Watts and, later, Jeffrey Pack. Cammie Chapman, who replaced Jeremiah Samples as Deputy Secretary of the Department of Health and Human Resources, has departed the agency but not yet been replaced.

[2] Plaintiffs sued the "West Virginia Department of Health and Human Resources." However, the West Virginia Department of Health and Human Resources no longer exists. In 2023, the West Virginia Department of Health and Human Resources was divided into three new agencies, one of which is West Virginia Department of Human Services. The West Virginia Department of Human Services now operates the State's programs at issue in this case. *See* ECF No. 665, at 2 n.2.

1

on August 17, 2023, ECF No. 351, which is incorporated into the final judgment entered on February 28, 2025.  *See* ECF No. 666.  Defendants request that the conditional cross-appeal be resolved only if the Fourth Circuit reverses or otherwise vacates in whole or in part the District Court's final judgment from which Plaintiffs appeal.  ECF Nos. 665, 666.

        Respectfully submitted,

        /s/ Philip J. Peisch
        Philip J. Peisch (WVSB #13731)
        Caroline M. Brown, *pro hac vice*
        Julia M. Siegenberg, *pro hac vice*
        1225 19th Street NW, Suite 700
        Washington, DC 20036

        /s/ Steven R. Compton
        Steven R. Compton (WVSB #6562)
        West Virginia Attorney General's Office
        812 Quarrier Street, 6th Floor
        Charleston, WV 25301

        *Counsel for Defendants*

March 12, 2025

## CERTIFICATE OF SERVICE

I, Philip J. Peisch, hereby certify that I caused a true and correct copy of the foregoing Notice of Conditional Cross-Appeal to be delivered to the following via ECF notification:

Marcia R. Lowry
Julia Tebor
Laura Welikson
A Better Childhood
355 Lexington Ave., Floor 16
New York, NY 10017

Richard W. Walters
J. Alexander Meade
Brian L. Ooten
Shaffer & Schaffer, PLLC
2116 Kanawha Blvd East
P.O. Box 3973
Charleston, WV 25304

J. Marty Mazezka
Disability Rights of West Virginia
5088 Washington St. W., Suite 300
Charleston, WV 25301

March 12, 2025

/s/ Philip J. Peisch
Philip J. Peisch (WVSB # 13731)
Caroline M. Brown, *pro hac vice*
Julia M. Siegenberg, *pro hac vice*
Brown & Peisch PLLC
1225 19th Street NW, Ste. 700
Washington, DC 20036


/s/ Steven R. Compton
Steven R. Compton (WVSB #6562)
West Virginia Attorney General's Office
812 Quarrier Street, 6th Floor
Charleston, WV 25301

3