FILED: June 26, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1232 (L)
(3:19-cv-00710)

_____

JONATHAN R., minor, by Next Friend, Sarah Dixon; ANASTASIA M., minor,
by Next Friend, Cheryl Ord; SERENA S., minor, by Next Friend, Sarah Dixon;
THEO S., minor, by Next Friend, L. Scott Briscoe; GARRETT M., minor, by
Next Friend, L. Scott Briscoe; GRETCHEN C., minor, by Next Friend, Cathy L.
Greiner; DENNIS R., minor, by Next Friend, Debbie Stone; CHRIS K., CALVIN
K., and CAROLINA K., minors, by Next Friend, Katherine Huffman; KARTER
W., minor, by Next Friend, L. Scott Briscoe; ACE L., minor, by Next Friend,
Isabelle Santillion; and individually and on behalf of all others similarly situated

             Plaintiffs - Appellants

v.

PATRICK MORRISEY, in his official capacity as the Governor of West Virginia;
ALEX J. MAYER, in his official capacity as Secretary of the West Virginia
Department of Human Services; CAMMIE CHAPMAN, in her official capacity
as Deputy Secretary of the Department of Health and Human Resources; LORI
BRAGG, in her official capacity as Interim Commissioner of the Bureau for
Social Service; WEST VIRGINIA DEPARTMENT OF HUMAN SERVICES

             Defendants - Appellees

------------------------------

LAW SCHOLARS; THE NATIONAL CENTER FOR YOUTH LAW AND 32
ADDITIONAL ORGANIZATIONS; THE ARC OF THE UNITED STATES;
THE CENTER FOR PUBLIC REPRESENTATION; THE NATIONAL

HEALTH LAW PROGRAM; THE JUDGE DAVID L. BAZELON CENTER
FOR MENTAL HEALTH LAW

Amici Supporting Appellants

THE LIBERTY JUSTICE CENTER; STATES OF ALASKA; ALABAMA;
ARKANSAS; DELAWARE; FLORIDA; GEORGIA; IDAHO; IOWA;
KANSAS; LOUISIANA; MISSISSIPPI; NEBRASKA; NEW HAMPSHIRE;
NORTH DAKOTA; SOUTH CAROLINA; TEXAS

Amici Supporting Appellees

_____

No. 25-1239
(3:19-cv-00710)
_____

JONATHAN R., minor, by Next Friend, Sarah Dixon; ANASTASIA M., minor,
by Next Friend, Cheryl Ord; SERENA S., minor, by Next Friend, Sarah Dixon;
THEO S., minor, by Next Friend, L. Scott Briscoe; GARRETT M., minor, by
Next Friend, L. Scott Briscoe; GRETCHEN C., minor, by Next Friend, Cathy L.
Greiner; DENNIS R., minor, by Next Friend, Debbie Stone; CHRIS K.; CALVIN
K., and; CAROLINA K., minors, by Next Friend, Katherine Huffman; KARTER
W., minor, by Next Friend, L. Scott Briscoe; ACE L., minor, by Next Friend,
Isabelle Santillion

Plaintiffs - Appellees

v.

PATRICK MORRISEY, in his official capacity as the Governor of West Virginia;
ALEX J. MAYER, in his official capacity as Secretary of the West Virginia
Department of Human Services; LORI BRAGG, in her official capacity as Interim
Commissioner of the Bureau for Social Services; CAMMIE CHAPMAN, in her
official capacity as Deputy Secretary of the Department of Health and Human
Resources; WEST VIRGINIA DEPARTMENT OF HUMAN SERVICES

Defendants – Appellants

------------------------------

THE LIBERTY JUSTICE CENTER; STATES OF ALASKA; ALABAMA; ARKANSAS; DELAWARE; FLORIDA; GEORGIA; IDAHO; IOWA; KANSAS; LOUISIANA; MISSISSIPPI; NEBRASKA; NEW HAMPSHIRE; NORTH DAKOTA; SOUTH CAROLINA; TEXAS

        Amici Supporting Appellants

LAW SCHOLARS; THE NATIONAL CENTER FOR YOUTH LAW AND 32 ADDITIONAL ORGANIZATIONS; THE ARC OF THE UNITED STATES; THE CENTER FOR PUBLIC REPRESENTATION; THE NATIONAL HEALTH LAW PROGRAM; THE JUDGE DAVID L. BAZELON CENTER FOR MENTAL HEALTH LAW

        Amici Supporting Appellees

-----

# M A N D A T E

-----

The judgment of this court, entered June 4, 2026, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*