**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**HUNTINGTON DIVISION**

| | | |
|---|---|---|
| **Jonathan R., minor, by Next Friend, Sarah DIXON, *et al.,*** | ) | |
| Plaintiffs, | ) | Case No. 319-cv-00710 |
| v. | ) | |
| **PATRICK MORRISEY, in his official capacity as the Governor of West Virginia, *et al.,*** | ) | |
| Defendants. | ) | |

**PLAINTIFFS' UNOPPOSED MOTION**
**FOR RELIEF UNDER RULE 83.6**

Pursuant to Local Rule of Civil Procedure 83.6(a), Plaintiffs seek consent of the Court to excuse the attendance of Mr. Meade, as the Sponsoring Attorney of several of Plaintiffs' counsel admitted *pro hac vice* in this matter, from appearing at further depositions to be conducted in this action. As grounds for this motion, Plaintiffs state:

1. Several members of Plaintiffs' legal team have appeared pro hac vice by filing Statements of Visiting Attorneys. ECF Nos. 12, 442, 544, 701-705, 713.
2. J. Alexander Meade of Shaffer & Shaffer is the sponsoring attorney.
3. Plaintiffs expect there will be approximately fourteen depositions in this case from October 21, 2026 through the November 2, 2026 discovery deadline, and an additional six expert depositions in November. Plaintiffs will be deposing Defendants' seven fact witnesses for trial and three experts, and Defendants will be deposing Plaintiffs' seven fact witnesses for trial and three experts.

4. The Parties have been working together to schedule these depositions, creating logistical issues coordinating the schedules of counsel and witnesses, particularly where travel is required for counsel.

5. Because of other professional commitments, Mr. Meade is unable to attend all twenty depositions.

6. Either Mr. Meade or Mr. Walters, who is admitted to practice in West Virginia and before the Southern District of West Virginia, will be individually taking and defending many of the depositions.

7. At least one member of Plaintiffs' counsel who is admitted pro hac vice will participate in each upcoming deposition for this matter.

8. Local Rule of Civil Procedure 83.6(a) provides:

> Upon compliance with this rule and introduction of the Visiting Attorney to the court by the Sponsoring Attorney, the Sponsoring Attorney, with the consent of the court, may be excused from further attendance during the proceedings and the Visiting Attorney may continue to appear in that particular case.

9. Defendants assent to the relief requested.

Respectfully submitted,

October 22, 2026

/s/ J. Alexander Meade
Richard W. Walters, WVSB #6809
J. Alexander Meade, WVSB #13021
Shaffer & Shaffer, PLLC
P.O. Box 3973
Charleston, WV 25339

Marcia Lowry, *admitted pro hac vice*
Laura Welikson, *admitted pro hac vice*
Robyn Goldberg, *admitted pro hac vice*
John Hazelwood, *admitted pro hac vice*
A Better Childhood

420 Lexington Avenue, Room 2035
New York, NY 10170

Jonathan Wagner, *admitted pro hac vice*
Boaz Cohen, *admitted pro hac vice*
Jason Moff, *admitted pro hac vice*
Herbert Smith Freehills Kramer (US) LLP
1177 Avenue of the Americas
New York, NY 10036

Bren Pomponio, WVSB #7774
Lydia Milnes, WVSB #10598
Sarah Brown, WVSB #10845
Mountain State Justice, Inc.
1029 University Ave., Suite 101
Morgantown, WV 26505

Nicholas Ward, WVSB #13703
Jodi Durham, WVSB #13393
Disability Rights of West Virginia
5088 Washington St. W., Ste 300
Charleston, WV 25313

***Attorneys for Plaintiffs***